AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| Afriat-Kurtzer, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.   05-388 (NG)(VVP) |
| Arab Bank, plc | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date:   02/16/2010

*Attorney's signature*

Bena N. Ochs     BO-1602
*Printed name and bar number*

MM-Law LLC
Rehov Ha-Mered 25, Suite 300
P.O. B. 50236
Tel Aviv, Israel   61501
*Address*

bena@mm-law.com
*E-mail address*

972 (3) 51 700 88
*Telephone number*

972 (3) 761 7400
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2010 this document will be filed through the ECF system, which filing will constitute sufficient service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF). A paper copy of this document has been mailed in accordance with FED. R. CIV.P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

_____
BENA N. OCHS, BO-1602