# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

T   +1 212 259 8320
F   +1 212 649 1185
kwalsh@dl.com

February 2, 2012

**VIA ECF AND HAND DELIVERY**

The Honorable Nina Gershon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Linde, et al. v. Arab Bank, PLC*, Case No. CV 04-2799 (NG)(VVP) and related cases

Dear Judge Gershon:

  We write on behalf of Defendant Arab Bank plc (the "Bank") in response to Plaintiffs' letter motion to the Court, dated February 1, 2012 (ECF No. 789), urging reconsideration of the Court's Order dated January 27 and filed January 31, 2012 (ECF No.787 (the "Order")).

  Plaintiffs' letter motion merely reiterates their arguments which preceded the Order. Plaintiffs fail to demonstrate that the Court made either a "clerical mistake" or a "mistake arising from oversight or omission," the showing required by Fed. R. Civ. P. 60(a).[1]

  All of the issues referenced by Plaintiffs may be addressed by the post-discovery motion *in limine* process envisaged by the Order. If Plaintiffs conclude that they need rebuttal witnesses, they should identify them. In any event, Plaintiffs have already advised the Bank that they wish to narrow matters at issue by stipulation and other means, and the Bank believes that the process urged by the Court will allow the parties to work collaboratively to do so.

---

[1]  Fed. R. Civ. P 60 (b) applies only to a "final judgment, order, or proceeding," and is thus inapplicable here. Plaintiffs' motion was also brought "pursuant to Fed. R. Civ. P. 59 and Loc. R. Civ. P. 6.3." Fed. R. Civ. P. 59 applies to motions for a new trial or alteration or amendment of a final judgment; it plainly has no application here. Local Rule 6.3 sets forth the procedural requirements for motions for reconsideration or reargument, requiring the filing of a notice of motion and an accompanying memorandum setting forth "the matters or controlling decisions which counsel believes the Court has overlooked." Again, Plaintiffs have made no such showing.

Dewey & LeBoeuf LLP is a New York limited liability partnership.

NEW YORK | LONDON | WASHINGTON, DC | ABU DHABI | ALBANY | ALMATY | BEIJING | BOSTON | BRUSSELS
CHICAGO | DOHA | DUBAI | FRANKFURT | HONG KONG | HOUSTON | JOHANNESBURG (PTY) LTD. | LOS ANGELES
MADRID | MILAN | MOSCOW | PARIS | RIYADH AFFILIATED OFFICE | ROME | SAN FRANCISCO | SILICON VALLEY | WARSAW

The Honorable Nina Gershon
February 2, 2012
Page 2

        We respectfully urge that Plaintiffs' letter motion be denied.

                                    Respectfully submitted,

                                    Kevin Walsh

cc:   All Counsel on Attached Service List (By Electronic Mail)
       Magistrate Judge Viktor V. Pohorelsky (By Hand Delivery)

**SERVICE LIST**

**BY ELECTRONIC DELIVERY:**

**IN** *LITLE, ET AL. V. ARAB BANK, PLC,* **CV 04-5449 &** *BENNETT, ET AL. V. ARAB BANK, PLC***, CV 05-3183 &** *ROTH, ET AL. V. ARAB BANK, PLC,* **CV 05-3738 &** *WEISS, ET. AL. V. ARAB BANK, PLC,* **CV 06-1623 &** *JESNER, ET. AL. V. ARAB BANK, PLC, CV 06-3869*

**Liaison Counsel for** *Litle, Bennett, Roth, Weiss, and Jesner* **Plaintiffs:**
James P. Bonner, Esq (jbonner@lawssb.com)
STONE BONNER & ROCCO LLP
485 Seventh Avenue
Suite 1000
New York, N.Y. 10018
Telephone: (212) 239-4340
Facsimile: (212) 239-4310

**Co-Counsel for** *Litle, Bennett, Roth, Weiss, and Jesner* **Plaintiffs:**
Mark S. Werbner, Esq. (mwerbner@swtriallaw.com)
SAYLES WERBNER
4400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
Telephone: (214) 939-8711
Facsimile: (214) 939-8787

