2944

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

COURTNEY LINDE, et al.,          :  04 CV 02799 (BMC)
                                    And all related cases
              Plaintiffs,        :  04 CV 05449 (Litle)
                                    04 CV 05564 (Almog)
                                 :  04 CV 00365 (Coulter)
                                    05 CV 00388 (Afrial-Kurtzer)
      - against--                :  05 CV 03183 (Bennett)
                                 :  05 CV 03768 (Roth)
                                    06 CV 01623 (Weiss)
ARAB BANK, PLC,                  :
                                    United States Courthouse
              Defendant.         :  Brooklyn, New York

                                 :  September 16, 2014
                                    9:30 o'clock p.m.

- - - - - - - - - - - - - - - - - X

                 TRANSCRIPT OF JURY TRIAL
             BEFORE THE HONORABLE BRIAN M. COGAN
             UNITED STATES DISTRICT JUDGE, and a jury.

APPEARANCES:

For the Linde and            OSEN, LLC
Coulter Plaintiffs:          By:  GARY M. OSEN, ESQ.

                             TURNER & ASSOCIATES, PLLC
                             By:  CLYDE T. TURNER, ESQ.

For the Litle,               SAYLES WERBNER
Bennett and Roth             By:  MARK S. WERBNER, ESQ.
Plaintiffs:
For the Almog                STONE, BONNER & ROCCO, LLP
Plaintiffs:                  By:  JAMES P. BONNER, ESQ.

                             MOTLEY RICE, LLC
                             By: MICHAEL E. ELSNER, ESQ.
                                 JODI FLOWERS, ESQ.

                GR    OCR    CM    CRR    CSR

2945

1   A P P E A R A N C E S (Continued)

2   For the Defendant:                    DLA PIPER US, LLP
                                          By:  SHAND STEPHENS, ESQ.
3                                              ANTHONY COLES, ESQ.
                                               BRETT INGERMAN, ESQ.
4                                              MARGARET CIVETTA, ESQ.

5
    Court Reporter:                       Gene Rudolph
6                                         225 Cadman Plaza East
                                          Brooklyn, New York 11201
7                                         (718) 613-2538

8
    Proceedings recorded by mechanical stenography, transcript
9   produced by CAT.

10

11                        * * * * * * *

12

13

14

15          (The following occurred in the absence of the jury.)

16          THE COURT:  Good morning.

17          Let's have the jury, please.

18          (Jury present.)

19          THE COURT:  All right, be seated, please.

20          Good morning, ladies and gentlemen.

21          You all got here on time despite the rain.  You

22   continue to exhibit extraordinary diligence.  We appreciate

23   it.

24          We will continue with the defendant's case.

25          MR. INGERMAN:  Thank you, Your Honor.

Caravanos - direct - Ingerman                    2946

1          The bank calls Manny Caravanos.

2          THE COURT:  All right.

3          THE CLERK:  Please raise your right hand.

4          (The witness is duly sworn/affirmed by clerk.)

5          THE CLERK:  Please state and spell your name for the

6    reporter.

7          THE WITNESS:  It's Emmanuel Caravanos,

8    E M M A N U E L, last name C A R A V A N O S.

9          THE CLERK:  You may be seated.

10          MR. INGERMAN:  May I, Your Honor?

11          THE COURT:  Yes.

12          MR. INGERMAN:  Good morning, ladies and gentlemen.

13   DIRECT EXAMINATION

14   BY MR. INGERMAN:

15   Q    Good morning, Mr. Caravanos.

16   A    Good morning.

17   Q    Tell the ladies and gentlemen of the jury who you are.

18   A    Well, I'm Emmanuel Caravanos.  I am a lifelong resident

19   of New York.  I was born in Washington Heights and as a young

20   kid we moved to Astoria, Queens; and from there I moved to

21   Bayside, Queens, where I now reside for the last 40 years or

22   so.

23   Q    Where do you work?

24   A    I work at Arab Bank, and I have been there -- I have just

25   completed 32 years.

GR      OCR      CM      CRR      CSR

Caravanos - direct - Ingerman                     2947

1   Q     What do you do for Arab Bank?

2   A     At Arab Bank, I am the operations manager, vice president

3   of operations and IT.  IT is the acronym for information

4   technology.

5   Q     Do you have a family?

6   A     Yes.

7         I have three married daughters and a wife.  I am

8   married nearly 40 years.  And my daughters are -- one of my

9   daughters has two kids.

10  Q     So you are a grandfather?

11  A     I am a grandfather, yes.

12  Q     Congratulations.

13        Are you a member of any associations or societies?

14  A     I belong to three societies that I am more or less

15  active.

16        One is the HABA.  It's the Hellenic American Bankers

17  Association.  It's a group of professional Greek Americans,

18  and Philhellenes and we put on seminars and conferences for

19  business interests for our community.

20        THE COURT:  I'm sorry.  Philhellenes?

21        THE WITNESS:  Philhellenes, that's Friends of

22  Greeks.

23  Q     That would be my next question.

24  A     I am also a member of the Bath IFSA.  That's a

25  professional international banking organization that I

GR      OCR      CM      CRR      CSR

Caravanos - direct - Ingerman                    2948

1    participate in their seminars.

2              And, finally, I am a member of ABANA, which is the

3    Arab Bankers Association of North America, and they also

4    sponsor events and have special lectures and things like that.

5    Q    Did you go to college?

6    A    Yes.

7              I went locally to college.  I went to City College.

8    It was a lot cheaper than the going away.  And that is City

9    College up in Manhattan.

10   Q    Okay.

11   A    I graduated there with a BS in political science.

12   Q    What did you do after college?

13   A    After college, I went to grad school at Baruch.  I did

14   not complete grad school.  I did a couple of years.  But

15   during that interim, while I was at City College and also at

16   Baruch, I was working at Irving Trust Company, which many know

17   is no longer around, but it was acquired by Bank of New York

18   sometime in the eighties.

19   Q    How did you end up at the Irving Trust Company?

20   A    Well, as happenstance is, my mother worked in the letter

21   of credit department in Irving Trust and I was offered an

22   internship, a part-time job, through high school and through

23   college, and I took that job in the letter of credit

24   department as a clerk.

25   Q    We are going to hear about letters of credit a little bit

GR        OCR        CM        CRR        CSR

Case 1:04-cv-02799-BMC-PK    Document 1168    Filed 10/07/14    Page 6 of 104 PageID #: 85676

1   in your testimony.

2           Why don't you tell the ladies and gentlemen of the

3   jury what a letter of credit is?

4   A    Yes.

5           A letter of credit is a simple instrument that

6   guarantees payment to exporters.  So when you have a letter of

7   credit, you have a buyer and a seller.  A commodity is being

8   exported or imported to and from the United States and because

9   the beneficiary, the importer and the exporter do not know

10  each other, they use -- they rely on a bank.  It is called

11  letter of credit and it is the bank that guarantees the

12  payment, provided that all the conditions are met under the

13  terms and agreement.  So it's --

14  Q    It's like a guarantee?

15  A    It's a guarantee and it's very extensively used in

16  international banking.

17  Q    How long were you in Irving Trust Company?

18  A    I was in Irving Trust from 1972 to 1980.

19  Q    Then where did you go?

20  A    At that point my former boss asked me to join him in a

21  start-up operation called Commonwealth Trading Bank of

22  Australia.  Commonwealth Trading Bank is a huge bank in

23  Australia.  It's one of the largest and they were opening up

24  an operation in New York and he asked me to join him.

25  Q    When you worked for Irving Trust Company, what location

Caravanos - direct - Ingerman                2950

1    were you at?

2    A    I was at two locations, 1 Wall Street, and 40 Rector

3    Street, right Downtown Manhattan.

4    Q    Commonwealth Bank you said was an Australian bank opening

5    a New York branch.

6              Where did you work for Commonwealth Bank?

7    A    I worked at 299 Park Avenue, right on Park.  I think it's

8    50th Street or so, 49th Street.

9    Q    What did you do for Commonwealth Bank?

10   A    Well, my experience was in letters of credit.  So I

11   joined as a manager in the letters of credit department, as

12   the head of letters of credit department, and that's how I

13   started.

14   Q    How long were you at Commonwealth Bank?

15   A    I was at Commonwealth approximately two and a half years.

16   Q    Then what did you do?

17   A    Then, as back in the eighties you had -- many banks were

18   opening, international banks were opening in New York.  So the

19   same boss who had started up the Commonwealth Bank left

20   Commonwealth Trading Bank.  He's my former boss, Mr. Shiraldi,

21   and he asked me to join him at a new start up operations

22   called Arab Bank.

23   Q    Why do you call it a start-up operation?

24   A    Start-up operation means that you -- basically, it is a

25   new bank in New York.  So branches -- branches would be opened

1    all over the world, but New York being a primary financial

2    center, most international banks needed a presence in the US

3    market and it was quite a busy time in the late seventies and

4    early eighties where banks were being opened.

5    Q    In what year was it that you went to the Arab Bank to

6    open the New York office?

7    A    I joined them before they actually started operation,

8    which was September 1982.  They formally started operations in

9    January 1983.

10   Q    At the time in the early 1980s did Arab Bank have any

11   other US branches or operations?

12   A    No.

13   Q    When you finally got the New York branch of Arab Bank up

14   and running, what position did you hold?

15   A    I was the assistant vice president of operations for two

16   areas of expertise, which was letters of credit and Treasury,

17   Treasury operations.

18   Q    How many people worked at Arab Bank New York when it

19   first opened up?

20   A    In the beginning you only had a half dozen, dozen; and

21   within a year or two, it ramped up to maybe 20, 25.  It was

22   consistently growing after that.

23   Q    What types of things did the Arab Bank New York branch do

24   when it first started in the early to mid-1980s?

25   A    Well, I think the primary focus was, since we were a

Caravanos - direct - Ingerman                    2952

1    New York -- since we were based overseas, we had branches in

2    Northern Africa, Middle East, in Europe and Asia, we wanted a

3    branch in New York and that New York branch would be

4    supporting the services and business requirements of our

5    branches overseas.

6    Q    Did there come a time that you were promoted at Arab Bank

7    New York?

8    A    Yes.

9         I was promoted in 1986 to vice president of

10   operations.

11   Q    Is vice president of operations the head of operations at

12   the Arab Bank New York branch?

13   A    Yes.

14   Q    Have you held that position as head of operations at Arab

15   Bank New York since that time?

16   A    Yes.

17   Q    To today?

18   A    Up until now, yes.

19   Q    What are your responsibilities as head of operations for

20   the Arab Bank New York branch?

21   A    Well, this is a common question because most people think

22   of the bank as the lenders and the teller function and the

23   credit people.  But the work that gets done behind the scenes

24   is what is called operations.

25        So typically when a loan -- when a credit officer or

GR        OCR        CM        CRR        CSR

1   a loan officer agrees to terms and conditions with a potential

2   customer, that has to be transacted.  There has to be a

3   booking on the computer.  You have to process the trade.  You

4   have to issue the cash.  You have to enter the items on the

5   computer.

6           So my function is, as the head of operations, I

7   would be in charge of that with staff behind me supporting me.

8   Q    Would one of your responsibilities as the head of

9   operations at the Arab Bank New York branch -- would it be to

10  ensure that the bank was in compliance with OFAC?

11  A    Oh, yes, absolutely.  That was a very important aspect.

12  Q    Did you interact with the other branches of Arab Bank

13  around the world as the head of operations for the Arab Bank

14  New York branch?

15  A    Well, actually, because New York is a financial center, I

16  had the responsibility to try to show the other branches

17  overseas what is called best practices.  And so typically

18  during the eighties and -- late eighties and early nineties, I

19  would travel overseas and correspond also with them and go and

20  show them what are the best practices to do their transactions

21  with us.

22          So, yes, typically I would have a lot of

23  correspondence with our branches overseas.

24  Q    When you say best practices, are you talking about from

25  an operational standpoint?

Caravanos - direct - Ingerman                2954

1    A    Yes.

2    Q    What would that mean?  Give the ladies and gentlemen of

3    the jury an example.

4    A    Typically, I mean, most people -- most people don't know

5    even how to write out a check properly.  Okay.  Most people do

6    not know how to write a check out.  So best practices, what is

7    the best practice to write a check?  You know, name -- print

8    it, write it out, the date.  So that type of best -- so you

9    educate them.

10        Also, on the computer side, there are a lot of

11   standards, what they call ISO standards.

12   Q    What does ISO stand for?  I am going to test your memory.

13   A    I don't -- it's the International Standards Board -- or

14   International Standards Organization.

15        Okay.  They decide what are best standards that the

16   entire world community should try to abide by.  And typically

17   Swift standards were something, payment standards, and they

18   would evolve over time.  And my job was to tell the branches

19   what is the latest in the industry and to have them try to

20   subscribe to that so that they could make it more efficient.

21   Because at the end of the day, the best practices leads to the

22   lower cost and the most efficient way to process payments.

23   Q    During the 2000 to 2004 time period, were various parts

24   of the State of New York, Manhattan, Brooklyn, were those

25   important markets to the bank?

GR      OCR      CM      CRR      CSR

Caravanos - direct - Ingerman                    2955

1    A    Oh, yes, absolutely.

2         The US in general is important, but Brooklyn was

3    important to us.  Manhattan was important to us because there

4    is a large community of our demographics in Brooklyn

5    especially.

6    Q    How many people were in Brooklyn at that time, do you

7    have an estimate?

8    A    Population of Brooklyn?

9    Q    Yes.

10   A    I don't know what it was back then.  But we have -- it's

11   a couple of -- two-and-a-half million or so in -- currently

12   now.

13   Q    What about in Manhattan?

14   A    Manhattan?  It's about a million and a half or so.

15   Q    You mentioned international standards with respect to

16   Swift?

17   A    Yes.

18   Q    The jury has heard a little bit about Swift and Swift

19   forms.

20        What is Swift?

21   A    Swift is an organization that resides in Belgium.  They

22   use the standards of ISO and it is a company that all the

23   banks who participate, who participate in Swift are a member.

24   So it is a not-for-profit organization.

25        Arab Bank was a participant.  Most banks in the

Caravanos - direct - Ingerman                    2956

1    world are, or a lot of them are participants of Swift.  They

2    pay dues and they use the Swift standards to process their

3    transactions.

4    Q    Did Arab Bank use Swift in the 2000-2004 time period?

5    A    Yes, we did.

6    Q    Who enters -- just walk us through how it works.

7          In other words, if somebody walks into Arab Bank

8    New York in the 2002 time period and wants to send money to

9    their nephew in Jordan, let's say, how does the Swift process

10   work in that circumstance?

11   A    Well, basically, we have a computer, a PC or computer in

12   the office and the operator would enter the data, assuming of

13   course that's all been approved and signed off.  The operator

14   would enter the transaction on the computer and there would

15   be -- in certain field formats, what they call, these are tags

16   and special fields, beneficiary, the originator, et cetera,

17   and the second operator would then authorize that.  There

18   would usually be the two, sometimes three people required to

19   approve a payment.

20   Q    As head of operations, particularly in the 2000 to 2004

21   time period, you said you were familiar with OFAC and how it

22   worked at the bank?

23   A    Yes.

24   Q    Were you familiar with how the bank screened transactions

25   against OFAC?

GR      OCR      CM      CRR      CSR

Caravanos - direct - Ingerman                    2957

1   A    Yes.

2           We had imbedded in the software that we use, that

3   was part of the core operating system of the software, we had

4   an OFAC filter that held all the names of OFAC that the --

5   that OFAC would provide us and all the names would be on there

6   and they would be checked.  As the payments went through, they

7   would be matched off.  If there was a match, a hit, it would

8   stop on the computer.

9   Q    We are going to get to the stop in a minute.

10          Did the bank during the 2000-2004 time period, did

11  the New York branch ever add names to the OFAC list?

12  A    No.

13  Q    Why not?

14  A    Well, you wouldn't want -- you wouldn't want a bank to

15  add it.  It would be the privy of the law enforcement.  I

16  mean, you have government, generally speaking, the FBI, the

17  CIA, the police, they would be in a much better position to

18  put -- to give us the names.

19          I mean, for a bank to put a name, that would be very

20  subjective.  I don't know how that would work.

21          No, we'd have to depend on law enforcement

22  100 percent to get the names on OFAC.

23  Q    Now, if the transaction is run through OFAC and there is

24  a hit, just tell us briefly what the process is to confirm

25  whether or not that is the name on the OFAC list and the

GR      OCR      CM      CRR      CSR

Caravanos - direct - Ingerman                    2958

1   transaction should be halted or whether it is a false

2   positive?

3   A    Sure.

4        As a payment is matched and there is a potential hit

5   and these potentials, they are called -- they could be called

6   false positives, they stop the system and at that point an

7   evaluation, a determination has to be made why did it stop,

8   why did the computer stop it.

9        You take a look at the name.  You see, does the name

10  match what OFAC is telling you it should be.

11       Sometimes there is -- the name could be John Doe

12  Muhammad but -- so it's stopped on the word Muhammad.  But

13  it's not John Doe Muhammad who is on the list.  It's maybe

14  Abdul Muhammad.

15       Okay.  So the bottom line is, many times, at least

16  ten to 20 percent of the time, you'd have items stop because

17  they were false positives.  This was not untypical back then.

18  Q    Then what would the bank do once it confirmed that the

19  person involved in the transaction was not on the OFAC list?

20  A    Once -- if it is not -- if it's clear from the first look

21  that it's not on the OFAC list, you would then continue

22  processing it and it would go out as normal, as any payment

23  would go out normal.  That would be the end of it.

24       However, there could come a time where it's not

25  clear on the system, the names could be, then you take it to

GR        OCR        CM        CRR        CSR

Caravanos - direct - Ingerman                    2959

1  the next level.  You see -- you look at the residency, where

2  this person lives if it's available on the OFAC filter.  You

3  would take a look at other criteria.  If you are not sure, it

4  would be elevated to the next level of management.

5  Q    Okay.  Then what would next level management do?

6  A    My deputy, Ted Scholtz, he's the one who is running the

7  day-to-day operations for money transfer, he would call OFAC.

8  OFAC is the Office For Foreign Assets Control.  We had a very

9  good relationship with OFAC.  And we would then fax all the

10  material that we got.  We would screen the payment, fax it to

11  OFAC, and ask them their opinion.  They would by phone say to

12  us, yes, this is a bona fide hit.  Please block it.  Or no, we

13  have seen this.  We know this party.  It's very common.  Let

14  it go, please.  Thank you.  We'd note down the time and date

15  that OFAC had told us this and we would let the transaction

16  go.

17  Q    Let me switch gears for a minute with you, Mr. Caravanos.

18  Let me ask you about correspondent banking.

19         Were you familiar with Arab Bank New York's

20  correspondent banking relationships in the 2000-2004 time

21  period?

22  A    Yes.  That was a lot of my responsibility.

23  Q    First of all, we have heard a little bit, so just briefly

24  describe what is a correspondent banking relationship and why

25  did the bank have them during that time period?

GR        OCR        CM        CRR        CSR

Caravanos - direct - Ingerman                    2960

1   A    Well, again, most banks, particularly international banks

2   like Arab Bank, need a correspondent relationship with other

3   banks because they trade in other places of the world, so in

4   places where we don't have branches.  We have -- where we have

5   branches, we would use our correspondent network, our Arab

6   Banking network.  Where we didn't, we would use other banks.

7           For example, Citibank or Chase or it could be

8   Barclays Bank or National Westminster Bank.  We had many

9   correspondent relationships.  It doesn't imply that there is

10  an actual account between each other.  You don't have a

11  checking account between each other.  You could have a line of

12  credit.  You could have established a letter of credit

13  agreement whereby laterally you agree to do each other's

14  trade.  You could have foreign exchange agreement where you

15  agree to buy and sell foreign currency to each other.  It

16  doesn't necessarily imply an account but it does imply a

17  relationship.

18  Q    Did Arab Bank New York provide correspondent banking

19  services for other banks around the world?

20  A    We did have a number of correspondent banks.  Most of our

21  correspondent banks were our own Arab Bank branches and

22  affiliates.  But we did have other correspondent banks, yes.

23  Q    During the 2000-2004 time period, were all transactions

24  to and from correspondent banks through New York screened

25  against the OFAC list?

GR        OCR        CM        CRR        CSR

Caravanos - direct - Ingerman                    2961

1    A    Yes.  That's -- that's true for everything.

2    Q    Okay.  I want to ask you, just use as an example -- Sean,

3    could we have defense Exhibit 8 for the witness only, please?

4            I think the only way I can see it is to go back

5    here.

6            Do you have defense Exhibit 8 in front of you,

7    Mr. Caravanos?

8    A    Yes.

9    Q    Can you tell us generally what that is?

10   A    That is a fed debit.  That's a payment that we would have

11   sent to a bank through the Federal Reserve system.

12   Q    Is that a Swift form?

13           It is a record of the bank?

14   A    Yes.

15           It came in via Swift from overseas.  It came to us

16   via our Frankfurt office, Arab Bank Frankfurt, which is an

17   affiliate or a subsidiary.  I am not sure exactly.  They came

18   in to us and they requested us to execute a payment for

19   $40,000 on August 9, 1995.

20           MR. INGERMAN:  Your Honor, I'd move the admission of

21   defense Exhibit 8.

22           THE COURT:  Any objection?

23           MR. TURNER:  Objection.

24           Side bar?

25           THE COURT:  Okay.

GR      OCR      CM      CRR      CSR

Caravanos - direct - Ingerman                                    2962

1        (Side bar.)

2        THE COURT:  What is it?

3        MR. OSEN:  It is outside the timeframe.  It is a

4   1995 transaction.  They specifically used one which involves

5   the Al-Aqsa Foundation before the time period relevant to the

6   attacks.  And as a bonus, I think the intent here is actually

7   to introduce the fact that this long ago transaction went

8   through an Israeli bank, to boot.  So it's 403 as well.

9        MR. INGERMAN:  Your Honor, I am surprised to hear a

10  timeframe objection here.  PX 9 and PX 12, the plaintiffs put

11  in where the defendant's answers to interrogatories had

12  started in 1995.  We objected on the basis of timeframe.  Your

13  Honor overruled the objection and put those interrogatories

14  in.

15       THE COURT:  I am overruling the objection.

16       (Continued on next page.)

17

18

19

20

21

22

23

24

25

GR      OCR      CM      CRR      CSR

Caravanos - direct - Ingerman                2963

1          (In open court.)

2          THE COURT:  All right.  8 is received.

3          Continue.

4          (Marked.)

5          MR. INGERMAN:  May I display to the jury, Your

6    Honor?

7          THE COURT:  You may.

8          MR. INGERMAN:  Thank you.

9    EXAMINATION CONTINUES

10   BY  MR. INGERMAN:

11   Q    Now, Mr. Caravanos, you mentioned that this was a Swift

12   transfer and you pointed out at the top here the date of

13   August 9, 1995, is that right?

14   A    That is correct.

15   Q    You pointed out the amount of $40,000?

16   A    Yes.

17          MR. INGERMAN:  Sean, I will do your job here for you

18   by circling.

19          If we can move down to the bottom, please?  Sean,

20   can we move down to the bottom? .  Highlight the very bottom

21   here, please.

22          I'm sorry.  The originator part.

23   Q    Okay.  Now, Mr. Caravanos, can you tell us who the

24   originating party is there?

25   A    I am not familiar with the originating party.

GR      OCR      CM      CRR      CSR

Caravanos - direct - Ingerman                    2964

1              You are talking about Al-Aqsa.

2    Q    Al-Assa, yes.

3              Is that the originating party?

4    A    Yes, that is the originating party, yes.

5    Q    Have you ever heard of them?

6    A    I've heard of it subsequent, but not -- I wouldn't have

7    known them back at the time.

8              MR. INGERMAN:  Sean, can we bring up the next piece

9    that that's above that?  From a credit party down to the debit

10   party, please, so Mr. Caravanos can see that on his screen.

11             Thank you.

12   Q    What happened to this $40,000 transfer from Al-Aqsa, can

13   you walk us through what happened to it based on this form?

14   A    Sure.

15             There was the payment was wired, was sent to Bank

16   Hapoalim in the branch Um Elfahem in Israel for 40,000.  But

17   prior to that, it would have gone to a New York office branch.

18   If you go lower, there is another part at the bottom.

19             MR. INGERMAN:  Can you just extend that down, Sean?

20   A    All the way at the bottom.

21   Q    All the way to the bottom.

22             The electronics are great until you actually have to

23   view the whole document.

24   A    A little more.

25             MR. INGERMAN:  I think he is talking about the text

GR      OCR      CM      CRR      CSR

Caravanos - direct - Ingerman                    2965

1    at the bottom, Sean.

2    A    Yes.

3    Q    There we go.

4    A    The -- we would have electronically paid Bank Hapoalim

5    New York, which is a fed wire bank in New York, Bank Hapoalim

6    New York and we would have asked them to pay Bank Elfahem in

7    Israel.

8    Q    Okay.  Does it say -- it says science college, donation

9    to science college.

10         What does that mean?

11   A    That's the general -- that's what they call bank to bank

12   information field.  It's pretext.  They could type anything

13   they want on there.  Whatever is sent to us, it just gets

14   imbedded the same way, right on to that message.  So I just go

15   by what it says, science college donation.

16         (Continued on next page.)

17

18

19

20

21

22

23

24

25

GR        OCR        CM        CRR        CSR

Caravanos - Cross - Turner                    2966

1   BY MR. INGERMAN:

2   Q     Who does the wire transfer go to, it goes from Al-Aqsa,

3   for science college donation to science college and to whom

4   does it go?

5           Can you zoom out Sean and look at the beneficiary,

6   from credit, down to debit, please.

7   A     The beneficiary of this, would have been Al-Nour Society,

8   Science Dawa College in Israel.

9   Q     And then, can you tell from this Swift form if we look at

10  the top Sean, whether or not, it went through the OFAC filter,

11  at Arab Bank, New York?

12  A     Yes, when you see the word "OFAC" there with the closed

13  parenthesis, that is an indication, that it went through and

14  that there was no problem with the transaction.

15  Q     So, as early as 1995, was Arab Bank New York, running the

16  transactions through OFAC?

17  A     That's correct, we implemented the system in February 1995.

18          MR. INGERMAN:  Your Honor, I have no further

19  questions, thank you.

20          Thank you, Mr. Caravanos.

21          THE COURT:  Mr. Turner.

22          MR. TURNER:  Can you leave that up, I have a few

23  quick questions about that.

24  CROSS EXAMINATION BY MR. TURNER:

25  Q     If you can blowup the beneficiary party for us.

1          Mr. Caravanos, I have just a few quick questions

2    that were not covered.  By that I want to ask you about first

3    of all, BNF party?

4    A    Yes.

5    Q    Do you see that?

6    A    Yes.

7    Q    What does BNF stand for?

8    A    BNF party is the, generally it is the ultimate

9    beneficiary of the transaction.  It is the final party to

10   receive the money.

11   Q    The person who has the account or the receiver of the funds?

12   A    It is the person who is the receiver of the funds.  I

13   would not go as far as the account, that is not as clear.  The

14   person who gets the money at the end.

15   Q    Now, this particular beneficiary has a number out beside

16   it, 282005.  Do you see that number?