**Co-Counsel for** *Litle, Bennett, Roth, and Weiss* **Plaintiffs:**
Richard D. Heideman, Esq. (rdheideman@hnklaw.com)
HEIDEMAN NUDELMAN & KALIK, P.C.
1146 19th Street, NW
Fifth Floor
Washington, D.C. 20036
Telephone: (202) 462-8990
Facsimile: (202) 462-8995

Steven R. Perles, Esq. (sperles@perleslaw.com)
PERLES LAW FIRM, P.C.
1146 19th Street, NW
Washington, D.C. 20036
Telephone: (202) 745-1300
Facsimile: (202) 745-1858

**Co-Counsel for *Jesner* Plaintiffs:**
Jonathan David, Esq. (jonathan@thedavidlawfirm.com)
THE DAVID LAW FIRM, P.C.
10655 Six Pines Drive
Suite 260
The Woodlands, TX 77380
Telephone: (281) 296-9090
Facsimile: (281) 296-9494

**IN *LINDE, ET AL. v. ARAB BANK, PLC*, CV 04-2799 & *COULTER, ET AL. v. ARAB BANK, PLC,* CV 05-365**

**Liaison Counsel for *Linde* Plaintiffs; Co-counsel for the *Coulter* Plaintiffs**:
Andrew D. Friedman, Esq. (afriedman@gbgfriedman.com) *
GLANCY BINKOW & GOLDBERG LLP
430 Park Avenue, Suite 702
New York, New York 10022
Telephone: (212) 308-6300
Fax: (212) 308-6570

**Counsel for the *Coulter* Plaintiffs; Co-Counsel for *Linde* Plaintiffs:**
Gary M. Osen, Esq. (gmo@osen.us)
Peter Raven-Hansen (praven@law.gwu.edu)
OSEN LLC
2 University Plaza, Suite 201
Hackensack, NJ 07601
Telephone: (201) 265 6400

Steven M. Steingard, Esq. (ssteingard@kohnswift.com)
KOHN SWIFT & GRAF, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968

**IN *ALMOG, ET AL. v. ARAB BANK, PLC*, CV 04-5564 & *AFRIAT-KURTZER, ET AL. V. ARAB BANK, PLC,* CV 05-388 & *LEV, ET AL. V. ARAB BANK, PLC,* CV 08-3251**

**Counsel for *Almog, Afriat-Kurtzer & Lev* Plaintiffs**
Ronald L. Motley, Esq. (rmotley@motleyrice.com)
John M. Eubanks, Esq. (jeubanks@motleyrice.com)
Michael Elsner, Esq. (melsner@motleyrice.com)
MOTLEY RICE LLC
28 Bridgeside Boulevard

P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

**Counsel for *Almog* & *Afriat-Kurtzer* Plaintiffs**
Gaveriel Mairone, Esq.
MM~LAW LLC
Rehov HaMered 25
Trade Tower, Suite 3000
Tel-Aviv, 61501, Israel
Telephone: +972-3-517-00-88

**Co-Counsel for *Almog* & *Lev* Plaintiffs**
Allan Gerson, Esq. (ag@ag-il.com)
AG INTERNATIONAL LAW, PLLC
2131 S. Street NW
Washington, D.C. 20008
Telephone: (202) 234-9717

**Additional Counsel for *Almog* Plaintiffs**
Gregory P. Joseph, Esq. (gjoseph@josephnyc.com)
GREGORY P. JOSEPH LAW OFFICES LLC
805 Third Avenue
31st Floor
New York, NY 10022
Telephone: (212) 407-1200
Facsimile: (212) 407-1299

**IN *AGURENKO, ET AL. v. ARAB BANK, PLC*, CV 10-626**

**Counsel for *Agurenko* Plaintiffs**
David S. Stone (dstone@stonemagnalaw.com)
Stone & Magnanini, LLP
150 JFK Parkway
4th Floor
Short Hills, NJ 07078
973-218-1111
Fax: 973-218-1106