17   A    That's correct.

18   Q    What is that number?

19   A    That is an identifier, okay.  UID they call it sometimes.

20          It is a-- helps identify to Bank Hapoalim in Israel,

21   who this party is.

22   Q    It helps, in other words, it helps the receiving bank,

23   identify who the recipient is or the receiver of the funds?

24   A    That is what I would surmise it can-- it can be for.

25   Q    And if you go down to the debit party, do you see down

Caravanos - Cross - Turner                    2968

1    below that debit, OGB party?

2    A    Yes.

3    Q    That also has a number out beside it, do you see that?

4    A    Yes.

5    Q    The one that starts with 700?

6    A    Yes.

7    Q    And can you tell us what that number is?

8    A    Well, that is easier, because that is an internal

9    account.  So that is identified as the Arab Bank account, with

10   the account that Arab Bank Frankfurt has with Arab Bank, New

11   York, because they have to have an account with us.

12   Q    And going back up to the previous, the UID number?

13   A    Yes.

14   Q    Identifier from the receiver bank?

15   A    Ah-hum.

16   Q    That is a number that is created by the bank that is

17   receiving the funds, to help it identify a customer?

18   A    I can't say who creates that, so I could not say for

19   sure, that is the case.

20   Q    But, that is the information as it comes during the part

21   of the transfer that the Arab Bank was doing?

22   A    Well --

23   Q    That comes in other words from the sender?

24   A    It is a mapping issue.  It just comes through.  So, I

25   cannot tell if that is an account number or anything like that.

Caravanos - Cross - Turner                                    2969

1   Q     Fair enough.

2         Now, as I understand it, you were as vice president

3   of operations, you had several responsibilities, one included

4   letters of credit?

5   A     Yes.

6   Q     One included treasury operations department?

7   A     Yes.

8   Q     You also had some responsibility for check processing and

9   collections?

10  A     Yes.

11  Q     And, what about compliance issues, was that your area of

12  responsibility or was somebody else responsible for compliance

13  in the 2000 through 2004 timeframe?

14  A     Well, my colleague Brian Billard was the compliance

15  officer, but all people in the bank were, you know, were

16  involved in compliance to some extent.

17  Q     And you have mentioned today, that you have been with the

18  New York branch for 30 plus?

19  A     32 years.

20  Q     30 plus years.  Actually it is sort of a misstatement on

21  my part.  It is not actually a branch any more, is it?

22  A     No.

23         MR. INGERMAN:  Objection.

24         THE COURT:  I will need a sidebar on the objection.

25         (Sidebar.)

RB        OCR

- Sidebar -                                      2970

1          THE COURT:  The objection?

2          MR. INGERMAN:  It is no longer a branch because as

3    part of the OCC settlement they had to convert to an agency.

4          THE COURT:  Why is that relevant here?

5          MR. TURNER:  He has been testifying in current

6    tense, that he works at a branch.  And the point we want to

7    make is not that it is part of the settlement, it was changed

8    to an agency, but that the truth is, that he now works for an

9    agency not a branch.

10         THE COURT:  Why is that relevant?

11         MR. TURNER:  Because of his testimony.

12         THE COURT:  Why?

13         MR. TURNER:  He says he is the vice president of

14   operations for a branch, it is not --

15         THE COURT:  Right.  Unless you explain to the jury

16   what the difference is between a branch and an agency.

17         MR. TURNER:  Which I think we are entitled to have

18   explained.  Now there is one thing going back and tying it to

19   the settlement, we are not going to do that.  I think we are

20   entitled to talk about the difference between branch and

21   agency.

22         THE COURT:  Why is that not relevant, it is not the

23   product.

24         MR. OSEN:  Despite the representations of this

25   witness and the one on Friday, they no longer transact wire

- Sidebar -                                                         2971

1   transfers in the United States.  Even though they are

2   representing that they are doing business as usual and that

3   there is a continuous course of conduct.

4          THE COURT:  Why does that matter?

5          MR. COLES:  Because the jury is entitled to know

6   that their representations are not accurate and it is used for

7   impeachment of their statement.

8          THE COURT:  Too small, too confusing, no.

9          (Open Court.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Caravanos - Cross - Turner                    2972

1          MR. TURNER:  May I proceed.

2    Q    Now, you learned about this particular lawsuit when?

3    A    I believe it was July 5th, 2004.

4    Q    In fact you were on vacation at the time?

5    A    That is correct.

6    Q    You read about it in a newspaper?

7    A    Actually my colleague from the bank called me and told me

8    about it and I found it in the newspaper.

9    Q    And, shortly thereafter, an investigation began of --

10          MR. INGERMAN:  Objection.

11          THE COURT:  Still not seeing it.  Hang on a second.

12          Sustained.

13   Q    Shortly thereafter, were you-- did you become aware that

14   the OCC --

15          MR. INGERMAN:  Objection.

16          THE COURT:  Sustained.

17          MR. TURNER:  May we have a sidebar?

18          THE COURT:  Okay.

19          (Sidebar.)

20

21

22

23

24

25

- Sidebar -                                          2973

1    THE COURT:  I thought we agreed when we were just up

2   here, you were not going into this with this witness.

3        MR. TURNER:  We talked about an agency, now what I

4   will go into, he sat up there and testified about compliance,

5   testified about how they did things and how they followed OFAC

6   and how they did all these things right.  I intend to do the

7   same thing we did with Mr. Billard.

8        THE COURT:  All right.

9        MR. TURNER: Point out those specific --

10       THE COURT:  I don't see this witness going where

11   Billard did, in compliance.  Maybe the defendants learned

12   something from the last time.  But this witness did not open

13   the door to that kind of impeachment.  He mentioned compliance

14   only in passing.  He did not tout the system, he explained it,

15   unlike Billard.  So I'm not going to allow you.

16       MR. OSEN:  One point, he said they had a good

17   relationship with OFAC.

18       THE COURT:  I caught it and thought about is it

19   opening the door, I think it is not.

20       MR. OSEN:  Can he ask about specifically their

21   dealings with OFAC, but that is narrow enough on the question

22   of whether they had a good relationship on that issue.

23       THE COURT:  He was just describing process, that is

24   all he was doing.  The door has not been opened to this

25   impeachment.

- Sidebar -                                                    2974

1           MR. TURNER:  One other issue I wanted to go into

2     with him, had to do with the identification of people, and

3     adding names to OFAC.  Do you remember that testimony?

4           THE COURT:  I do.

5           MR. TURNER:  There is a specific finding in here,

6     that this Arab Bank, New York branch, was familiar with the

7     names of people and they're critical in that finding of the

8     fact that they did not use the information that they had in

9     their possession.  That directly goes to impeach what he said

10    up here and said --

11          THE COURT:  Didn't you impeach Billard with that

12    same language?  You don't need to do it again.  You don't need

13    to do it again.  This witness was too narrow.

14          (Open court.)

15

16

17

18

19

20

21

22

23

24

25

Caravanos - Cross - Turner                    2975

1    BY MR. TURNER:

2    Q    Now, after you learned of this lawsuit, Mr. Caravanos,

3    did you become aware that the Arab Bank conceded, admitted,

4    stated, in legal papers, that it had in fact, transferred over

5    $2 million, to terrorists who were designated by the United

6    States government as terrorists?

7              MR. INGERMAN:  Objection.

8              THE COURT:  Overruled.

9    A    Can you repeat that question?

10   Q    Sure.

11             After you became aware of this lawsuit, and I

12   believe you said it was in July of 2005?  Or 2004?

13   A    2004.

14   Q    2004.  After you learned of this lawsuit, did you become

15   aware that the Arab Bank has now admitted that it transferred

16   in excess of $2 million, to terrorists who were designated by

17   the United States government as terrorists?

18   A    No, I'm not aware of that.

19             MR. INGERMAN:  Objection.

20             THE COURT:  Overruled.

21   Q    Did you also become aware at some point in time, that

22   Arab Bank admitted in the context of this lawsuit, which you

23   learned about, in 2004, that Arab Bank provided financial

24   services, in other words, had customer accounts, at their

25   banks, for eleven United States designated Palestinian

Caravanos - Cross - Turner                    2976

1    terrorists, between 1999 and 2005?

2             MR. INGERMAN:  Objection.

3             THE COURT:  Overruled.

4    A    I was not aware of that, no.

5    Q    And after you learned of this lawsuit, back in 2004, did

6    at any point in time, as vice president of operations, did you

7    learn that Arab Bank has admitted in the context of this

8    lawsuit, that it maintained bank accounts for over twenty

9    charitable organizations, between 2000 and 2004, that were

10   designated by Israel, as unlawful terrorists groups?

11            MR. INGERMAN:  Objection.

12            THE COURT:  Sustained.

13   Q    Did you become aware after this lawsuit, that Arab Bank

14   admitted in this lawsuit, that between 1995 and 2004, it

15   provided banking services in the form of bank accounts for 49

16   known Hamas leaders?

17            MR. INGERMAN:  Objection.

18            THE COURT:  Sustained.

19   Q    Did you learn at any point after you learned of this

20   lawsuit --

21            THE COURT:  Mr. Turner, do you see where my rulings

22   are going here?

23            MR. TURNER:  Yes, sir.  I think these are already in

24   evidence that is why I am reading it.

25            THE COURT:  Anticipate my rulings, please.

Caravanos - Cross - Turner                    2977

1          MR. TURNER:  I'm trying.

2          THE COURT:  Okay.

3   Q    Between 1995 and 2004, did you learn after you learned of

4   this lawsuit, that during that time frame, Arab Bank admitted

5   that it transferred over $2.9 million, to known Hamas leaders?

6          MR. INGERMAN:  Objection.

7          THE COURT:  Sustained.

8          MR. INGERMAN:  I ask you to instruct Mr. Turner to

9   cease this line of questioning.

10          THE COURT:  Mr. Turner, this is-- you may have in

11   your view evidence to backup these questions, but this witness

12   is not the witness to ask those questions of.

13   Q    At any point in time Mr. Caravanos, did you communicate

14   with the Palestinian territory banks to receive information

15   from them about what organizations in the Palestinian

16   territories, were illegal, unlawful, because of their

17   terroristic affiliation?

18   A    Absolutely not.

19          MR. TURNER:  That is all the questions.

20          THE COURT:  Any redirect?

21          MR. INGERMAN:  No, Your Honor.

22          THE COURT:  You may step down, thank you very much.

23          (Witness excused.)

24          THE COURT:  You may call your next witness.

25          MR. INGERMAN:  Anne Vitale, please.

1    ANNE VITALE, having been first duly sworn, took the stand and

2    testified as follows:

3              COURTROOM DEPUTY:  You maybe seated.

4              MR. INGERMAN:  May I, Your Honor.

5              THE COURT:  You may.

6    DIRECT EXAMINATION BY MR. INGERMAN:

7    Q    Morning, Ms. Vitale.

8    A    Good morning.

9    Q    What do you do for a living?

10   A    I am a consultant to financial institutions and at times

11   government agencies, and other industries regarding compliance

12   with money laundering and terrorists financing.

13   Q    Were you also a lawyer at some point in time?

14   A    Yes.

15   Q    Are you still a lawyer?

16   A    I'm retired.

17   Q    Retired lawyer.  Okay.  So you are not here to tell us

18   about the law, correct?

19   A    No.

20   Q    Did you ever work at Arab Bank?

21   A    No.

22   Q    Did you go to college?

23   A    Yes.

24   Q    Where did you go to college?

25   A    I graduated from Fordham University in the Bronx.

Vitale - Direct - Ingerman                          2979

1   Q    And did you go to law school after that?

2   A    Yes, I did.

3   Q    Before you went to law school, did you do something else

4   with your life?

5   A    Yes, I was a teacher in the Archdioceses of New York.

6   Q    How long did you teach for?

7   A    Between seven and eight years.

8   Q    And, what year did you get out of Fordham law school?

9   A    1981.

10  Q    What did you do after law school?

11  A    I clerked for a Federal District Judge in Manhattan,

12  Judge Robert Sweet.

13  Q    Similar to Judge Cogan here in this courtroom but in

14  Manhattan?

15          THE COURT:  I can't hold a candle to Judge Sweet.

16          MR. INGERMAN:  I was just going to stop at that

17  question, Your Honor, so the record is clear, okay.

18  Q    And, how long was the clerkship for?

19  A    One year.

20  Q    Then what did you do?

21  A    I went to a law firm and then I went to the United States

22  Attorney's office in the Southern District of New York.

23  Q    And what is the United States Attorney's office, what do

24  they do?

25  A    The division I was in was the criminal division and I

1  prosecuted and tried cases in Federal Court.

2  Q    So you put the bad guys away, is that fair?

3  A    Some of them, yes.

4  Q    Did you do any financial crimes work when you were at the

5  United States Attorney's office?

6  A    In terms of frauds and money laundering, yes.

7  Q    And you said in the Southern District of New York, that

8  is in Manhattan; is that right?

9  A    Yes, it is.

10 Q    How long were you at the U.S. Attorney's office?

11 A    Seven and a half years.

12 Q    And, what did you do after you left the U.S. Attorney's

13 office?

14 A    I went to Republic National Bank of New York.

15 Q    And tell us a little bit-- that would have been what year

16 by the way?

17 A    1990.

18 Q    And what did Republic National Bank in New York do, what

19 was their business?

20 A    They had many businesses, they were in-- they had retail

21 banks, they had about a million accounts.

22 Q    Let me stop you there, what is a retail bank?

23 A    A retail bank is a bank that services individuals in the

24 neighborhood primarily, and businesses in the neighborhood.

25 It is when you walk into a-- an account that you and I would

Vitale - Direct - Ingerman                    2981

1    have at a bank.

2    Q    Okay.  What other types of things did Republic National

3    Bank do?

4    A    They did international private banking.

5    Q    What does that mean?

6    A    Which is high net worth individuals, people with a lot of

7    money, who were internationally based around the world.  And

8    would want to have United States accounts or accounts in the

9    United States and invest their money.

10   Q    And, were there any other things that Republic National

11   Bank did during the time period you were there?

12   A    They did many things.  They did correspondent banking.

13   Q    And we have talked about correspondent banking.  You

14   mentioned international banking also?

15   A    Yes.

16   Q    Did Republic National Bank have branchs around the world?

17   A    Yes, we were in at the time 23 countries.

18   Q    How long were you at Republic National Bank?

19   A    Ten years.

20   Q    What did you do there?

21   A    Well, in 2000, Republic National Bank was taken over by

22   HSBC, which is an even larger international bank.  And I was

23   at HSBC for a year and a half.

24   Q    What was your job when you were at Republic National Bank

25   and later HSBC, what was your title and tell the ladies and

Vitale - Direct - Ingerman                    2982

1   gentlemen of the jury some of the types of things you did

2   while you were there?

3   A    Sure.

4        I was the head of the entire anti-money laundering

5   program at Republic National Bank throughout the world.

6   Q    Let me stop you there.  I apologize for interrupting.

7        Tell us what anti-money laundering is?

8   A    It is the program and procedures that banks would

9   establish, which evolved over time, developed slowly and they

10  would put in place, banks would put in place, procedures to

11  try to identify suspicious activity.

12  Q    That would include terrorists financing?

13  A    Not while I was at--

14  Q    Did it evolve to include terrorists financing?

15  A    It would include all types of crime including terrorists

16  financing.  However, terrorists financing was not the focus

17  while I was at Republic National Bank of New York.

18  Q    So, anti money laundering was banks trying to identify or

19  putting policies and procedures in place to prevent them from

20  being used by criminal organizations, is that a fair summary?

21  A    The is a fair summary.

22  Q    What else did you do when you were at Republic National

23  Bank and later became HSBC?

24  A    At Republic National Bank I was also in charge of certain

25  litigations, that involved reputational issues.  And, I was

Vitale - Direct - Ingerman                    2983

1    at-- the end of my tenure at Republic also in charge of

2    investigations through the security department.

3    Q    And, when you left HSBC?

4    A    No, that was not at HSBC.

5    Q    Republic Bank?

6    A    Yes.

7    Q    Thank you.

8         When you left HSBC, that was 2001?

9    A    Yes.

10   Q    What did you do next?

11   A    I became a consultant.  I practiced law for a-- first as

12   a lawyer and I advised banks and other financial institutions,

13   brokerage houses, also law firms employed me for-- to be an

14   expert witness.

15        And, I also consulted with the government agency.

16   Q    During the course of your time working at the U.S.

17   Attorney's office, Republic National Bank and HSBC, and having

18   your own consulting firm, did you become familiar with the

19   international banking standards that applied to banks, global

20   banks doing business around the world?

21   A    Yes.

22   Q    How familiar are you with those standards?

23   A    Very familiar.

24   Q    What were you asked to do in this case?

25   A    I was asked to describe the practices that were evolving

Vitale - Direct - Ingerman                    2984

1    during 2000 to 2004, on the issues of anti money laundering

2    and counter terrorist financing.

3    Q    And, when were you hired by the bank as an expert?

4    A    Well, I was hired by a law firm.

5    Q    Okay.  The lawyers for the bank?

6    A    Yes.

7    Q    When?

8    A    2006, I believe.

9    Q    So, you have been working on this case, from 2006 to the

10   present on and off?

11   A    Yes, not continuously.

12   Q    Okay.

13        And you charge for your work, do you not, you don't

14   work for free?

15   A    Yes.

16   Q    Have you been paid?

17   A    Yes.

18   Q    Did you prepare expert reports?

19   A    Yes.

20   Q    Did you review deposition transcripts?

21   A    Yes.

22   Q    Did you do research on the international banking

23   standards?

24   A    Yes.

25   Q    Let me start by asking you about some general banking

Vitale - Direct - Ingerman                    2985

1    terms so that we are all on the same page here.

2             There has been a lot of discussion in this case, Ms.

3    Vitale about wire transfers.  Tell us what a wire transfer is.

4    A    A wire transfer is a payment order from one person or

5    entity to another person or entity.

6    Q    And, Sean, can we have slide one, please.

7             Your Honor may we display this to the jury?

8             THE COURT:  I don't recall, any objection?

9             MR. INGERMAN:  I think the answer is, yes.

10            MR. OSEN:  No, Your Honor.

11   Q    Is this a slide that you prepared to help demonstrate

12   the-- how a wire transfer works?

13   A    In the United States, yes.

14   Q    And would you walk us through this, please.

15   A    An individual goes to a bank, and asks to send money to

16   someone in another country.  In this example, it is going into

17   a bank.  I go into a bank and ask my bank to please send a

18   wire transfer to my nephew who lives in the United Kingdom.

19   Q    So, you are the originator with the brief case there,

20   right?

21   A    Yes.

22   Q    I could have done a better picture.

23   A    Yes.

24   Q    And, you walk into a New York bank, and you give them

25   certain information?

Vitale - Direct - Ingerman                                     2986

1    A    Yes.

2    Q    Like what?

3    A    I give them my name, my account number with them, my

4    direction as to who I want it to go with, my nephew who lives

5    in the U.K., his name, and in this case, if he has an account

6    number, I give them an account number.

7    Q    Okay.  This is a circumstance, is it not, where the New

8    York bank does not have a branch in the United Kingdom,

9    correct?

10   A    It does not.

11   Q    And so, is that why you have put on here, correspondent

12   banking relationship?

13   A    Well, you put it on even if they had a branch.

14   Q    Why is that?

15   A    Because whenever one bank has an account with another

16   bank, that is one of the ways you establish a correspondent

17   relationship.

18   Q    When the wire transfer goes through, let's say you are

19   sending $1,000 to your nephew, and you go to your bank in New

20   York and you send it to his bank in the United Kingdom, first

21   of all, is the information, the originator, the beneficiary,

22   is that information checked against the OFAC list in New York?

23   A    Yes, it is.

24   Q    And then is it checked again for the list in whatever

25   jurisdiction the money is being wired to?

1    A    Here it would be the U.K., yes.

2    Q    And, how quickly does the wire transfer go through from

3    the U.S. to the U.K.?

4    A    It is a straight through processing which is

5    instantaneously, once they press the button.

6    Q    And once they press the button, do human eyes ever see

7    it?

8    A    Not until the U.K. pays the money.

9    Q    Now, we talked a little bit with Mr. Caravanos on the

10   witness stand about the Swift organization and the society and

11   the Swift forms, we don't need to go back through all that.

12          But the information that you provide in your

13   example, to the New York bank, gets entered into the Swift

14   system, assuming the banks are members of that society,

15   correct?

16   A    The Swift is the payment order.

17   Q    Okay.  And who puts the information into the payment

18   order at the bank?

19   A    A clerk does.

20   Q    And, does the receiving bank, the beneficiary bank in

21   your circumstance, the United Kingdom bank, do they have any

22   role in putting any of the information into the Swift form?

23   A    No.

24   Q    Now, let's assume you walked into your New York bank and

25   you wanted to send $1,000 to your nephew in the United

Vitale - Direct - Ingerman                    2988

1    Kingdom, in the 2000, 2004, time period, that is what we are

2    focused on here.  You gave them all of the information that

3    you have just told us about, but you did not put your nephew's

4    name down on the Swift payment form.

5              In the 2000, 2004 time period, would that payment

6    still go through to your nephew?

7    A    I don't put the name on the Swift payment form.

8    Q    Let me ask it a different way.

9              Let's say you go into the bank, you give them all

10   the information and the clerk at the bank, forgets to put your

11   nephew's name down.  Puts the account number, he puts your

12   name, your account number, the amount, everything else, except

13   he forgets to put the name in.  Would that transfer, that wire

14   transfer still go through, in the 2000, 2004, time period?

15   A    Yes.

16   Q    What if the name that the clerk types in on the Swift

17   payment form, mismatches, doesn't match your nephew's name.

18   In other words, your nephew's name is John Smith, and it says

19   John Williams, would the transfer still go through during that

20   time period?

21   A    The automatic transfer would go through.

22   Q    Now, are there other circumstances where you could have a

23   correspondent banking relationship for a wire transfer, that

24   involves more than two banks?

25   A    Yes, that is very common.

Vitale - Direct - Ingerman                    2989

1    Q    Can we see the next slide, Sean, please.

2         Walk us through how a three bank correspondent

3    banking relationship would work, please.

4    A    An originator goes into a bank, where they have an

5    account and they say, they want to send the $1,000 to their

6    nephew in the U.K..  That bank, the originating bank, may not

7    have a relationship with my nephew's bank in the U.K..  But

8    they have a relationship with some other bank in New York,

9    which has a relationship with my nephew's bank in the U.K.

10        (Transcript continues on next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Vitale - direct - Ingerman                    2990

1    (CONTINUING)

2    Q    Okay.  And so, if the wire transfer went that way, in

3    other words, it went from your bank to another bank in

4    New York and then, to your nephew's bank in the

5    United Kingdom, how many times would the transfer get checked

6    again the blacklist?

7    A    Three times.

8    Q    Okay.  Are there circumstances where there could be four

9    banks involved?

10   A    Yes.

11   Q    And have you seen that in this case?

12   A    Yes -- I've seen it in my career.

13   Q    Okay.  Is that unusual?

14   A    No.

15   Q    Could we see the next slide, please, Sean.

16        And how would this work?

17   A    An originator, myself in this example, goes into my bank

18   in New York and I tell them I want to have a thousand dollars

19   go to my nephew in the U.K.  My bank in New York does not have

20   a relationship with my nephew's bank, but it does have a

21   relationship with another New York bank.

22   Q    So, that's bank two?

23   A    Yes.

24   Q    New York bank two?

25   A    New York bank two.  That has a relationship with another

Vitale - direct - Ingerman                           2991

1   U.K. bank that has a relationship with my nephew's bank.

2   Q    And how many times would this transfer get checked

3   against the blacklist?

4   A    Four.

5   Q    Now, let's go back to slide one for a moment, Sean,

6   please.

7         From an international banking standards perspective,

8   would it be possible to, if you're the originator and you walk

9   into your bank in New York and you want to send a thousand

10  dollars to your nephew in the U.K., but he's a student over

11  there for a couple of weeks and he doesn't have a bank account

12  at a bank?  How would do you that?

13  A    I'd go into my bank and ask them to send a wire transfer

14  to my nephew who was traveling in the U.K. or was a student in

15  the U.K. who didn't have a bank account.

16  Q    And so, the wire would go from New York to a U.K. bank,

17  right?

18  A    Yes.

19  Q    But you wouldn't have -- how would you fill out the

20  information?  How would you let the U.K. bank know who was

21  supposed to get the money and how would that work?

22  A    You'd have to supply some identifiers for your nephew.

23  Q    So like his name or something like that?

24  A    Name, date of birth, if you knew a passport number.

25  Q    Okay.  And what account number would you put into the

VB        OCR        CRR

Vitale - direct - Ingerman                               2992

1   SWIFT form when you walked into your New York bank to make

2   sure the money actually got to the U.K. bank?

3   A    I don't put a number in a SWIFT form as a bank customer.

4   Q    I'm sorry, right.  You keep correcting me on that.  Your

5   teacher days are still with you, I apologize.  All right.

6           When you walk in and you tell the New York bank you

7   want to send money or cash to your nephew in the U.K., what

8   bank account number gets put that the SWIFT payment form?

9   A    The bank chooses its correspondent or in this case, the

10  direct case, would put the beneficiary bank number.

11  Q    Okay.  So, you walk into the New York bank, you say I

12  want to get a thousand dollars cash to my nephew who is

13  traveling in the U.K., you give the information to the clerk

14  including your nephew's name and then the clerk would put in

15  the New York bank's bank account number at the U.K. bank,

16  right?

17          And then how would your nephew then come and get the

18  money?

19  A    He would go to the bank and present his identification

20  and get the cash from the U.K. bank.

21  Q    And someone would have to tell your nephew that the

22  money's there so he could go get it?

23  A    Well, I would.

24  Q    You would, all right.

25          And was that an unusual circumstance, to send money,

1   wire money or cash to somebody who didn't have a bank account?

2   A    Was it unusual?  No.  Was it the common way?  No.

3   Q    Okay.

4   A    Banks did those transactions during those time periods.

5   Q    And was --

6   A    And before.

7   Q    And was that consistent with international banking

8   standards?

9   A    Yes.

10  Q    Now, I want to ask you a little bit about --

11  A    They were called, we called them pay upon proper

12  identification or PUPIDs was the -- P-U-P-I-D.

13  Q    And that means if you come into the bank, if your nephew

14  comes into the bank in the U.K. with his drivers license or

15  passport or sufficient identification he could get the cash?

16  A    Yes.

17  Q    Okay.  Let me ask you a little bit about OFAC for a

18  moment.

19          You know what OFAC is?

20  A    Yes.

21  Q    The Office of Foreign Asset Control?

22  A    Yes.

23  Q    And OFAC creates a list, do they not, of people and

24  organizations and, sometimes I think, even boats and cars for

25  which financial institutions like banks can't do business;

Vitale - direct - Ingerman                    2994

1    right?

2    A    Yes.

3    Q    Okay.  And in your consulting world, do you consult with

4    banks on the use and application of the OFAC list?

5    A    Yes.

6    Q    Do you know who puts the names on the OFAC list?

7    A    OFAC is a standard in the United States and it's the

8    United States Government that puts the names on the list.

9    Q    Okay.  Do banks put the names on the list?

10   A    No.

11   Q    In the 2000 to 2004 time period, were you familiar with

12   the OFAC list?

13   A    Yes.

14   Q    Did the OFAC list for a particular entry include

15   sometimes other spellings?

16   A    Yes.

17   Q    So, for instance, if I, Brett Ingerman were on the list,

18   it might be B-R-E-T-T, it might be B-R-E-T or some variation;

19   is that right?

20   A    Yes.

21   Q    Were the lists -- was the OFAC list during the 2000-2004

22   time period updated periodically?

23   A    Yes.

24   Q    And were those updates sent out through the banks?

25              Or how did OFAC inform people that they had updated

VB        OCR        CRR

Vitale - direct - Ingerman                          2995

1   their list?

2   A    They would publish it and at a certain time it became

3   available electronically.

4   Q    Okay.

5   A    During that period.  And probably before -- before, right

6   before that period it became available electronically.

7   Q    In the 2000-2004 time period, were banks applying OFAC in

8   the United States electronically or manually?

9   A    Electronically, for the most part.

10  Q    Was there a common industry practice or industry standard

11  concerning foreign banks outside of the United States applying

12  OFAC to their transactions in the 2000-2004 time period?

13  A    No.

14  Q    When you say no, was there a standard or were they not

15  doing it?

16  A    The standard was to apply the blacklist of the country

17  you were located in; therefore, if you were a bank in England,

18  you would apply the English blacklist.  If you were a bank in

19  Spain, you would apply the Spanish blacklist.

20  Q    Okay.  And if you were in the United States, you would

21  apply?

22  A    The U.S. blacklist, which was the OFAC blacklist.

23  Q    Now, what if you -- were there occasions when in your

24  experience, when a transaction would run through the OFAC

25  filter in the U.S. and there would be a false positive or a

1    false hit?

2    A    Yes.

3    Q    And was that a common occurrence?

4    A    Yes.  It still happens.

5    Q    Why is that?

6    A    Because the OFAC list is tens of thousands of names and

7    it has -- including all the aliases, and when you put a name

8    in, depending on the software that you're using, it will

9    capture names of various individuals which have similar

10   properties of the name that's on the list.

11            For instance, if the name Oman was on the list

12   O-M-A-N, it would capture names Roman, R-O-M-A-N, because Oman

13   would be contained in Roman.  And it would sometimes capture

14   that.

15            Different systems had different parameters or ways

16   of capturing names.

17   Q    And were you familiar with the OFAC software that was

18   used by banks in the 2000-2004 time period?

19   A    Yes.

20   Q    And are you familiar with the OFAC software by banks that

21   are used by banks today in the 2010, 2011, 2012 time period?

22   A    Not to as great extent as I was in 2004, but yes.

23   Q    Has the software evolved over time?

24   A    Yes.

25   Q    Has it gotten better and smarter?

Vitale - direct - Ingerman                    2997

1    A    Yes.

2    Q    How?

3    A    Vendors have developed programs as anti-money laundering

4    became a bigger industry, vendors came into the field and

5    brought software technicians into the field and things got

6    better and smarter.  They use fuzzy logic now that was never

7    used before.

8    Q    In addition to the software, have the international

9    banking standards and regulations that apply to banks, have

10   they evolved over time since the 2000-2004 time period?

11   A    Yes.

12   Q    And why is that?

13   A    There are several things that occurred during the time

14   period.  I think predominantly it was 9/11 in 2001.  The

15   industries were very concerned on a national level, on a

16   supervisory level and on a banking level and anti-money

17   laundering became more and more important as the years

18   developed.

19           When I say anti-money laundering in this respect, it

20   included, especially after 2001, terrorist financing.

21   Q    Now, when the U.S. Government puts a person or an entity

22   on the OFAC list, what does that mean to the bank with respect

23   to doing transactions for that person or entity?

24   A    It means a bank, as of the moment of designation, may not

25   deal with the person.

Vitale - direct - Ingerman                              2998

1    Q    And was there an international standard in the 2000-2004

2    time period or as a matter of international banking standards,

3    was there any obligation on the bank to go backwards after a

4    designation to see whether or not they had done transactions

5    for the designated entity in the past?

6    A    It was not an international standard to do that.

7    Q    And was it a violation of international banking standards

8    to have done transactions for an organization that is later

9    designated?

10   A    No.

11   Q    Now, you mentioned in the context of wire transfers and I

12   would like to give the Ladies and Gentlemen of the Jury some

13   context about how many wire transfers actually go through the

14   international payment system in a particular year.

15         Have you done a chart to demonstrate that?

16   A    Yes, I have.  U.S. payments only.

17   Q    U.S. payments.

18         Could we see the CHIPS slide, Sean.  Slide six,

19   thank you.

20         What is this slide, Ms. Vitale?

21   A    This is an excerpt from the clearing house in New York.

22   Q    What is the clearing house?

23   A    It's an organization of the major money center banks that

24   clear U.S. dollar transactions, meaning wire transfers.

25   Q    And so, in the year 2000, just by way of example, what

Vitale - direct - Ingerman                    2999

1    was the total dollar amount of U.S. wire transfers that passed

2    through the international payment system in one year?

3    A    $292 trillion.

4    Q    And how many total transactions?

5    A    Almost 60 million transactions.

6    Q    And did those numbers increase from 2000 to 2004?

7    A    Yes.

8    Q    And those wire transfers, the almost -- the more than

9    $300 trillion in wire transfers that go through the

10   international payment system, those go through in the blink of

11   an eye; is that right?

12   A    Straight-through processing, yes.

13   Q    No human eyes look at them until they are stopped for

14   some reason; is that correct?

15   A    That's correct -- well.  Let me stop you there.

16           An originating bank puts them in, so that you and I

17   see that part of it.  And the beneficiary bank, when it gets

18   out, sees part of it, but not in between.

19   Q    Not in between, okay.

20           And the jury has heard throughout this case about

21   transfers that have gone through New York.  So, in other

22   words, a wire transfer that would start in Jordan, go through

23   New York and end up in the Palestinian territories, and I'd

24   like to talk a little bit about that with you.

25           Do you know why that happened on certain occasions?

Vitale - direct - Ingerman                          3000

1    A    Yes.

2    Q    And could we see that slide, Sean, of -- the New York

3    transfer slide.

4         Walk us through why in the 2000-2004 time period, if

5    you're trying to send dollars just by way of example from

6    Jordan to the Palestinian territories, why does that money

7    route through New York?

8    A    Because it's a U.S. dollar payment.

9    Q    And how does that work?

10   A    The, each currency clears, for the most part, in their

11   home country, which means if you're sending a U.S. dollar

12   payment, if it's originating in Jordan as in this example,

13   it's got to settle in a New York bank.  New York banks -- U.S.

14   banks.

15   Q    Most of them are here in New York.

16   A    Yes.  And most of the U.S. banks are the New York

17   clearing banks, the large New York banks because New York is a

18   money center.

19   Q    Is it unusual -- well.

20        First of all, do you have a sense in the 2000-2004

21   time period what percentage of the international payments,

22   wire transfers were in U.S. dollars?

23   A    The majority of them were.

24   Q    Okay.  So, was it unusual for dollars to go from Jordan

25   or, you know, Jordan to New York to the Palestinian

1    territories?

2            In other words, was it unusual to have to clear

3    through New York on these transactions?

4    A    No.

5    Q    Now, in this example on the slide where we go from Jordan

6    to New York to the Palestinian territories, how many times

7    would the transfer get checked against the blacklist?

8    A    In this example, it would be one time in New York -- one

9    time in Jordan, excuse me, one time in New York, one time in

10   Palestine.

11   Q    And when you send these transfers, these wire transfers

12   through New York, is there a record kept of all of the

13   information about the transfer?

14   A    Yes.  For five years.

15   Q    And was this a routine banking activity?

16   A    Very routine.

17   Q    Now, we talked earlier about international banking

18   standards and your familiarity with the international banking

19   standards.

20           Can we see the next slide, please, Sean.

21           Have you prepared a slide that identifies the three

22   major groups of international banking standards that apply to

23   banks or applied to banks in the 2000-2004 period who were

24   operating globally?

25   A    Yes.

Vitale - direct - Ingerman                    3002

1    Q    And what are they?

2    A    The Basel Committee on Banking Supervision, and the

3    Financial Action Task Force and the Wolfsberg Group.

4    Q    Let's start with the Basel Committee on Banking

5    Supervision, which I think is known shorthand as Basel.

6              Basel is a city in Switzerland; is that right?

7    A    Yes, it is.

8    Q    And you have the word regulators next to that.  Why is

9    that?

10   A    That's because Basel is a group of regulatory bank --

11   regulatory agencies throughout the world and they meet and

12   discuss and establish standards for various banking practices

13   credit concentrations.  They do it for risks.  They do it for

14   anti-money laundering.  And that's the body that establishes

15   what should regulators around the world do as best practices

16   for the banks in their countries.

17   Q    Okay.  And the Financial Action Task Force, otherwise

18   known as FATF.  You have countries written next to that.  Why

19   is that?

20   A    That's because it's an organization of national

21   representatives from each country and that was established in

22   1990 when, after the group of countries, the GA group of

23   countries, got together and realized that money laundering was

24   becoming a significant problem.  And they got together and

25   formulated standards for the countries so that the countries

Vitale - direct - Ingerman                    3003

1   would enact those standards for the banks and various other

2   aspects around the world.

3   Q    And so the Basel committee tells the bank's regulators or

4   makes suggestions or recommendations to the bank regulators.

5           FATF makes suggestions to the countries in which the

6   banks operate; is that right?

7   A    Yes.

8   Q    And what does the Wolfsberg Group do?

9   A    The Wolfsberg Group was founded in 2000, 2001, and it was

10  a group of money center banks, eleven banks, international

11  banks, large banks.  They got together and said we have the

12  standards for the regulators, we have the standards for

13  countries and all those standards affect the banks, but

14  there's holes in those standards, there's gaps in those

15  standards.  So, we want to bring the voice of the banks, the

16  money center banks to say what we think should be the best

17  practices.

18  Q    And in 2000-2004, and before and thereafter, actually,

19  are banks guided by these three groups of international banks

20  standards?

21  A    Yes, they are.

22  Q    And do the international banking standards speak to what

23  blacklists are applied and when?

24  A    They speak to what blacklists are applied, yes.

25  Q    How?

Side-Bar                                            3004

1    A     They say --

2              MR. ELSNER:  Objection.

3              THE COURT:  There is an objection, hang on a second,

4    one second.

5              (Pause in the proceedings.)

6              THE COURT:  I am going to sustain the objection.

7              MR. INGERMAN:  May we have a side-bar, Your Honor,

8    please?

9              THE COURT:  Yes.

10             (Side-bar conference held on the record out of the

11   hearing of the jury.)

12

13             (Side-bar.)

14             MR. INGERMAN:  Your Honor, I recognize that you

15   issued an order this morning on this issue.  I just point out

16   that Judge Gershon, in her May 28th, 2013 order, did say that

17   Ms. Vitale also offers testimony regarding the lack of a

18   common industry standard in 2004 for foreign banks outside of

19   the U.S. to screen against the Office of Foreign Assets

20   Control OFAC list.  Ms. Vitale's testimony as to the state of

21   industry standards or practices in 2004 may be admissible so

22   long as her opinion is based on her knowledge of banking

23   industry standards and practices.

24             That's the end of the quote.

25             What I've elicited from her is that she's familiar

Side-Bar                                           3005

1  with the international banking standards and practices and

2  that those practices and standards -- there is a common

3  industry standard with respect to foreign banks applying or

4  screening against the OFAC list.

5          MR. OSEN:  The question isn't the screening, which

6  she already testified to.  The question is whether he can

7  back-door statements about laws applied in foreign countries.

8  And if you look at the last question, it's formulated in terms

9  of laws and regulations.

10          MR. INGERMAN:  Your Honor, I am specifically not

11  asking her about laws of foreign jurisdictions.

12          And just to be clear on this point, her testimony

13  would be that the standards and practices are that you apply

14  the laws of your home and host country.  I'm not getting into

15  what those laws are, just the international banking standard.

16  And it's found in Basel.  That's where they find it.

17          THE COURT:  That's the rub; right?  That's why there

18  is this difficulty with Judge Gershon's order because at some

19  level, industry practices dovetail into what is legally

20  permitted since all banks want to comply with the law.  Unless

21  they don't.

22          MR. INGERMAN:  There is no international law that

23  says apply home an host.  That's an international banking

24  standard.

25          THE COURT:  Right.

VB          OCR          CRR

Side-Bar                                                        3006

1           MR. OSEN:  The problem is that the only law that's

2   relevant to the case is the Antiterrorism Act.  So, if the

3   legal standard in Basel or in Afghanistan or in any other

4   jurisdiction is that it is perfectly permissible to do

5   business with Hamas, it's irrelevant.

6           THE COURT:  I think that is the controlling

7   principle here, Mr. Ingerman.

8           I understand it is not a hundred percent clear, but

9   it seems to me that anything that seeks to shield a bank

10  because it complied with the local practice, which

11  incorporates the local law to say this is what you have to do

12  would, in fact, be saying well, that local law takes

13  precedence over the ATA and we cannot have that.  That ruling

14  was clear.

15          So, I am going to sustain the objection.

16          MR. INGERMAN:  May I say just one other thing,

17  Your Honor?

18          THE COURT:  Sure.

19          MR. INGERMAN:  I am specifically not asking her

20  whether the bank complied with some local law.  I am simply

21  asking her what the international standard is.

22          And I am not asking her, and we have not elicited

23  actually -- you haven't allowed to us to elicit -- from any

24  bank witnesses, particularly in the Palestinian territories,

25  whether they actually applied the local blacklist.

VB        OCR        CRR

Proceedings                                    3007

1              THE COURT:  Right.

2              MR. INGERMAN:  So, all I am asking for is the

3    international standard, which I think is squarely within

4    Judge Gershon's order.

5              THE COURT:  What I think you can do, I will allow

6    you to ask her whether the international standards that she

7    has identified from these three organizations include the

8    practice of complying with -- I take it back.  There is no way

9    to do it.

10             There is no way to do it, Mr. Ingerman.  It runs

11   right into using local law as a defense to the ATA, so I am

12   going say no.

13             MR. INGERMAN:  Can we take our morning break,

14   Your Honor, so that in light of that ruling I can clean up my

15   outline?

16             THE COURT:  Sure.

17             MR. INGERMAN:  Thank you.

18             (Side-bar end.)

19

20             (In open court.)

21             THE COURT:  All right, ladies and gentlemen, we will

22   take our morning break now.  Come back here at 11:10.

23             Please, don't talk about the case.  We will see you

24   shortly.

25             THE COURTROOM DEPUTY:  All rise.

Proceedings                                3008

1          (Jury exits.)

2          (In open court; outside the presence of the jury.)

3          THE COURT:  Okay, 11:10.

4          (Recess taken.)

5

6          (Continued on following page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3009

1          (The following occurred in the absence of the jury.)

2          THE COURT:  Be seated, please.

3          Before we bring in the jury, I am trying to think of

4   any proper question that Mr. Ingerman could ask this witness

5   about blacklists.  What's the plaintiffs' position if he were

6   to ask, for example, of these three bodies that you have

7   identified, Basel, FATA and Wolfsberg, did they have any rules

8   about following blacklists?

9          She would presumably say yes.  Then he could bring

10  out, and what were those rules, that you should follow the

11  blacklists applicable in your jurisdiction.  Do plaintiffs

12  have a problem with that?

13         MR. OSEN:  Your Honor, the problem is one of

14  confusion.  Because the blacklist process, for example, in the

15  United States, is a regulatory process for governing things

16  like the freezing of accounts and the process for reporting,

17  which is separate and distinct from the antiterrorism act,

18  which is the -- whether you may provide financial services to

19  such an entity.

20         So this is a fascinating issue for banking experts

21  and things like that, but from a jury standpoint, the ability

22  to delineate the difference between Bank Secrecy Act,

23  regulatory requirement, and the ATA, or the difference between

24  post regulatory compliance and freezing functions and the ATA

25  is just something that is going to be prejudicial no matter

3010

1    what.

2            THE COURT:  But why do we need to get into that if

3    we keep the testimony as simple as I have just outlined?

4            MR. OSEN:  Again, the blacklists are one factor and

5    one that is used almost exclusively for two purposes.  One is

6    notice and the other is for dealing in the domestic

7    jurisdiction with the question of what you do with funds that

8    are in your possession.  It doesn't have to do with material

9    support statute.

10           And so while the notice part it is relevant, all the

11   other aspects of bank standards and practices do not really

12   impact except for the question of whether they look at them or

13   not.

14           MR. INGERMAN:  Your Honor, I think it goes to the

15   bank's state of mind.  Whether or not there is an

16   international standard that banks follow that say you apply

17   home and host is relevant to whether the bank intended or had

18   a state of mind necessary to commit a violation of the ATA.

19           THE COURT:  Well, I think she got out something on

20   this already.  I do think that if we go any further it is

21   going to be a can of worms.  So I am going to adhere to my

22   ruling under Rule 403.

23           All right.  Let's have the jury, please.

24           (Jury present.)

25           THE COURT:  All right be seated.

GR        OCR        CM        CRR        CSR

Vitale - direct - Ingerman                    3011

1          Mr. Ingerman, anything further?

2          MR. INGERMAN:  Thank you, Your Honor.  Yes.

3    EXAMINATION CONTINUES

4    BY  MR. INGERMAN:

5    Q    Ms. Vitale, I want to go back FOR a minute to OFAC.

6          In your experience in the 2000-2004 time period,

7    what types of things did the OFAC filter check for?

8          MR. INGERMAN:  And I think we have a slide on this,

9    Sean.  I think it's slide four.

10   A    Banks would run the banks existing customers through

11   OFAC, new bank customers through the OFAC list, and all

12   parties to wire transfers through the OFAC list.

13   Q    Would that happen electronically during that time period,

14   for the most part?

15   A    Yes.

16   Q    So all existing bank customers, all new bank customers,

17   and any party to a wire transfer, both originator and

18   beneficiary, is that right?

19   A    Yes.

20   Q    Okay.  Now, in the 2000 and 2004 time period, was

21   there -- was there an international banking standard or custom

22   or practice that required banks to do more than the OFAC

23   screening in the United States?

24          In other words, to go and look at the Internet or do

25   their own research?

Vitale - direct - Ingerman                                3012

1   A    No, sir.

2   Q    What was the standard at that time, in 2000-2004?

3   A    The standard was to screen against blacklists.

4            MR. INGERMAN:  Let's go to slide eight, Sean, which

5   was the list of the three -- three international banking

6   standards.

7   Q    Do the international banking standards, did they identify

8   in the relevant time period the best way for banks to ensure

9   that they are not being used by criminal organizations or

10  terrorists?

11  A    That developed during that time period.

12  Q    Was one of the standards to use blacklists?

13  A    Yes.

14  Q    In fact, did the Wolfsberg Group publish a paper on that

15  topic?

16  A    Yes, it did.

17           MR. INGERMAN:  Sean, if we could have for the

18  witness only defense Exhibit 645, please?

19  Q    Now, tell us again, Ms. Vitale, who the Wolfsberg Group

20  is?

21  A    The Wolfsberg Group is a group of eleven money center

22  banks, international banks, among the largest in the world.

23  Q    I'm sorry?

24  A    Among the largest in the world.

25  Q    Is the paper that's before you, is that something that

1    you read and used and relied on in formulating your opinions

2    in this case?

3    A    Yes.

4    Q    Is it the type of paper that experts in your field

5    ordinarily and customarily rely upon?

6    A    Yes.

7         MR. INGERMAN:  If we could show you just the witness

8    only the -- Your Honor, may I publish this for the jury,

9    please?

10         THE COURT:  Any objection?

11         MR. ELSNER:  No, Your Honor.

12         MR. INGERMAN:  Can we see the first page of 645,

13   Sean, please?   If we can blow up the title please, Sean?

14   Q    This is a paper by the Wolfsberg Group and it says

15   Wolfsberg Statement, Guide Damages on a Risk Based Approach

16   For Managing Money Laundering Risks.

17         Do you see that?

18   A    Yes.

19         MR. INGERMAN:  Then if we could turn to the last

20   page of it, in the conclusion, or right before the conclusion,

21   Sean, if you could blow up, highlight, there is a sentence

22   that begins, the Wolfsberg Group.

23   Q    It says:  "The Wolfsberg group continues to believe that

24   the most effective means by which to identify terrorist funds

25   within a financial institution is for governments to identify

Vitale - direct - Ingerman                    3014

1    those connected to terrorist activities and provide that

2    information to financial institutions in a timely manner."

3              Was that the standard, banking standard, in

4    2000-2004 time period?

5    A    Yes, it was.

6    Q    How do governments provide that information to financial

7    institutions in a timely manner?

8    A    Through blacklists.

9              MR. INGERMAN:  I have no further questions.

10             Thank you.

11             THE COURT:  All right.  Cross.

12             MR. ELSNER:  Your Honor, I note to everyone's great

13   disappointment, I have no questions.

14             THE COURT:  Okay.  You may step down.

15             Thank you very much.

16             (Witness excused.)

17             (Continued on next page.)

18

19

20

21

22

23

24

25

GR      OCR      CM      CRR      CSR

3015

1          MR. COLES:  Your Honor, Your Honor, subject to

2    certain letters that are before you now, the defense is

3    prepared to rest its case.

4          THE COURT:  Okay.  The letters?  You mean last

5    night's  letters?

6          MR. COLES:  Yes.

7          I think there was one from this morning as well and

8    some exhibit issues.  Subject to some housekeeping issues

9    which I think we can work out, we are prepared to rest our

10   case.

11         THE COURT:  What do the plaintiffs want to do about

12   rebuttal, if anything?

13         MR. WERBNER:  One rebuttal witness, given the way

14   the time has worked, is available first thing in the morning,

15   Your Honor.  We were unable to get him here this afternoon.

16   But he will be here 8:00 o'clock tomorrow morning.

17         THE COURT:  All right.  I will discuss more specific

18   timing with the lawyers, but I think we will certainly -- if

19   any lawyer has a problem and wants to discuss whether we

20   should proceed to closing arguments on Thursday, let me know

21   that now.  You can just say I think we need to discuss that,

22   Judge.

23         MR. COLES:  May we have a quick side bar on that?

24         THE COURT:  No.  I am just going to give the preview

25   of what is coming up.

GR      OCR      CM      CRR      CSR

3016

1          It looks to me, ladies and gentlemen, that we will

2     go to closing arguments on Thursday.  I won't guarantee it

3     until I talk to the lawyers.  That seems to be where we are

4     headed.

5          So you have another short day.  This was a short day

6     anyway but it is even shorter.

7          Please, as you leave, do not discuss the case

8     overnight with anyone.  Don't do any research on the case.

9     Stay away from media coverage of the case.  Keep an open mind.

10    We will see you tomorrow morning at 9:30.

11         Thank you.

12         (The following occurred in the absence of the jury.)

13         THE COURT:  All right.  Have a seat, please.

14         Yes?

15         MR. TURNER:  There are actually two issues on

16    rebuttal.  One I've already talked to the bank about.  It is

17    reading a question and answer from a deposition and whether or

18    not -- the problem we have with the witness is that he is

19    within the subpoena power and what we have suggested is that

20    they can either produce him tomorrow morning and we'll ask him

21    that question and answer or we'll just read the question and

22    answer along with the introduction of who he is, obviously.

23         THE COURT:  Who is that?

24         MR. TURNER:  Ted Scholtz.

25         THE COURT:  What do you want to do?

GR     OCR     CM     CRR     CSR

3017

1          MR. COLES:  I am checking to see if he is available.

2     If he testifies, we may want to ask him some questions as

3     well.

4          THE COURT:  Okay.  Tomorrow is the day.  So if he is

5     not available, then we use the deposition because he's not

6     available.

7          MR. COLES:  I understand.  I have reached out.  I

8     will see if we can bring him in.

9          THE COURT:  All right.  Let me go through some of

10    the outstanding issues that I know we have.

11          First of all, these are from the letters last night.

12          The defendant's motion to strike certain of the

13    portions of the cross-examination of Mr. Hamdan.  That's

14    granted.

15          I don't know that it is necessary to grant because I

16    sustained all the objections and the jury understands if I

17    sustain objections they can't take the answer.

18          I will say, Mr. Werbner, you were rather bullheaded

19    in proceeding with the line of questioning even though I

20    sustained objection to every one of those questions.

21    Unfortunately, the witness was equally bullheaded and he

22    wanted to answer those questions just as badly.  The questions

23    shouldn't have been asked, the answers shouldn't have been

24    given.  So I will strike that.

25          Is it the defendant's request that I announce that

GR      OCR      CM      CRR      CSR

3018

1    to the jury?

2           MR. COLES:  No, it is not necessary to do that.  We

3    would just like it stricken from the transcript.

4           THE COURT:  That's fine.

5           Next I have the defendant's letter proposing that

6    there be certain, or certain eliminations of redactions to

7    material that was covered under my declaration against

8    interest ruling.

9           I'd really like you all to just talk and figure out

10   which portions should be let in.  That seems to me easy

11   enough.

12          I think one thing the plaintiffs need to keep in

13   mind is that if there is a portion that the defendant wants

14   in, I am likely to allow that for the sake of completeness.  I

15   don't think you can cherry-pick the portions of a declaration

16   against interest that you want in.  But I am not ruling on

17   that for sure.  See if you can figure that out.

18          In addition, I will note, it is time for the parties

19   to confirm that they have an accurate exhibit list as to those

20   exhibits that have been admitted.  You should be conferring on

21   that as well.

22          My practice is, once the jury begins deliberation,

23   they get all the exhibits.  I don't think I am going to give

24   them videotapes because they have no way to watch them in the

25   jury room.  But if they ask for that, then I will bring them

3019

1   back in and they can watch it here.  But as to the paper

2   exhibits, please see if you can agree on what has been

3   admitted.  I think the transcript is pretty clear.

4          The next thing I had is the expert summaries from

5   the two experts summarizing their opinions.  The parties were

6   supposed to see if they could agree on those.

7          MR. INGERMAN:  We plan to talk to the plaintiffs

8   about that this afternoon.

9          THE COURT:  Okay.  Please do that.  Let me know

10  where that is going by the time we close the case tomorrow.

11         Then the defendant also had a translation issue as

12  to the Plaintiffs' Exhibit 1768.  I don't really know what to

13  do with that.

14         What's the proposal?

15         MR. COLES:  I was actually trying to think of an

16  efficient way of doing it.  Just to put the context in, it's a

17  $2 million transfer that's for 50,000 food baskets.  The

18  reference to food baskets is undoubtedly, I think both sides

19  agree, in the transfer.  It was left off of plaintiffs'

20  certified translation.  So they agree it was left off.

21  However, they want the number to read backwards.  So it's

22  50,000 backwards.  So you have zeros and then the five.

23         THE COURT:  The issue is essentially when you read

24  Arabic right to left, which way are you starting with the

25  50,000?

3020

1        MR. COLES:  No.  There is no reasonable basis for
2   the assertion that you spent $2 million for five food baskets.
3   I don't think there is any question that it's 50,000.
4        My suggestion was just to give it to the
5   interpreters we have over here as kind of a rough justice way.
6   We will just assume whatever they are going to do.
7        MR. OSEN:  The issue isn't that exactly.  The issue
8   is, there have been a couple of instances in documents used by
9   both parties that have typographical errors in the document.
10  That is, they are not translation issues.  It's the way the
11  document is actually written.
12       So it's a perfectly fair inference from the document
13  that it should have read the other way but that's not how it
14  reads on the page.
15       THE COURT:  That's why god invented stipulations.
16  You can tell the parties -- you can tell the jury, that in
17  fact, it says, 00005 but that's obviously a mistake, that it
18  should say 50,000.
19       MR. OSEN:  We have no objection to that.
20       THE COURT:  Okay.
21       MR. COLES:  Solved.
22       Thank you, Your Honor.
23       THE COURT:  Okay.  Then the last thing, I was
24  wondering where Mr. Stephens was this morning.  I found out
25  during the break when I got to my chambers and there was a

3021

1    letter.

2             He asked for, and I only glanced at it -- let me see

3    if I can pull it up.  But he asked for an additional

4    designation under the rule of completeness as to one of the

5    videotaped excerpts that the plaintiffs put in.

6             Let me tell you because I know the plaintiffs

7    haven't seen this letter yet.

8             It's from the deposition of Al-Tehan.  That's

9    Plaintiff's Exhibit 4793, excerpt nine.

10            The question and answer that the plaintiffs put in

11   was the following:

12            Question by Mr. Werbner:

13            And, similarly, in 2001 to 2003, did you see on

14   television and other places a Mr. Ismail Haniyeh as being the

15   leader of the Hamas organization?

16            The witness:  Yes.

17            Then later in the deposition, after a break was

18   taken and apparently a conference was had, the witness

19   volunteered to amend his answer.

20            Mr. Werbner objected to that post break amendment

21   and the witness thereafter, just to paraphrase him, said well,

22   I said between 2001 and 2003 but I didn't know him then.  I

23   only know him now because he's the prime minister of the Hamas

24   government.

25            So the question is, should that be let in under the

GR      OCR      CM      CRR      CSR

3022

1    rule of completeness.

2          What's the plaintiffs' position?

3          MR. OSEN:  Your Honor, the issue is twofold.  That

4    was redirect by the defendant's counsel in that case.  So

5    that's the -- the context of that statement.

6          Now, you actually offered the defense when we played

7    that clip, not as part of the clip itself when we did that

8    portion but it was played again later in the trial, you

9    offered Mr. Stephens the opportunity to redirect on that

10   issue, which he did not.

11         And they had the opportunity obviously up until

12   Monday, at about 11:00 o'clock or noon, to actually call

13   Mr. Tehan who is on the witness list.  They could certainly

14   have elicited whatever testimony they wanted on that subject

15   live. They declined to actually put Mr. Tehan on the witness

16   stand and this, it seems to us, is simply an attempt to put

17   the toothpaste back in the tube without Mr. Tehan physically

18   present in the court.

19         MR. COLES:  Actually, it was not on redirect.

20   Mr. -- I looked at the transcript.  Mr. Werbner's objection

21   was it should have been on redirect but he was okay to allow

22   the amendment by Mr. Tehan to be --

23         THE COURT:  You could have stop him.  I don't think

24   he liked it.  That's pretty clear from the transcript.

25         MR. COLES:  I think what happened here, we had

3023

1    actually objected to the designation and Your Honor overruled

2    our objection.  In the context of overruling the objection, we

3    never -- we didn't have an opportunity to put in the

4    counter-designation.

5              THE COURT:  I don't think that's accurate.

6              MR. COLES:  I think that's what happened.

7              THE COURT:  No.  Certainly, you are right, but you

8    left an important point out, which is you had an extensive

9    ability before that to counter-designate and there was nothing

10   wrong with a contingent counter-designation, to say if you let

11   it in, then you'll have to let in the other part as well.

12             MR. COLES:  Yes.  I agree with that.  It is part of

13   a Rule 106 completeness, that gives the full context.

14             THE COURT:  But you didn't say that at the time.  I

15   am concerned about the parties going back to their chambers

16   and starting to review the transcript of the things they would

17   have liked to have designated but didn't think of it until

18   now.

19             MR. COLES:  I totally agree with that.  I think this

20   is a -- a particular sui generous case though where you have

21   an answer that clearly reflects an answer that -- a question

22   and answer that were presented by the plaintiffs that we

23   objected to and it puts it in the right context.  It is a

24   classic rule of completeness addition.

25             THE COURT:  It would have been.  Although I must

3024

1    tell you, it's not so classic when you take a break and they

2    come back and the lawyer says:

3             Mr. Howard:  For the record, I understand Mr. Tehan

4    has a clarification he would like to make concerning one of

5    his prior answers.

6             Mr. Werbner objects, and then the witness

7    volunteers, after the break, that oh, I didn't really know him

8    between 2001 and 2003.  I know him now.  That really sounds

9    like a coached answer.

10            MR. COLES:  I don't know that it was.  I think his

11   testimony was he knew him after he ran for prime minister in

12   2006.  It wasn't that I know him now.

13            THE COURT:  That's the amended answer.  That's not

14   the way he answered the question in the first place.  The

15   first question was perfectly clear.

16            What was your objection to the first question?

17            MR. COLES:  I don't remember exactly.  I think the

18   objection to the first question was that it was inaccurate.

19   It is that in fact the -- the deposition showed that he didn't

20   recognize Mr. Haniyeh's name until Mr. Haniyeh was elected

21   prime minister in 2006.

22            THE COURT:  The question was and similarly --

23   because he's already identified one person -- in 2001 to 2003,

24   did you see on television and other places a Mr. Ismail

25   Haniyeh as being a leader of the Hamas organization?

3025

1          What's wrong with that?

2          MR. COLES:  It --

3          THE COURT:  Did you see him in 2001 to 2003?

4          MR. COLES:  And he corrects it two pages later,

5   saying -- as he did with other witnesses, said I learned about

6   Haniyeh when he was elected prime minister in 2006.

7          I am not proposing that we actually run the

8   videotape for the jury.  I am just proposing that this

9   corrected answer under the rule of completeness be included as

10  part of the court record.

11         THE COURT:  If you promise me you are not going to

12  do this again.

13         MR. COLES:  I promise.

14         THE COURT:  Then I'll do it but only on the

15  condition that the addition will note that you went off the

16  record at 12:14, you came back on the record at 12:40 and then

17  Mr. Howard said there is a clarification that has to be made.

18  Because this is really -- this is really an amendment of an

19  answer.  It's not a clarification.

20         MR. COLES:  I certainly appreciate that, Your Honor.

21         THE COURT:  If it reads that way, the plaintiffs, if

22  they so desire, will be able to comment on the amendment of

23  the answer.

24         Okay.  So I will let that in.

25         MR. COLES:  Thank you, Your Honor.

3026

1            THE COURT:  What else do we have?

2            MR. COLES:  From our side I think that's it.

3            The only thing I wanted to say is, Thursday is

4    probably fine with the openings -- closings.  Since

5    Mr. Stephens is not here, I just wanted to double-check with

6    him.  I don't believe that there is an issue with that.

7            THE COURT:  Okay.  I know he is out Friday.

8            MR. COLES:  Yes.  He has a medical issue on Friday.

9            THE COURT:  Right.

10           So what I am hopeful is, we can do the closings

11   Thursday and I will tell you now, unless someone talks me out

12   of it, I am inclined to have a three-hour limitation on

13   closings, which I think is plenty.  Then we can do both

14   closings in that day and I might even be able to instruct the

15   jury on that day and then we could start deliberations.  Maybe

16   the jury would be available even though Mr. Stephens is not on

17   Friday.  Then we'd at least get in three days,

18   three-and-a-half days of deliberation before we would need to

19   break for any holidays.

20           Let's try that.

21           MR. COLES:  What is Your Honor's preference as to a

22   charging conference?

23           THE COURT:  That's the next point.  I think that

24   sometime this afternoon we will give you the Court's proposed

25   charge.  No one is going to be happy with it.  Yet, it

3027

1   implicitly rejects a number of the positions of both parties.

2   You can assume I did evaluate what you proposed and I

3   understand your legal theories that you wanted in these

4   charges and if it is not there, your legal theory as expressed

5   in the charge has been overruled.  I don't want to take the

6   time to argue it.

7            However, at the charging conference, if you want to

8   take another shot at convincing me, I will listen to you.  But

9   in terms of preservation, you proposed your theory in the

10  instructions and I consider it adequately rejected if I don't

11  use it.

12           So let me give that to you later this afternoon.

13  After we finish tomorrow, we will have a charging conference.

14  I will listen to you.  I am hopeful that it won't take all

15  that long.

16           MR. COLES:  Is Your Honor going to do a verdict

17  sheet as well?

18           THE COURT:  Yes.

19           You are not going to like that either.  It's going

20  to be very straightforward.  Very straightforward.  I think

21  the case was not nearly as complicated as we thought.  Not to

22  say there weren't complications in this case, but what the

23  jury has to determine is not nearly as complicated as we

24  thought it might be, at least once I have now, as you will see

25  from the instructions, narrowed the legal theories as to what

3028

1    the jury has to find.

2        MR. OSEN:  Your Honor, would it by okay for us to

3    hand up and provide the defendants some additional language

4    that we -- you may or may not consider but which --

5        THE COURT:  Sure.

6        MR. INGERMAN:  Can we also get a sense of how

7    Mr. Levitt might be on direct tomorrow?

8        MR. WERBNER:  About an hour.

9        THE COURT:  That long, really?

10       MR. WERBNER:  It could be a lot less.

11       THE COURT:  Let's go for less.

12           (Continued on next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

GR      OCR      CM      CRR      CSR

- Proceedings -                                                3029

1          MR. WERBNER:  Speaking of time, can you explain your

2     practice and what will happen as far as the closing and the

3     charge and copies to the jury or reading it?

4          THE COURT:  Yes.

5          We will have the defendants closing first, Thursday

6     morning, as I said a 3-hour limit.  We will then probably

7     break for lunch for an hour and then plaintiff's closing.  If

8     there is time at the end of the day, I will charge the jury by

9     reading them the charge.  They won't see it, but I will read

10    it.

11         I will then when they go into the jury room give

12    them one copy of the charge.  They will have a copy.  If they

13    ask me for more copies, I will do that.  My practice is not to

14    do that, then they all focus on reading the charge over and

15    over again.  But it is there if they have a particular

16    question they want answered.

17         MR. WERBNER:  Did you say the defendants argue

18    first?

19         THE COURT:  Yes.  The plaintiffs have the burden of

20    proof.

21         MR. WERBNER:  The defendants argue first?  And then

22    there is no rebuttal.

23         THE COURT:  There is no rebuttal.  The defendants

24    argue first, the plaintiffs go last because the plaintiffs

25    have the burden of proof.

- Proceedings -                                    3030

1          MR. WERBNER:  We do it different down south.

2          THE COURT:  I gather from this trial, you do many

3     things different down south.  Generally in this Courthouse the

4     party with the burden of proof goes last.

5          MR. WERBNER:  I'm not complaining, I wanted

6     clarification.

7          THE COURT:  Thank you, see you tomorrow.

8          MR. OSEN:  The timing of us coming back.  How will

9     we be advised when you want us for the charge conference?

10         THE COURT:  We will do it following the close of the

11    case tomorrow.

12         MR. OSEN:  Okay.

13         THE COURT:  When the evidence is closed.

14         MR. OSEN:  Thank you.

15         (Matter adjourned for the day.)

16

17

18

19

20

21

22

23

24

25

3031

1                          I N D E X

2

3  W I T N E S S E S :

4

5    Emmanuel Caravanos                              2946

6    DIRECT EXAMINATION                              2946

7    CROSS EXAMINATION BY MR. TURNER                 2966

8                                                    2978

9    ANNE VITALE

10   DIRECT EXAMINATION BY MR. INGERMAN              2978

11

12

13

14  E X H I B I T S :

15     8                                             2963

16

17

18

19

20

21

22

23

24

25

GR      OCR      CM      CRR      CSR

1

## $

**$1,000** [3] - 2986:19, 2987:25, 2989:5
**$292** [1] - 2999:3
**$300** [1] - 2999:9
**$40,000** [3] - 2961:19, 2963:15, 2964:12

## 0

**00005** [1] - 3020:17
**00365** [1] - 2944:6
**00388** [1] - 2944:7
**01623** [1] - 2944:8
**02799** [1] - 2944:4
**03183** [1] - 2944:7
**03768** [1] - 2944:8
**04** [4] - 2944:4, 2944:5, 2944:6, 2944:6
**05** [3] - 2944:7, 2944:7, 2944:8
**05449** [1] - 2944:5
**05564** [1] - 2944:6
**06** [1] - 2944:8

## 1

**1** [1] - 2950:2
**100** [1] - 2957:22
**106** [1] - 3023:13
**11201** [1] - 2945:6
**11:00** [1] - 3022:12
**11:10** [2] - 3007:22, 3008:3
**12** [1] - 2962:10
**12:14** [1] - 3025:16
**12:40** [1] - 3025:16
**16** [1] - 2944:11
**1768** [1] - 3019:12
**1972** [1] - 2949:18
**1980** [1] - 2949:18
**1980s** [1] - 2951:10
**1981** [1] - 2979:9
**1982** [1] - 2951:8
**1983** [1] - 2951:9
**1986** [1] - 2952:9
**1990** [2] - 2980:17, 3002:22
**1995** [8] - 2961:19, 2962:4, 2962:12, 2963:13, 2966:15, 2966:17, 2976:14, 2977:3
**1999** [1] - 2976:1

## 2

**2** [4] - 2975:5, 2975:16, 3019:17, 3020:2
**2.9** [1] - 2977:5
**20** [2] - 2951:21, 2958:16
**2000** [14] - 2954:23, 2956:20, 2969:13, 2976:9, 2981:21, 2984:1, 2988:1,

2988:5, 2988:14, 2994:11, 2998:25, 2999:6, 3003:9, 3011:20
**2000-2004** [17] - 2956:4, 2957:10, 2959:20, 2960:23, 2994:21, 2995:7, 2995:12, 2996:18, 2997:10, 2998:1, 3000:4, 3000:20, 3001:23, 3003:18, 3011:6, 3012:2, 3014:4
**2001** [9] - 2983:8, 2997:14, 2997:20, 3003:9, 3021:13, 3021:22, 3024:8, 3024:23, 3025:3
**2002** [1] - 2956:8
**2003** [5] - 3021:13, 3021:22, 3024:8, 3024:23, 3025:3
**2004** [22] - 2954:23, 2956:20, 2969:13, 2972:3, 2975:12, 2975:13, 2975:14, 2975:23, 2976:5, 2976:9, 2976:14, 2977:3, 2984:1, 2988:1, 2988:5, 2988:14, 2994:11, 2996:22, 2999:6, 3004:18, 3004:21, 3011:20
**2005** [2] - 2975:12, 2976:1
**2006** [5] - 2984:8, 2984:9, 3024:12, 3024:21, 3025:6
**2010** [1] - 2996:21
**2011** [1] - 2996:21
**2012** [1] - 2996:21
**2013** [1] - 3004:16
**2014** [1] - 2944:11
**225** [1] - 2945:6
**23** [1] - 2981:17
**25** [1] - 2951:21
**282005** [1] - 2967:16
**28th** [1] - 3004:16
**2946** [2] - 3031:5, 3031:6
**2963** [1] - 3031:15
**2966** [1] - 3031:7
**2978** [2] - 3031:8, 3031:10
**299** [1] - 2950:7

## 3

**3-hour** [1] - 3029:6
**30** [2] - 2969:18, 2969:20
**32** [2] - 2946:25, 2969:19

## 4

**40** [3] - 2946:21, 2947:8, 2950:2
**40,000** [1] - 2964:16
**403** [2] - 2962:8, 3010:22
**4793** [1] - 3021:9
**49** [1] - 2976:15
**49th** [1] - 2950:8

## 5

**50,000** [5] - 3019:17, 3019:22, 3019:25, 3020:3, 3020:18
**50th** [1] - 2950:8

**5th** [1] - 2972:3

## 6

**60** [1] - 2999:5
**613-2538** [1] - 2945:7
**645** [2] - 3012:18, 3013:12

## 7

**700** [1] - 2968:5
**718** [1] - 2945:7

## 8

**8** [5] - 2961:3, 2961:6, 2961:21, 2963:2, 3031:15
**8:00** [1] - 3015:16

## 9

**9** [3] - 2961:19, 2962:10, 2963:13
**9/11** [1] - 2997:14
**9:30** [2] - 2944:11, 3016:10

## A

**ABANA** [1] - 2948:2
**Abdul** [1] - 2958:14
**abide** [1] - 2954:16
**ability** [3] - 3009:21, 3023:9
**able** [3] - 3025:22, 3026:14
**absence** [2] - 2945:15, 3009:1, 3016:12
**absolutely** [3] - 2953:11, 2955:1, 2977:18
**account** [24] - 2960:10, 2960:11, 2960:16, 2967:11, 2967:13, 2968:9, 2968:10, 2968:11, 2968:25, 2980:25, 2986:3, 2986:5, 2986:6, 2986:15, 2988:11, 2988:12, 2989:5, 2991:11, 2991:15, 2991:25, 2992:8, 2992:15, 2993:1
**accounts** [7] - 2975:24, 2976:8, 2976:15, 2980:21, 2981:8, 3009:16
**accurate** [3] - 2971:6, 3018:19, 3023:5
**acquired** [1] - 2948:17
**acronym** [1] - 2947:3
**act** [1] - 3009:17
**Act** [1] - 3006:2, 3009:22
**Action** [2] - 3002:3, 3002:17
**active** [1] - 2947:15
**activities** [1] - 3014:1
**activity** [2] - 2982:11, 3001:15
**actual** [1] - 2960:10
**add** [2] - 2957:11, 2957:15

**adding** [1] - 2974:3
**addition** [4] - 2997:8, 3018:18, 3023:24, 3025:15
**additional** [2] - 3021:3, 3028:3
**adequately** [1] - 3027:10
**adhere** [1] - 3010:21
**adjourned** [1] - 3030:15
**admissible** [1] - 3004:21
**admission** [1] - 2961:20
**admitted** [8] - 2975:3, 2975:15, 2975:22, 2976:7, 2976:14, 2977:4, 3018:20, 3019:3
**advised** [2] - 2983:12, 3030:9
**affect** [1] - 3003:13
**affiliate** [1] - 2961:17
**affiliates** [1] - 2960:22
**affiliation** [1] - 2977:17
**Afghanistan** [1] - 3006:3
**Afrial** [1] - 2944:7
**Afrial-Kurtzer** [1] - 2944:7
**Africa** [1] - 2952:2
**afternoon** [4] - 3015:15, 3019:8, 3026:24, 3027:12
**agencies** [1] - 2978:11, 3002:11
**agency** [7] - 2970:3, 2970:8, 2970:9, 2970:16, 2970:21, 2973:3, 2983:15
**ago** [1] - 2962:7
**agree** [8] - 2960:13, 2960:15, 3019:2, 3019:6, 3019:19, 3019:20, 3023:12, 3023:19
**agreed** [1] - 2973:1
**agreement** [3] - 2949:13, 2960:13, 2960:14
**agrees** [1] - 2953:1
**ah-hum** [1] - 2968:15
**AI** [7] - 2962:5, 2964:1, 2964:2, 2964:12, 2966:2, 2966:7, 3021:8
**al** [1] - 2944:5
**Al-Aqsa** [4] - 2962:5, 2964:1, 2964:12, 2966:2
**Al-Assa** [1] - 2964:2
**Al-Nour** [1] - 2966:7
**Al-Tehan** [1] - 3021:8
**aliases** [1] - 2996:7
**allow** [4] - 2973:15, 3007:5, 3018:14, 3022:21
**allowed** [1] - 3006:23
**Almog** [2] - 2944:6, 2944:22
**almost** [3] - 2999:5, 2999:8, 3010:5
**amend** [1] - 3021:19
**amended** [1] - 3024:13
**amendment** [3] - 3021:20, 3022:12, 3025:18, 3025:22
**America** [1] - 2948:3
**American** [1] - 2947:16
**Americans** [1] - 2947:17
**amount** [3] - 2963:15, 2988:12, 2999:1
**Anne** [1] - 2977:25
**ANNE** [2] - 2978:1, 3031:9

**announce** [1] - 3017:25
**answer** [16] - 2985:9, 3016:17, 3016:21, 3016:22, 3017:17, 3017:22, 3021:10, 3021:19, 3023:21, 3023:22, 3024:9, 3024:13, 3025:9, 3025:19, 3025:23
**answered** [2] - 3024:14, 3029:16
**answers** [3] - 2962:11, 3017:23, 3024:5
**ANTHONY** [1] - 2945:3
**anti** [8] - 2982:4, 2982:7, 2982:18, 2984:1, 2997:3, 2997:16, 2997:19, 3002:14
**anti-money** [6] - 2982:4, 2982:7, 2997:3, 2997:16, 2997:19, 3002:14
**anticipate** [1] - 2976:25
**Antiterrorism** [1] - 3006:2
**antiterrorism** [1] - 3009:17
**anyway** [1] - 3016:6
**apologize** [2] - 2982:6, 2992:5
**APPEARANCES** [1] - 2944:16
**applicable** [1] - 3009:11
**application** [1] - 2994:4
**applied** [6] - 2983:19, 3001:23, 3003:23, 3003:24, 3005:7, 3006:25
**apply** [6] - 2995:16, 2995:18, 2995:19, 2995:21, 2997:9, 3001:22, 3005:13, 3005:23, 3010:16
**applying** [3] - 2995:7, 2995:11, 3005:3
**appreciate** [2] - 2945:22, 3025:20
**Approach** [1] - 3013:15
**approve** [1] - 2956:19
**approved** [1] - 2956:13
**Aqsa** [5] - 2962:5, 2964:1, 2964:12, 2966:2
**ARAB** [1] - 2944:9
**Arab** [41] - 2946:24, 2947:1, 2947:2, 2948:3, 2950:22, 2951:5, 2951:10, 2951:13, 2951:18, 2951:23, 2952:6, 2952:12, 2952:14, 2952:20, 2953:9, 2953:12, 2953:13, 2955:25, 2956:4, 2956:7, 2959:19, 2960:2, 2960:5, 2960:18, 2960:21, 2961:16, 2966:11, 2966:15, 2968:9, 2968:10, 2968:21, 2974:6, 2975:3, 2975:15, 2975:22, 2975:23, 2976:7, 2976:13, 2977:4, 2978:20
**Arabic** [1] - 3019:24
**Archdioceses** [1] - 2979:5
**area** [1] - 2969:11
**areas** [1] - 2951:16
**argue** [4] - 3027:6, 3029:17, 3029:21, 3029:24
**arguments** [2] - 3015:20, 3016:2
**Asia** [1] - 2952:2
**aspect** [1] - 2953:11
**aspects** [2] - 3003:2, 3010:11
**Assa** [1] - 2964:2
**assertion** [1] - 3020:2
**Asset** [1] - 2993:21

**Assets** [2] - 2959:8, 3004:19
**assistant** [1] - 2951:15
**ASSOCIATES** [1] - 2944:19
**Association** [2] - 2947:17, 2948:3
**associations** [1] - 2947:13
**assume** [3] - 2987:24, 3020:6, 3027:2
**assuming** [2] - 2956:12, 2987:14
**Astoria** [1] - 2946:20
**ATA** [5] - 3006:13, 3007:11, 3009:23, 3009:24, 3010:18
**attacks** [1] - 2962:6
**attempt** [1] - 3022:16
**Attorney's** [6] - 2979:22, 2979:23, 2980:5, 2980:10, 2980:12, 2983:17
**August** [2] - 2961:19, 2963:13
**Australia** [2] - 2949:22, 2949:23
**Australian** [1] - 2950:4
**authorize** [1] - 2956:17
**automatic** [1] - 2988:21
**available** [8] - 2959:2, 2995:3, 2995:6, 3015:14, 3017:1, 3017:5, 3017:6, 3026:16
**Avenue** [1] - 2950:7
**aware** [8] - 2972:13, 2975:3, 2975:11, 2975:15, 2975:18, 2975:21, 2976:4, 2976:13

## B

**back-door** [1] - 3005:7
**backup** [1] - 2977:11
**backwards** [3] - 2998:3, 3019:21, 3019:22
**bad** [1] - 2980:2
**badly** [1] - 3017:22
**bank** [114] - 2946:1, 2949:10, 2949:11, 2949:22, 2950:4, 2950:25, 2952:22, 2953:10, 2954:25, 2956:22, 2956:24, 2957:10, 2957:14, 2957:19, 2958:18, 2959:25, 2961:11, 2961:13, 2962:8, 2965:5, 2965:11, 2967:22, 2968:14, 2968:16, 2969:15, 2972:7, 2976:8, 2976:15, 2980:22, 2980:23, 2981:1, 2981:2, 2982:4, 2984:5, 2985:15, 2985:17, 2985:24, 2986:8, 2986:15, 2986:16, 2986:19, 2986:20, 2987:13, 2987:18, 2987:20, 2987:21, 2987:24, 2988:9, 2988:10, 2989:2, 2989:4, 2989:6, 2989:7, 2989:8, 2989:9, 2990:3, 2990:4, 2990:17, 2990:19, 2990:20, 2990:21, 2990:22, 2990:24, 2990:25, 2991:1, 2991:9, 2991:11, 2991:12, 2991:13, 2991:15, 2991:16, 2991:20, 2992:1, 2992:2, 2992:3, 2992:6, 2992:8, 2992:9, 2992:10, 2992:11, 2992:15, 2992:19, 2992:20, 2993:1, 2993:13, 2993:14, 2995:17, 2995:18, 2997:22, 2997:24, 2998:3, 2999:16, 2999:17, 3000:13, 3002:10,

3003:4, 3006:9, 3006:20, 3006:24, 3010:11, 3010:17, 3011:11, 3011:16, 3016:16

**BANK** [1] - 2944:9

**Bank** [70] - 2946:24, 2947:1, 2947:2, 2948:17, 2949:21, 2949:22, 2950:4, 2950:6, 2950:9, 2950:14, 2950:19, 2950:20, 2950:22, 2951:5, 2951:10, 2951:13, 2951:18, 2951:23, 2952:6, 2952:12, 2952:15, 2952:20, 2953:9, 2953:12, 2953:13, 2955:25, 2956:4, 2956:7, 2959:19, 2960:2, 2960:8, 2960:18, 2960:21, 2961:16, 2964:15, 2965:4, 2965:5, 2965:6, 2966:11, 2966:15, 2967:20, 2968:9, 2968:10, 2968:21, 2974:6, 2975:3, 2975:15, 2975:22, 2975:23, 2976:7, 2976:13, 2977:4, 2978:20, 2980:14, 2980:18, 2981:3, 2981:11, 2981:16, 2981:18, 2981:21, 2981:24, 2982:5, 2982:17, 2982:23, 2982:23, 2983:5, 3007:17, 3009:22

**bank's** [3] - 2992:15, 3003:3, 3010:15

**Bankers** [2] - 2947:16, 2948:3

**Banking** [3] - 2960:6, 3002:2, 3002:4

**banking** [38] - 2947:25, 2949:16, 2959:18, 2959:20, 2959:24, 2960:18, 2976:15, 2981:4, 2981:12, 2981:13, 2981:14, 2983:19, 2984:22, 2984:25, 2986:12, 2988:23, 2989:3, 2991:7, 2993:7, 2997:9, 2997:16, 2998:2, 2998:7, 3001:15, 3001:17, 3001:18, 3001:22, 3002:12, 3003:22, 3004:22, 3005:1, 3005:15, 3005:23, 3009:20, 3011:21, 3012:5, 3012:7, 3014:3

**banks** [68] - 2950:17, 2950:18, 2951:2, 2951:4, 2955:23, 2955:25, 2960:1, 2960:3, 2960:6, 2960:19, 2960:20, 2960:21, 2960:22, 2960:24, 2975:25, 2977:14, 2980:21, 2982:8, 2982:10, 2982:18, 2983:12, 2983:19, 2983:20, 2987:14, 2988:24, 2990:9, 2993:4, 2993:25, 2994:4, 2994:9, 2994:24, 2995:7, 2995:11, 2996:18, 2996:20, 2996:21, 2997:9, 2998:23, 3000:13, 3000:14, 3000:16, 3000:17, 3001:23, 3002:16, 3003:1, 3003:6, 3003:10, 3003:11, 3003:13, 3003:15, 3003:16, 3003:19, 3004:18, 3005:3, 3005:20, 3010:16, 3011:10, 3011:22, 3012:8, 3012:22

**bar** [7] - 2961:24, 2962:1, 3004:7, 3004:10, 3004:13, 3007:18, 3015:23

**Barclays** [1] - 2960:8

**Baruch** [2] - 2948:13, 2948:16

**Based** [1] - 3013:15

**based** [4] - 2952:1, 2964:13, 2981:7, 3004:22

**Basel** [9] - 3002:2, 3002:4, 3002:5, 3002:6, 3002:10, 3003:3, 3005:16,

3006:3, 3009:7

**basis** [2] - 2962:12, 3020:1

**baskets** [3] - 3019:17, 3019:18, 3020:2

**Bath** [1] - 2947:24

**Bayside** [1] - 2946:21

**became** [7] - 2975:11, 2982:23, 2983:11, 2995:2, 2995:6, 2997:4, 2997:17

**become** [6] - 2972:13, 2975:3, 2975:14, 2975:21, 2976:13, 2983:18

**becoming** [1] - 3002:24

**BEFORE** [1] - 2944:14

**began** [1] - 2972:9

**beginning** [1] - 2951:20

**begins** [2] - 3013:22, 3018:22

**behind** [2] - 2952:23, 2953:7

**Belgium** [1] - 2955:21

**belong** [1] - 2947:14

**below** [1] - 2968:1

**beneficiary** [12] - 2949:9, 2956:16, 2966:5, 2966:7, 2966:25, 2967:9, 2967:15, 2986:21, 2987:20, 2992:10, 2999:17, 3011:18

**Bennett** [2] - 2944:7, 2944:21

**beside** [2] - 2967:24, 2968:3

**best** [11] - 2953:17, 2953:20, 2953:24, 2954:6, 2954:7, 2954:8, 2954:15, 2954:21, 3002:15, 3003:16, 3012:8

**better** [4] - 2957:17, 2985:22, 2996:25, 2997:6

**between** [15] - 2960:10, 2960:11, 2970:16, 2970:20, 2976:1, 2976:9, 2976:14, 2977:3, 2979:7, 2999:18, 2999:19, 3009:22, 3009:23, 3021:22, 3024:8

**bigger** [1] - 2997:4

**Billard** [5] - 2969:14, 2973:7, 2973:11, 2973:15, 2974:11

**birth** [1] - 2991:24

**bit** [8] - 2948:25, 2955:18, 2959:23, 2980:15, 2987:9, 2993:10, 2993:17, 2999:24

**blacklist** [10] - 2990:6, 2991:3, 2995:16, 2995:18, 2995:19, 2995:22, 3001:7, 3006:25, 3009:14

**blacklists** [9] - 3003:23, 3003:24, 3009:5, 3009:8, 3009:11, 3010:4, 3012:3, 3012:12, 3014:8

**blink** [1] - 2999:10

**block** [1] - 2959:12

**blow** [2] - 3013:13, 3013:21

**blowup** [1] - 2966:25

**BMC** [1] - 2944:4

**BNF** [3] - 2967:3, 2967:7, 2967:8

**Board** [1] - 2954:13

**boats** [1] - 2993:24

**bodies** [1] - 3009:6

**body** [1] - 3002:14

**bona** [1] - 2959:12

**BONNER** [2] - 2944:22, 2944:22

**bonus** [1] - 2962:6

**booking** [1] - 2953:3

**boot** [1] - 2962:8

**born** [1] - 2946:19

**boss** [3] - 2949:20, 2950:19, 2950:20

**bottom** [8] - 2958:15, 2963:19, 2963:20, 2964:18, 2964:20, 2964:21, 2965:1

**branch** [23] - 2950:5, 2951:13, 2951:23, 2952:3, 2952:12, 2952:20, 2953:9, 2953:14, 2957:11, 2964:16, 2964:17, 2969:18, 2969:21, 2970:2, 2970:6, 2970:9, 2970:14, 2970:16, 2970:20, 2974:6, 2986:8, 2986:13

**branches** [12] - 2950:25, 2951:11, 2952:1, 2952:5, 2953:12, 2953:16, 2953:23, 2954:18, 2960:4, 2960:5, 2960:21

**branchs** [1] - 2981:16

**break** [9] - 3007:13, 3007:22, 3020:25, 3021:17, 3021:20, 3024:1, 3024:7, 3026:19, 3029:7

**BRET** [1] - 2994:18

**BRETT** [2] - 2945:3, 2994:18

**Brett** [1] - 2994:17

**Brian** [1] - 2969:14

**BRIAN** [1] - 2944:14

**brief** [1] - 2985:19

**briefly** [2] - 2957:24, 2959:23

**bring** [6] - 2964:8, 3003:15, 3009:3, 3009:9, 3017:8, 3018:25

**brokerage** [1] - 2983:13

**Bronx** [1] - 2978:25

**Brooklyn** [7] - 2944:10, 2945:6, 2954:24, 2955:2, 2955:4, 2955:6, 2955:8

**brought** [1] - 2997:5

**BS** [1] - 2948:11

**bullheaded** [2] - 3017:18, 3017:21

**burden** [3] - 3029:19, 3029:25, 3030:4

**business** [7] - 2947:19, 2952:4, 2971:2, 2980:19, 2983:20, 2993:25, 3006:5

**businesses** [2] - 2980:20, 2980:24

**busy** [1] - 2951:3

**button** [2] - 2987:5, 2987:6

**buy** [1] - 2960:15

**buyer** [1] - 2949:7

**BY** [9] - 2946:14, 2963:10, 2966:1, 2966:24, 2975:1, 2978:6, 3011:4, 3031:7, 3031:10

---

**C**

---

**Cadman** [1] - 2945:6

**candle** [1] - 2979:15

**cannot** [2] - 2968:25, 3006:13

**capture** [3] - 2996:9, 2996:12, 2996:13

**capturing** [1] - 2996:16

**caravanos** [1] - 2966:20
**Caravanos** [14] - 2946:1, 2946:7, 2946:15, 2946:18, 2959:17, 2961:7, 2963:11, 2963:23, 2964:10, 2967:1, 2975:2, 2977:13, 2987:9, 3031:5
**career** [1] - 2990:12
**cars** [1] - 2993:24
**case** [25] - 2945:24, 2968:19, 2983:24, 2984:9, 2985:2, 2985:19, 2986:5, 2990:11, 2992:9, 2992:10, 2999:20, 3006:2, 3007:23, 3013:2, 3015:3, 3015:10, 3016:7, 3016:8, 3016:9, 3019:10, 3022:4, 3023:20, 3027:21, 3027:22, 3030:11
**cases** [2] - 2944:5, 2980:1
**cash** [6] - 2953:4, 2992:7, 2992:12, 2992:20, 2993:1, 2993:15
**CAT** [1] - 2945:9
**caught** [1] - 2973:18
**cease** [1] - 2977:9
**center** [7] - 2951:2, 2953:15, 2998:23, 3000:18, 3003:10, 3003:16, 3012:21
**certain** [9] - 2956:15, 2982:24, 2985:25, 2995:2, 2999:25, 3015:2, 3017:12, 3018:6
**certainly** [4] - 3015:18, 3022:13, 3023:7, 3025:20
**certified** [1] - 3019:20
**cetera** [1] - 2956:16
**chambers** [2] - 3020:25, 3023:15
**changed** [1] - 2970:7
**charge** [12] - 2953:7, 2982:24, 2983:1, 2984:13, 3026:25, 3027:5, 3029:3, 3029:8, 3029:9, 3029:12, 3029:14, 3030:9
**charges** [1] - 3027:4
**charging** [3] - 3026:22, 3027:7, 3027:13
**charitable** [1] - 2976:9
**chart** [1] - 2998:15
**Chase** [1] - 2960:7
**cheaper** [1] - 2948:8
**check** [6] - 2954:5, 2954:6, 2954:7, 2969:8, 3011:7, 3026:5
**checked** [6] - 2957:6, 2986:22, 2986:24, 2990:5, 2991:2, 3001:7
**checking** [2] - 2960:11, 3017:1
**cherry** [1] - 3018:15
**cherry-pick** [1] - 3018:15
**CHIPS** [1] - 2998:18
**chooses** [1] - 2992:9
**CIA** [1] - 2957:17
**circling** [1] - 2963:18
**circumstance** [4] - 2956:10, 2986:7, 2987:21, 2992:25
**circumstances** [2] - 2988:22, 2990:8
**Citibank** [1] - 2960:7
**City** [3] - 2948:7, 2948:8, 2948:15
**city** [1] - 3002:6
**CIVETTA** [1] - 2945:4

**clarification** [4] - 3024:4, 3025:17, 3025:19, 3030:6
**classic** [1] - 3023:24, 3024:1
**clean** [1] - 3007:14
**clear** [12] - 2958:20, 2958:25, 2967:13, 2979:17, 2998:24, 3001:2, 3005:12, 3006:8, 3006:14, 3019:3, 3022:24, 3024:15
**clearing** [3] - 2998:21, 2998:22, 3000:17
**clearly** [1] - 3023:21
**clears** [1] - 3000:10
**CLERK** [3] - 2946:3, 2946:5, 2946:9
**clerk** [7] - 2946:4, 2948:24, 2987:19, 2988:10, 2988:16, 2992:13, 2992:14
**clerked** [1] - 2979:11
**clerkship** [1] - 2979:18
**clip** [2] - 3022:7
**close** [2] - 3019:10, 3030:10
**closed** [2] - 2966:12, 3030:13
**closing** [5] - 3015:20, 3016:2, 3029:2, 3029:5, 3029:7
**closings** [4] - 3026:4, 3026:10, 3026:13, 3026:14
**CLYDE** [1] - 2944:19
**coached** [1] - 3024:9
**Cogan** [1] - 2979:13
**COGAN** [1] - 2944:14
**COLES** [27] - 2945:3, 2971:5, 3015:1, 3015:6, 3015:23, 3017:1, 3017:7, 3018:2, 3019:15, 3020:1, 3020:21, 3022:19, 3022:25, 3023:6, 3023:12, 3023:19, 3024:10, 3024:17, 3025:2, 3025:4, 3025:13, 3025:20, 3025:25, 3026:2, 3026:8, 3026:21, 3027:16
**colleague** [2] - 2969:14, 2972:7
**collections** [1] - 2969:9
**college** [12] - 2948:5, 2948:7, 2948:12, 2948:13, 2948:23, 2965:8, 2965:9, 2965:15, 2966:3, 2978:22, 2978:24
**College** [4] - 2948:7, 2948:9, 2948:15, 2966:8
**coming** [3] - 3015:25, 3030:8
**comment** [1] - 3025:22
**commit** [1] - 3010:18
**Committee** [2] - 3002:2, 3002:4
**committee** [1] - 3003:3
**commodity** [1] - 2949:7
**common** [8] - 2952:21, 2959:13, 2988:25, 2993:2, 2995:10, 2996:3, 3004:18, 3005:2
**Commonwealth** [8] - 2949:21, 2949:22, 2950:6, 2950:9, 2950:14, 2950:15, 2950:19, 2950:20
**commonwealth** [1] - 2950:4
**communicate** [1] - 2977:13
**community** [3] - 2947:19, 2954:16, 2955:4
**company** [1] - 2955:22
**Company** [4] - 2948:16, 2948:19,

2949:17, 2949:25
**complaining** [1] - 3030:5
**complete** [1] - 2948:14
**completed** [1] - 2946:25
**completeness** [6] - 3018:14, 3021:4, 3022:1, 3023:13, 3023:24, 3025:9
**compliance** [10] - 2953:10, 2969:11, 2969:12, 2969:14, 2969:16, 2973:4, 2973:11, 2973:13, 2978:11, 3009:24
**complicated** [2] - 3027:21, 3027:23
**complications** [1] - 3027:22
**complied** [2] - 3006:10, 3006:20
**comply** [1] - 3005:20
**complying** [1] - 3007:8
**computer** [8] - 2953:3, 2953:5, 2954:10, 2956:11, 2956:14, 2957:8, 2958:8
**conceded** [1] - 2975:3
**concentrations** [1] - 3002:13
**concerned** [2] - 2997:15, 3023:15
**concerning** [2] - 2995:11, 3024:4
**conclusion** [1] - 3013:20
**condition** [1] - 3025:15
**conditions** [2] - 2949:12, 2953:1
**conduct** [1] - 2971:3
**conference** [6] - 3004:10, 3021:18, 3026:22, 3027:7, 3027:13, 3030:9
**conferences** [1] - 2947:18
**conferring** [1] - 3018:20
**confirm** [2] - 2957:24, 3018:19
**confirmed** [1] - 2958:18
**confusing** [1] - 2971:8
**confusion** [1] - 3009:14
**congratulations** [1] - 2947:12
**connected** [1] - 3014:1
**consider** [2] - 3027:10, 3028:4
**consistent** [1] - 2993:7
**consistently** [1] - 2951:22
**consult** [1] - 2994:3
**consultant** [2] - 2978:10, 2983:11
**consulted** [1] - 2983:15
**consulting** [2] - 2983:18, 2994:3
**contained** [1] - 2996:13
**context** [9] - 2975:22, 2976:7, 2998:11, 2998:13, 3019:16, 3022:5, 3023:2, 3023:13, 3023:23
**contingent** [1] - 3023:10
**continue** [4] - 2945:22, 2945:24, 2958:21, 2963:3
**Continued** [6] - 2945:1, 2962:16, 2965:16, 3008:6, 3014:17, 3028:12
**CONTINUES** [2] - 2963:9, 3011:3
**continues** [2] - 2989:10, 3013:23
**CONTINUING** [1] - 2990:1
**continuous** [1] - 2971:3
**continuously** [1] - 2984:11
**Control** [2] - 2959:8, 2993:21, 3004:20
**controlling** [1] - 3006:6
**convert** [1] - 2970:3

**convincing** [1] - 3027:8
**copies** [2] - 3029:3, 3029:13
**copy** [2] - 3029:12
**core** [1] - 2957:3
**correct** [9] - 2963:14, 2966:17, 2967:17, 2972:5, 2978:18, 2986:9, 2987:15, 2999:14, 2999:15
**corrected** [1] - 3025:9
**correcting** [1] - 2992:4
**corrects** [1] - 3025:4
**correspond** [1] - 2953:19
**correspondence** [1] - 2953:23
**correspondent** [18] - 2959:18, 2959:20, 2959:24, 2960:2, 2960:5, 2960:9, 2960:18, 2960:20, 2960:21, 2960:22, 2960:24, 2981:12, 2981:13, 2986:11, 2986:16, 2988:23, 2989:2, 2992:9
**cost** [1] - 2954:22
**Coulter** [2] - 2944:6, 2944:18
**counsel** [1] - 3022:4
**counter** [4] - 2984:2, 3023:4, 3023:9, 3023:10
**counter-designate** [1] - 3023:9
**counter-designation** [2] - 3023:4, 3023:10
**countries** [10] - 2981:17, 3002:16, 3002:18, 3002:22, 3002:23, 3002:25, 3003:5, 3003:13, 3005:7
**country** [5] - 2985:16, 2995:16, 3000:11, 3002:21, 3005:14
**couple** [4] - 2948:14, 2955:11, 2991:11, 3020:8
**course** [3] - 2956:13, 2971:3, 2983:16
**Court** [3] - 2945:5, 2971:9, 2980:1
**court** [6] - 2963:1, 2974:14, 3007:20, 3008:2, 3022:18, 3025:10
**COURT** [108] - 2944:1, 2945:16, 2945:19, 2946:2, 2946:11, 2947:20, 2961:22, 2961:25, 2962:2, 2962:15, 2963:2, 2963:7, 2966:21, 2969:24, 2970:1, 2970:4, 2970:10, 2970:12, 2970:15, 2970:22, 2971:4, 2971:8, 2972:11, 2972:16, 2972:18, 2973:1, 2973:8, 2973:10, 2973:18, 2973:23, 2974:4, 2974:11, 2975:8, 2975:20, 2976:3, 2976:12, 2976:18, 2976:21, 2976:25, 2977:2, 2977:7, 2977:10, 2977:20, 2977:22, 2977:24, 2978:5, 2979:15, 2985:8, 3004:3, 3004:6, 3004:9, 3005:17, 3005:25, 3006:6, 3006:18, 3007:1, 3007:5, 3007:16, 3007:21, 3008:3, 3009:2, 3010:2, 3010:19, 3010:25, 3013:10, 3014:11, 3014:14, 3015:4, 3015:11, 3015:17, 3015:24, 3016:13, 3016:23, 3016:25, 3017:4, 3017:9, 3018:4, 3019:9, 3019:23, 3020:15, 3020:20, 3020:23, 3022:23, 3023:5, 3023:7, 3023:14, 3023:25, 3024:13, 3024:22, 3025:3,

3025:11, 3025:14, 3025:21, 3026:1, 3026:7, 3026:9, 3026:23, 3027:18, 3028:5, 3028:9, 3028:11, 3029:4, 3029:19, 3029:23, 3030:2, 3030:7, 3030:10, 3030:13
**Court's** [1] - 3026:24
**Courthouse** [2] - 2944:9, 3030:3
**COURTNEY** [1] - 2944:5
**courtroom** [1] - 2979:13
**COURTROOM** [2] - 2978:3, 3007:25
**coverage** [1] - 3016:9
**covered** [2] - 2967:2, 3018:7
**created** [1] - 2968:16
**creates** [2] - 2968:18, 2993:23
**credit** [19] - 2948:21, 2948:23, 2948:25, 2949:3, 2949:5, 2949:7, 2949:11, 2950:10, 2950:11, 2950:12, 2951:16, 2952:23, 2952:25, 2960:12, 2964:9, 2966:6, 2969:4, 3002:13
**crime** [1] - 2982:15
**crimes** [1] - 2980:4
**criminal** [2] - 2979:25, 2982:20, 3012:9
**criteria** [1] - 2959:3
**critical** [1] - 2974:7
**CROSS** [2] - 2966:24, 3031:7
**cross** [2] - 3014:11, 3017:13
**cross-examination** [1] - 3017:13
**currency** [1] - 2960:15, 3000:10
**current** [1] - 2970:5
**custom** [1] - 3011:21
**customarily** [1] - 3013:5
**customer** [4] - 2953:2, 2968:17, 2975:24, 2992:3
**customers** [4] - 3011:10, 3011:11, 3011:16
**CV** [8] - 2944:4, 2944:5, 2944:6, 2944:6, 2944:7, 2944:7, 2944:8, 2944:8

# D

**Damages** [1] - 3013:15
**data** [1] - 2956:12
**date** [4] - 2954:8, 2959:14, 2963:12, 2991:24
**daughters** [3] - 2947:7, 2947:8, 2947:9
**Dawa** [1] - 2966:8
**day-to-day** [1] - 2959:7
**days** [3] - 2992:5, 3026:17, 3026:18
**deal** [1] - 2997:25
**dealing** [1] - 3010:6
**dealings** [1] - 2973:21
**debit** [5] - 2961:10, 2964:9, 2966:6, 2967:25, 2968:1
**decide** [1] - 2954:15
**declaration** [2] - 3018:7, 3018:15
**declined** [1] - 3022:15
**defendant** [2] - 3018:13, 3019:11
**Defendant** [2] - 2944:10, 2945:2

**defendant's** [6] - 2945:24, 2962:11, 3017:12, 3017:25, 3018:5, 3022:4
**defendants** [6] - 2973:11, 3028:3, 3029:5, 3029:17, 3029:21, 3029:23
**defense** [7] - 2961:3, 2961:6, 2961:21, 3007:11, 3012:18, 3015:2, 3022:6
**deliberation** [2] - 3018:22, 3026:18
**deliberations** [1] - 3026:15
**delineate** [1] - 3009:22
**demographics** [1] - 2955:4
**demonstrate** [2] - 2985:11, 2998:15
**department** [6] - 2948:21, 2948:24, 2950:11, 2950:12, 2969:6, 2983:2
**deposition** [6] - 2984:20, 3016:17, 3017:5, 3021:8, 3021:17, 3024:19
**deputy** [1] - 2959:6
**DEPUTY** [2] - 2978:3, 3007:25
**describe** [2] - 2959:24, 2983:25
**describing** [1] - 2973:23
**designate** [1] - 3023:9
**designated** [7] - 2975:5, 2975:16, 2975:25, 2976:10, 2998:5, 2998:9, 3023:17
**designation** [6] - 2997:24, 2998:4, 3021:4, 3023:1, 3023:4, 3023:10
**desire** [1] - 3025:22
**despite** [2] - 2945:21, 2970:24
**determination** [1] - 2958:7
**determine** [1] - 3027:23
**developed** [4] - 2982:9, 2997:3, 2997:18, 3012:11
**difference** [3] - 2970:16, 2970:20, 3009:22, 3009:23
**different** [5] - 2988:8, 2996:15, 3030:1, 3030:3
**difficulty** [1] - 3005:18
**diligence** [1] - 2945:22
**direct** [2] - 2992:10, 3028:7
**DIRECT** [4] - 2946:13, 2978:6, 3031:6, 3031:10
**direction** [1] - 2986:4
**directly** [1] - 2974:9
**disappointment** [1] - 3014:13
**discuss** [5] - 3002:12, 3015:17, 3015:19, 3015:21, 3016:7
**discussion** [1] - 2985:2
**display** [2] - 2963:5, 2985:7
**distinct** [1] - 3009:17
**District** [3] - 2979:11, 2979:22, 2980:7
**DISTRICT** [3] - 2944:1, 2944:1, 2944:15
**division** [2] - 2979:25
**DLA** [1] - 2945:2
**document** [4] - 2964:23, 3020:9, 3020:11, 3020:12
**documents** [1] - 3020:8
**Doe** [2] - 2958:11, 2958:13
**dollar** [4] - 2998:24, 2999:1, 3000:8, 3000:11

**dollars** [6] - 2990:18, 2991:10, 2992:12, 3000:5, 3000:22, 3000:24
**domestic** [1] - 3010:6
**donation** [3] - 2965:8, 2965:15, 2966:3
**done** [5] - 2952:23, 2985:22, 2998:4, 2998:8, 2998:15
**door** [4] - 2973:13, 2973:19, 2973:24, 3005:7
**double** [1] - 3026:5
**double-check** [1] - 3026:5
**dovetail** [1] - 3005:19
**down** [14] - 2959:14, 2963:19, 2963:20, 2964:9, 2964:19, 2966:6, 2967:25, 2977:22, 2988:4, 2988:11, 3014:14, 3030:1, 3030:3
**Downtown** [1] - 2950:3
**dozen** [2] - 2951:20
**drivers** [1] - 2993:14
**dues** [1] - 2956:2
**duly** [2] - 2946:4, 2978:1
**during** [19] - 2948:15, 2953:18, 2954:23, 2957:10, 2959:25, 2960:23, 2968:20, 2977:4, 2981:11, 2983:16, 2984:1, 2988:19, 2993:4, 2994:21, 2995:5, 2997:13, 3011:13, 3012:11, 3020:25

## E

**early** [5] - 2951:4, 2951:10, 2951:24, 2953:18, 2966:15
**easier** [1] - 2968:8
**East** [2] - 2945:6, 2952:2
**EASTERN** [1] - 2944:1
**easy** [1] - 3018:10
**educate** [1] - 2954:9
**effective** [1] - 3013:24
**efficient** [3] - 2954:20, 2954:22, 3019:16
**eight** [2] - 2979:7, 3012:4
**eighties** [5] - 2948:18, 2950:17, 2951:4, 2953:18
**either** [3] - 3016:20, 3027:19
**elected** [2] - 3024:20, 3025:6
**electronically** [6] - 2965:4, 2995:3, 2995:6, 2995:8, 2995:9, 3011:13
**electronics** [1] - 2964:22
**elevated** [1] - 2959:4
**eleven** [3] - 2975:25, 3003:10, 3012:21
**Elfahem** [2] - 2964:16, 2965:6
**elicit** [1] - 3006:23
**elicited** [3] - 3004:25, 3006:22, 3022:14
**eliminations** [1] - 3018:6
**ELSNER** [4] - 2944:24, 3004:2, 3013:11, 3014:12
**Emmanuel** [2] - 2946:7, 2946:18, 3031:5
**employed** [1] - 2983:13

**enact** [1] - 3003:1
**end** [9] - 2948:19, 2954:21, 2958:23, 2967:14, 2983:1, 2999:23, 3004:24, 3007:18, 3029:8
**enforcement** [2] - 2957:15, 2957:21
**England** [1] - 2995:17
**English** [1] - 2995:18
**ensure** [2] - 2953:10, 3012:8
**enter** [3] - 2953:4, 2956:12, 2956:14
**entered** [1] - 2987:13
**enters** [1] - 2956:6
**entire** [2] - 2954:16, 2982:4
**entitled** [3] - 2970:17, 2970:20, 2971:5
**entity** [6] - 2985:5, 2997:21, 2997:23, 2998:5, 3009:19
**entry** [1] - 2994:14
**equally** [1] - 3017:21
**errors** [1] - 3020:9
**especially** [2] - 2955:5, 2997:20
**ESQ** [10] - 2944:18, 2944:19, 2944:21, 2944:22, 2944:24, 2944:24, 2945:2, 2945:3, 2945:3, 2945:4
**essentially** [1] - 3019:23
**establish** [3] - 2982:9, 2986:16, 3002:12
**established** [2] - 2960:12, 3002:21
**establishes** [1] - 3002:14
**estimate** [1] - 2955:7
**et** [2] - 2944:5, 2956:16
**Europe** [1] - 2952:2
**evaluate** [1] - 3027:2
**evaluation** [1] - 2958:7
**events** [1] - 2948:4
**evidence** [3] - 2976:24, 2977:11, 3030:13
**evolve** [2] - 2954:18, 2982:14
**evolved** [3] - 2982:9, 2996:23, 2997:10
**evolving** [1] - 2983:25
**exactly** [3] - 2961:17, 3020:7, 3024:17
**EXAMINATION** [8] - 2946:13, 2963:9, 2966:24, 2978:6, 3011:3, 3031:6, 3031:7, 3031:10
**examination** [1] - 3017:13
**example** [12] - 2954:3, 2960:7, 2961:2, 2985:16, 2987:13, 2990:17, 2998:25, 3000:5, 3000:12, 3001:5, 3001:8, 3009:6, 3009:14
**except** [2] - 2988:12, 3010:12
**excerpt** [2] - 2998:21, 3021:9
**excerpts** [1] - 3021:5
**excess** [1] - 2975:16
**exchange** [1] - 2960:14
**exclusively** [1] - 3010:5
**excuse** [1] - 3001:9
**excused** [2] - 2977:23, 3014:16
**execute** [1] - 2961:18
**exhibit** [3] - 2945:22, 3015:8, 3018:19
**Exhibit** [6] - 2961:3, 2961:6, 2961:21, 3012:18, 3019:12, 3021:9

**exhibits** [3] - 3018:20, 3018:23, 3019:2
**existing** [2] - 3011:10, 3011:16
**exits** [1] - 3008:1
**experience** [3] - 2950:10, 2995:24, 3011:6
**expert** [4] - 2983:14, 2984:3, 2984:18, 3019:4
**expertise** [1] - 2951:16
**experts** [3] - 3009:20, 3013:4, 3019:5
**explain** [2] - 2970:15, 3029:1
**explained** [2] - 2970:18, 2973:14
**exported** [1] - 2949:8
**exporter** [1] - 2949:9
**exporters** [1] - 2949:6
**expressed** [1] - 3027:4
**extend** [1] - 2964:19
**extensive** [1] - 3023:8
**extensively** [1] - 2949:15
**extent** [2] - 2969:16, 2996:22
**extraordinary** [1] - 2945:22
**eye** [1] - 2999:11
**eyes** [2] - 2987:6, 2999:13

## F

**fact** [8] - 2962:7, 2972:4, 2974:8, 2975:4, 3006:12, 3012:14, 3020:17, 3024:19
**factor** [1] - 3010:4
**fair** [5] - 2969:1, 2980:2, 2982:20, 2982:21, 3020:12
**false** [5] - 2958:1, 2958:6, 2958:17, 2995:25, 2996:1
**familiar** [12] - 2956:21, 2956:24, 2959:19, 2963:25, 2974:6, 2983:18, 2983:22, 2983:23, 2994:11, 2996:17, 2996:20, 3004:25
**familiarity** [1] - 3001:18
**family** [1] - 2947:5
**far** [2] - 2967:13, 3029:2
**fascinating** [1] - 3009:20
**FATA** [1] - 3009:7
**FATF** [2] - 3002:18, 3003:5
**fax** [2] - 2959:9, 2959:10
**FBI** [1] - 2957:16
**February** [1] - 2966:17
**fed** [2] - 2961:10, 2965:5
**Federal** [3] - 2961:11, 2979:11, 2980:1
**few** [2] - 2966:22, 2967:1
**fide** [1] - 2959:12
**field** [5] - 2956:15, 2965:12, 2997:4, 2997:5, 3013:4
**fields** [1] - 2956:16
**figure** [2] - 3018:9, 3018:17
**fill** [1] - 2991:19
**filter** [5] - 2957:4, 2959:2, 2966:10, 2995:25, 3011:7
**final** [1] - 2967:9

**finally** [2] - 2948:2, 2951:13
**Financial** [2] - 3002:3, 3002:17
**financial** [11] - 2951:1, 2953:15, 2975:23, 2978:10, 2980:4, 2983:12, 2993:25, 3009:18, 3013:25, 3014:2, 3014:6
**financing** [7] - 2978:12, 2982:12, 2982:14, 2982:16, 2984:2, 2997:20
**fine** [2] - 3018:4, 3026:4
**finish** [1] - 3027:13
**firm** [3] - 2979:21, 2983:18, 2984:4
**firms** [2] - 2983:13
**first** [20] - 2951:19, 2951:24, 2958:20, 2959:23, 2967:2, 2978:1, 2983:11, 2986:20, 3000:20, 3013:12, 3015:14, 3017:11, 3024:14, 3024:15, 3024:16, 3024:18, 3029:5, 3029:18, 3029:21, 3029:24
**five** [3] - 3001:14, 3019:22, 3020:2
**FLOWERS** [1] - 2944:24
**focus** [3] - 2951:25, 2982:16, 3029:14
**focused** [1] - 2988:2
**follow** [2] - 3009:10, 3010:16
**followed** [1] - 2973:5
**following** [7] - 2945:15, 3008:6, 3009:1, 3009:8, 3016:12, 3021:11, 3030:10
**follows** [1] - 2978:2
**food** [3] - 3019:17, 3019:18, 3020:2
**FOR** [1] - 3011:5
**Force** [2] - 3002:3, 3002:17
**Fordham** [2] - 2978:25, 2979:8
**Foreign** [3] - 2959:8, 2993:21, 3004:19
**foreign** [7] - 2960:14, 2960:15, 2995:11, 3004:18, 3005:3, 3005:7, 3005:11
**forgets** [2] - 2988:10, 2988:13
**form** [11] - 2961:12, 2964:13, 2966:9, 2976:15, 2987:22, 2988:4, 2988:7, 2988:17, 2992:1, 2992:3, 2992:8
**formally** [1] - 2951:8
**formats** [1] - 2956:15
**former** [2] - 2949:20, 2950:20
**forms** [2] - 2955:19, 2987:11
**formulated** [2] - 3002:25, 3005:8
**formulating** [1] - 3013:1
**Foundation** [1] - 2962:5
**founded** [1] - 3003:9
**four** [3] - 2990:8, 2991:4, 3011:9
**frame** [1] - 2977:4
**Frankfurt** [3] - 2961:16, 2968:10
**frauds** [1] - 2980:6
**free** [1] - 2984:14
**freezing** [2] - 3009:16, 3009:24
**Friday** [4] - 2970:25, 3026:7, 3026:8, 3026:17
**Friends** [1] - 2947:21
**front** [1] - 2961:6
**full** [1] - 3023:13

**function** [2] - 2952:22, 2953:6
**functions** [1] - 3009:24
**funds** [6] - 2967:11, 2967:12, 2967:23, 2968:17, 3010:7, 3013:24
**fuzzy** [1] - 2997:6

## G

**GA** [1] - 3002:22
**gaps** [1] - 3003:14
**GARY** [1] - 2944:18
**gather** [1] - 3030:2
**gears** [1] - 2959:17
**Gene** [1] - 2945:5
**general** [2] - 2955:2, 2965:11, 2984:25
**generally** [4] - 2957:16, 2961:9, 2967:8, 3030:3
**generous** [1] - 3023:20
**Gentlemen** [1] - 2998:12
**gentlemen** [8] - 2945:20, 2946:12, 2946:17, 2949:2, 2954:2, 2982:1, 3007:21, 3016:1
**Gershon** [1] - 3004:16
**Gershon's** [2] - 3005:18, 3007:4
**given** [2] - 3015:13, 3017:24
**glanced** [1] - 3021:2
**global** [1] - 2983:19
**globally** [1] - 3001:24
**god** [1] - 3020:15
**governing** [1] - 3009:15
**Government** [2] - 2994:8, 2997:21
**government** [6] - 2957:16, 2975:6, 2975:17, 2978:11, 2983:15, 3021:24
**governments** [2] - 3013:25, 3014:6
**grad** [2] - 2948:13, 2948:14
**graduated** [2] - 2948:11, 2978:25
**grandfather** [2] - 2947:10, 2947:11
**grant** [1] - 3017:15
**granted** [1] - 3017:14
**great** [3] - 2964:22, 2996:22, 3014:12
**Greek** [1] - 2947:17
**Greeks** [1] - 2947:22
**Group** [8] - 3002:3, 3003:8, 3003:9, 3012:14, 3012:19, 3012:21, 3013:14, 3013:22
**group** [7] - 2947:17, 3002:10, 3002:22, 3003:10, 3012:21, 3013:23
**groups** [2] - 2976:10, 3001:22, 3003:19
**growing** [1] - 2951:22
**guarantee** [3] - 2949:14, 2949:15, 3016:2
**guarantees** [2] - 2949:6, 2949:11
**Guide** [1] - 3013:15
**guided** [1] - 3003:19
**guys** [1] - 2980:2

## H

**HABA** [1] - 2947:16
**half** [7] - 2950:15, 2951:20, 2955:11, 2955:14, 2980:11, 2981:23, 3026:18
**halted** [1] - 2958:1
**Hamas** [6] - 2976:16, 2977:5, 3006:5, 3021:15, 3021:23, 3024:25
**Hamdan** [1] - 3017:13
**hand** [2] - 2946:3, 3028:3
**hang** [2] - 2972:11, 3004:3
**Haniyeh** [2] - 3021:14, 3024:20, 3024:25, 3025:6
**Haniyeh's** [1] - 3024:20
**Hapoalim** [4] - 2964:16, 2965:4, 2965:5, 2967:20
**happenstance** [1] - 2948:20
**happy** [1] - 3026:25
**head** [9] - 2950:12, 2952:11, 2952:14, 2952:19, 2953:6, 2953:8, 2953:13, 2956:20, 2982:4
**headed** [1] - 3016:4
**hear** [2] - 2948:25, 2962:9
**heard** [5] - 2955:18, 2959:23, 2964:5, 2964:6, 2999:20
**hearing** [1] - 3004:11
**Heights** [1] - 2946:19
**held** [3] - 2952:14, 2957:4, 3004:10
**Hellenic** [1] - 2947:16
**help** [2] - 2968:17, 2985:11
**helps** [2] - 2967:20, 2967:22
**high** [2] - 2948:22, 2981:6
**highlight** [2] - 2963:20, 3013:21
**hired** [2] - 2984:3, 2984:4
**hit** [5] - 2957:7, 2957:24, 2958:4, 2959:12, 2996:1
**hold** [2] - 2951:14, 2979:15
**holes** [1] - 3003:14
**holidays** [1] - 3026:19
**home** [7] - 3000:11, 3005:14, 3005:23, 3010:17
**Honor** [33] - 2945:25, 2946:10, 2961:20, 2962:9, 2962:13, 2963:6, 2966:18, 2977:21, 2978:4, 2979:17, 2985:7, 2985:10, 3004:7, 3004:14, 3005:10, 3006:17, 3007:14, 3009:13, 3010:14, 3011:2, 3013:8, 3013:11, 3014:12, 3015:1, 3015:15, 3020:22, 3022:3, 3023:1, 3025:20, 3025:25, 3027:16, 3028:2
**Honor's** [1] - 3026:21
**HONORABLE** [1] - 2944:14
**hopeful** [1] - 3026:10, 3027:14
**host** [3] - 3005:14, 3005:23, 3010:17
**hour** [3] - 3026:12, 3028:8, 3029:7
**house** [2] - 2998:21, 2998:22
**housekeeping** [1] - 3015:8
**houses** [1] - 2983:13
**Howard** [2] - 3024:3, 3025:17

HSBC [8] - 2981:22, 2981:23, 2981:25, 2982:23, 2983:3, 2983:4, 2983:8, 2983:17
**huge** [1] - 2949:22
**hum** [1] - 2968:15
**human** [2] - 2987:6, 2999:13
**hundred** [1] - 3006:8

## I

**identification** [4] - 2974:2, 2992:19, 2993:12, 2993:15
**identified** [4] - 2968:9, 3007:7, 3009:7, 3024:23
**identifier** [2] - 2967:19, 2968:14
**identifiers** [1] - 2991:22
**identifies** [1] - 3001:21
**identify** [8] - 2967:20, 2967:23, 2968:17, 2982:11, 2982:18, 3012:7, 3013:24, 3013:25
**IFSA** [1] - 2947:24
**illegal** [1] - 2977:16
**imbedded** [2] - 2957:2, 2965:14
**impact** [1] - 3010:12
**impeach** [2] - 2974:9, 2974:11
**impeachment** [3] - 2971:7, 2973:13, 2973:25
**implemented** [1] - 2966:17
**implicitly** [1] - 3027:1
**imply** [3] - 2960:9, 2960:16
**important** [7] - 2953:11, 2954:25, 2955:2, 2955:3, 2997:17, 3023:8
**imported** [1] - 2949:8
**importer** [1] - 2949:9
**inaccurate** [1] - 3024:18
**inclined** [1] - 3026:12
**include** [5] - 2982:12, 2982:14, 2982:15, 2994:14, 3007:7
**included** [4] - 2969:3, 2969:6, 2997:20, 3025:9
**including** [3] - 2982:15, 2992:14, 2996:7
**incorporates** [1] - 3006:11
**increase** [1] - 2999:6
**indication** [1] - 2966:13
**individual** [1] - 2985:15
**individuals** [3] - 2980:23, 2981:6, 2996:9
**industries** [2] - 2978:11, 2997:15
**industry** [9] - 2954:19, 2995:10, 2997:4, 3004:18, 3004:21, 3004:23, 3005:3, 3005:19
**inference** [1] - 3020:12
**inform** [1] - 2994:25
**information** [18] - 2947:3, 2965:12, 2968:20, 2974:8, 2977:14, 2985:25, 2986:21, 2986:22, 2987:17, 2987:22, 2988:2, 2988:10, 2991:20, 2992:13, 3001:13, 3014:2, 3014:6

INGERMAN [55] - 2945:3, 2945:25, 2946:10, 2946:12, 2946:14, 2961:20, 2962:9, 2963:5, 2963:8, 2963:10, 2963:17, 2964:8, 2964:19, 2964:25, 2966:1, 2966:18, 2969:23, 2970:2, 2972:10, 2972:15, 2975:7, 2975:19, 2976:2, 2976:11, 2976:17, 2977:6, 2977:8, 2977:21, 2977:25, 2978:4, 2978:6, 2979:16, 2985:9, 3004:7, 3004:14, 3005:10, 3005:22, 3006:16, 3006:19, 3007:2, 3007:13, 3007:17, 3010:14, 3011:2, 3011:4, 3011:8, 3012:4, 3012:17, 3013:7, 3013:12, 3013:19, 3014:9, 3019:7, 3028:6, 3031:10
**Ingerman** [5] - 2994:17, 3006:7, 3007:10, 3009:4, 3011:1
**instance** [2] - 2994:17, 2996:11
**instances** [1] - 3020:8
**instantaneously** [1] - 2987:5
**institution** [1] - 3013:25
**institutions** [5] - 2978:10, 2983:12, 2993:25, 3014:2, 3014:7
**instruct** [2] - 2977:8, 3026:14
**instructions** [2] - 3027:10, 3027:25
**instrument** [1] - 2949:5
**intend** [1] - 2973:6
**intended** [1] - 3010:17
**intent** [1] - 2962:6
**interact** [1] - 2953:12
**interest** [2] - 3018:8, 3018:16
**interests** [1] - 2947:19
**interim** [1] - 2948:15
**internal** [1] - 2968:8
**International** [2] - 2954:13, 2954:14
**international** [40] - 2947:25, 2949:16, 2950:18, 2951:2, 2955:15, 2960:1, 2981:4, 2981:14, 2981:22, 2983:19, 2984:22, 2991:7, 2993:7, 2997:8, 2998:1, 2998:2, 2998:6, 2998:7, 2998:14, 2999:2, 2999:10, 3001:7, 3001:17, 3001:18, 3001:22, 3003:10, 3003:19, 3003:22, 3005:1, 3005:15, 3005:22, 3005:23, 3006:21, 3007:3, 3007:6, 3010:16, 3011:21, 3012:5, 3012:7, 3012:22
**internationally** [1] - 2981:7
**Internet** [1] - 3011:24
**internship** [1] - 2948:22
**interpreters** [1] - 3020:5
**interrogatories** [2] - 2962:11, 2962:13
**interrupting** [1] - 2982:6
**introduce** [1] - 2962:7
**introduction** [1] - 3016:22
**invented** [1] - 3020:15
**invest** [1] - 2981:9
**investigation** [1] - 2972:9
**investigations** [1] - 2983:2
**involved** [4] - 2958:19, 2969:16, 2982:25, 2990:9

**involves** [2] - 2962:4, 2988:24
**irrelevant** [1] - 3006:5
**Irving** [6] - 2948:16, 2948:19, 2948:21, 2949:17, 2949:18, 2949:25
**Ismail** [2] - 3021:14, 3024:24
**ISO** [3] - 2954:11, 2954:12, 2955:22
**Israel** [5] - 2964:16, 2965:7, 2966:8, 2967:20, 2976:10
**Israeli** [1] - 2962:8
**issue** [14] - 2953:4, 2968:24, 2973:22, 2974:1, 3004:15, 3009:20, 3019:11, 3019:23, 3020:7, 3022:3, 3022:10, 3026:6, 3026:8
**issued** [1] - 3004:15
**issues** [8] - 2969:11, 2982:25, 2984:1, 3015:8, 3016:15, 3017:10, 3020:10
**IT** [2] - 2947:3
**items** [2] - 2953:4, 2958:16
**itself** [1] - 3022:7

## J

**JAMES** [1] - 2944:22
**January** [1] - 2951:9
**job** [5] - 2948:22, 2948:23, 2954:18, 2963:17, 2981:24
**JODI** [1] - 2944:24
**John** [4] - 2958:11, 2958:13, 2988:18, 2988:19
**join** [3] - 2949:20, 2949:24, 2950:21
**joined** [2] - 2950:11, 2951:7
**Jordan** [9] - 2999:22, 3000:6, 3000:12, 3000:24, 3000:25, 3001:5, 3001:9
**JUDGE** [1] - 2944:15
**Judge** [8] - 2979:11, 2979:12, 2979:13, 2979:15, 3004:16, 3005:18, 3007:4, 3015:22
**July** [2] - 2972:3, 2975:12
**jurisdiction** [4] - 2986:25, 3006:4, 3009:11, 3010:7
**jurisdictions** [1] - 3005:11
**JURY** [1] - 2944:14
**Jury** [2] - 2998:12, 3008:1
**jury** [36] - 2944:15, 2945:15, 2945:17, 2945:18, 2946:17, 2949:3, 2954:3, 2955:18, 2963:5, 2970:15, 2971:5, 2982:1, 2985:7, 2999:20, 3004:11, 3008:2, 3009:1, 3009:3, 3009:21, 3010:23, 3010:24, 3013:8, 3016:12, 3017:16, 3018:1, 3018:22, 3018:25, 3020:16, 3025:8, 3026:15, 3026:16, 3027:23, 3028:1, 3029:3, 3029:8, 3029:11
**justice** [1] - 3020:5

# K

keep [4] - 2992:4, 3010:3, 3016:9, 3018:12
kept [1] - 3001:12
kid [1] - 2946:20
kids [1] - 2947:9
kind [2] - 2973:13, 3020:5
Kingdom [6] - 2985:18, 2986:8, 2986:20, 2987:21, 2988:1, 2990:5
knowledge [1] - 3004:22
known [5] - 2964:7, 2976:16, 2977:5, 3002:5, 3002:18
Kurtzer [1] - 2944:7

# L

lack [1] - 3004:17
ladies [8] - 2945:20, 2946:12, 2946:17, 2949:2, 2954:2, 2981:25, 3007:21, 3016:1
Ladies [1] - 2998:12
language [2] - 2974:12, 3028:3
large [3] - 2955:4, 3000:17, 3003:11
larger [1] - 2981:22
largest [3] - 2949:23, 3012:22, 3012:24
last [10] - 2946:8, 2946:21, 2973:12, 3005:8, 3013:19, 3015:4, 3017:11, 3020:23, 3029:24, 3030:4
late [2] - 2951:3, 2953:18
laterally [1] - 2960:13
latest [1] - 2954:19
laundering [11] - 2978:12, 2980:6, 2982:4, 2982:7, 2982:18, 2984:1, 2997:3, 2997:17, 2997:19, 3002:14, 3002:23
Laundering [1] - 3013:16
law [18] - 2957:15, 2957:21, 2978:18, 2979:1, 2979:3, 2979:8, 2979:10, 2979:21, 2983:11, 2983:13, 2984:4, 3005:20, 3005:22, 3006:1, 3006:11, 3006:12, 3006:20, 3007:11
laws [5] - 3005:7, 3005:9, 3005:11, 3005:14, 3005:15
lawsuit [11] - 2972:2, 2975:2, 2975:11, 2975:14, 2975:22, 2976:5, 2976:8, 2976:13, 2976:14, 2976:20, 2977:4
lawyer [6] - 2978:13, 2978:15, 2978:17, 2983:12, 3015:19, 3024:2
lawyers [3] - 2984:5, 3015:18, 3016:3
leader [2] - 3021:15, 3024:25
leaders [2] - 2976:16, 2977:5
leads [1] - 2954:21
learn [3] - 2976:7, 2976:19, 2977:3
learned [9] - 2972:2, 2973:11, 2975:2, 2975:14, 2975:23, 2976:5, 2976:19, 2977:3, 3025:5

least [3] - 2958:15, 3026:17, 3027:24
leave [2] - 2966:22, 3016:7
lectures [1] - 2948:4
left [8] - 2950:19, 2980:12, 2983:3, 2983:8, 3019:19, 3019:20, 3019:24, 3023:8
legal [5] - 2975:4, 3006:3, 3027:3, 3027:4, 3027:25
legally [1] - 3005:19
lenders [1] - 2952:22
less [3] - 2947:14, 3028:10, 3028:11
letter [10] - 2948:20, 2948:23, 2949:3, 2949:5, 2949:6, 2949:11, 2960:12, 3018:5, 3021:1, 3021:7
letters [10] - 2948:25, 2950:10, 2950:11, 2950:12, 2951:16, 2969:4, 3015:2, 3015:4, 3015:5, 3017:11
level [7] - 2959:1, 2959:4, 2959:5, 2997:15, 2997:16, 3005:19
Levitt [1] - 3028:7
license [1] - 2993:14
life [1] - 2979:4
lifelong [1] - 2946:18
light [1] - 3007:14
likely [1] - 3018:14
limit [1] - 3029:6
limitation [1] - 3026:12
LINDE [1] - 2944:5
Linde [1] - 2944:17
line [4] - 2958:15, 2960:11, 2977:9, 3017:19
list [29] - 2957:11, 2957:25, 2958:13, 2958:19, 2958:21, 2960:25, 2986:22, 2986:24, 2993:23, 2994:4, 2994:6, 2994:8, 2994:9, 2994:12, 2994:14, 2994:17, 2994:21, 2995:1, 2996:6, 2996:10, 2996:11, 2997:22, 3004:20, 3005:4, 3011:11, 3011:12, 3012:5, 3018:19, 3022:13
listen [2] - 3027:8, 3027:14
lists [1] - 2994:21
litigations [1] - 2982:25
Litle [2] - 2944:5, 2944:20
live [1] - 3022:15
lives [3] - 2959:2, 2985:18, 2986:4
living [1] - 2978:9
LLC [2] - 2944:17, 2944:23
LLP [2] - 2944:22, 2945:2
loan [2] - 2952:25, 2953:1
local [6] - 3006:10, 3006:11, 3006:12, 3006:20, 3006:25, 3007:11
locally [1] - 2948:7
located [1] - 2995:17
location [1] - 2949:25
locations [1] - 2950:2
logic [1] - 2997:6
look [10] - 2958:9, 2958:20, 2959:1, 2959:3, 2966:5, 2966:9, 2999:13, 3005:8, 3010:12, 3011:24

looked [1] - 3022:20
looks [1] - 3016:1
lower [2] - 2954:22, 2964:18
lunch [1] - 3029:7

# M

maintained [1] - 2976:8
major [2] - 2998:23, 3001:22
majority [1] - 3000:23
management [2] - 2959:4, 2959:5
manager [2] - 2947:2, 2950:11
Managing [1] - 3013:16
Manhattan [9] - 2948:9, 2950:3, 2954:24, 2955:3, 2955:13, 2955:14, 2979:11, 2979:14, 2980:8
manner [2] - 3014:2, 3014:7
Manny [1] - 2946:1
manually [1] - 2995:8
mapping [1] - 2968:24
MARGARET [1] - 2945:4
MARK [1] - 2944:21
marked [1] - 2963:4
market [1] - 2951:3
markets [1] - 2954:25
married [2] - 2947:7, 2947:8
match [3] - 2957:7, 2958:10, 2988:17
matched [2] - 2957:7, 2958:4
material [3] - 2959:10, 3010:8, 3018:7
matter [4] - 2971:4, 2998:2, 3009:25, 3030:15
mean [8] - 2954:2, 2954:4, 2957:16, 2957:19, 2965:10, 2981:5, 2997:22, 3015:4
meaning [1] - 2998:24
means [5] - 2950:24, 2993:13, 2997:24, 3000:11, 3013:24
mechanical [1] - 2945:8
media [1] - 3016:9
medical [1] - 3026:8
meet [1] - 3002:11
member [3] - 2947:13, 2947:24, 2948:2, 2955:23
members [1] - 2987:14
memory [1] - 2954:12
mentioned [6] - 2955:15, 2963:11, 2969:17, 2973:13, 2981:14, 2998:11
message [1] - 2965:14
met [1] - 2949:12
MICHAEL [1] - 2944:24
mid-1980s [1] - 2951:24
Middle [1] - 2952:2
might [5] - 2994:18, 3026:14, 3027:24, 3028:7
million [9] - 2955:11, 2955:14, 2975:5, 2975:16, 2977:5, 2980:21, 2999:5, 3019:17, 3020:2
mind [4] - 3010:15, 3010:18, 3016:9, 3018:13

**minister** [4] - 3021:23, 3024:11, 3024:21, 3025:6
**minute** [3] - 2957:9, 2959:17, 3011:5
**mismatches** [1] - 2988:17
**misstatement** [1] - 2969:20
**mistake** [1] - 3020:17
**moment** [3] - 2991:5, 2993:18, 2997:24
**Monday** [1] - 3022:12
**Money** [1] - 3013:16
**money** [32] - 2956:8, 2959:7, 2967:10, 2967:14, 2978:12, 2980:6, 2981:7, 2981:9, 2982:4, 2982:7, 2982:18, 2984:1, 2985:15, 2986:25, 2987:8, 2991:21, 2992:2, 2992:7, 2992:18, 2992:25, 2993:1, 2997:3, 2997:16, 2997:19, 2998:23, 3000:6, 3000:18, 3002:14, 3002:23, 3003:10, 3003:16, 3012:21
**money's** [1] - 2992:22
**morning** [17] - 2945:16, 2945:20, 2946:12, 2946:15, 2946:16, 2978:7, 2978:8, 3004:15, 3007:13, 3007:22, 3015:7, 3015:14, 3015:16, 3016:10, 3016:20, 3020:24, 3029:6
**most** [15] - 2951:2, 2952:21, 2954:4, 2954:5, 2954:22, 2955:25, 2960:1, 2960:20, 2995:9, 3000:10, 3000:15, 3000:16, 3011:14, 3013:24
**mother** [1] - 2948:20
**motion** [1] - 3017:12
**MOTLEY** [1] - 2944:23
**move** [3] - 2961:20, 2963:19, 2963:20
**moved** [2] - 2946:20
**MR** [127] - 2945:25, 2946:10, 2946:12, 2946:14, 2961:20, 2961:23, 2962:3, 2962:9, 2963:5, 2963:8, 2963:10, 2963:17, 2964:8, 2964:19, 2964:25, 2966:1, 2966:18, 2966:22, 2966:24, 2969:23, 2970:2, 2970:5, 2970:11, 2970:13, 2970:17, 2970:24, 2971:5, 2972:1, 2972:10, 2972:15, 2972:17, 2973:3, 2973:9, 2973:16, 2973:20, 2974:1, 2974:5, 2975:1, 2975:7, 2975:19, 2976:11, 2976:17, 2976:23, 2977:1, 2977:6, 2977:8, 2977:19, 2977:21, 2977:25, 2978:4, 2978:6, 2979:16, 2985:9, 2985:10, 3004:2, 3004:7, 3004:14, 3005:5, 3005:10, 3005:22, 3006:1, 3006:16, 3006:19, 3007:2, 3007:13, 3007:17, 3009:13, 3010:4, 3010:14, 3011:2, 3011:4, 3011:8, 3012:4, 3012:17, 3013:7, 3013:11, 3013:12, 3013:19, 3014:9, 3014:12, 3015:1, 3015:6, 3015:13, 3015:23, 3016:15, 3016:24, 3017:1, 3017:7, 3018:2, 3019:7, 3019:15, 3020:1, 3020:7, 3020:19, 3020:21, 3022:3, 3022:19, 3022:25, 3023:6, 3023:12, 3023:19, 3024:10,

3024:17, 3025:2, 3025:4, 3025:13, 3025:20, 3025:25, 3026:2, 3026:8, 3026:21, 3027:16, 3028:2, 3028:6, 3028:8, 3028:10, 3029:1, 3029:17, 3029:21, 3030:1, 3030:5, 3030:8, 3030:12, 3030:14, 3031:7, 3031:10
**Muhammad** [4] - 2958:12, 2958:13, 2958:14
**must** [1] - 3023:25

## N

**name** [25] - 2946:5, 2946:8, 2954:7, 2957:19, 2957:25, 2958:9, 2958:11, 2986:3, 2986:5, 2988:4, 2988:7, 2988:11, 2988:12, 2988:13, 2988:16, 2988:17, 2988:18, 2991:23, 2991:24, 2992:14, 2996:7, 2996:10, 2996:11, 3024:20
**names** [15] - 2957:4, 2957:5, 2957:11, 2957:18, 2957:22, 2958:25, 2974:3, 2974:7, 2994:6, 2994:8, 2994:9, 2996:6, 2996:9, 2996:12, 2996:16
**narrow** [2] - 2973:21, 2974:13
**narrowed** [1] - 3027:25
**National** [14] - 2960:8, 2980:14, 2980:18, 2981:2, 2981:10, 2981:16, 2981:18, 2981:21, 2981:24, 2982:5, 2982:17, 2982:22, 2982:24, 2983:17
**national** [2] - 2997:15, 3002:20
**nearly** [3] - 2947:8, 3027:21, 3027:23
**necessarily** [1] - 2960:16
**necessary** [3] - 3010:18, 3017:15, 3018:2
**need** [9] - 2960:2, 2969:24, 2974:12, 2987:11, 3010:2, 3015:21, 3018:12, 3026:18
**needed** [1] - 2951:2
**neighborhood** [2] - 2980:24
**nephew** [16] - 2956:9, 2985:18, 2986:4, 2986:19, 2987:25, 2988:6, 2989:6, 2990:19, 2991:10, 2991:14, 2991:22, 2992:7, 2992:12, 2992:17, 2992:21, 2993:13
**nephew's** [10] - 2988:3, 2988:11, 2988:17, 2988:18, 2989:7, 2989:9, 2990:4, 2990:20, 2991:1, 2992:14
**net** [1] - 2981:6
**network** [2] - 2960:5, 2960:6
**never** [2] - 2997:6, 3023:3
**new** [4] - 2950:21, 2950:25, 3011:11, 3011:16
**NEW** [1] - 2944:1
**New** [80] - 2944:12, 2945:6, 2946:19, 2948:17, 2949:24, 2950:5, 2950:18, 2950:25, 2951:1, 2951:6, 2951:13, 2951:18, 2951:23, 2952:1, 2952:3, 2952:7, 2952:12, 2952:15, 2952:20, 2953:9, 2953:14, 2953:15, 2954:24,

2956:8, 2957:11, 2959:19, 2960:18, 2960:24, 2964:17, 2965:5, 2965:6, 2966:11, 2966:15, 2968:10, 2969:18, 2974:6, 2979:5, 2979:22, 2980:7, 2980:14, 2980:18, 2982:17, 2985:24, 2986:7, 2986:19, 2986:22, 2987:13, 2987:24, 2989:8, 2990:4, 2990:18, 2990:19, 2990:21, 2990:24, 2990:25, 2991:9, 2991:16, 2992:1, 2992:6, 2992:11, 2992:15, 2998:21, 2999:21, 2999:23, 3000:2, 3000:7, 3000:13, 3000:15, 3000:16, 3000:17, 3000:25, 3001:3, 3001:6, 3001:8, 3001:9, 3001:12
**newspaper** [2] - 2972:6, 2972:8
**next** [20] - 2947:23, 2959:1, 2959:4, 2959:5, 2962:16, 2964:8, 2965:16, 2977:24, 2983:10, 2989:1, 2989:10, 2990:15, 3001:20, 3002:8, 3002:18, 3014:17, 3018:5, 3019:4, 3026:23, 3028:12
**night** [1] - 3017:11
**night's** [1] - 3015:5
**nine** [1] - 3021:9
**nineties** [1] - 2953:18
**noon** [1] - 3022:12
**normal** [2] - 2958:22, 2958:23
**North** [1] - 2948:3
**Northern** [1] - 2952:2
**not-for-profit** [1] - 2955:24
**note** [4] - 2959:14, 3014:12, 3018:18, 3025:15
**nothing** [1] - 3023:9
**notice** [2] - 3010:6, 3010:10
**Nour** [1] - 2966:7
**number** [22] - 2960:20, 2967:15, 2967:16, 2967:18, 2968:3, 2968:7, 2968:12, 2968:16, 2986:25, 2986:3, 2986:6, 2988:11, 2988:12, 2991:24, 2991:25, 2992:3, 2992:8, 2992:10, 2992:15, 3019:21, 3027:1
**numbers** [1] - 2999:6

## O

**o'clock** [3] - 2944:11, 3015:16, 3022:12
**objected** [4] - 2962:12, 3021:20, 3023:1, 3023:23
**objection** [29] - 2961:22, 2961:23, 2962:10, 2962:13, 2962:15, 2969:23, 2969:24, 2970:1, 2972:10, 2972:15, 2975:7, 2975:19, 2976:2, 2976:11, 2976:17, 2977:6, 2985:8, 3004:2, 3004:3, 3004:6, 3006:15, 3013:10, 3017:20, 3020:19, 3022:20, 3023:2, 3024:16, 3024:18
**objections** [2] - 3017:16, 3017:17
**objects** [1] - 3024:6

**obligation** [1] - 2998:3
**obviously** [3] - 3016:22, 3020:17, 3022:11
**OCC** [2] - 2970:3, 2972:14
**occasions** [2] - 2995:23, 2999:25
**occurred** [4] - 2945:15, 2997:13, 3009:1, 3016:12
**occurrence** [1] - 2996:3
**OF** [2] - 2944:1, 2944:14
**OFAC** [54] - 2953:10, 2956:21, 2956:25, 2957:4, 2957:5, 2957:11, 2957:22, 2957:23, 2957:25, 2958:10, 2958:19, 2958:21, 2959:2, 2959:7, 2959:8, 2959:9, 2959:11, 2959:15, 2960:25, 2966:10, 2966:12, 2966:16, 2973:5, 2973:17, 2973:21, 2974:3, 2986:22, 2993:17, 2993:19, 2993:23, 2994:4, 2994:6, 2994:7, 2994:12, 2994:14, 2994:21, 2994:25, 2995:7, 2995:12, 2995:22, 2995:24, 2996:6, 2996:17, 2996:20, 2997:22, 3004:20, 3005:4, 3011:5, 3011:7, 3011:11, 3011:12, 3011:22
**offered** [3] - 2948:21, 3022:6, 3022:9
**offers** [1] - 3004:17
**office** [10] - 2951:6, 2956:12, 2961:16, 2964:17, 2979:22, 2979:23, 2980:5, 2980:10, 2980:13, 2983:17
**Office** [3] - 2959:8, 2993:21, 3004:19
**officer** [3] - 2952:25, 2953:1, 2969:15
**OGB** [1] - 2968:1
**Oman** [2] - 2996:11, 2996:12
**OMAN** [1] - 2996:12
**once** [6] - 2958:18, 2958:20, 2987:5, 2987:6, 3018:22, 3027:24
**one** [41] - 2947:8, 2947:16, 2949:23, 2953:8, 2959:6, 2962:4, 2968:5, 2969:3, 2969:6, 2970:18, 2970:25, 2973:16, 2974:1, 2979:19, 2985:4, 2985:6, 2986:15, 2986:16, 2991:5, 2999:2, 3001:8, 3001:9, 3004:4, 3006:16, 3009:13, 3010:4, 3010:5, 3012:12, 3015:7, 3015:13, 3016:16, 3017:20, 3018:12, 3021:4, 3024:4, 3024:23, 3026:25, 3029:12
**Open** [1] - 2971:9
**open** [7] - 2951:6, 2963:1, 2973:12, 2974:14, 3007:20, 3008:2, 3016:9
**opened** [4] - 2950:25, 2951:4, 2951:19, 2973:24
**opening** [5] - 2949:23, 2950:4, 2950:18, 2973:19
**openings** [1] - 3026:4
**operate** [1] - 3003:6
**operating** [2] - 2957:3, 3001:24
**operation** [5] - 2949:21, 2949:24, 2950:23, 2950:24, 2951:7
**operational** [1] - 2953:25
**operations** [22] - 2947:2, 2947:3, 2950:21, 2951:8, 2951:11, 2951:15,

2951:17, 2952:10, 2952:11, 2952:14, 2952:19, 2952:24, 2953:6, 2953:9, 2953:13, 2956:20, 2959:7, 2969:3, 2969:6, 2970:14, 2976:6
**operator** [3] - 2956:12, 2956:13, 2956:17
**opinion** [2] - 2959:11, 3004:22
**opinions** [2] - 3013:1, 3019:5
**opportunity** [3] - 3022:9, 3022:11, 3023:3
**order** [7] - 2985:4, 2987:16, 2987:18, 3004:15, 3004:16, 3005:18, 3007:4
**ordinarily** [1] - 3013:5
**Organization** [1] - 2954:14
**organization** [9] - 2947:25, 2955:21, 2955:24, 2987:10, 2998:8, 2998:23, 3002:20, 3021:15, 3024:25
**organizations** [6] - 2976:9, 2977:15, 2982:20, 2993:24, 3007:7, 3012:9
**originating** [7] - 2963:24, 2963:25, 2964:3, 2964:4, 2989:6, 2999:16, 3000:12
**originator** [8] - 2956:16, 2963:22, 2985:19, 2986:21, 2989:4, 2990:17, 2991:8, 3011:17
**OSEN** [14] - 2944:17, 2944:18, 2962:3, 2970:24, 2973:16, 2973:20, 2985:10, 3005:5, 3006:1, 3009:13, 3010:4, 3020:7, 3020:19, 3022:3, 3028:2, 3030:8, 3030:12, 3030:14
**otherwise** [1] - 3002:17
**outline** [1] - 3007:15
**outlined** [1] - 3010:3
**outside** [4] - 2962:3, 2995:11, 3004:18, 3008:2
**outstanding** [1] - 3017:10
**overnight** [1] - 3016:8
**overruled** [5] - 2962:13, 2975:8, 2975:20, 2976:3, 3023:1, 3027:5
**overruling** [2] - 2962:15, 3023:2
**overseas** [6] - 2952:1, 2952:5, 2953:17, 2953:19, 2953:23, 2961:15
**own** [3] - 2960:21, 2983:18, 3011:25

## P

**P-U-P-I-D** [1] - 2993:12
**p.m** [1] - 2944:11
**page** [10] - 2962:16, 2965:16, 2985:1, 2989:10, 3008:6, 3013:12, 3013:20, 3014:17, 3020:14, 3028:12
**pages** [1] - 3025:4
**paid** [2] - 2965:4, 2984:16
**Palestine** [1] - 3001:10
**Palestinian** [8] - 2975:25, 2977:14, 2977:15, 2999:23, 3000:6, 3000:25, 3001:6, 3006:24
**paper** [5] - 3012:14, 3012:25, 3013:4, 3013:14, 3019:1

**papers** [1] - 2975:4
**parameters** [1] - 2996:15
**paraphrase** [1] - 3021:21
**parenthesis** [1] - 2966:13
**Park** [2] - 2950:7
**part** [18] - 2948:22, 2957:3, 2963:22, 2964:18, 2968:20, 2969:21, 2970:3, 2970:7, 2995:9, 2999:17, 2999:18, 3000:10, 3010:10, 3011:14, 3022:7, 3023:11, 3023:12, 3025:10
**part-time** [1] - 2948:22
**participant** [1] - 2955:25
**participants** [1] - 2956:1
**participate** [3] - 2948:1, 2955:23
**particular** [6] - 2967:15, 2972:2, 2994:14, 2998:14, 3023:20, 3029:15
**particularly** [3] - 2956:20, 2960:1, 3006:24
**parties** [7] - 3011:12, 3018:18, 3019:5, 3020:9, 3020:16, 3023:15, 3027:1
**parts** [1] - 2954:23
**party** [16] - 2959:13, 2963:24, 2963:25, 2964:3, 2964:4, 2964:9, 2964:10, 2966:25, 2967:3, 2967:8, 2967:9, 2967:21, 2967:25, 2968:1, 3011:17, 3030:4
**passed** [1] - 2999:1
**passing** [1] - 2973:14
**passport** [2] - 2991:24, 2993:15
**past** [1] - 2998:5
**Pause** [1] - 3004:5
**pay** [3] - 2956:2, 2965:6, 2993:11
**payment** [23] - 2949:6, 2949:12, 2954:17, 2956:19, 2958:4, 2958:22, 2959:10, 2961:10, 2961:18, 2964:15, 2985:4, 2987:16, 2987:17, 2988:4, 2988:5, 2988:7, 2988:17, 2992:8, 2998:14, 2999:2, 2999:10, 3000:8, 3000:12
**payments** [5] - 2954:22, 2957:6, 2998:16, 2998:17, 3000:21
**pays** [1] - 2987:8
**PC** [1] - 2956:11
**people** [14] - 2951:18, 2952:21, 2952:23, 2954:4, 2954:5, 2955:6, 2956:18, 2969:15, 2974:2, 2974:7, 2981:6, 2993:23, 2994:25
**percent** [3] - 2957:22, 2958:16, 3006:8
**percentage** [1] - 3000:21
**perfectly** [3] - 3006:4, 3020:12, 3024:15
**period** [34] - 2954:23, 2956:4, 2956:8, 2956:21, 2957:10, 2959:21, 2959:25, 2960:23, 2962:5, 2981:11, 2988:1, 2988:5, 2988:14, 2988:20, 2994:11, 2994:22, 2995:5, 2995:6, 2995:7, 2995:12, 2996:18, 2996:21, 2997:10, 2997:14, 2998:2, 3000:4, 3000:21, 3001:23, 3011:6, 3011:13, 3011:20, 3012:8, 3012:11, 3014:4

**periodically** [1] - 2994:22
**periods** [1] - 2993:4
**permissible** [1] - 3006:4
**permitted** [1] - 3005:20
**person** [11] - 2958:19, 2959:2, 2967:11, 2967:12, 2967:14, 2985:4, 2985:5, 2997:21, 2997:23, 2997:25, 3024:23
**perspective** [1] - 2991:7
**Philhellenes** [3] - 2947:18, 2947:20, 2947:21
**phone** [1] - 2959:11
**physically** [1] - 3022:17
**pick** [1] - 3018:15
**picture** [1] - 2985:22
**piece** [1] - 2964:8
**PIPER** [1] - 2945:2
**place** [4] - 2982:10, 2982:19, 3024:14
**places** [4] - 2960:3, 2960:4, 3021:14, 3024:24
**plaintiff's** [1] - 3029:7
**Plaintiff's** [1] - 3021:9
**plaintiffs** [13] - 2962:10, 3009:11, 3015:11, 3018:12, 3019:7, 3021:5, 3021:6, 3021:10, 3023:22, 3025:21, 3029:19, 3029:24
**Plaintiffs** [4] - 2944:5, 2944:18, 2944:21, 2944:22
**plaintiffs'** [3] - 3009:5, 3019:19, 3022:2
**Plaintiffs'** [1] - 3019:12
**plan** [1] - 3019:7
**played** [2] - 3022:6, 3022:8
**Plaza** [1] - 2945:6
**PLC** [1] - 2944:9
**plenty** [1] - 3026:13
**PLLC** [1] - 2944:19
**plus** [2] - 2969:18, 2969:20
**point** [14] - 2949:20, 2958:6, 2970:6, 2973:9, 2973:16, 2975:21, 2976:6, 2976:19, 2977:13, 2978:13, 3004:15, 3005:12, 3023:8, 3026:23
**pointed** [2] - 2963:12, 2963:15
**police** [1] - 2957:17
**policies** [1] - 2982:19
**political** [1] - 2948:11
**population** [1] - 2955:8
**portion** [2] - 3018:13, 3022:8
**portions** [3] - 3017:13, 3018:10, 3018:15
**position** [5] - 2951:14, 2952:14, 2957:17, 3009:5, 3022:2
**positions** [1] - 3027:1
**positive** [2] - 2958:2, 2995:25
**positives** [2] - 2958:6, 2958:17
**possession** [2] - 2974:9, 3010:8
**possible** [1] - 2991:8
**post** [2] - 3009:24, 3021:20
**potential** [2] - 2953:1, 2958:4

**potentials** [1] - 2958:5
**power** [1] - 3016:19
**practice** [8] - 2954:7, 2995:10, 3006:10, 3007:8, 3011:22, 3018:22, 3029:2, 3029:13
**practiced** [1] - 2983:11
**practices** [16] - 2953:17, 2953:20, 2953:24, 2954:6, 2954:21, 2983:25, 3002:12, 3002:15, 3003:17, 3004:21, 3004:23, 3005:1, 3005:2, 3005:13, 3005:19, 3010:11
**precedence** [1] - 3006:13
**predominantly** [1] - 2997:14
**preference** [1] - 3026:21
**prejudicial** [1] - 3009:25
**prepare** [1] - 2984:18
**prepared** [4] - 2985:11, 3001:21, 3015:3, 3015:9
**presence** [2] - 2951:2, 3008:2
**present** [5] - 2945:18, 2984:10, 2992:19, 3010:24, 3022:18
**presented** [1] - 3023:22
**preservation** [1] - 3027:9
**president** [7] - 2947:2, 2951:15, 2952:9, 2952:11, 2969:2, 2970:13, 2976:6
**press** [2] - 2987:5, 2987:6
**presumably** [1] - 3009:9
**pretext** [1] - 2965:12
**pretty** [2] - 3019:3, 3022:24
**prevent** [1] - 2982:19
**preview** [1] - 3015:24
**previous** [1] - 2968:12
**primarily** [1] - 2980:24
**primary** [2] - 2951:1, 2951:25
**prime** [4] - 3021:23, 3024:11, 3024:21, 3025:6
**principle** [1] - 3006:7
**print** [1] - 2954:7
**private** [1] - 2981:4
**privy** [1] - 2957:15
**problem** [7] - 2966:14, 3002:24, 3006:1, 3009:12, 3009:13, 3015:19, 3016:18
**procedures** [3] - 2982:8, 2982:10, 2982:19
**proceed** [2] - 2972:1, 3015:20
**proceeding** [1] - 3017:19
**Proceedings** [1] - 2945:8
**proceedings** [1] - 3004:5
**process** [9] - 2953:3, 2954:22, 2956:2, 2956:9, 2957:24, 2973:23, 3009:14, 3009:15, 3009:16
**processing** [4] - 2958:22, 2969:8, 2987:4, 2999:12
**produce** [1] - 3016:20
**produced** [1] - 2945:9
**product** [1] - 2970:23
**professional** [2] - 2947:17, 2947:25

**profit** [1] - 2955:24
**program** [2] - 2982:5, 2982:8
**programs** [1] - 2997:3
**promise** [2] - 3025:11, 3025:13
**promoted** [2] - 2952:6, 2952:9
**proof** [3] - 3029:20, 3029:25, 3030:4
**proper** [2] - 2993:11, 3009:4
**properly** [1] - 2954:5
**properties** [1] - 2996:10
**proposal** [1] - 3019:14
**proposed** [3] - 3026:24, 3027:2, 3027:9
**proposing** [3] - 3018:5, 3025:7, 3025:8
**prosecuted** [1] - 2980:1
**provide** [7] - 2957:5, 2960:18, 2987:12, 3009:18, 3014:1, 3014:6, 3028:3
**provided** [3] - 2949:12, 2975:23, 2976:15
**publish** [3] - 2995:2, 3012:14, 3013:8
**pull** [1] - 3021:3
**PUPIDs** [1] - 2993:12
**purposes** [1] - 3010:5
**put** [27] - 2947:18, 2957:18, 2957:19, 2962:10, 2962:13, 2980:2, 2982:10, 2986:11, 2986:13, 2988:3, 2988:7, 2988:10, 2988:13, 2991:25, 2992:3, 2992:8, 2992:10, 2992:14, 2994:9, 2996:7, 3019:16, 3021:5, 3021:10, 3022:15, 3022:16, 3023:3
**puts** [8] - 2987:17, 2988:11, 2994:6, 2994:8, 2997:21, 2999:16, 3023:23
**putting** [2] - 2982:19, 2987:22
**PX** [2] - 2962:10

## Q

**Queens** [2] - 2946:20, 2946:21
**questioning** [2] - 2977:9, 3017:19
**questions** [12] - 2966:19, 2966:23, 2967:1, 2977:11, 2977:12, 2977:19, 3014:9, 3014:13, 3017:2, 3017:20, 3017:22
**quick** [3] - 2966:23, 2967:1, 3015:23
**quickly** [1] - 2987:2
**quite** [1] - 2951:3
**quote** [1] - 3004:24

## R

**rain** [1] - 2945:21
**raise** [1] - 2946:3
**ramped** [1] - 2951:21
**ran** [1] - 3024:11
**rather** [1] - 3017:18
**reached** [1] - 3017:7
**read** [7] - 2972:6, 3013:1, 3016:21,

3019:21, 3019:23, 3020:13, 3029:9
**reading** [5] - 2976:24, 3016:17, 3029:3, 3029:9, 3029:14
**reads** [2] - 3020:14, 3025:21
**realized** [1] - 3002:23
**really** [8] - 3010:11, 3018:9, 3019:12, 3024:7, 3024:8, 3025:18, 3028:9
**reason** [1] - 2999:14
**reasonable** [1] - 3020:1
**rebuttal** [5] - 3015:12, 3015:13, 3016:16, 3029:22, 3029:23
**receive** [2] - 2967:10, 2977:14
**received** [1] - 2963:2
**receiver** [4] - 2967:11, 2967:12, 2967:23, 2968:14
**receiving** [3] - 2967:22, 2968:17, 2987:20
**Recess** [1] - 3008:4
**recipient** [1] - 2967:23
**recognize** [2] - 3004:14, 3024:20
**recommendations** [1] - 2967:2
**record** [8] - 2961:13, 2979:17, 3001:12, 3004:10, 3024:3, 3025:10, 3025:16
**recorded** [1] - 2945:8
**Rector** [1] - 2950:2
**redactions** [1] - 3018:6
**redirect** [5] - 2977:20, 3022:4, 3022:9, 3022:19, 3022:21
**reference** [1] - 3019:18
**reflects** [1] - 3023:21
**regarding** [2] - 2978:11, 3004:17
**regulations** [2] - 2997:9, 3005:9
**regulators** [5] - 3002:8, 3002:15, 3003:3, 3003:4, 3003:12
**regulatory** [5] - 3002:10, 3002:11, 3009:15, 3009:23, 3009:24
**rejected** [1] - 3027:10
**rejects** [1] - 3027:1
**related** [1] - 2944:5
**relationship** [17] - 2959:9, 2959:24, 2960:2, 2960:17, 2973:17, 2973:22, 2986:12, 2986:17, 2988:23, 2989:3, 2989:7, 2989:8, 2989:9, 2990:20, 2990:21, 2990:25, 2991:1
**relationships** [2] - 2959:20, 2960:9
**relevant** [8] - 2962:5, 2970:4, 2970:10, 2970:22, 3006:2, 3010:10, 3010:17, 3012:8
**relied** [1] - 3013:1
**rely** [2] - 2949:10, 3013:5
**remember** [2] - 2974:3, 3024:17
**repeat** [1] - 2975:9
**reporter** [1] - 2946:6
**Reporter** [1] - 2945:5
**reporting** [1] - 3009:16
**reports** [1] - 2984:18
**representations** [2] - 2970:24, 2971:6
**representatives** [1] - 3002:21

**representing** [1] - 2971:2
**Republic** [14] - 2980:14, 2980:18, 2981:2, 2981:10, 2981:16, 2981:18, 2981:21, 2981:24, 2982:5, 2982:17, 2982:22, 2982:24, 2983:1, 2983:17
**republic** [1] - 2983:5
**reputational** [1] - 2982:25
**request** [1] - 3017:25
**requested** [1] - 2961:18
**required** [2] - 2956:18, 3011:22
**requirement** [1] - 3009:23
**requirements** [1] - 2952:4
**research** [3] - 2984:22, 3011:25, 3016:8
**Reserve** [1] - 2961:11
**reside** [1] - 2946:21
**residency** [1] - 2959:1
**resident** [1] - 2946:18
**resides** [1] - 2955:21
**respect** [4] - 2955:15, 2997:19, 2997:22, 3005:3
**responsibilities** [2] - 2952:19, 2953:8, 2969:3
**responsibility** [4] - 2953:16, 2959:22, 2969:8, 2969:12
**responsible** [1] - 2969:12
**rest** [2] - 3015:3, 3015:9
**retail** [3] - 2980:20, 2980:22, 2980:23
**retired** [2] - 2978:16, 2978:17
**review** [2] - 2984:20, 3023:16
**RICE** [1] - 2944:23
**rise** [1] - 3007:25
**Risk** [1] - 3013:15
**risks** [1] - 3002:13
**Risks** [1] - 3013:16
**Robert** [1] - 2979:12
**ROCCO** [1] - 2944:22
**role** [1] - 2987:22
**Roman** [2] - 2996:12, 2996:13
**ROMAN** [1] - 2996:12
**room** [2] - 3018:25, 3029:11
**Roth** [2] - 2944:8, 2944:21
**rough** [1] - 3020:5
**route** [1] - 3000:7
**routine** [2] - 3001:15, 3001:16
**rub** [1] - 3005:17
**Rudolph** [1] - 2945:5
**Rule** [2] - 3010:22, 3023:13
**rule** [4] - 3021:4, 3022:1, 3023:24, 3025:9
**rules** [2] - 3009:7, 3009:10
**ruling** [5] - 3006:13, 3007:14, 3010:22, 3018:8, 3018:16
**rulings** [2] - 2976:21, 2976:25
**run** [4] - 2957:23, 2995:24, 3011:10, 3025:7
**running** [3] - 2951:14, 2959:6, 2966:15
**runs** [1] - 3007:10

## S

**sake** [1] - 3018:14
**sat** [1] - 2973:4
**SAYLES** [1] - 2944:20
**scenes** [1] - 2952:23
**Scholtz** [2] - 2959:6, 3016:24
**school** [7] - 2948:13, 2948:14, 2948:22, 2979:1, 2979:3, 2979:8, 2979:10
**Science** [1] - 2966:8
**science** [6] - 2948:11, 2965:8, 2965:9, 2965:15, 2966:3
**screen** [4] - 2959:10, 2964:10, 3004:19, 3012:3
**screened** [2] - 2956:24, 2960:24
**screening** [3] - 3005:4, 3005:5, 3011:23
**Sean** [21] - 2961:2, 2963:17, 2963:19, 2964:8, 2964:19, 2965:1, 2966:5, 2966:10, 2985:6, 2989:1, 2990:15, 2991:5, 2998:18, 3000:2, 3001:20, 3011:9, 3012:4, 3012:17, 3013:13, 3013:21
**seat** [1] - 3016:13
**seated** [5] - 2945:19, 2946:9, 2978:3, 3009:2, 3010:25
**second** [4] - 2956:17, 2972:11, 3004:3, 3004:4
**Secrecy** [1] - 3009:22
**security** [1] - 2983:2
**see** [35] - 2958:9, 2959:1, 2961:4, 2964:10, 2966:12, 2967:5, 2967:16, 2967:25, 2968:3, 2973:10, 2976:21, 2987:6, 2989:1, 2990:15, 2998:4, 2998:18, 2999:17, 3000:2, 3001:20, 3007:23, 3013:12, 3013:17, 3016:10, 3017:1, 3017:8, 3018:17, 3019:2, 3019:6, 3021:2, 3021:13, 3024:24, 3025:3, 3027:24, 3029:9, 3030:7
**seeing** [1] - 2972:11
**seeks** [1] - 3006:9
**sees** [1] - 2999:18
**sell** [1] - 2960:15
**seller** [1] - 2949:7
**seminars** [2] - 2947:18, 2948:1
**send** [12] - 2956:8, 2985:15, 2985:17, 2986:20, 2987:25, 2989:5, 2991:9, 2991:13, 2992:7, 2992:25, 3000:5, 3001:11
**sender** [1] - 2968:23
**sending** [2] - 2986:19, 3000:11
**sense** [2] - 3000:20, 3028:6
**sent** [4] - 2961:11, 2964:15, 2965:13, 2994:24
**sentence** [1] - 3013:21
**separate** [1] - 3009:17
**September** [2] - 2944:11, 2951:8
**services** [6] - 2952:4, 2960:19,

2975:24, 2976:15, 2980:23, 3009:18

**settle** [1] - 3000:13

**settlement** [3] - 2970:3, 2970:7, 2970:19

**seven** [2] - 2979:7, 2980:11

**seventies** [1] - 2951:3

**several** [2] - 2969:3, 2997:13

**SHAND** [1] - 2945:2

**sheet** [1] - 3027:17

**shield** [1] - 3006:9

**Shiraldi** [1] - 2950:20

**short** [2] - 3016:5

**shorter** [1] - 3016:6

**shorthand** [1] - 3002:5

**shortly** [3] - 2972:9, 2972:13, 3007:24

**shot** [1] - 3027:8

**show** [3] - 2953:16, 2953:20, 3013:7

**showed** [1] - 3024:19

**Side** [4] - 2962:1, 3004:10, 3004:13, 3007:18

**side** [5] - 2954:10, 2961:24, 3004:7, 3015:23, 3026:2

**side-bar** [1] - 3004:7

**Side-bar** [3] - 3004:10, 3004:13, 3007:18

**sidebar** [2] - 2969:24, 2972:17

**Sidebar** [2] - 2969:25, 2972:19

**sides** [1] - 3019:18

**signed** [1] - 2956:13

**significant** [1] - 3002:24

**similar** [2] - 2979:13, 2996:9

**similarly** [2] - 3021:13, 3024:22

**simple** [2] - 2949:5, 3010:3

**simply** [2] - 3006:20, 3022:16

**six** [1] - 2998:18

**slide** [16] - 2985:6, 2985:11, 2989:1, 2990:15, 2991:5, 2998:18, 2998:20, 3000:2, 3000:3, 3001:5, 3001:20, 3001:21, 3011:8, 3011:9, 3012:4

**slowly** [1] - 2982:9

**small** [1] - 2971:8

**smarter** [2] - 2996:25, 2997:6

**Smith** [1] - 2988:18

**societies** [2] - 2947:13, 2947:14

**Society** [1] - 2966:7

**society** [2] - 2987:10, 2987:14

**software** [8] - 2957:2, 2957:3, 2996:8, 2996:17, 2996:20, 2996:23, 2997:5, 2997:8

**solved** [1] - 3020:21

**someone** [3] - 2985:16, 2992:21, 3026:11

**sometime** [2] - 2948:18, 3026:24

**sometimes** [6] - 2958:3, 2958:11, 2967:19, 2993:24, 2994:15, 2996:13

**sorry** [4] - 2947:20, 2963:22, 2992:4, 3012:23

**sort** [1] - 2969:20

**sounds** [1] - 3024:8

**south** [2] - 3030:1, 3030:3

**Southern** [2] - 2979:22, 2980:7

**Spain** [1] - 2995:19

**Spanish** [1] - 2995:19

**speaking** [2] - 2957:16, 3029:1

**special** [2] - 2948:4, 2956:16

**specific** [3] - 2973:9, 2974:5, 3015:17

**specifically** [4] - 2962:4, 2973:20, 3005:10, 3006:19

**spell** [1] - 2946:5

**spellings** [1] - 2994:15

**spent** [1] - 3020:2

**sponsor** [1] - 2948:4

**squarely** [1] - 3007:3

**staff** [1] - 2953:7

**stand** [5] - 2954:12, 2967:7, 2978:1, 2987:10, 3022:16

**standard** [19] - 2994:7, 2995:10, 2995:14, 2995:16, 2998:1, 2998:6, 3004:18, 3005:3, 3005:15, 3005:24, 3006:3, 3006:21, 3007:3, 3010:16, 3011:21, 3012:2, 3012:3, 3014:3

**Standards** [2] - 2954:13, 2954:14

**standards** [39] - 2954:11, 2954:15, 2954:17, 2955:15, 2955:22, 2956:2, 2983:19, 2983:22, 2984:23, 2991:7, 2993:8, 2997:9, 2998:2, 2998:7, 3001:18, 3001:19, 3001:22, 3002:12, 3002:25, 3003:1, 3003:12, 3003:13, 3003:14, 3003:15, 3003:20, 3003:22, 3004:21, 3004:23, 3005:1, 3005:2, 3005:13, 3007:6, 3010:11, 3012:6, 3012:7, 3012:12

**standpoint** [2] - 2953:25, 3009:21

**start** [8] - 2949:21, 2950:21, 2950:23, 2950:24, 2984:25, 2999:22, 3002:4, 3026:15

**start-up** [3] - 2949:21, 2950:23, 2950:24

**started** [6] - 2950:13, 2950:19, 2951:7, 2951:8, 2951:24, 2962:12

**starting** [2] - 3019:24, 3023:16

**starts** [1] - 2968:5

**state** [4] - 2946:5, 3004:20, 3010:15, 3010:18

**State** [1] - 2954:24

**Statement** [1] - 3013:15

**statement** [2] - 2971:7, 3022:5

**statements** [1] - 3005:7

**STATES** [2] - 2944:1, 2944:15

**States** [19] - 2944:9, 2949:8, 2971:1, 2975:6, 2975:17, 2975:25, 2979:21, 2979:23, 2980:5, 2981:8, 2981:9, 2985:13, 2994:7, 2994:8, 2995:8, 2995:11, 2995:20, 3009:15, 3011:23

**statute** [1] - 3010:9

**stay** [1] - 3016:9

**stenography** [1] - 2945:8

**step** [2] - 2977:22, 3014:14

**Stephens** [4] - 3020:24, 3022:9,

3026:5, 3026:16

**STEPHENS** [1] - 2945:2

**still** [7] - 2972:11, 2978:15, 2988:6, 2988:14, 2988:19, 2992:5, 2996:4

**stipulations** [1] - 3020:15

**STONE** [1] - 2944:22

**stop** [11] - 2957:8, 2957:9, 2958:6, 2958:7, 2958:8, 2958:16, 2979:16, 2980:22, 2982:6, 2999:15, 3022:23

**stopped** [2] - 2958:12, 2999:13

**straight** [2] - 2987:4, 2999:12

**straight-through** [1] - 2999:12

**straightforward** [2] - 3027:20

**Street** [4] - 2950:2, 2950:3, 2950:8

**stricken** [1] - 3018:3

**strike** [2] - 3017:12, 3017:24

**student** [2] - 2991:10, 2991:14

**subject** [3] - 3015:1, 3015:8, 3022:14

**subjective** [1] - 2957:20

**subpoena** [1] - 3016:19

**subscribe** [1] - 2954:20

**subsequent** [1] - 2964:6

**subsidiary** [1] - 2961:17

**sufficient** [1] - 2993:15

**suggested** [1] - 3016:19

**suggestion** [1] - 3020:4

**suggestions** [2] - 3003:4, 3003:5

**sui** [1] - 3023:20

**summaries** [1] - 3019:4

**summarizing** [1] - 3019:5

**summary** [2] - 2982:20, 2982:21

**Supervision** [2] - 3002:2, 3002:5

**supervisory** [1] - 2997:16

**supply** [1] - 2991:22

**support** [1] - 3010:9

**supporting** [2] - 2952:4, 2953:7

**supposed** [2] - 2991:21, 3019:6

**surmise** [1] - 2967:24

**surprised** [1] - 2962:9

**suspicious** [1] - 2982:11

**sustain** [3] - 3004:6, 3006:15, 3017:17

**sustained** [7] - 2972:12, 2972:16, 2976:12, 2976:18, 2977:7, 3017:16, 3017:20

**Sweet** [2] - 2979:12, 2979:15

**SWIFT** [3] - 2992:1, 2992:3, 2992:8

**Swift** [23] - 2954:17, 2955:16, 2955:18, 2955:20, 2955:21, 2955:23, 2956:1, 2956:2, 2956:4, 2956:9, 2961:12, 2961:15, 2963:11, 2966:9, 2987:10, 2987:11, 2987:13, 2987:16, 2987:22, 2988:4, 2988:7, 2988:16

**switch** [1] - 2959:17

**Switzerland** [1] - 3002:6

**sworn** [1] - 2978:1

**sworn/affirmed** [1] - 2946:4

**system** [10] - 2957:3, 2958:6, 2958:25, 2961:11, 2966:17, 2973:14, 2987:14, 2998:14, 2999:2, 2999:10

**systems** [1] - 2996:15

# T

**tags** [1] - 2956:15
**talks** [1] - 3026:11
**Task** [2] - 3002:3, 3002:17
**teach** [1] - 2979:6
**teacher** [2] - 2979:5, 2992:5
**technicians** [1] - 2997:5
**technology** [1] - 2947:4
**Ted** [2] - 2959:6, 3016:24
**Tehan** [6] - 3021:8, 3022:13, 3022:15, 3022:17, 3022:22, 3024:3
**television** [2] - 3021:14, 3024:24
**teller** [1] - 2952:22
**ten** [2] - 2958:16, 2981:19
**tens** [1] - 2996:6
**tense** [1] - 2970:6
**tenure** [1] - 2983:1
**terms** [6] - 2949:13, 2953:1, 2980:6, 2985:1, 3005:8, 3027:9
**territories** [6] - 2977:16, 2999:23, 3000:6, 3001:1, 3001:6, 3006:24
**territory** [1] - 2977:14
**terrorist** [4] - 2984:2, 2997:20, 3013:24, 3014:1
**terroristic** [1] - 2977:17
**terrorists** [12] - 2975:5, 2975:6, 2975:16, 2975:17, 2976:1, 2976:10, 2978:12, 2982:12, 2982:14, 2982:15, 2982:16, 3012:10
**test** [1] - 2954:12
**testified** [4] - 2973:4, 2973:5, 2978:2, 3005:6
**testifies** [1] - 3017:2
**testifying** [1] - 2970:5
**testimony** [9] - 2949:1, 2970:11, 2974:3, 3004:17, 3004:20, 3005:12, 3010:3, 3022:14, 3024:11
**text** [1] - 2964:25
**THE** [114] - 2944:14, 2945:16, 2945:19, 2946:2, 2946:3, 2946:5, 2946:7, 2946:9, 2946:11, 2947:20, 2947:21, 2961:22, 2961:25, 2962:2, 2962:15, 2963:2, 2963:7, 2966:21, 2969:24, 2970:1, 2970:4, 2970:10, 2970:12, 2970:15, 2970:22, 2971:4, 2971:8, 2972:11, 2972:16, 2972:18, 2973:1, 2973:8, 2973:10, 2973:18, 2973:23, 2974:4, 2974:11, 2975:8, 2975:20, 2976:3, 2976:12, 2976:18, 2976:21, 2976:25, 2977:2, 2977:7, 2977:10, 2977:20, 2977:22, 2977:24, 2978:5, 2979:15, 2985:8, 3004:3, 3004:6, 3004:9, 3005:17, 3005:25, 3006:6, 3006:18, 3007:1, 3007:5, 3007:16, 3007:21, 3007:25, 3008:3, 3009:2, 3010:2, 3010:19, 3010:25, 3013:10,

3014:11, 3014:14, 3015:4, 3015:11, 3015:17, 3015:24, 3016:13, 3016:23, 3016:25, 3017:4, 3017:9, 3018:4, 3019:9, 3019:23, 3020:15, 3020:20, 3020:23, 3022:23, 3023:5, 3023:7, 3023:14, 3023:25, 3024:13, 3024:22, 3025:3, 3025:11, 3025:14, 3025:21, 3026:1, 3026:7, 3026:9, 3026:23, 3027:18, 3028:5, 3028:9, 3028:11, 3029:4, 3029:19, 3029:23, 3030:2, 3030:7, 3030:10, 3030:13
**theories** [2] - 3027:3, 3027:25
**theory** [2] - 3027:4, 3027:9
**thereafter** [4] - 2972:9, 2972:13, 3003:18, 3021:21
**therefore** [1] - 2995:17
**thousand** [3] - 2990:18, 2991:9, 2992:12
**thousands** [1] - 2996:6
**three** [14] - 2947:7, 2947:14, 2956:18, 2989:2, 2990:7, 3001:21, 3003:19, 3007:7, 3009:6, 3012:5, 3026:12, 3026:17, 3026:18
**three-and-a-half** [1] - 3026:18
**three-hour** [1] - 3026:12
**throughout** [3] - 2982:5, 2999:20, 3002:11
**Thursday** [5] - 3015:20, 3016:2, 3026:3, 3026:11, 3029:5
**timeframe** [4] - 2962:3, 2962:10, 2962:12, 2969:13
**timely** [2] - 3014:2, 3014:7
**timing** [2] - 3015:18, 3030:8
**title** [2] - 2981:25, 3013:13
**today** [3] - 2952:17, 2969:17, 2996:21
**together** [3] - 3002:23, 3002:24, 3003:11
**tomorrow** [7] - 3015:16, 3016:10, 3016:20, 3017:4, 3019:10, 3027:13, 3028:7, 3030:7, 3030:11
**took** [2] - 2948:23, 2978:1
**toothpaste** [1] - 3022:17
**top** [2] - 2963:12, 2966:10
**topic** [1] - 3012:15
**total** [2] - 2999:1, 2999:4
**totally** [1] - 3023:19
**tout** [1] - 2973:14
**trade** [3] - 2953:3, 2960:3, 2960:14
**Trading** [3] - 2949:21, 2949:22, 2950:20
**transact** [1] - 2970:25
**transacted** [1] - 2953:2
**transaction** [10] - 2956:14, 2957:23, 2958:1, 2958:19, 2959:15, 2962:4, 2962:7, 2966:14, 2967:9, 2995:24
**transactions** [14] - 2953:20, 2956:3, 2956:24, 2960:23, 2966:16, 2993:4, 2995:12, 2997:23, 2998:4, 2998:8, 2998:24, 2999:4, 2999:5, 3001:3
**TRANSCRIPT** [1] - 2944:14

**transcript** [7] - 2945:8, 2989:10, 3018:3, 3019:3, 3022:20, 3022:24, 3023:16
**transcripts** [1] - 2984:20
**transfer** [27] - 2959:7, 2963:12, 2964:12, 2966:2, 2968:21, 2985:3, 2985:4, 2985:12, 2985:18, 2986:18, 2987:2, 2988:13, 2988:14, 2988:19, 2988:21, 2988:23, 2990:2, 2990:5, 2991:2, 2991:13, 2999:22, 3000:3, 3001:7, 3001:13, 3011:17, 3019:17, 3019:19
**transferred** [3] - 2975:4, 2975:15, 2977:5
**transfers** [13] - 2971:1, 2985:3, 2998:11, 2998:13, 2998:24, 2999:1, 2999:8, 2999:9, 2999:21, 3000:22, 3001:11, 3011:12
**translation** [3] - 3019:11, 3019:20, 3020:10
**travel** [1] - 2953:19
**traveling** [2] - 2991:14, 2992:13
**Treasury** [2] - 2951:16, 2951:17
**treasury** [1] - 2969:6
**trial** [2] - 3022:8, 3030:2
**TRIAL** [1] - 2944:14
**tried** [1] - 2980:1
**trillion** [2] - 2999:3, 2999:9
**true** [1] - 2961:1
**Trust** [6] - 2948:16, 2948:19, 2948:21, 2949:17, 2949:18, 2949:25
**truth** [1] - 2970:8
**try** [5] - 2953:16, 2954:16, 2954:19, 2982:11, 3026:20
**trying** [5] - 2977:1, 2982:18, 3000:5, 3009:3, 3019:15
**tube** [1] - 3022:17
**turn** [1] - 3013:19
**Turner** [3] - 2966:21, 2977:8, 2977:10
**turner** [1] - 2976:21
**TURNER** [22] - 2944:19, 2944:19, 2961:23, 2966:22, 2966:24, 2970:5, 2970:11, 2970:13, 2970:17, 2972:1, 2972:17, 2973:3, 2973:9, 2974:1, 2974:5, 2975:1, 2976:23, 2977:1, 2977:19, 3016:15, 3016:24, 3031:7
**twenty** [1] - 2976:8
**two** [15] - 2947:9, 2950:2, 2950:15, 2951:15, 2951:21, 2955:11, 2956:18, 2988:24, 2990:22, 2990:24, 2990:25, 3010:5, 3016:15, 3019:5, 3025:4
**two-and-a-half** [1] - 2955:11
**twofold** [1] - 2970:18
**tying** [1] - 2970:18
**type** [3] - 2954:8, 2965:12, 3013:4
**types** [6] - 2951:23, 2981:2, 2982:1, 2982:15, 2988:16, 3011:7
**typically** [5] - 2952:25, 2953:17, 2953:22, 2954:4, 2954:16
**typographical** [1] - 3020:9

## U

**U.K** [18] - 2986:5, 2987:1, 2987:3, 2987:8, 2989:9, 2990:19, 2991:1, 2991:10, 2991:14, 2991:15, 2991:16, 2991:20, 2992:2, 2992:7, 2992:13, 2992:15, 2992:20, 2993:14
**U.K.** [2] - 2989:6, 2989:7
**U.S** [17] - 2980:10, 2980:12, 2983:16, 2987:3, 2995:22, 2995:25, 2997:21, 2998:16, 2998:17, 2998:24, 2999:1, 3000:8, 3000:11, 3000:13, 3000:16, 3000:22, 3004:19
**UID** [2] - 2967:19, 2968:12
**ultimate** [1] - 2967:8
**unable** [1] - 3015:15
**under** [6] - 2949:12, 3010:22, 3018:7, 3021:4, 3021:25, 3025:9
**undoubtedly** [1] - 3019:18
**unfortunately** [1] - 3017:21
**UNITED** [2] - 2944:1, 2944:15
**United** [25] - 2944:9, 2949:8, 2971:1, 2975:5, 2975:17, 2975:25, 2979:21, 2979:23, 2980:5, 2981:8, 2981:9, 2985:13, 2985:18, 2986:8, 2986:20, 2987:21, 2987:25, 2990:5, 2994:7, 2994:8, 2995:8, 2995:11, 2995:20, 3009:15, 3011:23
**University** [1] - 2978:25
**unlawful** [2] - 2976:10, 2977:16
**unless** [3] - 2970:15, 3005:20, 3026:11
**unlike** [1] - 2973:15
**untypical** [1] - 2958:17
**unusual** [6] - 2990:13, 2992:25, 2993:2, 3000:19, 3000:24, 3001:2
**up** [26] - 2948:9, 2948:19, 2949:21, 2949:23, 2950:19, 2950:21, 2950:23, 2950:24, 2951:13, 2951:19, 2951:21, 2952:18, 2964:8, 2966:22, 2968:12, 2973:1, 2973:4, 2974:10, 2999:23, 3007:14, 3013:13, 3013:21, 3015:25, 3021:3, 3022:11, 3028:3
**updated** [2] - 2994:22, 2994:25
**updates** [1] - 2994:24
**US** [4] - 2945:2, 2951:2, 2951:11, 2955:2
**usual** [1] - 2971:2

## V

**vacation** [1] - 2972:4
**variation** [1] - 2994:18
**various** [4] - 2954:23, 2996:9, 3002:12, 3003:1
**vendors** [2] - 2997:3, 2997:4
**verdict** [1] - 3027:16
**via** [2] - 2961:15, 2961:16
**vice** [7] - 2947:2, 2951:15, 2952:9,

2952:11, 2969:2, 2970:13, 2976:6
**videotape** [1] - 3025:8
**videotaped** [1] - 3021:15
**videotapes** [1] - 3018:24
**view** [2] - 2964:23, 2977:11
**violation** [2] - 2998:7, 3010:18
**Vitale** [7] - 2977:25, 2978:7, 2985:3, 2998:20, 3004:17, 3011:5, 3012:19
**VITALE** [1] - 2978:1, 3031:9
**Vitale's** [1] - 3004:20
**voice** [1] - 3003:15
**volunteered** [1] - 3021:19
**volunteers** [1] - 3024:7

## W

**walk** [10] - 2956:6, 2964:13, 2980:25, 2985:14, 2985:24, 2989:2, 2991:8, 2992:6, 2992:11, 3000:4
**walked** [2] - 2987:24, 2992:1
**walks** [1] - 2956:7
**Wall** [1] - 2950:2
**wants** [3] - 2956:8, 3015:19, 3018:13
**Washington** [1] - 2946:19
**watch** [2] - 3018:24, 3019:1
**ways** [2] - 2986:16, 2996:15
**weeks** [1] - 2991:11
**Weiss** [1] - 2944:8
**Werbner** [4] - 3017:18, 3021:12, 3021:20, 3024:6
**WERBNER** [10] - 2944:20, 2944:21, 3015:13, 3028:8, 3028:10, 3029:1, 3029:17, 3029:21, 3030:1, 3030:5
**Werbner's** [1] - 3022:20
**Westminster** [1] - 2960:8
**whereby** [1] - 2960:13
**whole** [1] - 2964:23
**wife** [1] - 2947:7
**Williams** [1] - 2988:19
**wire** [27] - 2965:5, 2966:2, 2970:25, 2985:3, 2985:4, 2985:12, 2985:18, 2986:18, 2987:2, 2988:13, 2988:23, 2990:2, 2991:13, 2991:16, 2993:1, 2998:11, 2998:13, 2998:24, 2999:1, 2999:8, 2999:9, 2999:22, 3000:22, 3001:11, 3011:12, 3011:17
**wired** [2] - 2964:15, 2986:25
**Witness** [1] - 2977:23
**witness** [25] - 2946:4, 2961:3, 2970:25, 2973:2, 2973:10, 2973:12, 2974:13, 2977:11, 2977:12, 2977:24, 2983:14, 2987:10, 3009:4, 3012:18, 3013:7, 3014:16, 3015:13, 3016:18, 3017:21, 3021:16, 3021:18, 3021:21, 3022:13, 3022:15, 3024:6
**WITNESS** [2] - 2946:7, 2947:21
**witnesses** [2] - 3006:24, 3025:5
**Wolfsberg** [1] - 3002:3, 3003:8, 3003:9, 3009:7, 3012:14, 3012:19,

3012:21, 3013:14, 3013:15, 3013:22, 3013:23
**wondering** [1] - 3020:24
**word** [3] - 2958:12, 2966:12, 3002:8
**words** [9] - 2956:7, 2967:22, 2968:23, 2975:24, 2988:18, 2990:3, 2999:22, 3001:2, 3011:24
**works** [2] - 2956:6, 2970:6, 2970:8, 2985:12
**world** [16] - 2951:1, 2953:13, 2954:16, 2956:1, 2960:3, 2960:19, 2981:7, 2981:16, 2982:5, 2983:20, 2994:3, 3002:11, 3002:15, 3003:2, 3012:22, 3012:24
**worms** [1] - 3010:21
**worth** [1] - 2981:6
**write** [4] - 2954:5, 2954:6, 2954:7, 2954:8
**written** [2] - 3002:18, 3020:11

## Y

**year** [9] - 2951:5, 2951:21, 2979:8, 2979:19, 2980:15, 2981:23, 2998:14, 2998:25, 2999:2
**years** [12] - 2946:21, 2946:25, 2947:8, 2948:14, 2950:15, 2969:19, 2969:20, 2979:7, 2980:11, 2981:19, 2997:17, 3001:14
**YORK** [1] - 2944:1
**York** [79] - 2944:10, 2945:6, 2946:19, 2948:17, 2949:24, 2950:5, 2950:18, 2950:25, 2951:1, 2951:6, 2951:13, 2951:18, 2951:23, 2952:1, 2952:3, 2952:7, 2952:12, 2952:15, 2952:20, 2953:9, 2953:14, 2953:15, 2954:24, 2956:8, 2957:11, 2960:18, 2960:24, 2964:17, 2965:5, 2965:6, 2966:11, 2966:15, 2968:11, 2969:18, 2974:6, 2979:5, 2979:22, 2980:7, 2980:14, 2980:18, 2982:17, 2985:24, 2986:8, 2986:20, 2986:22, 2987:13, 2987:24, 2989:8, 2990:4, 2990:18, 2990:19, 2990:21, 2990:24, 2990:25, 2991:9, 2991:16, 2992:1, 2992:6, 2992:11, 2992:15, 2998:21, 2999:21, 2999:23, 3000:2, 3000:7, 3000:13, 3000:15, 3000:16, 3000:17, 3000:25, 3001:3, 3001:6, 3001:8, 3001:9, 3001:12
**York's** [1] - 2959:19
**young** [1] - 2946:19

## Z

**zeros** [1] - 3019:22
**zoom** [1] - 2966:5