1            UNITED STATES DISTRICT COURT
2            EASTERN DISTRICT OF NEW YORK

3    - - - - - - - - - - - - - - - - X

4
                                :  04 CV 02799 (BMC)
5    COURTNEY LINDE, et al.,        And all related cases
               Plaintiffs,    :  04 CV 05449 (Litle)
6                                   04 CV 05564 (Almog)
                                :  04 CV 00365 (Coulter)
7                                   05 CV 00388 (Afrial-Kurtzer)
        - against--            :  05 CV 03183 (Bennett)
8                              :  05 CV 03768 (Roth)
                                   06 CV 01623 (Weiss)
9    ARAB BANK, PLC,           :
                                   United States Courthouse
10             Defendant.      :  Brooklyn, New York

11                             :  September 8, 2014
                                   10:30 o'clock p.m.
12
     - - - - - - - - - - - - - - - - X
13

14            TRANSCRIPT OF JURY TRIAL
              BEFORE THE HONORABLE BRIAN M. COGAN
15            UNITED STATES DISTRICT JUDGE, and a jury.

16
     APPEARANCES:
17
     For the Linde and              OSEN, LLC
18   Coulter Plaintiffs:            By:  GARY M. OSEN, ESQ.

19                                  TURNER & ASSOCIATES, PLLC
                                    By:  CLYDE T. TURNER, ESQ.
20
     For the Litle,                 SAYLES WERBNER
21   Bennett and Roth               By:  MARK S. WERBNER, ESQ.
     Plaintiffs:
22   For the Almog                  STONE, BONNER & ROCCO, LLP
     Plaintiffs:                    By:  JAMES P. BONNER, ESQ.
23
                                    MOTLEY RICE, LLC
24                                  By:  MICHAEL E. ELSNER,
     ESQ.
25                                       JODI FLOWERS, ESQ.

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

A P P E A R A N C E S (Continued)

For the Defendant:                    DLA PIPER US, LLP
                                      By:   SHAND STEPHENS, ESQ.
                                            ANTHONY COLES, ESQ.
                                            BRETT INGERMAN, ESQ.
                                            MARGARET CIVETTA, ESQ.


Court Reporter:                       Anthony M. Mancuso
                                      225 Cadman Plaza East
                                      Brooklyn, New York 11201
                                      (718) 613-2419


Proceedings recorded by mechanical stenography, transcript
produced by CAT.




            (Trial resumed.)

            (In open court; jury not present.)

            THE COURT:   Good morning.

            Let's have the jury, please.

            (Jury present.)

            THE COURT:   Everyone be seated.   You all look

backwards this morning.   Why is that?   I may have mentioned to

you -- if I didn't, I will now -- that a trial is really not

like a choreographed Broadway play.   Things happen that are

unplanned.   Technologically, a breakdown we had this morning

was certainly unplanned.   I did find out the reason.   It is

solely human error, not that that makes you feel any better.

            All right.   We're continuing still with the

1  plaintiff's case?

2         MR. TURNER:  Yes, your Honor.  We are resting with

3  one reservation.  That is, we found two errors in Exhibit

4  numbers that we need to clarify, and that's housekeeping stuff

5  that we can do.

6         THE COURT:  Do you want to do that now?  Do you know

7  them, offhand?

8         MR. TURNER:  We'll just do it at lunch.  We just

9  want to make sure that the numbers were not -- in the

10  transcripts were not transposed.  Other than that, we rest.

11        THE COURT:  Okay.

12        Is the defendant prepared to proceed?

13        MR. STEPHENS:  Yes, your Honor.

14        THE COURT:  Please call your first witness.

15        MR. STEPHENS:  We intend to file a Rule 50 motion,

16  your Honor, and we'll have those papers filed later today.

17        THE COURT:  That's fine.

18        MR. STEPHENS:  The defense calls Mr. Sabih Al-Masri

19  to the stand.

20        I'm sorry.  You can take the witness chair.  I would

21  like to have a sidebar for a moment, if I could.

22        THE COURT:  Okay.

23        (Continued on next page.)

24

25

1    (Sidebar.)

2          MR. STEPHENS:  Mr. Al-Masri is seventy-seven, and he

3    would like to be able to ask you to take a break when he feels

4    like he needs it.  I did tell him that's what we would try to

5    do.

6          THE COURT:  That's fine.

7          Something else I want to mention to you.  I looked

8    at the slides.  I'm not letting in the graphic images of the

9    bombings.  Don't show him that.  It would be rather unbalanced

10   to have had 297 plaintiffs who were injured or killed and have

11   not been permitted to show any of the scenes of the attacks,

12   and then have Mr. Al-Masri demonstrate that two of his hotels

13   suffered damage.  So, don't use those pictures.

14         MR. STEPHENS:  I actually already used them in the

15   opening, your Honor.

16         THE COURT:  Yes, I know.

17         MR. OSEN:  One other thing with slides.  We can

18   raise them one by one.  A number of them contain documents

19   that were not produced in discovery in this case.

20         THE COURT:  Okay.  Show the slides to witness only

21   before you use them, and if plaintiff has an objection, we'll

22   take it up.

23         MR. STEPHENS:  Okay.

24         (Continued on next page.)

25

1          (In open court.)

1          MR. STEPHENS:  Mr. Al-Masri is going to testify in
2    English.  We have two translators in case he needs some
3    assistance.
4          THE COURT:  That's fine.  But they're not going to
5    speak on the record.
6          MR. STEPHENS:  No. They'll help him out.  They'll
7    need to be sworn, in case he needs a word.
8          THE COURT:  Swear the interpreters and then the
9    witness.
10         (Interpreters sworn.)
11         THE CLERK:  State your name for the record.
12         THE INTERPRETER:  Zaha Bustami.
13         THE INTERPRETER:  Bachir Al-Okla.
14         THE CLERK:  Would the witness please stand.
15   S A B I H    T A H E R    A L- M A S R I,
16         having been duly sworn, was examined and
17               testified as follows:
18         THE CLERK:  State your name for the record.
19         THE WITNESS:  Sabih, S A B I H, T A H E R,
20   Al-Masri, M A S R I.
21         THE CLERK:  You may be seated.
22         THE WITNESS:  Thank you.
23         THE COURT:  All right.
24         Mr. Stephens, you may proceed.
25         MR. STEPHENS:  Thank you, your Honor.

1    DIRECT EXAMINATION

2    BY MR. STEPHENS:

3    Q    Good morning, Mr. Al-Masri.  How are you?

4    A    Fine.

5    Q    It's a little hard to hear.  If we could move the

6    microphone a little closer.  That's good?

7         Mr. Al-Masri, what is your position, please, at the

8    Arab Bank.

9    A    I'm the chairman of Arab Bank.

10   Q    And how long have you served as the chairman of Arab

11   Bank's board of directors?

12   A    A little over two years.

13   Q    How long have you served on the Arab Bank board of

14   directors?

15   A    Since 1998.  About sixteen years.

16   Q    What position did you hold on the board of directors

17   before you were named chairman?

18   A    Deputy chairman.

19   Q    How long were you deputy chairman?

20   A    For about six years.

21   Q    Can you describe your role as chairman of Arab Bank to

22   the jury, please?

23   A    My duty is to keep the board of directors -- ask them for

24   meetings and follow up their decisions with the management,

25   and the bank is going on the right track according to the

1    rules and laws of Jordan.

2    Q    What languages do you speak, please?

3    A    I speak Arabic and English.

4    Q    Where were you born?

5    A    I was born in Nablus, Palestine.

6    Q    What year was that?

7    A    1937.

8    Q    Did you grow up in Nablus?

9    A    Yes, until I graduated from high school.

10   Q    I would like to show the witness the first slide, the

11   witness only, please.

12         THE COURT:   Okay.   You may show the witness.

13   Q    Mr. Al-Masri, do you recognize that photograph?

14   A    This is a part of Nablus.

15         MR. STEPHENS:   May I display it, your Honor?

16         THE COURT:   Any objection?

17         MR. TURNER:   No, sir.

18         THE COURT:   Yes.

19   Q    This is a photograph of the City of Nablus, where you

20   grew up?

21   A    Yes, sir.

22   Q    And about how many people live in Nablus?

23   A    Today, about a quarter of a million people.

24   Q    Does everyone in Nablus know everyone else?

25         MR. TURNER:   Objection.

1    THE COURT:  Sustained.

2  Q    One of the plaintiff's experts, Mr. Spitzen, testified

3  all the people in Nablus know each other, and when someone is

4  not from Nablus, walks down the street, that everyone knows

5  right away that he's not actually from the city.

6        Is that your experience?

7        MR. TURNER:  Objection.

8        THE COURT:  Overruled.

9  A    He should be wearing a special arrangement to attract the

10  attention of everybody.

11  Q    You visit Nablus how many times a year now?

12  A    Today, because of certain duties, I visit Nablus about

13  ten to twelve times a year.

14  Q    Is that how the city looked ten or twelve years ago?

15  A    Excuse me?

16  Q    Is that how the city looked ten or twelve years ago?

17  A    Well, the city is much better than that you see here.

18  Q    This is only part of it?

19  A    Yes.

20  Q    Could you tell, please, the jury a little bit about your

21  family as you were growing up?

22  A    My father died when I was six years old.  My mother

23  brought me up.  My mother came from a very poor background.

24  My father was an extremely successful man.  He married my

25  mother when she was a kid, and he died about eight years

1   later.

2           My family was very well off, but my mother brought

3   me up mostly with her poor family.  She took me always to her

4   family.  My other brothers were much older than me, and I was

5   the oldest son of my mother.

6   Q     Do you have your own family today?

7   A     Yes, sir.

8   Q     Could you tell the jury, please, about your family?

9   A     I've been married for forty-nine years.  I have two

10  children, one boy and one girl.  My son is forty-eight years

11  old.  My daughter is forty-two years old today.

12  Q     Where did your son attend college?

13  A     Massachusetts Institute of Technology.  He studied

14  computer engineering, and graduated in 1996 in Boston.

15  Q     Where did your daughter attend college?

16  A     A small college related to George Washington University,

17  and she graduated from there.

18  Q     Is that in Washington D.C.?

19  A     Washington D.C.

20  Q     What did your son do after he graduated from MIT?

21  A     He worked partially in the United States with a computer

22  company, and partially with our farms, with very menial jobs

23  at the farm.  He did some software for the farms.

24  Q     And then did he return to college or graduate school?

25  A     On my advice, he went to Georgetown in Washington, D.C.,

1  because at MIT, he was only a student.  I thought he would

2  improve his social situation, be more exposed to study at

3  Georgetown University.  And he studied and got a BA, master's

4  of business administration.

5  Q    What does your son do now?

6          THE COURT:  Mr. Stephens, can we move it along to

7  something more practical.

8          Is his son a witness in the case?

9          MR. STEPHENS:  No, your Honor.  He's part of the

10  business that Mr. AI-Masri runs.

11         THE COURT:  He is?

12         MR. STEPHENS:  Yes.

13         THE COURT:  All right.  Go ahead.

14  A    My son, after graduating from Georgetown, worked with

15  Merrill Lynch for two years, and today he runs my business

16  totally.

17  Q    What does your daughter do today?

18  A    He works in interior design in our business, in our

19  family business.

20  Q    You graduated from high school in 1956; is that correct?

21  A    Yes, sir.  I graduated 1956.

22  Q    Did you attend college after that?

23  A    I was supposed to go to American University of Beirut,

24  but I was in love with the neighborhood, so I decided to go

25  next door to a small college.

1    Q     Did you actually go to that college?

2    A     Sorry?

3    Q     Did you attend that college for four years?

4    A     No.  Two months later, Suez Canal broke, in 1956, and

5    schools closed.  And I felt so bad, because I had no father.

6    I didn't know what to do.

7              But my cousin came from Texas, at that time

8    graduated from the University of Texas in Austin, and he came

9    home with his wife, American wife, and a son, and a car,

10   beautiful car.  So, I went to see him.  I said, I have a

11   problem.  What do I do?  He said, Go to Texas.

12             I think that was a great thing for me.  I don't know

13   how to apply.  He applied for me, and next year, I was at the

14   University of Texas, studying.

15   Q     What were you studying at the University of Texas?

16   A     Chemical engineering, because my mother told always to

17   her friends, My son is going to study chemical engineering, I

18   don't know why.

19   Q     Did you graduated from the University of Texas?

20   A     Yes, sir.  I graduated in 1963.  The engineering course

21   at that time was five years.

22   Q     Then what did you do after you graduated from the

23   University of Texas?

24   A     I went home, planned to come back to Nablus to study

25   milling engineering, because my father was a well-known

businessman in the industry.  And so, we were in the milling

business in Lebanon, Jordan, Palestine and Jaffa, and we had

business in Haifa, which today is Israel.

When I came back, I changed my mind, and I decided

-- because when I arrived home, I discovered the future with

my family was not a great idea, so I didn't go back.

Q    What did you do instead of working in the family

business?

A    I turned around and worked in a glucose factory.  I

decided not to work with my family.  Since my father's death,

from '43 to '63, there was nothing new.  I said, I will have

no future.  I quit.  I didn't work for the family.  Each year,

we used to go back with our family.

Q    How long did you work as an engineer in the glucose

factory?

A    One year and a half.

Q    What did you do after that?

A    I'm talking about a very small economy, a third-world

country, and a few of my friends, we thought and we went into

manufacturing dry batteries, small batteries for radios, and

it was a disaster.  I lost almost all my money, and they lost

their money.

So, I shifted to making and packaging liquid

detergent, also another failure.  Also, packing salt, another

failure.  I had a lot of failures, and then I was totally out

1    of money.

2    Q    What happened after you were unsuccessful in those three

3    businesses?

4    A    I went to the bank, I borrowed money, and a friend of

5    mine has come to me to invest in supplying food to the

6    Jordanian army.  That's how we started.  And my luck changed,

7    started to the positive side, and we set up a company, three

8    of us, to supply food to the Jordan army.

9    Q    What bank lent you the money to start that business?

10   A    Arab Bank, 10,000 Jordan dinar, which is about $28,000 at

11   that time.  Today, it's 14.  At that time, it was 1 -- 2.

12   Q    So, you created with your two partners the food supply

13   company in early 1967; is that right?

14   A    In the late '67 or early '68.

15   Q    Is that food supply company today known as the Arab

16   Supply Trading Company?

17   A    Yes, sir.

18   Q    And it also goes by the initials ASTRA, does it not?

19   A    We had the name shortened to ASTRA.  Not the medical

20   company.

21   Q    Who owned the Arab Supply Trading when it first started?

22   A    We were three friends.  We started the business.  But in

23   '67, we started having problems.  Jordan had problems -- the

24   Jordan Government had problems with some of the Palestinians.

25   There was violence, there were problems.  So -- and we were

1    losing money.

2          So, my friends -- I didn't have money.  One of them,

3    I could supply him -- buy him out early, and I went back to

4    the bank and they lent me money to buy him out, and he walked

5    out.

6          When the first one left, the other one saw we were

7    in trouble.  He also came back and said, I want to quit.  I

8    went back to the bank and borrowed the money, but the bank --

9    at this time, I didn't pay the money to the guy.  I said to

10   him, Listen, I don't have the money.  Let's do it over a

11   period of one to two to three years, and he accepted, and I

12   used the money to develop my business, and from there on, it

13   was a very successful business.

14   Q    So, you became the sole owner of Arab Supply in about

15   1971; is that right?

16   A    About that time.

17   Q    How many employees does the Arab Supply Trading Company

18   have today?

19   A    Today, about 25,000 people.

20   Q    25,000 employees, starting with a $28,000 investment in

21   19 --

22          MR. TURNER:  Objection.

23          THE COURT:  Sustained.

24   A    Yes, sir.

25          THE COURT:  Sustained.

1    Q    25,000 employees is quite a number of people.  Could you

2    tell the jury, please, what Arab Supply Trading Company does?

3    A    Well, basically, today, we are very well known for

4    tourism, because in 1994, we started.  Just before the Oslo

5    Agreement -- before the Oslo Accords, we started -- we got

6    some investors and we start building hotels.

7            We built hotels in Jordan, quite a few hotels.

8    Today, we have ten major hotels in Jordan.

9            We started building, after '94, hotels in Palestine.

10   We started at Bethlehem.  We built a beautiful hotel in

11   Bethlehem, and started building in Ramallah, and one in Gaza,

12   and we have a third now also in Jerusalem.

13   Q    In addition to the hotel and tourism businesses, what

14   other businesses are you in?

15   A    We are in the food business.  Today, we supply the U.S.

16   forces in Afghanistan with food.  We supply U.S. forces with

17   food in Iraq, in the late stages of Iraq.  During the Gulf

18   War, I solely supplied U.S. forces in the Gulf War.

19           THE COURT:  Mr. Al-Masri, I need to ask you:  When

20   the lawyer asks you a question, wait a minute before you start

21   your answer, so the court reporter can write it down.

22           THE WITNESS:  I'll do that.  Sorry.

23   Q    That's all right.

24           THE COURT:  That's okay.  We know you don't do this

25   for a living.

1   Q    Now, we do know what you do for a living?

2   A    It's my nature.

3   Q    Do you do business in the United States?

4   A    Sorry?

5   Q    Do you do business in the United States?

6   A    Yes, sir.

7   Q    What is that, please?  Tell the jury.

8   A    I spent, as I said, five years in Texas, and they were

9   great years for me.  So, the first time when I start making

10  some decent money, I have a lawyer friend who worked with

11  McKesson, at that time Foremost Dairies, which today they are

12  not there anymore.  They are McKesson now.  We started

13  investing a little money in California, and I kept on

14  investing in California.  Today, we have substantial

15  investments in California in office buildings and development

16  areas, areas for development.  And also we had -- we had a

17  vineyard in California for quite a while.  We don't anymore.

18  Q    Have you lived in Amman, Jordan from 1963 until today?

19  A    I have lived in Amman regularly since 1963?

20  Q    Have you moved out of Amman for a time and come back?

21  A    Because of terror problems, that happened.  The first

22  problem was in 1969.  I'm traveling all the time.  I work all

23  over.  I'm traveling.  I had children.

24          So, in Amman, there were problems in Amman.  I came

25  and rented a house in Beirut, and I moved my family to

1    Lebanon.  We lived in Lebanon from 1969 until 1975.  And then

2    terror and problems and war started again, Palestinians and

3    Lebanese, so I packed my family and we moved to France, and my

4    children were educated in France.  We lived, my wife and

5    children, lived in France until my children graduated from

6    college -- from high school.  My son graduated from the

7    American University of Beirut -- Paris, and my daughter went

8    on to go to high school in America, because she was not doing

9    very well in Paris, and they continued and they studied in

10   America until they graduated.

11         When they graduated, my wife and I decided that we

12   go back to live in Jordan.  But we never left our home in

13   Jordan.  I was always living in Jordan, back and forth.

14   Q    Where is your main residence today?

15   A    Jordan, as always.

16   Q    And in Amman?

17   A    Yes, sir.

18   Q    Is that where Arab Bank is headquartered?

19   A    Yes, sir.

20   Q    Do you maintain residences elsewhere today?

21   A    We have the same residence we bought in Paris in

22   the '70s.  We still own it.  We still own it.

23         My children, we bought an apartment in Washington

24   when they were in college here, and we still have the

25   apartment, because my children refused to sell it.  They say,

1    Well, we want to keep this.  When we go on vacation, we go

2    back to America.

3           And we have a residence in London, also.

4    Q    Of what countries are you a citizen?

5    A    I am a citizen of Saudi Arabia.  I carry a Saudi

6    passport.  I also am a citizen of Jordan.  I don't carry a

7    Jordanian passport.  I'm Austrian, and I carry an Austrian

8    passport.

9    Q    How did you come to have an Austrian citizenship?

10   A    Because my life was threatened.  I worked with U.S.

11   forces.  I have had lots of blackmail and threatened.  I was

12   afraid of especially my family.  We tried to maintain

13   international presence for the safety of the family.

14          And when you have problems in the Middle East,

15   people don't give visas.  It's more difficult to move around.

16   I've always had international business and had to move around.

17   So, it was very important for us to have a European entity to

18   be able to move free, and that's what we did.

19   Q    What citizenship do your children have?

20   A    My family has Jordanian and Austrian citizenship.

21   Q    Now --

22   A    Sorry.  Correction.  My family has Irish and Jordanian

23   citizenship, because of the same reason.  I was worried about

24   my family during the Gulf War, because we were always feeding

25   the American forces in Saudi Arabia, Iraq and Kuwait, and I

1    was under threat.  So, we picked up -- we invested in Ireland

2    with some good people, and after a while we got residence and

3    we got identity and passport in Ireland for my family, not for

4    me.

5    Q    Now, you explained earlier that you are the chairman of

6    Arab Bank.  Would you tell the jury, please, a little bit

7    about Arab Bank, how large it is, where it does business?

8             And can we show the witness the slide?

9             MR. STEPHENS:  Just the witness, please.

10            THE COURT:  That's okay.

11   Q    Is that the Arab Bank headquarters in Amman?

12   A    Yes, sir.

13   Q    Could you tell the jury, please, about what the business

14   of Arab Bank is, where it does business, how many branches it

15   has?

16   A    Arab Bank does business in thirty countries today.  It

17   has 6,500 employees.  It has 600 branches.  It works in thirty

18   countries:  In the Middle East, Australia, Singapore, Europe,

19   a subsidiary in London which owns -- which has branches in

20   London, France, Spain, Italy, Germany, Austria.

21   Q    Who owns Arab Bank?

22   A    It's owned by 20,000 shareholders.

23   Q    What percentage of the shares of Arab Bank does your

24   family own?

25   A    We own -- today, we own about five percent of Arab Bank.

1    Q    Who are the other major shareholders of Arab Bank?

2    A    The family of late -- the family of late Mr. Rafik

3    Hariri.

4    Q    How much does the Hariri family own of the bank?

5    A    Twenty and a half percent.

6    Q    Is the Jordanian Government a major shareholder in the

7    bank?

8    A    The Social Security of Jordan owns fifteen percent of the

9    bank.

10   Q    And the rest of it is owned by whom?

11   A    By 20,000 shareholders.

12   Q    How many shares are outstanding?

13   A    60 million shares.

14   Q    How many people are there on the board of directors?

15   A    Eleven people.

16   Q    You mentioned that the Hariri family owns about twenty

17   percent of the bank?

18   A    Yes.

19   Q    Does the Hariri family have representatives on the board

20   of directors?

21   A    Mr. Rafik Hariri, the late Mr. Hariri has been on the

22   board longer than I have, I think.  Their representative,

23   Mr. Mohammed Hariri, who runs a lot of their business, is also

24   a member of the board.  A representative -- sorry.

25   Q    Nazzek Hariri's husband, Rafik Hariri?

1    A      He was assassinated --

2               MR. TURNER:   Objection.

3               THE COURT:   Sustained.

4               Mr. Al-Masri, if I say "Sustained," you are not

5    allowed to answer the question.  If I say "Overruled," then

6    you are allowed to answer the question.

7               MR. STEPHENS:   May we approach, your Honor?

8               THE COURT:   Sure.

9               (Continued on next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (Sidebar.)

2          MR. STEPHENS:  When I offered this before, your

3    Honor said you didn't think there was a connection, because

4    you didn't know, and, frankly, I didn't know at the time that

5    Rafik Hariri's wife has been sitting on the board for at least

6    twelve years.  She was on the board when he was assassinated.

7    I think that act of terrorism on a husband of a board member

8    is relevant.

9          THE COURT:  I disagree.  I stand on my ruling.

10          (Continued on next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    BY MR. STEPHENS:   (Continuing)

2    Q    You mentioned, Mr. Al-Masri --

3            THE COURT:   Go ahead.

4    Q    You mentioned Mr. Al-Masri, that Arab Bank has about

5    6,500 employees today?

6    A    Yes, sir.

7    Q    And about how many transactions does Arab Bank process

8    each day?

9    A    The range of 1 million transactions a day.

10   Q    And that's all over the world?

11   A    Sorry?

12   Q    And that's around the world?

13   A    Around the world, yes, sir.

14   Q    And what do those transactions include?

15   A    Transfers, salaries, actually business transactions,

16   guarantees, different actions by governments.   We process all

17   the payments of the Israeli government also.

18   Q    How is it that you came to be a member of the board of

19   directors of Arab Bank?

20   A    My father was one of the earliest customers of the bank

21   in the '30s, but I opened an account in 1963 with the Bank so

22   I've been a customer of the Bank today for 51 years, but I

23   know a lot because I've been active businessman with the Bank,

24   I knew a lot of the business community and the people who own

25   the Bank and the members of the board.   So they asked me to,

1  to become a member of the board and although I'm a businessman

2  which I was not interested, but a lot of people put pressure

3  on me to accept and I was elected a member of the board.

4  Q    Okay.  And the members of the board of directors are

5  elected, are they not?

6  A    They are elected by the shareholders.

7  Q    And how often do those elections happen?

8  A    Annual meeting for the shareholders like any company in

9  the world annually, but the, the members are reelected or

10 elected new ones once every four years.  The law, the law of

11 Jordan requires to change, to elect new members or the same

12 old ones once every four years.

13 Q    Now, could you please describe for the jury what your

14 responsibilities as a member of the board are?

15 A    Well, we are liable in front of the government for any

16 wrongdoing with the Bank.  We have the responsibility to watch

17 the Bank, make sure that the Bank goes in the right direction,

18 make sure that it's a profitable bank, make sure the staff,

19 according to the best standards possible, to make sure that

20 the plans of the bank are always followed up properly.  But

21 the board does not manage the Bank.  The Bank has a

22 management.  The Bank has a manager which report to the board

23 of directors and works with the chairman.

24 Q    How often does the board of directors meet?

25 A    The law requires us to meet a minimum six times a year.

1   Sometimes we meet more, but we always have, have a minimum of

2   six meetings a year.

3   Q    Does the board include various -- the board of directors

4   include various committees?

5   A    There are many committees in the board but the most

6   important is the -- there are many, but I'm also a member of

7   some of them.  Each committee usually has three members of the

8   board, but any member can attend the meetings in addition but

9   legally, there must be three.

10          There's the audit committee which meets on regular

11  basis especially for the meetings of the board and the

12  compliance -- the risk committee, sorry, the risk committee

13  which looks at the exposure of the bank, lending of the bank,

14  where the money is going and also the remuneration committee

15  which attends to the salaries of the top employment, hiring

16  and the salaries of the top people of the bank.

17  Q    Could you describe, please, for the jury what the audit

18  committee of the board of directors does?

19  A    The audit committee duty --

20          MR. TURNER:  Your Honor, excuse me.  May we approach

21  for a minute?

22          THE COURT:  Yes.

23          (Continued on next page.)

24

25

1          (The following occurred at side bar.)

2          MR. TURNER:  Part of the preclusion order is aimed

3     at preventing any direct testimony or any reference that the

4     Bank complied with its own standards or with industry

5     standards with respect to dealing with and providing financial

6     services to terrorists, and this is a broad question about the

7     duties of the audit committee which obviously we don't have

8     any problem with, in general, but I think the implication of

9     such a broad question is aimed at implying that these

10    individuals were auditing and following the rules and

11    complying with all of the applicable regulations and I think

12    this is inappropriate.

13         THE COURT:  Well, I don't understand.  Are you

14    objecting to the question?

15         MR. TURNER:  We are.

16         THE COURT:  All right.  I'm going to allow the

17    answer to this question.  The point is well taken with regard

18    to questions that may follow up on this question but this

19    question is not objectionable.

20         (Continued on next page.)

21

22

23

24

25

1          (The following occurred in open court.)

2   BY MR. STEPHENS:  (Continuing)

3   Q    So my question was, Mr. Al-Masri, can you please describe

4   to the jury what the audit committee does?

5   A    The audit committee, two, two -- the audit committee

6   meets with the internal audit committee and the external audit

7   committee, with the external auditor.  The internal audit is a

8   part of the bank, they're bank staff.  They report to the, to

9   the board committee which reports to the full board.  They

10  bring the whole committee of the other two people to the, to

11  the board of directors.  They check the, the branches, the

12  adherence to the, if they adhere to the requirements, the

13  audits people, any misbehavior and wrongdoing --

14          MR. TURNER:  Your Honor, I move to strike the last

15  part of this.

16          THE COURT:  Sustained.

17  Q    Mr. Al-Masri, can you tell the jury, please, what the

18  external auditor does?

19  A    They check on the internal audit, the internal audit

20  committee, they check on the performance of the balance sheet

21  of the bank, they check the integrity of the work done at the

22  bank and they, they report to the audit committee.

23  Q    And who have been the Bank's external auditors since

24  you've been on the board?

25  A    Deloitte Touche, an American company.  They're based in

1    New York.  They check our accounts all over the world.

2    Q    Could you please tell the jury briefly the history of

3    Arab Bank in what is now the West Bank and Gaza?

4    A    Sorry.  Could you repeat the question?

5    Q    Yes.  Could you please tell the jury briefly the history

6    of Arab Bank and doing business in the West Bank and Gaza?

7    A    Yes.  Okay.  Originally, Arab Bank is a Palestinian bank.

8    It was founded in Palestine.  In 1947, during the war, Israel

9    became a new nation and the West Bank became what is today

10   called the West Bank and Gaza.  The West Bank became a part of

11   Jordan and so Arab Bank became a Jordanian bank and operated

12   in Jerusalem but in the West Bank and Jordan and the head

13   office moved to Amman because the capital of Jordan is Amman

14   and we became a Jordanian bank.  And it operated until 1967 in

15   the West Bank.

16           Then the war of '67, Israel army occupied the

17   West Bank and everything moved to Jordan.  There was no banks

18   or -- most, most businesses affect, were affected and they

19   moved to Jordan and the border was closed and Jordan became

20   what is Jordan today and the West Bank stayed, became occupied

21   by Israeli forces.

22   Q    Between 1967 and 1984, did Arab Bank do any business in

23   Gaza or the West Bank?

24   A    They had offices, but Arab Bank traditionally tries to

25   protect the depositors historically, also even from 1947 war.

 1  They maintained accounts in Amman.  They do not operate but

 2  they maintain the money of the people, they took care of it,

 3  and they stayed open for them in Amman not, but no business

 4  activities in the West Bank.

 5          MR. STEPHENS:  Could we see the next slide, please.

 6          THE COURT:  Everything is witness only.

 7  Q    Could you --

 8          MR. STEPHENS:  Is there an objection to the slide,

 9  Your Honor?

10          THE COURT:  Yes.  They were previously raised

11  objections which I sustained.

12          MR. STEPHENS:  To that one?

13          THE COURT:  I believe so.

14          MR. TURNER:  Yes, sir.

15          THE COURT:  Yes.

16  Q    Could you tell the jury, please, what the Oslo Accords

17  are?

18  A    Oslo Accord was signed between the Palestinian and the

19  Israelis as the first step toward peace and final settlement

20  for the Israeli-Palestinian conflict which has been there for

21  a long, long time.  So we, as Palestinians, so hope because we

22  have suffered a lot from occupation.  We are people under

23  occupation from 1967.

24          (Continued on next page.)

25

1        MR. TURNER:  Your Honor, excuse me.  I have to

2   interrupt and move to strike the last part of this.

3        THE COURT:  Well, let's have a side bar.

4        (The following occurred at side bar.)

5        THE COURT:  I'm going to allow the answer to the

6   question, but I have to tell you you completely opened the

7   door to the 1970s reports.

8        MR. STEPHENS:  Why?

9        THE COURT:  I'm just telling you.

10       MR. STEPHENS:  I'm sorry.  I don't understand.

11       THE COURT:  You have him talking about the relations

12  in the 1970s and what the Bank was doing in the 1970s.  You

13  don't get to give just your view of that.

14       MR. STEPHENS:  I'm not giving any view of what the

15  Bank was doing.

16       THE COURT:  He is.  The witness is.

17       MR. STEPHENS:  I'm just going through a history,

18  Your Honor.

19       THE COURT:  Yes, that's right.

20       MR. STEPHENS:  I'm just saying the Oslo Accords are

21  in 1994 and that's the reason the Bank went back into

22  business.

23       THE COURT:  And he's talking about the hopes and

24  dreams of the bank and the Palestinian people in that period.

25  That's what he's doing.  You have him answering those

1    questions.   You may do so.   Let's continue.

2              (Continued on next page.)

1        (The following occurred in open court.)

2    BY MR. STEPHENS:   (Continuing)

3    Q    What impact, Mr. Al-Masri, did the -- well, in fact, let

4    me back up for a moment.

5           The Oslo Accords were signed between Israel and the

6    West Bank and Gaza in, what, late '93, early '94?

7    A    '93.

8    Q    All right.

9    A    And I attended the ceremony for the signature of the, of

10   the Oslo Accords in Washington and I attended in Cairo.

11   Q    And the Oslo Accords were actually designed to do what?

12   A    It's first step towards peace between the Israelis and

13   Palestinians and the Palestinians came to take, to run,

14   administer local government for the, some of the occupied

15   West Bank and Gaza.

16   Q    And was there a plan in the Oslo Accords, a five-year

17   plan?

18   A    Sorry?

19   Q    Was there a five-year plan in the Oslo Accords?

20   A    Yes, to move forward.  It was -- I don't know every

21   detail, but it was very clear to me that the Palestinians and

22   Israelis, thank God, eventually are going to have peace.  We

23   need to work with the Israelis.  We know that.  Anyone, any

24   wise guy knows the future is --

25           MR. TURNER:  Your Honor, objection.

1      THE COURT:  Sustained.  Sustained.  The answer is
2  stricken.
3      THE WITNESS:  Sorry.
4  Q    What impact did you expect the Oslo Accords to have on
5  Arab Bank and doing business in the West Bank and Gaza?
6  A    The Jordanian government and the Israeli government asked
7  Jordanian banks to move, especially the ones that moved in the
8  West Bank and before to move back.  So we were very happy to
9  move back to the West Bank and Gaza like all other banks.
10 Q    And what opportunity did Arab Bank see in opening
11 branches in the West Bank and Gaza after 25 years of not doing
12 business there?
13 A    It was, it was important.  We saw we could develop those
14 areas.  These people are very low income.  Opportunities to
15 build.  Bank, any bank will help build because you cannot
16 build homes, you cannot sustain economy without a bank because
17 the bank lends -- a lot of people during, before Oslo kept
18 their money under the carpet or under the, under the ground
19 and so it was opportunity for people to move out and put their
20 money in the bank and that was very important because the Bank
21 could take the money and turn it around to invest for building
22 industries, et cetera, here and there.
23      So, it was an opportunity for the Bank to help and
24 the Bank to make money.  So we went back and opened new
25 branches.  We bought, the Bank bought new offices, built the

1  new offices and it was there to, to make money and succeed.

2  Q    Did Arab Bank have to obtain permission in order to

3  return to the West Bank and Gaza?

4  A    Israel approved it.  Israel is the -- Israel is in charge

5  of the West Bank.  The Israeli army is in the West Bank.  They

6  could move in anywhere, any time they want to into the

7  West Bank.

8  Q    And when did Arab Bank actually begin --

9  A    And the Arab Bank was asked to come in.

10  Q    When did Arab Bank actually begin to reopen branches in

11  the West Bank and Gaza?

12  A    In 1994.

13  Q    And in that same period of time, did you invest in the

14  West Bank and Gaza?

15  A    See, I have so many friends in Israel.

16           MR. TURNER:  Your Honor, excuse me.

17           THE COURT:  The answer is stricken.

18           Mr. Al-Masri, like I said, I know you don't do this

19  for a living, but you need to confine yourself to the question

20  that counsel is asking you.

21           THE WITNESS:  All right.  Yes, sir.

22  Q    So my question is in 1994, did you start investing in the

23  West Bank and Gaza?

24  A    Yes, sir.

25  Q    And could you tell the jury, please, about those

1    investments starting with the Palestine Development and

2    Investment Company?

3    A    We saw this great opportunity to help so I went around to

4    many, many countries where original Palestinians lived who are

5    successful.  I said please help us, peace is on the door, at

6    the door, let's work to invest in Palestine.  So I raised --

7    within a few months, I raised 150, $140 million to invest and

8    we created the company which is called PDICO, Palestine

9    Investment Company.  It is there today.

10            The major thing it did is building hotels because

11   hotels, from my experience, in peace -- a lot of people come

12   to Israel.  They should also come to Bethlehem.  So the first

13   one we built was in Bethlehem, a beautiful hotel.  And we

14   built in Ramallah, we built in Gaza and later in Jerusalem.

15   So today, directly or indirectly, we own four major hotels in

16   the West Bank, Gaza and Jerusalem.

17            THE COURT:  I'm sorry.  I'm sorry.  Can I ask you,

18   did you say Bethlehem?

19            THE WITNESS:  Bethlehem.  The major hotel, the major

20   hotel we have is in Bethlehem, the first one we built.

21   Q    And does the success of those hotels depend on tourism?

22   A    Of course.

23   Q    And then in addition to the investment in the hotels, you

24   also invested in the Gaza industrial zone, did you not?

25   A    Yes, sir, we did.

1   Q    Could you tell the jury, please, what the Gaza industrial

2   zone is?

3   A    Because -- I don't know if I should say this or not but

4   I'll try.  Because of this --

5              THE COURT:  You should --

6   A    -- moving around --

7              THE COURT:  The question is you just have to answer

8   the question.  So you don't know if you should say it.  If it

9   answers the question, you can say it.  If there's something

10  wrong with the answer, the lawyers will let me know.  Okay?

11             THE WITNESS:  Okay, Your Honor.  Thank you,

12  Your Honor, but I've never been to court except for deposition

13  with my friends here.

14  Q    So my question was --

15  A    Could you ask me again, sir?

16  Q    Yes, I will.

17             Could you please explain to the jury what the Gaza

18  industrial zone is?

19  A    Our main purpose is to create opportunities.  Employment

20  is very important.  People are very poor.  Israel employs some

21  but does not employ everybody.  When Israel is upset because

22  of some terror action or turmoil, they stop bringing neighbor

23  in, but if you see the neighbors going early in the morning

24  before sunrise to go to Israel and work and come back after

25  late, late evening, you say, well, let's find a way where they

1   not have to travel.

2        So, with the help of Israelis, especially Mr. Peres,

3   who became the president of Israel and the U.S. Government,

4   USA which is aid to the friendly third world countries, and

5   the World Bank, they helped us set up an industrial part park

6   in Gaza right at the border with Israel where the labor would

7   come.  It's a protected area but no, nobody comes in unless

8   they're approved and checked.  And Israel, this way, can use

9   the goods made in that area with the simplest procedures,

10  industry in the West Bank, in Gaza, industrial park and it

11  moves to Israel with easiest way.  We thought this would be

12  the best way to employ people in a safe situation where no

13  people would worry about it.

14  Q    Could you come around, please, and show the jury actually

15  where the Gaza industrial park was located?

16  A    Yes.

17  Q    And then if you stay there, I'm also going to show you a

18  picture.

19  A    It's so big.  Yes.

20  Q    Go ahead, please.

21        I asked if you can please show the jury actually

22  where the industrial park is.

23  A    The area here is right at the border of Israel.  It's

24  built into the Gaza area, not the industrial area, but the

25  border is with Israel.  This way goods can go back and forth.

1   We built warehouses, facilities.  So that people come and work

2   and people from Israel would come and invest their small

3   factories like, like for sewing, making shoes, simple jobs.

4   This is not a sophisticated operation.  So, we thought it was

5   a great opportunity and, I repeat, Mr. Peres is the person who

6   helped me a lot to do these things in Israel.

7            MR. STEPHENS:  Could we show the jury, Your Honor,

8   the slide of the Gaza industrial zone?

9   A    Sorry?

10            THE COURT:  Any objection?  Okay.

11            (Published.)

12  Q    Is that the Gaza industrial zone that you've been

13  discussing with the jury?

14  A    Yes, sir.

15  Q    Could you tell the jury, briefly, what the buildings are

16  and what it's all designed to accomplish?

17  A    It's all designed -- these structures are designed to be

18  used at different sizes as warehouses, transit area,

19  industrial area for different, different industries, simple

20  industries, nothing sophisticated because we needed to find

21  jobs, menial jobs for people there.  And I promoted that we

22  should always, always work with Israel because we

23  Palestinians, we really believe, I believe -- many people

24  maybe don't agree with me and this was my major problem -- we

25  believe we have to work with Israelis.  Our future is better

1  because we are next door to each other.  We cannot continue to

2  be at war all the time.

3  Q    How much money did the Palestine Investment Company put

4  into the Gaza industrial zone?

5  A    Eventually we invested $50 million.

6  Q    And were there other investors in the project?

7  A    The World Bank invested 10 percent.  Arab Bank invested

8  the rest.  U.S. helped us.  They did not invest, but they

9  helped us.

10  Q    You can return to the witness chair, please.

11  A    Thank you.

12          (Continued on next page.)

1    MR. STEPHENS:  Your Honor, if we can take a short

2  break, I can work it into my outline.

3    THE COURT:  I'm not sure what you are referring to

4  but do you need a short break?

5    MR. STEPHENS:  I think so.  Yes, sir.

6    THE COURT:  Let's take just 12 minutes, ladies and

7  gentlemen.  We'll reconvene at 11:35.  Please do not talk

8  about the case.  See you in a few minutes.

9    (Jury exits.)

10    THE COURT:  Okay.  Now I think I understand.  Okay.

11  11:35.

12    (Recess taken.)

13    (Continued on next page.)

14

15

16

17

18

19

20

21

22

23

24

25

1      (In open court; jury not present.)

2          THE COURT:   All right.   Let's have the jury back,

3  please.

4          We've just been told the clocks in the courtroom are

5  off, so I'm not going to use those again.   Everyone use their

6  watches.

7          (Jury present.)

8          THE COURT:   All right.   Be seated, please.

9          Please continue, Mr. Stephens.

10         MR. STEPHENS:   Thank you, your Honor.

11  BY MR. STEPHENS:

12  Q     Mr. Al-Masri, by the year 2000, how far along was the

13  bank in reopening its businesses in the West Bank and Gaza?

14  A     Well, the bank was flourishing and the business of the

15  community was flourishing.   Business was doing very well,

16  people finding new jobs.   When the economy goes up, the bank

17  goes up, so things were fine.

18  Q     In order to open -- how many branches were opened

19  actually in the West Bank and Gaza?

20  A     At that time, six.

21  Q     And by the time the bank had been opening branches for

22  five years, how many branches were open?

23  A     You mean today?

24  Q     Today.

25  A     Today, there are maybe I think about twenty-six branches.

1  I think so.  I expect.
2          THE COURT:  Mr. Stephens, if you are done with that
3  map, can you take it down.
4          MR. STEPHENS:  Sure.
5          THE COURT:  Thank you.
6  Q    What actually did the bank have to do in order to reopen
7  branches in the West Bank and Gaza?
8  A    It had to hire employees, more jobs.  It had to rent
9  buildings, which is also helping people by renting their homes
10  and buying new buildings.  So, every time they opened a
11  branch, more people are employed and more opportunities, and
12  the bank did well.  So, the head office was happy that the
13  bank is doing well in the West Bank and Gaza.
14  Q    Between 1994 and 2000, approximately how much money had
15  Arab Bank invested in reopening its businesses in the West
16  Bank and Gaza?
17  A    Arab Bank invested tens of millions of dollars.
18          Also, it supported all the projects -- all the
19  public companies which were created, the Arab Bank
20  participated.  Gaza power station.  Industrial parks.  Hotels.
21  All of the projects which were feasible, the bank lent and
22  participated in lending -- participated and lent.
23  Q    By participation, you mean invested in them?
24  A    Yes.  When you lend, you share -- you buy shares and you
25  lend, and that's what they were doing.

1    Q    Did the bank's expansion and investments continue in the

2    same way between 2000 and 2004 as they had from 1994 to 2000?

3    A    Hopes for peace, shattered.  Businesses closed.  Roads

4    were blocked.  Staff had a hell of a time.  Businesses went

5    bankrupt.  Everything was closing down, so the bank business

6    went down.

7    Q    Can you describe actually for the jury what the

8    circumstances were like in the West Bank and Gaza during the

9    Second Intifada?

10   A    Innocent people, suicide bombers were inflicting damage

11   on the Israelis and the Palestinians.  The Palestinians were

12   suffering, and people were killed from Israel.  Israeli people

13   were killed, and Palestinian people were killed.  There was

14   killing can everywhere.  There was problems everyone.

15        An employee from Nablus, to go to Ramallah, which

16   was a forty-five minutes' drive, would take two to three

17   hours, because there was roadblocks put all the way.

18        So, damage happened.  People -- but the biggest

19   damage for the investments were the tourism.  A wall was built

20   next to the hotel in Bethlehem.  People stopped coming to

21   Bethlehem.  People stopped.  No tourism anywhere.  Jordan,

22   Palestine, anywhere.  Tourism, you hear about the bomb,

23   everything closes, you hear a bomb, you say, My God, I step

24   back.

25        A suicide bomber, they don't want us to have peace.

1  They don't want us to continue.  So, all of this happened.

2  Things were negative for the society, for the opportunities of

3  peace, for finding jobs.  People were becoming unemployed.

4  And also the future, political future and business as usual

5  suffered with it.

6  Q    Now, you touched on this in that answer.  Can you tell

7  the jury, please, how did the Second Intifada affect the bank

8  and its employees?

9         MR. TURNER:  Your Honor, may we approach for a

10  minute?

11         THE COURT:  Yes.

12         (Continued on next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1           (Sidebar.)

2           THE COURT:  Go ahead.

3           MR. TURNER:  We object to this line of questioning.

4  This goes to state of mind.  The bank, what was their state of

5  mind?  What were people thinking?

6           THE COURT:  What's the answer going to be?

7           MR. STEPHENS:  That they had six hundred employees

8  and they couldn't get to work.  And they were -- the bank had

9  difficulty even opening up days, and there were days on end

10 when the branches couldn't open.  The sort of things you would

11 expect, your Honor, in a place where there's shooting and

12 violence going on sporadically week after week and month after

13 month.

14          THE COURT:  Is he going to talk about how people

15 felt at the bank?

16          MR. STEPHENS:  No.

17          THE COURT:  Then he can answer.

18          (Continued on next page.)

19

20

21

22

23

24

25

1          (In open court.)

2          THE COURT:  You may answer the question.  Can you

3   recall it.

4          THE WITNESS:  No.

5          MR. STEPHENS:  I was waiting for the reporter, your

6   Honor.

7   Q    Can you tell the jury, please, how the Second Intifada

8   and the violence that was associated with it affected the bank

9   and its employees and its customers?

10  A    First of all, employees could not come to work anymore

11  like usual.  Because of the situation, people couldn't

12  communicate from one area to another.  To move ten miles, you

13  could be blocked three times and stand in line for an hour or

14  two hours.  Villages were closed off.  Towns were punished and

15  closed off.  So, no work.  So many people lost their jobs.

16  Also, because of people -- industries going bankrupt or not

17  able to operate or they were not able to sell their goods,

18  they shut down.  So, people had a lot of problems.

19          Israel was a major business partner, as usual.  The

20  major partner.  Started not encouraging movement of goods back

21  and forth, because of the security concerns.  Closed the

22  borders.  People could not work in Israel anymore, and it was

23  a major, major -- Israel is a major supplier of jobs for the

24  Palestinians.  A lot of them diminished, thanks to suicide

25  bombers.  They destroyed the opportunities for peace.

1   Q     How did the Second Intifada affect the Gaza industrial

2   zone that you were discussing a few moments ago?

3   A     The Israelis came and ransacked it.  The Israeli army.

4   There's no problem with the Israeli people.  The problem is

5   with the army.  They came and ransacked the whole industry

6   park, like they did with the hotel in Bethlehem.  They

7   ransacked the hotel.  It was a tough situation for the

8   Palestinians.  In spite of this, I repeat, we lived to have

9   peace with Israelis, we must have peace with Israelis.

10  Q     I would like to know about your own life.  Your life has

11  been touched by terrorism, has it not?

12  A     Yes.

13          MR. TURNER:  Objection, relevance.

14          THE COURT:  I'll allow a little bit.

15  A     Can I answer?

16  Q     Yes.

17          THE COURT:  Yes, you can.  Thank you.

18  A     My brother was the first mayor -- during the Intifada,

19  Israel appointed officers as mayors of Palestinian towns, and

20  they treated it in their own way.  It was not managed well.

21          When the smell of a portion of peace started, my

22  family, my youngest brother, was asked by Israel to become the

23  mayor of Nablus.  He was the head of the Chamber of Commerce,

24  and Jordan approved and the Palestinians approved.  So, he

25  became the mayor of Nablus.  And he believed that he was doing

1  something good for the Palestinians and the Israelis.  I say

2  that because the administrator of the Palestinian Territories

3  at that time --

4            THE COURT:  Let me interrupt you.

5            Let's have another question, please.

6  Q    What happened to your brother?

7  A    He was assassinated by a terrorist.  Somebody walked in

8  and shot him in the back.

9  Q    Has a living compound of yourselves in Saudi Arabia been

10  attacked?

11            MR. TURNER:  Objection.

12            THE COURT:  I'll allow this question.

13            The only thing you can tell us is what happened.

14  What happened?

15  A    Okay.  We are chased, and the first explosion, suicidal

16  bomb that happened in Saudi Arabia, was in my compound with my

17  other friends.

18  Q    How many suicide bombers attack the compound?

19  A    About six came in and they shot everybody on the way.

20  And it was a sad situation, because four of my best friends'

21  children were killed in that assassination.  They were

22  partners with me in that compound.  Each one of them lost

23  children.

24  Q    That was in 2003?

25  A    This is in 2003.

1   Q     In 2005, you experienced another terror attack, did you

2   not?

3   A     Yes, sir.

4               MR. TURNER:  Same objection, your Honor.

5               THE COURT:  I'll sustain the objection.

6               MR. STEPHENS:  May we have a sidebar, your Honor?

7               THE COURT:  Sure.

8               (Continued on next page.)

1          (Sidebar.)

2          THE COURT:  Mr. Stephens, what's the relevance of

3    this line of questioning?

4          MR. STEPHENS:  It goes to whether or not this

5    witness, as a member of the board and officer of the bank,

6    would support terrorism.  He's been subjected to it himself

7    three times, and the third time he actually was in the hotel

8    within five minutes before the suicide bomber walked in and

9    blew himself up.  His daughter was there.  His nephew actually

10   suffered a wound.

11         THE COURT:  Can you establish that these first two

12   attacks that you have had him bring out were Hamas attacks?

13         MR. STEPHENS:  No.

14         THE COURT:  Can you establish that the third was a

15   Hamas attack?

16         MR. STEPHENS:  No.

17         THE COURT:  Did the third happen after all the

18   twenty-four incidents that were at issue in this case?

19         MR. STEPHENS:  Yes, shortly after.

20         THE COURT:  I'm going to sustain an objection as to

21   that.

22         (Continued on next page.)

23

24

25

1              (In open court.)

2    BY MR. STEPHENS:

3    Q    Mr. Al-Masri, one more question, which is:  Is there any

4    reason you can think of that an institution like Arab Bank

5    would have an interest in supporting terrorism?

6              MR. TURNER:   Objection.

7              THE COURT:   Sustained.

8    Q    Do you believe that Arab Bank supports terrorism?

9              MR. TURNER:   Same objection.

10             THE COURT:   Sustained.

11   Q    One last question, which is:  As between peace and the

12   violence and chaos of the Second Intifada, which of those was

13   better for Arab Bank?

14             MR. TURNER:   Objection.

15             THE COURT:   Sustained.

16             MR. STEPHENS:   Then I have nothing further, your

17   Honor.

18             THE COURT:   Cross-examination.

19             MR. TURNER:   Very briefly, your Honor.

20   CROSS-EXAMINATION

21   BY MR. TURNER:

22   Q    Mr. Al-Masri, as I understand, you were born in Nablus?

23   A    Yes, sir.

24   Q    You were educated in Texas, your college education?

25   A    Yes, sir.

1    Q    And then you had gone on to become a very successful

2    businessman; is that correct?

3    A    After many failures.

4    Q    And you grew up in a wealthy family, did I hear you say?

5    A    I was born from a wealthy family, but my mother brought

6    me up in a very poor background with her family most of the

7    time.

8    Q    And you've got a cousin, I believe, that still lives in

9    the Nablus area?

10   A    My cousin is fifty years a peace activist.

11   Q    He's a billionaire, I believe; is that correct?

12   A    That's what they say.

13   Q    And from the standpoint of your involvement in the bank,

14   as I understand it, you first became part of the board in

15   1998; is that correct?

16   A    That's correct.

17   Q    And as I understand, you really didn't want that job at

18   all?

19   A    No, I didn't.

20   Q    In fact, your friends you told us --

21   A    All my associates wanted me -- and the bank people wanted

22   me to be a part of the board.

23   Q    And you had no experience with banking other than your

24   own personal experience with banking?

25   A    I met with banks, but I had no experience as a banker.

1  Q    You also told us you never owned a bank, Mr.

2  A    I didn't say that.  Actually, I'm a main investor in

3  Jordan in four banks.

4  Q    You had never, on a daily basis, owned --

5             THE COURT:  Mr. Al-Masri --

6  A    I'll wait.  Continue.

7  Q    On a daily basis, you had never owned and operated on a

8  day-to-day basis a bank?

9  A    No.

10  Q    And in fact, I think you told us at your deposition that

11  you don't even care about banking journals and things like

12  that, you throw them in the trash?

13  A    Yes, sir.

14  Q    And you didn't want to serve on audit committee, because

15  you really didn't have time, is what you told us?

16  A    That is true.

17  Q    You agreed to devote, I believe you said, two hours every

18  six or eight months to that?

19  A    Yes, sir.  This is an exaggeration, your statement.

20  Q    What part is exaggerated?

21  A    The time.  I don't want to spend a lot of time, but

22  whenever I was needed, I was there.

23  Q    But you told us that you agreed to devote two hours about

24  every six or eight months?

25  A    I agreed.  Whenever there was a duty, I attended to it.

1   Q    I'm sure you did.  Nobody's questioning that.  I'm just

2   saying, when you went into the process --

3   A    You can spend short time for success.  Some people spend

4   hours and they fail.

5   Q    And you also told us under oath that you had never been

6   to any of the branches in the West Bank while you were on the

7   board of directors?

8   A    Yes, sir.  I did not.

9   Q    And you also told us that before this lawsuit was filed,

10  you never even heard of the Saudi committee in support of the

11  Intifada Al-Quds?

12  A    That is true.

13  Q    You had no idea that the bank was working with the Saudi

14  Committee in support of Intifada Al-Quds while you were on the

15  board and before this lawsuit was filed?

16  A    The board -- was never brought to the attention of the

17  board anything about the Saudi Committee.

18           MR. TURNER:  That's all the questions I have, your

19  Honor.

20           We would offer into evidence the annual reports from

21  Arab Bank for the years --

22           THE COURT:  Let's have a sidebar.

23           MR. TURNER:  Okay.

24           (Continued on next page.)

25

1          (Sidebar.)

2          THE COURT:  First of all, I was not going to admit

3    the annual reports into evidence.  I was going to allow them

4    to be used for impeachment purposes only, based on what the

5    witness testified to.

6          Having reviewed his testimony during the break, I

7    think Mr. Stephens did not quite open the door enough in the

8    '70s to allow the use of the reports for that purpose, at

9    least not with this witness.  And probably, although I'm not

10   ruling on behalf of any others at this point, as I said to

11   Mr. Stephens, if he spends a lot of time on what was happening

12   in the '70s, then I don't see how I could keep from the jury,

13   at least for impeachment purposes, what was happening in the

14   bank in the '70s.

15         But we're not there yet.  So, I am not going to

16   admit those into evidence.

17         MR. TURNER:  That's fine.

18         (Continued on next page.)

19

20

21

22

23

24

25

1            (In open court.)

2            MR. STEPHENS:  I have no redirect.

3            And I would like to thank you, Mr. Al-Masri.

4            THE COURT:  You may step down, Mr. Al-Masri.  Thank

5    you very much.

6            (Witness excused.)

7            THE COURT:  The bank may call its next witness.

8            MR. INGERMAN:  The bank calls Professor Beverley

9    Milton Edwards.

10   B E V E R L E Y    M I L T O N - E D W A R D S,

11           having been duly sworn, was examined and

12                testified as follows:

13           THE CLERK:  State your name.

14           THE WITNESS:  B E V E R L E Y, Milton,

15   M I L T O N, hyphen, Edwards, E D W A R D S.

16           MR. INGERMAN:  I think we may be able to let the

17   Arab translators go, having heard Ms. Milton-Edwards' accent.

18           THE COURT:  That's up to you.  That's fine.

19   DIRECT EXAMINATION

20   BY MR. INGERMAN:

21   Q    Good morning, professor.

22   A    Good morning.

23   Q    I take it from the accent, you are not from Brooklyn?

24   A    No, I'm not.  It's my first time here.  It's very nice.

25   Q    Where are you from?

1  A     I live in Ireland, in Belfast.

2  Q     What do you do for a living?

3  A     I'm a university Professor if at the Queens University of

4  Belfast.

5  Q     Do you work at the bank?

6  A     No, I don't work at the bank.

7  Q     Do you have any other jobs other than being a professor

8  at the Queens University in Belfast?

9  A     Yes.  I also act as a consultant.  Presently, I act as a

10 consultant to the Government of Norway.

11 Q     And do you, in your work, know anything about Hamas?

12 A     Yes, I do.  I spent quite a lot of time in my

13 professional life working on the subject of Hamas.

14 Q     Do you also know something about -- do you know anything

15 about the Palestinian Territories and Zakat Committees and

16 charitable organizations that operate there?

17 A     Yes.  Through my research career, which I started more

18 than twenty-five years ago, I have looked into the Zakat

19 Committees and their activities and the charitable activities

20 in the Palestinian Territories.

21 Q     What were you asked to do in this case?

22 A     For the purposes of this case, I was asked to look into

23 the question of whether these Palestinian Zakat Committees --

24 when I'm talking about the Zakat Committees, I'm mean the

25 Islamic charitable societies, as well, that are involved in

1    this case -- I was asked to look to see if they were

2    controlled by Hamas or if the public perceived them as

3    controlled by Hamas during the period of 2002-2004, which was

4    the period of the Second Intifada.

5    Q    Did you write any reports as part of your work?

6    A    Yes.  I wrote an expert report.  I think that was in

7    January 2011.  And then I wrote a rebuttal report, again, in

8    the spring of 2011.  And subsequently, I wrote a supplemental

9    expert report, which I think was around March this year.

10   Q    How much time have you spent since you -- first of all,

11   when were you hired to give your opinions in this case?

12   A    I was approached and hired, I think it was in December

13   2010.

14   Q    How much time -- can you estimate for the jury how much

15   time you have spent looking at these issues, whether or not

16   these Zakats were controlled by Hamas?

17   A    For each of my reports, I mean, I'm a full-time employee,

18   I run a home business and I have children, for each of those

19   reports, I probably spent, or I had, I was given, about a

20   month to six weeks to write those reports.

21   Q    Okay.  Have you reached a conclusion as to whether or not

22   the eleven Zakats and charitable organizations that are at

23   issue in this case are controlled by Hamas or perceived to be

24   controlled by Hamas?

25   A    Yes.  I reached a conclusion, and my conclusion was that

1   the eleven that are involved in this case were not controlled

2   by Hamas during that period in time.

3              MR. OSEN:  Your Honor.

4              THE COURT:  I'll need a sidebar on that.

5              (Continued on next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (The following occurred at side bar.)

2          THE COURT:   What's wrong now?

3          MR. OSEN:   Not so much the question but what I think

4    is about to be the answer which I believe there's an open

5    question as to whether there's foundation for Ms. Edwards to

6    offer the opinion on the public perception and I didn't want

7    that to get out as to an opinion until we've at least had an

8    opportunity to be heard on that.

9          THE COURT:   You want to bring out the opinion first

10   and then the foundation?

11         MR. INGERMAN:   I'm allowed to do it under the rules.

12         THE COURT:   Generally, yes.   The question is whether

13   it would be -- an earlier ruling by Judge Gershon constrains

14   you to show a foundation before she gives out her opinion

15   because certain opinions were clearly ruled not admissible.

16         MR. INGERMAN:   I mean, I'll make a proffer to you

17   that her testimony will be that she's visited nine of the

18   eleven Zakats during that period of 2000 to 2004, and based on

19   her prior field research and academic work, that she's able to

20   identify what the public perception of these Zakats were.

21         THE COURT:   You don't want to do that first?

22         MR. INGERMAN:   I was going to go there right after

23   this.

24         MR. OSEN:   Your Honor, there's a larger problem here

25   which is that there's an entire transcript from August 7,

1  2014, right before trial, in which Dr. Edwards testified that

2  in all those meetings, all those discussions she's had in her

3  field work, she never asked anyone --

4            THE COURT:  It goes to cross.  It goes to cross.

5            MR. OSEN:  But that's a fundamental foundation

6  issue.

7            THE COURT:  No, it's not.  It's not a foundation

8  issue.  It's a weight issue.  If an expert wants to go ahead

9  and talk to people and not ask any questions, that undermines

10  her conclusions.  It does not deprive her conclusions.  I'm

11  going to let it proceed in this fashion.

12            MR. INGERMAN:  Thank you, Your Honor.

13            (The following occurred in open court.)

14            MR. INGERMAN:  May I proceed, Your Honor?

15            THE COURT:  Yes.

16            (Continued on next page.)

17

18

19

20

21

22

23

24

25

BY MR. INGERMAN:

Q    Now, Professor Edwards, did you reach a conclusion as to
whether the eleven Zakats and charitable organizations that
are at issue in this case were controlled by Hamas or
perceived to be controlled by Hamas during the relevant time
period which is 2000 to 2004?

A    Yes.  I did reach a conclusion with respect to both of
those questions and my conclusion was that Zakat committees
and these Islamic charitable societies in the West Bank and
Gaza Strip during that period of the second Intifada weren't
controlled by Hamas and nor were they perceived by the
Palestinian community there, the majority of the residents
living in the West Bank and Gaza during that time, to be
controlled by Hamas or fronts for Hamas either.

Q    Now, let's back up a minute and let's just talk briefly
about your educational background.

A    Okay.

Q    Can you explain it to the ladies and gentlemen of the
jury?

A    Yes.  My educational background -- actually, I was bit of
sort of a failure at school so I only managed to scrape
together a couple of A levels when I finished school.  I got
into a university and I got a degree, a bachelor, a bachelor
honors degree, I think it's called here, in politics and then
I went to -- that was at the University of Portsmouth in

1  England.  And then I went to another university in England
2  called the University of Exeter and I did a Master's in
3  Middle Eastern and, in the politics of the Middle East and the
4  economy of the Middle East and I did my Master's dissertation
5  actually on Israeli foreign policy and the Carter
6  Administration, my Master's dissertation.  And then the
7  British government awarded me a grant to do a Ph.D.  That was
8  in 1989 -- sorry, 1988.  And I completed my Ph.D. in 1991 from
9  the University of Exeter.
10 Q    And in order to get a Ph.D. degree, do you have to write
11 like a big paper or something?  How does that work?
12 A    Yes, you have to write a really big paper.  I know
13 there's quite a lot of big paper files and I had to produce
14 something quite similar.  What I had to write was around a
15 100,000 word Ph.D. thesis or dissertation.
16        The dissertation contains a series of questions that
17 you pose which is called the hypothesis and then the way in
18 which you went and explored the questions and the evidence
19 that you gathered and then your conclusions because you tested
20 the hypothesis, whether it's worked, how you expected it to
21 work or it didn't and you have to revise the hypothesis, and
22 that was examined.  There was an internal examiner and an
23 external examiner and fortunately, I passed my Ph.D. and I
24 actually won an award for my Ph.D. as well.
25 Q    What did you write it on?

1  A    I wrote my Ph.D. on, on the Islamic movements in the West

2  Bank and Gaza Strip from 1967 to 1987 and this at the time was

3  considered to be somewhat of an unusual, if not pioneering

4  topic because I was looking at principally -- I was looking at

5  the rise of a, of a new group in Palestinian politics that had

6  just been established in fact a year before and, of course, it

7  was the Hamas and, in fact, I was the first western researcher

8  to go and research on this topic.

9  Q    And as part of your research for your dissertation, did

10 you spend any time in the Middle East and the Palestinian

11 territories?

12 A    Yes.  In the United Kingdom, when you undertake a Ph.D.

13 in political science or the social sciences as I did, a Ph.D.

14 thesis would never be passed if you hadn't undertaken a

15 considerable amount of field work and particularly on a topic

16 like this.

17 Q    I'm sorry to interrupt.  What is field work?  What do you

18 mean by that?

19 A    Field work means that I'm not just sitting in a room, you

20 know, reading something I got maybe secondhand or thirdhand or

21 picked up what somebody else has told me.  Field work means

22 that you go to the place where the subject that you're

23 interested in, where it's located, where what we call the

24 phenomenon is happening, and through a series of social

25 science research methods which includes primary interviewing

1   and formal interviews, formal interviewing, observing the

2   environment, gaining data about the environment, whether

3   that's the socio-economic status of the environment or the

4   political history of the environment.

5          And I also spent extended periods of time doing,

6   doing this field work.  So I was in Jordan, Israel, the West

7   Bank and Gaza for a period of about 18 months and I lived in

8   Gaza.  I lived in the city of Gaza.  I lived in a refugee camp

9   in a town called Khan Younis.  I lived in a refugee camp in

10  Bethlehem for part of my field work doing surveys, looking at

11  people's beliefs and affiliations to Islam.  I lived in

12  Jerusalem.  I also spent quite a lot of time in Nablus which

13  we heard about earlier today and then I also spent time in the

14  university libraries of the Hebrew University in Jerusalem on

15  the Mount Scopus campus and Givat Ram as well.

16  Q    And after you got your Ph.D. in 1991, did you continue to

17  research and do field work in connection with the Palestinian

18  territories and Hamas?

19  A    Yes.  Yes, I did.  I mean, over the last 25 years, that's

20  been one of the principal areas of my research so I've

21  continued to research on Islam and on political Islam.  I've

22  written books about that.  I also write about Islam and

23  violence.  I also write about policing just to have a change

24  from always doing stuff about Islam and Islam violence and

25  Hamas.

1        So, I have an expertise on policing, security sector
2    reform and also the politics of deeply divided societies which
3    includes looking at the conflict in Northern Ireland, looking
4    at the Apartheid in South Africa, looking at the civil rights
5    movement here in America, various civil disobedience.  So
6    that's sort of my other areas of expertise, but throughout the
7    last 25 years, I've continued to write and grow my expertise
8    and research on Hamas.
9    Q    And is this book that's titled "Hamas," is this one of
10   the books that you've written on the subject?
11   A    Yes.  That's, that's my latest book.  I think it was
12   published in 2010.  I've written other books on Hamas.  Also
13   chapters in edited collections.  The Oxford Encyclopedia of
14   Islam on Hamas and general articles as well in scholarly
15   journals which are peer reviewed.
16   Q    You mentioned one called "The Israeli-Palestinian
17   Conflict."  Is this the other book you were referencing?
18   A    No.  I was actually referencing this book.
19   Q    Oh, okay.  So many books.
20   A    A book I wrote earlier and that, that book was my first,
21   my first research monograph, that was published in '96.
22   That's on Islamic politics and Palestine so that's a
23   historical treatment from the period of the British mandate up
24   until when it was, obviously when it was published in the late
25   '90s.  And I've also written that book which is a book on the

1   Israeli-Palestinian conflict.

2           I've also written a book on conflicts in the Middle

3   East since 1945 and that also has a chapter on the

4   Israeli-Palestinian conflict.  I've also written other books

5   and book chapters about the Israeli-Palestinian conflicts,

6   attempts at peace making, the failures at peacemaking, cease

7   fires, governance and those types of topics.

8   Q    Okay.  Let's talk about the time period 2000 and 2004

9   which is the relevant time period for this case.

10  A    Okay.

11  Q    How many times have you been to the West Bank and Gaza

12  and Israel during that time period?

13  A    During that time period -- in addition to being in Israel

14  and the Palestinian territories because I was engaged in my

15  own academic research, I was also there on a very frequent

16  basis for extended periods of time because at that time, I

17  was, I had been appointed as an advisor on special projects to

18  the head -- the European Union, which is made up of 28 member

19  states, has what's called a foreign policy and security chief.

20  So he's, like -- they take two jobs, foreign policy and

21  security for the whole of the European Union, and I was

22  appointed as a special advisor to this man.  The man was

23  called Javier Solana.  I was also at the same time working as

24  a special advisor to the European Union's Special Envoy for

25  the Middle East peace process who was the Spanish foreign

1    minister called Miguel Moratinos.

2            So, I was in the West Bank and Gaza Strip

3    frequently.  I was involved in, in doing my own research,

4    carrying on my own research activities, but I was also

5    involved in the diplomatic efforts to try and revive the peace

6    process and to try and halt the conflict that by this point,

7    had really gripped both the Palestinian and Israeli society

8    with the kind of incidents of horrific violence, some of which

9    we've heard about already in this case.

10   Q    Now, when you were making your frequent visits to the

11   Palestinian territories in the 2000 to 2004 time frame, did

12   you have an opportunity to talk to Palestinian and Israeli

13   intelligence, military, civil servants about what was going on

14   there?

15   A    Yes, with my colleagues in the European Union.  The

16   colleague that I was mainly working with was, in fact, Mr.,

17   Mr. Solana's security advisor and he was seconded from MI-6 in

18   the UK.

19   Q    What is MI-6?

20   A    Well, most people would associate MI-6 with James Bond.

21   Q    With James Bond?

22   A    Yes.  James Bond is from MI-6 so that's foreign, the

23   equivalent of the CIA.  And, in effect, I was working

24   alongside the real life James Bond.  He didn't drive an

25   Aston-Martin.  We went around in taxis.

 1              So, I was working alongside him and we would be
 2      tasked depending on -- and this was a very fluid situation as,
 3      again, I'm sure you've all heard during the trial, you know,
 4      one day there might be, could be a suicide attack and
 5      everybody's efforts would be devoted to trying to stop the
 6      security threat with the Palestinians and the Israelis.   The
 7      next week, there could be a diplomatic initiative, the U.S.
 8      Government was trying to revive the peace process.   So
 9      depending on the activity that was taking place, my colleagues
10      and I -- again, I would often be working with my friend,
11      Mr. Bond, and other diplomats and we would be having meetings
12      with these Israeli politicians, Palestinian politicians, with
13      the intelligence communities, both the Israeli intelligence
14      community and the Palestinian intelligence community.   The
15      Palestinian Authority had a number of intelligence agencies.
16      And additionally, we would be interacting with the principal
17      players on the ground as well on the Palestinian side.
18      Q      Did you also have an opportunity to talk to everyday
19      Palestinians and Israelis about what was happening in 2000 and
20      2004?
21      A      Yes.   I mean, for me as a researcher, my research has to
22      take into account not just what's going on at the top, elite
23      interactions, because when people are at the top, they can
24      sometimes be in a little bit of a sort of bubble and they lose
25      touch with what's going on on the ground and as we know, when

1   there's a conflict going on, it's what, what the street is
2   saying matters, public opinion matters.  So it was always
3   important for me and I always made an effort to listen to what
4   people were saying on the ground through community groups or
5   through refugee camp leaders, particularly at the beginning,
6   around the period 2000 to 2002.  There was still quite a lot
7   of people-to-people activity going on between Israelis and
8   Palestinians.  So it was very important not only to be
9   speaking to people on the ground, but to be aware of what
10  public opinion was on both sides and, in fact, public opinion
11  on both sides during that period was still in favor of
12  pursuing peace, not war and conflict.
13  Q    Now, in 2000 and 2004, you weren't working for Arab Bank,
14  right?
15  A    No.  I've never worked for Arab Bank.
16  Q    And so are you -- when you're having these conversations
17  in the 2000 to 2004 time period with Israeli intelligence and
18  Palestinian intelligence and military and everyday people, are
19  you asking them specifically, Is this person Hamas, is this
20  committee Hamas, is this Zakat Hamas?
21  A    No, that wasn't the point of my, my activities.  The
22  point of my activities was to help people think about ways to
23  find a political solution to what was a terrible conflict at
24  the time.  The pain was being suffered on both sides of the
25  community.  This wasn't a conflict between soldiers.  This was

1   a conflict where civilians on both sides were living in fear,

2   everyday fear, fear of being in the wrong place at the wrong

3   time, losing their lives or being injured.

4   Q    Did you have discussions during the 2000 and 2004 time

5   period with Israeli and Palestinian intelligence, military and

6   civil officials, about whether particular organizations were

7   or people were affiliated or controlled by Hamas?

8   A    There were lots of discussions about Hamas.  There were

9   lots of discussions about the threat that Hamas posed to the

10  peace process.  There were discussions about the ways in which

11  to close Hamas down should it be, you know, through counter

12  terrorism measures, was it worth pursuing diplomatic measures,

13  was it worth trying to co-opt Hamas, was it worth trying to

14  isolate some elements of Hamas to see if they can be brought

15  on board or should there just be a strict counter-terrorist

16  hard hammer blow onto the whole of the organization.

17            So, those were the kinds of conversations that were

18  taking place about the threat that Hamas posed to the

19  Fatah-controlled Palestinian Authority because Hamas were a

20  threat to Yasir Arafat and the Palestinian Authority and they

21  were a huge threat, of course, to Israel.

22  Q    So if I asked you, Professor, with respect to the 11

23  Zakats and charitable organizations that are at issue in this

24  case, if I asked you back in the 2000-2004 time period, did

25  you ask specifically about those Zakats and their affiliation

1  with Hamas of Israeli and Palestinian intelligence officials,
2  what would your answer be?
3  A    Well, I never asked because the Zakats were independent.
4  Everybody knew the Zakats were independent.  They were Islamic
5  charitable societies.  They were there since -- I think the
6  '50s was the first of when the Zakat committees were first
7  established.  The Zakat committees, the eleven that we've
8  looked at in this case, they had a reputation for being
9  nonpartisan so why would one be asking is the Zakat committee
10  Hamas?  Everybody was looking at what Hamas was doing and
11  Hamas had open goals, had a military wing and the military
12  wing was organizing deadly attacks against Israeli civilians
13  and that's what people were focused on.  They were focused on
14  closing down this violence, closing down these suicide
15  attacks.
16  Q    Now, let's talk about Hamas for a minute in the second
17  Intifada.  During the second Intifada which is 2000 to 2004 --
18  is that a fair time frame?
19  A    Yes, around that time frame.
20  Q    During the second Intifada, did Israel occupy the
21  Palestinian territories at that time, the Israeli army?
22  A    Yes.  Now, of course, it all gets complicated.  As you've
23  already heard, Israel occupied the Palestinian territories in
24  1967.  With the Oslo peace agreement in 1993 or the Oslo peace
25  accords in 1993, there was some movement of Israeli, the

1   Israeli army out from Palestinian areas of residency or, you

2   know, sort of the major towns and cities.

3          So, Israel was still an occupying power and it was

4   still in charge of the West Bank and the Gaza Strip.  In major

5   West Bank towns and cities such as Nablus or Bethlehem or

6   Ramallah, the Israeli army was no longer in the center of

7   these cities.  There was one exception which was the city of

8   Hebron where there was a rather complicated arrangement

9   because a number -- there's a significant number of Israeli

10  settlers who live right in the middle of Hebron which is a

11  Palestinian city.  There were joint patrols and coordination.

12  There was an arrangement called H-1 and H-2 for Israeli

13  soldiers to be there.

14         So, Israel still maintained, the Israeli army still

15  maintained security control in 2000.  Only their troops had,

16  as a result of the Oslo Accords, had been redeployed out of

17  parts of the West Bank and Gaza, but then what happened in the

18  period from April 2002 was that the Israeli army began to

19  reoccupy, for security reasons, to protect the security of the

20  citizens of Israel over the border.  They reoccupied those

21  Palestinian cities.

22         So, they reoccupied them, they reoccupied Nablus,

23  they reoccupied Ramallah, they reoccupied the whole, the whole

24  of Hebron and in reoccupying, they had their soldiers station,

25  they took military control and, I mean, often in these towns,

1  they also imposed long curfews.  In Nablus, for example, I

2  think in 2003, there was a 100-day curfew and then under

3  curfew conditions, they could then engage in their

4  counter-terrorist activities, try to bring the situation back

5  to how they wanted it.

6  Q    What impact, if any, did the Israeli army's occupation of

7  the Gaza Strip and the West Bank have on the humanitarian

8  needs of the Palestinians in those territories?

9  A    Well, again, as has already been explained this morning,

10 ordinary life in the West Bank and Gaza during this period was

11 extremely difficult.  Business collapsed.  Opportunities for

12 employment began to disappear for the hundreds of thousands of

13 Palestinians who traveled daily from Gaza to the West Bank to

14 labor in Israel, to work in restaurants or to be cleaners or

15 to work on building sites.  Because Israel had to take

16 security measures to stop the suicide bombers getting through

17 these borders, these places where people crossed on a daily

18 basis -- because day laborers from the Palestinian territories

19 were not allowed to stay in Israel overnight.  That was a

20 security threat.  So they had to go back, back and forward

21 every day getting up at 3 o'clock in the morning, traveling,

22 coming back.

23        So, for Israel to increase and protect the security

24 of its citizens, all of that stopped because suicide bombers

25 were infiltrating these queues of workers and they were

1    setting off bombs at the Arat checkpoint or at checkpoints

2    from the West Bank into Israel.

3           So, need grew and, again, from -- in particular,

4    after April of 2002 with this military reoccupation, it was

5    called Operation Defensive Shield, Israel reoccupied the West

6    Bank and in doing so, they degraded and destroyed much of the

7    Palestinian Authority infrastructure, for example, police

8    stations, prisons, Palestinian Authority offices.  So sort of

9    the services that Palestinians had been offered by the

10   Palestinian Authority, they were no longer happening.  People,

11   civil servants, public employees, school teachers, they

12   couldn't get to their job and humanitarian needs really grew.

13   There were a lot of injuries civilian population suffered in

14   terms of deaths and injuries.  There was pressure on the

15   health system.  People became dependent on food aid because

16   Israel was, again, controlling borders and imports and

17   exports.  There were problems with those.  So the situation

18   got very bad.

19   Q    Did you prepare a slide, Professor, that summarizes the

20   humanitarian need as a result of the Israeli army's occupation

21   of Palestinian territories during this time period?

22   A    Yes, I did.

23           MR. INGERMAN:  Sean, if we could show slide two,

24   please, just to the witness.

25           THE COURT:  Any objection from plaintiffs?

1          MR. OSEN:  Not to that bullet point.

2          THE WITNESS:  There's not only one bullet point.

3          THE COURT:  So far.  There's other ones.  This one

4     can be seen.

5          (Published.)

6     Q     What is the first point there, Professor Edwards?

7     A     The first one is short and to the point which is a little

8     bit better than I am and it just says that, yes, I mean,

9     during this period, United Nations and the World Bank and UNDP

10    were producing reports that were using doctrine statistics

11    that were demonstrating that the majority of the Palestinian

12    population during this period became dependent on humanitarian

13    and charitable aid.

14         MR. INGERMAN:  Can we have the next bullet point,

15    please, Sean?

16         MR. OSEN:  If you could just do witness only,

17    please, on the next one.

18         MR. INGERMAN:  Sure.

19    Q     The next bullet point, Professor.

20    A     Here, we can see it reflected in numbers.  Now, if we

21    remember that the population of the West Bank and the Gaza

22    Strip, again, it's really important to remember that we're

23    talking about two, you know, different territories here.  The

24    West Bank is very, very different from Gaza and it's separated

25    by the state of Israel in between.

1          So the total population of those two areas is about,

2    I think it's about 2.2 million and by this point, the

3    United Nations, I think the OCHA which is the humanitarian arm

4    of the United Nations were reporting that 1.3 million

5    Palestinians were relying on food donations.  And by food

6    donations, what we mean -- we're not meaning, they weren't

7    meaning peanut butter sandwiches and chocolates.  They were

8    meaning they were relying on food donations of flour, sugar,

9    oil and rice, the real basics.  Meat, it just wasn't there.

10   That became a luxury.  The same thing with fresh vegetables

11   and fruit.

12          MR. INGERMAN:  Sean, the next bullet, witness only,

13   please.

14   Q    Did you also determine whether or not a significant

15   portion of the Palestinian society and Palestinian territories

16   lived below the poverty line?

17   A    Yes, I did.

18          MR. INGERMAN:  May we display it to the jury,

19   Your Honor?

20          MR. OSEN:  No objection, Your Honor.

21          THE COURT:  Okay.  Go ahead.

22          (Published.)

23   A    Yes.  So by this point, I think it was the World Bank

24   reporting that by this point, during this period, 60 percent

25   of Palestinians were living below the poverty line and the

1  poverty line there was set at $2 a day.  Now, just to put that

2  into context, I think on Friday, we heard about falafel

3  sandwiches.  We were talking about a falafel sandwich costs

4  half a shekel.

5  Q    By Mr. Spitzen?

6  A    By Mr. Spitzen.  That was actually incorrect.  A falafel

7  sandwich costs about $1.50.

8         So, I mean, people were poor and the cost of living

9  was high and the reason why the cost of living was high was

10  because the Palestinian economy is almost entirely dependent

11  on imports of goods, foodstuffs, clothing, manufactured goods,

12  from Israel and those goods, and taxes are levied and that

13  pushes the prices up.  Utilities are expensive, again, because

14  electricity is brought in from Israel.  So everything is

15  expensive.  The cost of living is high and poverty, as you can

16  see, average was $2 a day that people were living on.

17         MR. INGERMAN:  Can we see the next bullet showing

18  the witness only, please.

19         THE COURT:  Well, just lean over to plaintiff's

20  counsel see if he has a problem showing that bullet.

21         MR. INGERMAN:  Do you have a problem showing that

22  bullet?

23         MR. OSEN:  I haven't seen it yet.

24         THE COURT:  But you have the slides.

25         MR. OSEN:  We don't know what they're showing.

1      THE COURT:  Assume what you've got is what is being

2  shown.

3      MR. OSEN:  Well, if it's the next one, we have no

4  objection, Your Honor.

5      THE COURT:  All right.  Go ahead.

6      (Published.)

7  Q    And the next bullet, Professor?

8  A    So, again, to illustrate how much the whole society was

9  affected by the decline in the economy and, you know, this is

10  the effect of war and, I mean, it's the same on both sides,

11  the economy suffered, but in Gaza, poverty rates became as

12  high as 80 percent of the population are in poverty so

13  80 percent of the population was, you know, living on $2 or

14  less a day and unemployment rose to around 40 percent.

15      There's something else also I wanted to say about

16  the population in particular of Gaza which is it's a really

17  young population.  As much as 70 percent of the population is

18  under the age of I think 18 or 21.  So, you're talking about a

19  young, very young poor population.

20      (Continued on next page.)

21

22

23

24

25

1  (CONTINUING)

2  Q    How were these humanitarian needs in the Palestinian

3  territories met during the 2000 to 2004 time period?

4  A    The needs were met by a variety of charitable and

5  humanitarian agencies, including the U.N., through U.N.D.P.

6  or World Food Program and then, through international aid

7  agencies and charities, whether it's USAID or Oxfam or Save

8  the Children.  And then, the local community itself mobilized

9  in terms of charitable giving and humanitarian support and in

10  particular, the hundreds -- I mean, by that point in the

11  Palestinian territory, there were around 300 Palestinian

12  charities, nongovernmental and humanitarian developmental

13  organizations and within that 300 about 120 were Zakat

14  committees.

15  Q    What's the difference between a Zakat committee and a

16  charitable organization, if there is one?

17  A    Well, Zakat committees are charity committees, that's

18  their sole purpose.  They're engaged in the act of charity.

19         Zakat, I think as we've already heard from a lot of

20  people in the trial, Zakat is a religious commandment in

21  Islam.  So we have ten commandments in my faith Christianity,

22  and in Islam there are five commandments and one of those

23  commandments is to give charity.  And in the same way that I

24  tithe as a Christian, I give tithes to my church and that goes

25  to charity, in Islam, Muslims must give charity and it's

1   around ten percent of their income.

2          And Zakat committees have been found throughout the

3   history of Islam.  Islam was founded in the 7th century and

4   Zakat committees are Muslims who collect those contributions.

5   I mean, it's a duty to give Zakat, but most people would

6   volunteer that as a contribution in fulfilling their duty.

7   It's not like somebody comes around knocking on the door and

8   demanding that you pay your Zakat.

9          So, the Zakat Committee is a group of Muslim men,

10  I'm not really aware of -- I don't think there's ever been a

11  Zakat committee with women on it, in the Palestinian

12  territories at least, it's a very traditional third-world

13  society in that respect.  So, it's a great capacity in men and

14  they arrange for the collection of the Zakat.

15         So, people are in the mosque, there would be a Zakat

16  box or for religious holidays for the end of Ramadan, which is

17  called Eid al-Fitr, people would traditionally give Zakat and

18  say where we give charity at Christmas to the Salvation Army,

19  so they would collect that.  Sorry, I know I'm turning this

20  into a lecture, they would collect that and then, they would

21  distribute that through charity.

22         And in particular in Islam, according to their

23  prophet, the Prophet Muhammad, that in particular Zakat

24  charity has to be for charitable work and in particular to

25  help orphans.

1          MR. INGERMAN:  Sean can we see slide four.  Just the

2     first bullet then, for now.

3     Q    Have you prepared a slide that summarizes the role of

4     Zakats in the Palestinian territories?

5     A    Yes, I have.

6     Q    And would you walk us through that, please.

7     A    Yes.

8          So, as I've said, I mean, throughout the history of

9     Islam there have been Zakat committees and Zakat committees in

10    Palestine became institutionalized and it was reflected in

11    medical projects or healthcare, in social and educational

12    activities and welfare charities that were founded by Muslims.

13         As a principle, the giving of Zakat and giving out

14    this charity through Zakat takes place without any form of

15    discrimination.

16    Q    What does that mean; the giving of Zakat takes place

17    without any form of discrimination, what does that mean?

18    A    Well, it means giving without saying who are you or who

19    do you support or, you know, do you support a particular team

20    or do you support particular political party.  Islam isn't, in

21    that respect, this commandment is without any form of

22    discrimination, irrespective of creed or color or politics.

23         MR. OSEN:  Your Honor, may we have a brief side-bar?

24         THE COURT:  Yes.

25         (Side-bar conference held on the record out of the

1   hearing of the jury.)

2

3          (Side-bar.)

4          THE COURT:  You know, as a matter of form, I would

5   prefer if you have an objection to the question to just object

6   to the question.

7          MR. OSEN:  Right.

8          THE COURT:  And if I overrule it and you still think

9   you need a side-bar, then ask me.

10         MR. OSEN:  Okay.

11         THE COURT:  So, what have we got?

12         MR. OSEN:  It's more of a category issue,

13  Your Honor.

14         THE COURT:  As I told the defendant, I can't really

15  rule on category.

16         MR. OSEN:  I understood, Your Honor, my apologies.

17         The issue is where this crosses the line from an

18  objective statement of the history of Zakat to actually

19  talking about motivation of third-parties; in this case, the

20  intent of people who either operate or give money to Zakat.

21  When it crosses into that, it's runs afoul of the Court's

22  order.

23         THE COURT:  My view is we have not run into that

24  yet, so to the extent that is an objection to the last

25  question or the way she articulated the answer, that is

1  overruled.

2           MR. OSEN:  Okay, thank you.

3           THE COURT:  If there is more, I am sure Mr. Ingerman

4  will be sensitive that she is not to give state of mind

5  evidence.

6           MR. INGERMAN:  What time do you want to break for

7  lunch, Your Honor?

8           THE COURT:  Whenever you are ready.

9           MR. INGERMAN:  Okay.  I'll do the regulation by

10 Israel and then the PA and then, we'll quit.

11          THE COURT:  That might be a good point because I

12 don't think the plaintiffs are going to want you to do that,

13 so we may need to talk about it.

14          MR. INGERMAN:  Okay.  Then maybe we break now?

15          THE COURT:  Yes.

16          (Side-bar end.)

17

18          (In open court.)

19          THE COURT:  All right, ladies and gentlemen, we are

20 going to take our lunch break now.  Come back here at five to

21 2:00.  Please, don't talk about the case amongst yourselves,

22 nor with anyone else.  Stay away from any media coverage, no

23 research.  I will see you -- oh, hang on a second.  That clock

24 is off.

25          THE JURY:  It sure is.

1          THE COURT:  Right.  So, we will be back here at the

2     real five to 2:00.  Five to 2:00, okay?

3          Thank you very much.

4          THE COURTROOM DEPUTY:  All rise.

5          (Jury exits.)

6          (In open court; outside the presence of the jury.)

7          THE COURT:  Okay.  Let's meet at the real quarter to

8     2:00.

9          Prior to that time, I am going direct the parties to

10    have a conversation and see if they can work out what the

11    issue is so that it can be presented to me, if not resolved.

12    I will rule on it at a quarter to 2:00.

13          ALL:  Thank you, Your Honor.

14

15          (Continued on following page with AFTERNOON

16    SESSION.)

17

18

19

20

21

22

23

24

25

1          A F T E R N O O N   S E S S I O N

2          (In open court; jury not present.)

3          THE COURT:   Be seated, please.

4          Are we okay on the next round of questions with this

5  witness?

6          MR. INGERMAN:  I'm okay.  I don't think the

7  plaintiffs are okay.

8          THE COURT:  Let me hear the objection.

9          MR. OSEN:   We have a number of different ones, your

10 Honor with respect to the slides that deal with regulation of

11 the Zakat Committees by Israel.

12          THE COURT:   Numbers?

13          MR. OSEN:   17 and 18.

14          THE COURT:   Mr. Ingerman, I don't see how you get

15 those in in light of Judge Gershon's ruling.  I think she's

16 pretty express on that.

17          MR. INGERMAN:   I thought we resolved this one on

18 Friday.  Whether or not the Zakats are regulated and licensed

19 is something that Professor Edwards can talk about.

20          She can't say the failure of the Israelis to shut

21 down is relevant.  I think that was Judge Gershon's ruling on

22 that issue.  Certainly, whether they were licensed and

23 monitored and regulated by Israel during a certain period of

24 time and the Palestinian Authority is the basis of not being

25 controlled by Hamas.

1          THE COURT:   This is from Judge Gershon's order:

2    "Insofar as Dr. Milton-Edwards' proposes to testify regarding

3    charitable organizations that are not at issue, her testimony

4    would be irrelevant and potentially prejudicial, as well.   For

5    example, Dr. Milton-Edwards' report states that 'Zakat

6    Committees and local charitable organizations enjoy such

7    widespread community approval precisely because they are not

8    perceived to be affiliated with organizations like Hamas, but

9    rather are considered by the Palestinian public as more

10   politically and ideologically neutral than Hamas, nor during

11   the period from 1995 to 2005 did I ever observe any Zakat

12   Committee operating in the West Bank or Gaza disclose or

13   advertise any such affiliation with Hamas or indeed with any

14   political organization.'"

15          Then Judge Gershon said:   "Such broad testimony

16   about Zakat Committees or charitable organizations in general

17   is more prejudicial than probative, because it may lead the

18   jury to conclude that Dr. Milton-Edwards is testifying as to a

19   relevant organization when in fact she is not.   The same is

20   true for generalized testimony about Zakat Committees and

21   other local charitable organizations disbursing benefits

22   regardless of political affiliation, the extent to which the

23   Israeli authorities oversaw Zakat Committees and other

24   charitable organizations, and how directors of the Zakat

25   Committees and other local charitable organizations were

1    selected during the period 1995 to 2005."

2          That ends the excerpt from Judge Gershon's decision.

3          What that means to me is, you need to go through the

4    eleven and ask whether -- what she knows about each of those

5    eleven.  She cannot testifying about licensing by Israel,

6    because that would be in the "the extent to which Israeli

7    authorities oversaw Zakat Committees."

8          So, she can testify this Zakat, one of the eleven,

9    has the following licenses in the Israeli authority.  She

10   can't testify generally about Zakat.  She can ask the jury to

11   draw a conclusion that what she described as hundreds of Zakat

12   Committees applied to the only eleven that we care about in

13   this case.

14         MR. INGERMAN:  I'm happy to ask her specifically

15   about the eleven.

16         THE COURT:  That's where you need to go.

17         MR. OSEN:  Two more things on that?

18         THE COURT:  Go ahead.

19         MR. OSEN:  One is, I'm a little lost as to why it's

20   eleven instead of twelve.

21         THE COURT:  Sorry.  I don't know if it's eleven or

22   twelve.

23         MR. OSEN:  It's the witness who testified.

24         THE COURT:  You'll find out on cross-examination.

25         MR. OSEN:  Secondly, to the extent that Israeli

1   regulations or licensing occurred before the relevant time

2   period -- meaning there's a period where Israel licensed many

3   of these organizations in 1967 or 1970 -- we think that's just

4   going to confuse the jury, because the relevant period is 2000

5   or 1999 to 2004.  So, the fact that they once got a license

6   from Israel is prejudicial if it's not during the period of

7   time we're talking about.

8           THE COURT:  Don't you have evidence to show -- did

9   these licenses continue through the applicable period?

10          MR. OSEN:  No, your Honor.  After a period of time,

11  sovereign licensing function was transferred to the

12  Palestinian Authority.

13          THE COURT:  Okay.  You can bring that out on

14  cross-examination.  I'm not going to bar her from saying that.

15          MR. OSEN:  Next, your Honor, slides 23 and 24 go to

16  the heart of much of our problems with the slides, going

17  forward.  This applies to the twelve organizations.

18          And looking at 23, your Honor, the third bullet

19  point, identification of Zakat board members and officers, you

20  may recall, your Honor, that we had this issue.  We raised it

21  last Thursday in connection with the list and the question of

22  whether the witness conferred with lists of board members and

23  the like.

24          And there was a proffer by the defendant that the

25  witness looked at the Watson memorandum and the exhibit from

1    the HLF trial.  There was nothing in the record on that.  They

2    have since -- her expert reports were first submitted in April

3    of 2014.  They have subsequently submitted lists, some of

4    which I think may be on their revised exhibit lists that they

5    gave us last Wednesday.  Obviously, those weren't part of the

6    review process at the time.  So, we object to the slide to the

7    extent that it refers to things that are patently not in

8    evidence.

9              THE COURT:  Let me hear from Mr. Ingerman.

10             MR. INGERMAN:  I apologize.  This is like deja vu

11   for me.  I thought we argued this on Friday.  I thought I said

12   to the Court that we were not going to rely on those lists.

13   We were not going to put those lists in.

14             During her various many days of deposition,

15   Professor Milton-Edwards did testify about certain leaders

16   that she knew to be part of those Zakats.  She's going to say

17   she relied on that.  It's not based on any list she had.  That

18   was fully disclosed during her deposition to the plaintiffs.

19             THE COURT:  He said that.  That's what he said.

20             MR. OSEN:  The question is whether you can have

21   criteria which are not based on actual evidence.  We've had

22   this issue on the plaintiff's case where --

23             THE COURT:  That's when I think I ended the session

24   Friday and said, We're going to take this one question at a

25   time.  That's what we are going to do.

1    MR. OSEN:  Next is partnership with international

2  aid organizations.  Your Honor, this has been the subject of,

3  in fact, a motion in limine that your Honor ruled on in a

4  transcript from last July.  We had a pending motion on ANERA

5  and USAID.

6    THE COURT:  My recollection of that is that I held

7  she could talk about USAID.

8    MR. OSEN:  No. The transcript suggests that you said

9  that it could be raised on cross-examination with our

10  witnesses.

11    THE COURT:  Right.

12    MR. OSEN:  On page 51, line ten of the transcript,

13  on this motion in limine, it stated, this is your Honor

14  speaking, it's much too attenuated:  "The prejudicial impact,

15  the confusion to the jury of how sophisticated are these aid

16  organizations -- sorry -- international aid organizations that

17  aren't even banks, to begin with, is far too attenuated."

18    Then you went on, on page 52, line one:  "It would

19  be a step closer than various aid organizations, whether

20  U.S.-based or not.  We don't know what their policies are and

21  how they make their decisions and what information they have.

22    THE COURT:  My order on Friday addressed this, and

23  said that they could generally bring in USAID and ANERA, and I

24  will allow them to do that.

25    Anything else?

1      MR. OSEN:  Yes, your Honor.

2      THE COURT:  How much more, Mr. Osen?  I said on last

3  Friday we're going to take these as they come up.  Why are we

4  taking them up again now?

5      MR. OSEN:  You asked us --

6      THE COURT:  I asked on the Israeli licensing --

7      MR. OSEN:  I'm sorry.  We'll stop now.

8      THE COURT:  Let's have the jury, please.

9      Also, I got five letters last night.  A couple of

10  them plaintiffs need to respond to.

11      (Jury present.)

12      THE COURT:  Be seated.  Ladies and gentlemen, to

13  keep you on your toes, we've changed the courtroom clock so

14  that now it's five minutes too fast.

15      Please proceed, Mr. Ingerman.

16      MR. INGERMAN:  Thank you, your Honor.

17  BY MR. INGERMAN:

18  Q    Professor Milton-Edwards, before we get back to the

19  Zakats, can you tell us briefly what is Hamas?

20  A    Yes.  Well, I hope I can.  Hamas is the -- is an acronym.

21  It's the Islamic resistance movement, and it's a Palestinian

22  Muslim -- I used to call it a Muslim national movement.  It

23  was founded in the late 1990s, after the start of the first

24  Palestinian uprising.  The first Palestinian uprising broke

25  out in December 1987, and Hamas was formed shortly after that.

1    Hamas has as its goal what it calls and claims to be

2  for the liberation of all of historic Palestine, and they

3  refer to this as a Muslim territory, and that includes

4  territory that is -- includes the borders of the modern State

5  of Israel.  So, that's their goal and their ambition, and the

6  method that they say should be through jihad.

7    And the jihad, as an Islamic principle for Hamas, as

8  they interpret it, their leaders, is physical, and that can

9  include armed actions, military action.  It can include

10  striving through other means, because jihad actually means to

11  strive.  So, it can be jihad through talking, jihad through

12  preaching, jihad through persuasion, and jihad by mobilizing

13  in this effort to liberate the Palestinians, as they call it.

14    And in essence, that's the goal of the organization.

15 Q    Now, describe for the jury, if you will, how Hamas

16  operated during the Second Intifada between the years 2000 and

17  2004.

18 A    Well, during the Second Intifada, Hamas was one of a

19  number of Palestinian militant groups that were engaged in

20  attacks against Israel and against Israel's population.

21    So, during this period, armed attacks, organized by

22  Palestinian groups such as Hamas, moved not just from attacks

23  on Israelis in the West Bank and in Gaza, but across Israel's

24  border.  And this border is called the 1948 line.  So, major

25  towns and cities like Tel Aviv and Jerusalem and Haifa became

1   the target of attack by groups like Hamas.

2          And in order to organize these attacks, because they

3   moved from mainly military or militant activity against Israel

4   and against Israeli targets, the armed wing of the movement

5   organized a series of terror cells, secret underground --

6   there were terror cells in the Gaza Strip, and there were

7   terror cells right throughout the West Bank.

8          And in particular, when we're looking at that map,

9   if you would look up in the north, you can see a place called

10  Tulkarem.

11         MR. INGERMAN:  May she come down and point to the

12  map.

13  A   Now, I really feel like I'm back in class.  I'll try to

14  keep you awake.  Usually, my students go to sleep after lunch.

15         As you can see, all of this yellow area is Israel,

16  and it became very vulnerable to attack by Hamas and these

17  other organizations during this period, places as Tel Aviv and

18  Haifa up in the north.

19         Palestinian towns as Tulkarem and Jenin and areas

20  like Gaza which were close to Israeli territory became areas

21  where these terror cells were organized.  And each cell was

22  separate, so the armed wing of the Hamas is called the Izz

23  al-Din al-Qassam Brigades.  And the equivalent from the PLO,

24  the Alaqsa Martyrs Brigades, they all formed separate cell

25  groups, terror cells, underground completely.

1      Anything that could transmit a signal to the Israeli

2  forces, that would be taken from me.  When I would meet these

3  people, these men, they were all men.  I never met any women

4  that were in the Izz al-Din al-Qassam brigades.  They would

5  often be masked, and they would never obviously reveal their

6  identity to me, and I had to speak to them on condition of

7  anonymity.  They would give like a false name.  They would

8  say, My name is Abu Mohammed.  I'm the son of Mohammed, and

9  obviously, because any contact that they had with the outside

10  world would have made them vulnerable to Israel infiltrating

11  them and disrupting their activities.

12  Q     After a Hamas leader or operative was killed, did they

13  maintain the secrecy of the identity of the Hamas operative?

14  A     If Hamas were claiming responsibility for -- for example,

15  if somebody from Hamas, from the Izz al-Din Brigades had been

16  killed perpetrating a suicide attack and they claimed

17  responsibility for it, then they might immediately or after

18  some period of time, they might then publicize it.  But that

19  wasn't always the case.

20      So, for example, if the Israeli forces had managed

21  to infiltrate an Izz al-Din al-Qassam cell -- there were a lot

22  around the Hebron area -- if they had managed to successfully

23  infiltrate and kill them, then obviously that was a defeat for

24  the Izz al-Din al-Qassam Brigade.  They would not necessarily

25  publicize that.  It might come out along the way.  They might

1    in fact tell a little of a propaganda story of what had

2    happened.

3              They might say, He fell in the battle, when really,

4    he had just been killed or Israel had been successful in

5    dealing with that particular action.  Sometimes, you know.

6    They would have their own -- they would end up killing

7    themselves by misuse of explosives.  Of course, they would not

8    be boasting about that.

9    Q    While you are at the map with the West Bank and Gaza

10   Strip there, was there a point in time after 2004, after the

11   relevant time period for this case, when Hamas, for lack of a

12   better term, came out of the shadows or became more public?

13   A    Yes.  I mean, a very important event happened in 2005,

14   and that was Israel's political leaders decided that they

15   would withdraw right out of Gaza.  So, up until 2005, there

16   were Israeli soldiers, but there were also Israeli settlers, a

17   small number of settlers living in Gaza.

18             What Israel did to try and promote peace -- and this

19   was a painful decision for the Israeli fiscal establishment at

20   the time, and also a major security risk for them, as well --

21   was, they withdrew from Gaza.  And from this point onwards,

22   particularly in Gaza, Hamas come out of the shadows.  Much

23   less so than in the West Bank.  So, that's why experts like

24   myself never describe Hamas as being one and the same thing in

25   these two territories.  It's quite different in these two

1  territories.

2  Q    And the withdrawal from Gaza by Israel was in what year?

3  A    That was in, I think it was, August 2000 -- 2005, and

4  then Hamas come out of the shadows.  And a year later, for the

5  first time ever, they contested the elections.  So, people

6  would come out onto a public platform and say that, I'm going

7  to stand on -- what was called the change and reform lists of

8  Hamas.

9            And also, of course, what also started happening

10 from Gaza is that militant groups, including Hamas, but some

11 of the other political factions, started their campaign of

12 rockets on Gaza and suicide bombs stopped, got the wall,

13 Israel managed its counter terrorist effort here, and then we

14 have this terrible problem of rockets being fired from Gaza.

15 Q    Thank you.  You can take the witness stand again.

16           Turning back to the Zakats that are at issue here in

17 this case, and I said or you said or we said there were eleven

18 of them.

19           Can we have slide seven, please.

20           Are these the eleven Zakats and charitable

21 organizations that you have heard Mr. Levitt and

22 Mr. Spitzen, the plaintiff's experts, testify about in this

23 case

24 A    Yes, they are.

25 Q    And the left side are seven of them that are in the West

1  Bank, which is over here on the northwest part of Israel;

2  right?

3  A    This is the kidney shape, I always call it.

4  Q    And the four on the right are in Gaza, which is down here

5  in the Gaza Strip; is that right?

6  A    Yes, that's correct.

7  Q    On your slide, what does it mean when the name of the

8  Zakat is blue?

9  A    When it's in blue up on the slide, that means I visited

10  those Zakat Committees.  As I said earlier when I was talking

11  about my field work, which I started in the late 1980s and I

12  was actually, from 1987 onwards, I was actually living and

13  working in Israel in the Palestinian Territories, from that

14  period to the present, 2014, but including the period of 2000

15  to 2004, everything that's in blue I have visited.

16  Q    At least once?

17  A    Yes, at least once.

18  Q    Are you aware of whether or not the plaintiffs' experts,

19  Matthew Levitt and Arieh Spitzen, have visited any of the

20  eleven Zakats?

21  A    I don't believe they said that they had visited any of

22  the Zakats.  I don't believe they said they even visited Gaza

23  and the West Bank.  I certainly don't believe they said they

24  visited any of those Zakat committees.

25  Q    Why was it important to your opinion -- that these eleven

1   Zakats are not controlled by Hamas -- to have actually visited

2   them?

3   A    Well, without visiting these actual charities, seeing

4   their premises, seeing where they are located, whether the

5   location is secret or hidden, open, public, how people access

6   the location, unless one has met with the staff and the

7   employees, had the opportunity to speak to beneficiaries,

8   unless somebody has been and seen where they are operating,

9   were they operating in a refugee camp and who else was

10  operating in the refugee camp, who was in charge of the

11  refugee camp or were they operating in a village, in a rural

12  area -- because during this period, as we explained earlier,

13  different parts of the West Bank in particular were under the

14  authority of different political powers, whether it was the

15  Government of Israel and the IDF or whether it was under the

16  Palestinian Authority -- rural communities had different needs

17  compared to urban communities.  Also, by going and visiting

18  the Zakat Committees, you couldn't see the range of the

19  services that they were engaged in.  You couldn't see what

20  they were running.  You couldn't -- I mean, I often had the

21  opportunity to ask to look at all the documentation, all

22  brochures associated with the society.  This I could do.  And

23  particularly as a researcher, particularly in the social

24  sciences, this is essential.  This is primary research.  This

25  is research in the field, and this is me being sure of where

1    the evidence I'm going to use to support my argument comes

2    from, because I've retrieved it.  I've seen it with my own

3    eyes.  I've witnessed it, and I've carried on using the

4    principles of research that allowed me to eventually graduate

5    with a PhD and become a fairly well-known academic.

6    Q    Why were you not able to visit the Ramallah Zakat

7    Committee and the Al-Islah charitable societies?

8    A    It was one of those things I never ended up doing.

9         I've spent plenty of time over the years, probably

10   too much time in Ramallah, which is where both of those

11   committees are located, and I know where the buildings are and

12   I'm familiar with their location.  It's something I never got

13   around to doing.

14        Particularly during that period, one had to take the

15   opportunity to do things when you could.  It was very

16   difficult, as lots of people pointed out.  Life was very

17   disrupted.  If you were traveling from Jerusalem, perhaps you

18   were going to take the bus, there had been an attack, there

19   will be a security alert.  If you were traveling around the

20   Palestinian Territories, often you cannot do what you wanted

21   to do.

22   Q    When you were visiting the nine Zakats that are in blue,

23   did you knock on the door and say, By the way, are you guys

24   part of Hamas?

25   A    No.

1  Q    Why not?

2  A    Because I knew, as I said, I mean, I started looking at

3  Zakat Committees when I first did my research.  I knew what

4  these Zakat Committees were about.  I knew their activity.  I

5  described some of them in my thesis.  And the door was always

6  open.  I didn't even have to knock on it.

7  Q    Fair point?

8        What are the years next to each of the Zakats on

9  this slide.

10 A    The years are the founding dates or the dates that these

11 Zakat Committees were established.  We can see that the eldest

12 one was 1958, I think is the year one of my sisters was born.

13 That means it's more than fifty years old.  Then we moved down

14 from 1961 through to the '70s and as far down as 2000.

15 Q    Why are the dates significant to you?

16 A    Well, the dates are significant in terms of which

17 governing authority would have registered and which laws would

18 have allowed them to have been registered, licensed them,

19 regulated and monitored them.

20        So, again, I think, as we've heard earlier today,

21 different governments were in charge of these territories at

22 different times, and sometimes concurrently monitoring and

23 regulating, as well.

24 Q    Using this slide with the eleven Zakats on it, can you

25 give us a few examples of which governments would have

1   licensed which of these specific Zakats?

2   A    Yes.  So, for example in the West Bank, if we look at the

3   first one, which is Al-Tadanum, which means solidarity, the

4   Solidarity Charity Committee, that was founded in 1958.  And

5   in 1958, the West Bank was ruled and governed by Jordan, so

6   that committee would have been registered by the Jordanian

7   authorities, probably the Ministry of Social Affairs, and

8   would have been regulated by them on an annual basis.

9   Q    Would that have changed over time for a West Bank Zakat

10  charitable committee?

11  A    Yes.  So, for example, if we go down the list and we look

12  at the Nablus Zakat Committee that was founded in 1977:  In

13  1967, Israel, after the Six Day War with the Arab States, and

14  it was victorious, Israel occupied the West Bank.

15          So, when the Nablus Zakat Committee was founded in

16  1977, Israel is the occupying power, and through its mechanism

17  of administration, which was called the civil

18  administration -- I think we've heard quite a lot about what

19  the civil administration were doing.  They were in charge of

20  Palestinian affairs from 1969 onwards -- they would have

21  registered and regulated the committee and also given permits

22  for particular activities of the committee.

23  Q    "They" being Israel?

24  A    Israel, that is right.  The Israeli Civil Administration,

25  but also during that period, other branches of the Israeli

1    Government.

2          So, for example, with the Jenin Zakat Committee,

3    which was founded in 1994, the Jenin Zakat Committee was

4    licensed and registered by Israel.  The Jenin Zakat Committee

5    built a hospital.  So, the Israeli Ministry of Health also

6    played a part in the permits, the issuing of the permits for

7    the building of that hospital, because it relieved Israel from

8    some of its health obligations for the Palestinian citizens it

9    was responsible for in that area.

10         After the Oslo Accords in 1993, which we heard about

11   today, when the Palestinians took some self-governing powers

12   and the peace process began, we have the Palestinian Authority

13   coming along and they are in charge.

14         I mean, Israel COGAT, through the Civil

15   Administration, is still involved in monitoring some of these

16   committees.

17         But the Palestinian Authority is the government

18   authority, and they take on and they're in charge of the

19   process of licensing on an annual basis, these committees.

20   They take on the process of, through their Ministry of

21   Interior with these committees, through monitoring them and

22   doing security screens on them, they, through other ministries

23   such as the Ministry of Social Affairs and through the

24   Ministry of Awqaf and Religious Affairs -- that's like the

25   Ministry of Religious Affairs -- they work with these Zakat

1   Committees, and they regulate them, and in many respects, the

2   Palestinian Authority, from about 1995 onwards, seeks to have

3   itself publicly affiliated with these Zakat Committees, as

4   well.  The good works of these particular Zakat Committees,

5   they wanted to be associated with that.

6            So, you would see, for example, the letterheads of

7   particular Zakat Committees, you would see the Zakat

8   Committee, and then you would see the Ministry of Awqaf and

9   Religious Affairs.  Or you might, for example, I spoke about

10  the big religious celebration on Ramadan, and the celebration

11  at the ending of the Al-Fitr.  So, that's the big feast that

12  celebrates the end of forty days of fasting.

13           And what the Ministry of Religious Affairs and the

14  Zakat Committees would do is, they would put adverts in the

15  paper saying, Bring a smile to an orphan child, buy a token

16  and take it to, you know, to Tulkarem Zakat Committee or

17  another Zakat Committee, and that would be used to buy a gift

18  for a child.

19  Q    The Palestinian Authority, that was regulating and

20  monitoring these Zakats after 1994, what relationship, if any,

21  does the Palestinian Authority have with Hamas?

22  A    The Palestinian Authority, since it was established after

23  the Oslo Accords, I mean, the Oslo Accords were an agreement

24  between not the Palestinians, actually, but the Palestine

25  Liberation Organization and the State of Israel in 1993.

1            And the agreement allowed for the PLO and its

2    leaders, people like Yasser Arafat -- I think most of us would

3    be familiar with him with his keffiyeh on and everything --

4    they came from exile to establish this Palestinian Authority,

5    first in Gaza and Jericho, and then over the whole of the West

6    Bank.

7            And the Palestinian Authority became totally

8    dominated by the PLO and its main faction, and its main

9    faction is called Fatah.  And they were in constant rivalry

10   and even enmity with Hamas.  It was very important for the PLO

11   to be seen to be building peace with Israel and building the

12   state, building the state through the Palestinian Authority,

13   and not to allow groups like Hamas, who were anti-peace, who

14   were anti the Oslo Agreement, muscle in on the action.

15            (Continued on next page.)

16

17

18

19

20

21

22

23

24

25

1   BY MR. INGERMAN:  (Continuing)

2   Q    Did the Zakats that were monitored and licensed by the

3   Palestinian Authority that are up on the slide here in the

4   West Bank and Gaza, did they have to renew those licenses

5   periodically with the Palestinian Authority?

6   A    Yes.  Once the Palestinian Authority was established in

7   1995, they introduced a number of laws and the most

8   significant were the laws that were pertaining to

9   non-governmental organizations and religious associations and

10  this meant these, all of these committees had to annually

11  submit and apply for, for their license and the process

12  included then, as I say, apply to the Ministry of Interior.

13  The Ministry of Interior had branches that included the

14  Palestinian Intelligence Services, plus they also had to

15  submit audited annual accounts and the minutes of the annual

16  general meetings as and when, as and where they were

17  available.

18  Q    Okay.  Now, let's focus for a moment on the West Bank

19  slide -- on the West Bank slides, on the West Bank Zakats and

20  if we can have the next slide shown, please.

21          Just point out briefly where each of these is on the

22  West Bank for us?

23          (Published.)

24  A    So, as you can see, whether you look at the slide or

25  you're looking at the map in front of you, the Zakat

1  committees which had been established from the '50s onwards

2  were active and organized from the most northern parts of the

3  West Bank through to the central area and down to the most

4  southern part in Hebron.  And Hebron was a big city, but also

5  it's the largest regional area or governorates as the

6  Palestinians call them.

7         So, they went right from the north all the way to

8  the center and down to the southernmost town.  Hebron is the

9  most, southernmost town in the West Bank or southernmost city

10  in the West Bank.

11         MR. INGERMAN:  And, Sean, can we have the next

12  slide?

13  Q    With respect to the Gaza Strip Zakats, just tell us

14  briefly where those four reside?

15  A    Yes.  As -- I mean, Gaza is very small, a very small

16  area.  They were, they were in all parts of the Gaza Strip.

17  Now, Gaza is one of the most densely populated areas in the

18  world.  It mostly consisted of the refugee population where,

19  you know, with these huge refugee camps that people are living

20  in and these Zakat, these Zakat committees and charitable

21  locations were located in the main centers or areas of those

22  populations.

23         So, in Gaza City and in areas to the north of Gaza

24  City which we can't really see on the map, Beit Hanoun and

25  Beit Lahya, and then in towns and cities or towns like Khan

1   Younis in the middle area, all of the refugee camps are around

2   there.  It's just really one big sprawl of refugee camps and

3   densely populated areas.  And then right down on the south to

4   the border with Israel and Egypt to the town of Rafah.

5   Q    I think at the outset of your testimony here, you said

6   that your opinion was that these eleven Zakats and charitable

7   organizations are not controlled or perceived to be controlled

8   by Hamas.

9        I'd like you to just take a minute and tell the

10  ladies and gentlemen of the jury when you say controlled, what

11  do you mean by that?

12       MR. INGERMAN:  Sean, if we can have the next slide,

13  please.

14  A    Well, I've tried to sort of make it as simple as possible

15  by what I mean by "controlled."  So, were Hamas directing the

16  decisionmaking of these societies?  Were they deciding what

17  the money was spent on?  Were they deciding who benefits?

18  Were they deciding what activities?  And in terms of directing

19  the missions and goals of these societies, what I was looking

20  at was could I see if Hamas had changed the missions and goals

21  of these societies because the goals of these societies and

22  the mission of these societies was very specific:  Zakat or

23  charity for Muslims without discrimination.  Very specifically

24  charitable goals and aims.  And then in terms of finally of

25  control, could I see that they were directing the day-to-day

1    activities of the society through the, through the number of

2    employees, through hiring and firing, through budget lines,

3    through annual plans and those kinds of things.

4    Q    And did you observe any evidence at all that Hamas was

5    controlling, as you used the term, any of these eleven Zakats

6    and charitable organizations during the relevant time period

7    of 2000 to 2004?

8    A    No, I didn't.

9    Q    Now, let's talk for a minute about control.

10           Was it important to you, Professor Milton-Edwards,

11   with respect to your opinion about control, if a poster of a

12   Hamas martyr was found in one branch of one Zakat or a

13   postcard or something with a Hamas insignia was found in one

14   of the branches, what role, if any, did that play in your

15   analysis of whether Hamas controlled that particular Zakat?

16   A    Well, I mean, I read about -- I read about such

17   allegations in the reports of the plaintiffs' experts, but I

18   had to weigh that against what I myself had seen through my

19   long experience and, in particular, during that period of 2000

20   to 2004.

21           So I didn't see, in those eleven Zakat committees, I

22   didn't see those kinds of postcards and literatures.  I don't

23   know where a particular martyr poster or a postcard as has

24   been mentioned here, you know, was that found on the walls of

25   the Zakat committee, was it found in a waste bin or drawer?  I

1    don't know where, where it was.

2    Q      Did you ever see any Hamas, for lack of a better term,

3    paraphernalia when you visited these eleven Zakats during the

4    2000 to 2004 time frame?

5    A      No, I never saw any such paraphernalia.  I never saw -- I

6    mean, I would be familiar, I would be familiar, really

7    familiar with Hamas paraphernalia.  I looked at it in terms of

8    my Ph.D.  I've been familiar with, you know -- it used to be

9    very difficult to acquire or find such paraphernalia.  Hamas

10   wasn't always broadcasting its goals.  So I didn't see

11   anything like that.

12            What I saw in terms of what was on the walls of

13   these committees, specifically those eleven committees was

14   the, I saw posters of Al-Aqsa Mosque in Jerusalem which is the

15   third most holy site.  I saw pictures, posters of Mecca, which

16   is the most holy site in Islam.  And, I mean, I do recall, I

17   think, on a visit to the Islamic charitable society in Hebron

18   seeing a very, apparently a very old photograph of King

19   Hussein of Jordan who I think had visited the society and I

20   think maybe I recall in one of the Nablus offices seeing a

21   framed portrait of President Yasir Arafat, but you would have

22   seen that in every public building during that period.  I

23   mean, you didn't really have a choice.  You had to display

24   that because he was the head of the Palestinian Authority.

25   Q      Now, when you visited the Zakats and charitable

1   organizations that you did over the years, were those visits
2   announced?  In other words, did they know you were coming all
3   the time or sometimes did you come by surprise?
4   A    It would have been, it would have been a mixture and it
5   would have been, it would have been dependent on who I was
6   with, what activity I was undertaking.  It might specifically
7   have been on my agenda during a particular visit or mission to
8   the West Bank and Gaza during that time to make sure that I
9   included visits to these Zakat committees to see what was
10  happening in terms of community relief, humanitarian support
11  and charitable aid and security of citizens.  Other times I
12  might have just taken the opportunity because I was in the
13  area and the office was open.  Caveat emptor, as they say in
14  Latin.  You know, seize the day.  There wasn't a curfew.  I
15  was there.  So I would call in unannounced.  So as I say
16  sometimes they were arranged, prearranged and announced visits
17  and sometimes they were unannounced visits.
18  Q    Now --
19  A    And sometimes, sometimes I went, you know, I went alone
20  and sometimes I would have been with Palestinian officials or
21  other officials such as, you know, my European colleagues or
22  other European officials.
23  Q    One of the things that the jury has heard about in this
24  case from Mr. Spitzen is the Israeli designation list.  Are
25  you familiar with that?

1    A    Yes.   I've heard about it in terms of this trial.

2    Q    Okay.   And Mr. Spitzen testified that a number of these

3    Zakats were listed, were designated by Israel in 2002 for

4    having an affiliation with Hamas.   Are you aware of that?

5    A    Yes, I'm aware of that.

6    Q    And what -- first of all, based on all of your research

7    and time that you spent in the Palestinian territories in 2000

8    to 2004, had you ever seen or heard of this Israeli

9    designation list during that time period?

10   A    No, I hadn't, and, I mean, I'm quite surprised because I

11   mean during that period, I was also meeting with Israeli

12   intelligence and counter-terrorism and military

13   counter-terrorism operatives, people who were operative in the

14   West Bank and Gaza, and I've never heard of it.   So it was

15   only when this trial took place, I heard about this so-called

16   blacklist but as far as I know, during the period in time, it

17   was never public.

18   Q    Did you ever see any evidence in your visit to these

19   Zakats that the Zakats themselves knew or were told that they

20   had been placed on the Israeli designation list?

21   A    No.   Again, I mean, during the period in question of 2000

22   to 2004, no one ever mentioned these blacklists.   I mean,

23   obviously, if these offices would have been closed, then I

24   obviously wouldn't have been going to visit them.   So I was

25   going to these offices and meeting with the employees and

1    members of the Zakat committees and nobody mentioned them.

2           Now, after the fact, subsequently, I do know that

3    there are particular managers or employees of the committees

4    who said that, you know, well, the civil administration didn't

5    even tell us.

6    Q    Now, there's also been evidence in this case from the

7    plaintiffs' experts, I think it was Matthew Levitt, about a

8    German intelligence service letter that listed some of the

9    Zakats as having some affiliation with Hamas.  Have you seen

10   that?

11   A    I've seen it in relation to this trial, yes.

12   Q    Okay.  And during all of the work that you did in the

13   2000 to 2004 time frame, had you ever heard of this German

14   intelligence letter?

15   A    No, I had never heard of it.

16   Q    Had you ever talked with anybody in the Palestinian

17   territories during the 2000 to 2004 time period where that

18   German intelligence letter had come up?

19   A    No, never.

20   Q    Are you aware of the German intelligence letter ever

21   being publicly available in the 2000 to 2004 time period?

22   A    Not in the Palestinian territories, no.

23   Q    Now, there's another piece of evidence that's in this

24   case, I think, again, through Mr. Levitt, something that's

25   been referred to as the Watson memo which is a memo written by

1   someone in the FBI.  Have you seen that?

2   A    Yes, I have, and I've read it.

3   Q    And are you aware that some of the Zakats that are at

4   issue in this case are listed in there as having some

5   affiliation with Hamas?

6   A    Yes.  If I recall, I think some of the West Bank Zakats

7   but not any from Gaza.

8   Q    And are you aware that the Watson memo was given to the

9   United States Department of the Treasury?

10  A    Yes, I am.

11  Q    And during the 2000 to 2004 time frame, was the Watson

12  memo publicly available to your knowledge?

13  A    No, not to my knowledge, it wasn't.

14  Q    And after the Watson memo went to the Department of the

15  Treasury, were any of the nine, any of the eleven Zakats that

16  are at issue in this case ever designated by the United States

17  during the relevant time period of 2000 to 2004?

18  A    No.  I mean, none of the, none of the eleven Zakat

19  committees during the period of 2000 to 2004 were ever

20  designated by the United States of America.

21  Q    Were any of the Zakat, the eleven Zakat committees that

22  are at issue in this case ever designated by the European

23  Union during the 2000 to 2004 time frame?

24  A    No, they most certainly weren't otherwise, I wouldn't, in

25  my capacity as special advisor to the European Union's Foreign

1    and Security Chief, been allowed to make special visits to

2    those Zakat committees so they were not.

3    Q    And were any of the eleven Zakats that were at issue in

4    this case ever designated by the United Kingdom or

5    United Nations as terrorist organizations or affiliated with

6    Hamas?

7    A    Again, like I already said, the United Kingdom did not,

8    the EU did not and the UN did not.

9    Q    And the U.S. did not?

10   A    And the United States of America did not.

11   Q    Now, in determining whether or not a particular Zakat or

12   charitable organization was controlled by Hamas, did you

13   develop a series of factors that you used to make your

14   determination?

15   A    Yes, I did.  I sort of used a number of criteria.  I

16   think all the experts have, you know, used a number of

17   criteria.  That's what you would do.  You wouldn't just take

18   one factor and say that's it, I've decided they are or they

19   aren't.

20           MR. INGERMAN:  Can we have slide 11, Sean?

21           Just witness only, you want?  Okay.  Mr. Osen would

22   like witness only.  I can't see it.

23           THE COURT:  It's there on the podium.

24           MR. INGERMAN:  Thank you, Your Honor.

25   Q    Professor Milton-Edwards, slide 11, does that reflect

1   some of the factors that you used in reaching your opinion in

2   this case?

3   A     Yes, it does, and we've already started talking about

4   some of those factors.

5               (Continued on next page.)

1          MR. INGERMAN:  Your Honor, I would like to show

2    slide 11 to the jury, please.

3          MR. OSEN:  Objection, Your Honor.

4          THE COURT:  All right.  Let's have a side bar.

5          (The following occurred at side bar.)

6          THE COURT:  Mr. Osen, I'm just not sure you

7    appreciate the distinction between admissibility and

8    cross-examination.  These are what she relied on.  If they're

9    defective, you bring that out on cross-examination.

10         MR. OSEN:  But it's not in her report, Your Honor,

11   and it's not in her testimony.  Some of those are but not

12   others.

13         THE COURT:  Which ones are not?

14         MR. OSEN:  So when she testified identification of

15   Zakat board members, she said that she didn't remember people

16   and she didn't have lists.

17         THE COURT:  Impeach her.

18         MR. OSEN:  I understand, Your Honor, but at some

19   level, otherwise our impeachment will go on for five days.

20         THE COURT:  Then let it go on for five days.

21         MR. OSEN:  That's fair enough.

22         THE COURT:  I gave defendants the time they wanted.

23   I will give you the time you want.

24         MR. OSEN:  Okay.  That's fair enough.

25         MR. INGERMAN:  Thank you, Your Honor.

 1                  (The following occurred in open court.)

 2                  MR. INGERMAN:  May we just -- okay.  Thank you.

 3                  (Published.)

 4                  MR. INGERMAN:  Your Honor, may I proceed?

 5                  THE COURT:  You may.

 6    BY MR. INGERMAN:

 7    Q    Professor Milton-Edwards, would you just walk the jury

 8    just quickly down this list of factors that you used to

 9    determine that these Zakats were not controlled by Hamas?

10    A    Yes, and I'll work through things on the slide that I've

11    already mentioned because I don't want to bore people.

12                  I've already mentioned the personal observations.

13    Organizational history, I think a number of people have agreed

14    that that's important.  Identification of Zakat board members

15    and officers that I was aware of.  My interviews and meetings.

16    Also, as I've already perhaps begun to talk about today, you

17    know, my interviews and meetings with various groups in the

18    Palestinian territories, and that includes the different

19    political factions from the PLO and Hamas and Palestinian

20    Islamic Jihad and different community groups, the government

21    officials and groups like refugee camp leaders because, again,

22    I've already mentioned that particularly in someplace like

23    Gaza, refugee camps are places where the biggest numbers of

24    population reside in these huge refugee camps.

25                  I had interviews and very many regular meetings with

1    a number of international intelligence agencies including my

2    colleague from MI-6.  Again, I was looking to see whether

3    there was an absence of evidence of Hamas affiliation.  We've

4    already mentioned the designations.  Also, you know, it was

5    important to see were these Zakat committees in partnership

6    with international aid organizations such as the aid

7    organizations of the U.S. government, USAID.

8              And in particular, again, for me, I, in fact, was

9    part of a UK government international development mission,

10   DFID, the Department for International Development, so I had

11   familiarity with that.  So, again, I was interested in seeing

12   what kind of partnerships there were with international aid

13   organizations.

14   Q    Before you go on, Professor, I want to interrupt you for

15   a moment.  I apologize.

16   A    Yes.

17   Q    It reminded me that Mr. Spitzen testified here to the

18   jury that the aid to the Zakats, when Israel found out about

19   it, they called up the United States and the aid from USAID

20   and ANERA and others stopped in 2002.  Do you recall that

21   testimony?

22   A    Yes, I do.

23   Q    Is that true or false?

24   A    Well, I believe that Mr. Spitzen recalled incorrectly.

25   According to reports and studies, it was only after 2006 when

1  Hamas came out of the shadows and won the election in the

2  Palestinian territories to the legislative council and the

3  international community, including the United States, the UN,

4  the EU and Russia, said we're not going to cooperate with the

5  Hamas government and they -- it was at that point that I

6  believe that the U.S. Government told USAID to, to end its

7  funding partnerships with the Zakat committees.

8            In fact, during the period 2000 to 2004, I mean, I

9  recall very clearly at the entrance to cities like Nablus in

10 the West Bank, USAID would have huge hoardings advertising its

11 partnership and cooperation with local Palestinian projects

12 and agencies and of course that included those Palestinian

13 Zakat committees and charitable organizations.

14 Q    Okay.  Thank you.

15           And the last one on the slide?

16 A    The last one was financial records and as I've said, I've

17 already spoken about the annual accounts of the Zakat

18 committee.

19 Q    And probably because you're a professor who has written a

20 dissertation and gotten a Ph.D., you have another slide of

21 additional factors, don't you?

22 A    I do.  I'm sorry.

23 Q    Can we see the next slide, please.  And just try to walk

24 through those quickly.

25 A    I tried to be thorough.

1          So, obviously, we already spoken about who benefits

2     from the charity of the Zakat committees, you know, we said

3     that they benefit without discrimination.  So, looking at who

4     the beneficiaries are and beneficiary files, whether they had

5     all of these charity committees and Zakat committees, did they

6     have their own addresses, were they in their own buildings,

7     could you easily identify them as the Zakat committees or were

8     they being controlled by something else.

9          I've spoken about regulation and oversight both by

10    Israel through the civil administration and the Palestinian

11    Authority.  Also, I thought it was, you know -- it would be

12    telling or it would be important in terms of the criteria to

13    see were any of these Zakat committees coordinating with the

14    Israeli defense forces during the period of 2000 and 2004 or

15    other Israeli authorities to actually distribute humanitarian

16    aid, particularly in towns like Jenin and Ramallah and Nablus.

17         I looked at whether Hamas was claiming control of

18    the Zakats and house members or people that I was speaking to

19    who said that they were representing Hamas views.  Again, very

20    importantly, did the Palestinian community, did the people of

21    these areas in these towns, in these refugee camps, in these

22    villages, did they say, oh, yes, that's the Hamas committee.

23    So that was very important, that perception, specifically as

24    it related to these Zakat committees.

25         And also it was important for me to determine was

1    Hamas, during this same period, identifying itself with its

2    own charitable activities claiming the kudos for its own

3    charitable works and welfare activities.  And then finally as

4    I've already said, I thought it was important to look at what

5    I've called the ideological aims or objectives or the mission

6    of these charitable committees and Zakats.

7    Q    Okay.  So let's start talking about them individually and

8    we're going to start in the West Bank here.

9                (Continued on following page.)

1      MR. INGERMAN:  And if we can have slide 13, Sean.

2      THE COURT:  Before you do that, let's just have a

3  side bar for a minute.

4      MR. INGERMAN:  Sure.

5      (The following occurred at side bar.)

6      THE COURT:  Plaintiffs have not objected to this on

7  the ground that this is coming out of her supplemental report

8  which I understand Judge Gershon has excluded.  Listening to

9  her testimony, I don't know if it did or if it didn't.

10     Is it the understanding of the defendant that the

11  work she did post rebuttal reports is not to be used in this

12  trial?

13     MR. INGERMAN:  Correct.  And I've instructed the

14  witness that specifically, Your Honor.

15     THE COURT:  Okay.  I just wanted to make sure of

16  that.

17     (The following occurred in open court.)

18     THE COURT:  Go ahead.

19     MR. INGERMAN:  May we show slide 13 to the jury,

20  please?

21     THE COURT:  Yes.

22     (Published.)

23     (Continued on next page.)

24

25

1  BY MR. INGERMAN:

2  Q   We're going to start with the Islamic charitable society

3  of Hebron and if we could have slide 14, Professor Edwards, if

4  you can tell us where that is, please?

5  A   Yes.  So as I've said, it's right down on the south of

6  the West Bank and Hebron is the largest governorate of the

7  West Bank.

8         MR. INGERMAN:  And if we could see the slide 15,

9  please.

10  Q   How many branches does the Islamic Society of Hebron have

11  or did it have during that period of time?

12  A   During this period of time, it had eleven branches.  It

13  had a branch in Hebron city.  It had a branch in the town of

14  Halhoul and to spare the court reporter, I'm just going to say

15  that they had branches, the rest of the branches.  Those were

16  all small villages so, because Hebron is mainly a rural

17  governorates.  So there's one in the city, one in the nearest

18  large town and the rest were in these small villages which

19  during this period as we've already heard today, you know, the

20  villages were closed off by the Israeli military so people

21  could get local relief from the community by the community and

22  on the spot, meaning not having to travel to get aid or

23  humanitarian assistance.

24  Q   Did each of the branches of the Zakat charitable society

25  have their own board of directors?

1   A    Yes, it did.

2   Q    And did the board of directors of each branch control the

3   day-to-day activities of that branch?

4   A    Yes, they did, and of course they were regulated to do so

5   by the Palestinian Authority during this period.

6   Q    Now, you said you've been to the Islamic charitable

7   society of Hebron during the relevant time period of 2000 to

8   2004?

9   A    Yes, that's right, and also I can definitely recall going

10  out to the town of Halhoul.  It's a bit of a dump, but it's

11  there.

12  Q    I'm going to ask you this question.

13  A    It's really awful.

14  Q    Did you say it's a bit of a dump?

15  A    It's a real dump.  It's where everybody goes to buy

16  secondhand goods.  I mean, if you can imagine secondhand third

17  world goods, you can get an idea of what a dump is and I

18  apologize to any residents of Halhoul.

19  Q    I don't think we have any residents of Halhoul.

20        I'm going to ask you questions for all of the Zakats

21  but to try to save time, for each of these Zakats, have you

22  prepared slides of generally what each Zakat is?

23  A    Yes, I have.

24  Q    And can we see slide 16 for the Islamic Charitable

25  Society of Hebron and if you could walk us through this,

1    Professor Edwards.

2    A     Yes.   So the Charitable Society of Hebron was founded in

3    1961 when Jordan still ruled over the West Bank.   Remember, I

4    mentioned about King Hussein of Jordan having gone and visited

5    the Charitable Society at some point in the, in the late 60s.

6    So it was -- when it was founded, of course, it was licensed

7    by Jordan and then after 1967, it was licensed by Israel and

8    the committee worked with the Civil Administration, with

9    COGAT.   And then after 1995, the licensing regime or

10   regulation of the Charitable Society moved to the Palestinian

11   Authority and, in particular, the ministries of the

12   Palestinian Authority that the Charitable Society worked with

13   included the Ministry of Social Affairs and the Ministry of

14   Interior and, and I believe the Ministry of Education.

15             The Society, as the name suggests, rather than the

16   Zakat committee, has over 1,300 members.   Thirteen hundred, I

17   think Americans say, don't they?  1,300.   And the Society

18   elections to the board of directors was regulated and approved

19   by a, monitored by a representative of the Palestinian

20   Authority from the Ministry of Interior.   So that

21   representative would come to the annual general meeting at

22   which the members attended, he would ensure that there were

23   enough members there for the annual accounts to be approved

24   and for the vote for the new members of the board of directors

25   to take place and that, that would be reported and approved.

1    As I said, there are eleven branches across, across the area

2    with nine boards of directors.  So there were a total number

3    of about, of about 98 or more than 98 board of directors for

4    the whole of the society.

5    Q    Let me stop you there.

6    A    Yes.

7    Q    Why was it important to your analysis how many boards,

8    how many directors there were for these various Zakats and

9    charities?

10   A    Well, I think everybody has considered and looked at the

11   leadership, the leadership being the boards of directors for

12   these Zakat committees and charitable societies.  So, knowing

13   how many, how many members of boards of directors there were

14   is very important.

15   Q    And how is that important to your opinion with respect to

16   control?

17   A    Well, because numbers count and we, we can see here that

18   we have considerable number of total board, of a total number

19   of board members with this charitable society.

20   Q    Okay.  And the last bullet point?

21   A    Yes.  Well, I mean the Society itself, because of the

22   kinds of services that it offered, the Society had almost 300

23   employees.  These were all Palestinians and they included

24   people like social workers, school teachers and care workers

25   and some administration people, kindergarten supervisors, and

1  that meant, actually, in the case of the Hebron society, that

2  the majority of these employees were, were women and this was

3  a great opportunity, sorry, but because women in the

4  Palestinian territories don't have as many employment

5  opportunities as men.  So this is a great opportunity for

6  women in the area to have, to have paid work outside the home.

7  Q    Let me ask you about that because were you here when

8  Mr. Spitzen, the plaintiffs' expert, testified that women in

9  the Palestinian territories during this time period don't have

10  bank accounts.

11  A    Yes, I heard that.

12  Q    Is that true or false?

13  A    I believe that's false.

14  Q    How do you know that?

15            (Continued on next page.)

16

17

18

19

20

21

22

23

24

25

1          MR. OSEN:  Objection, Your Honor.

2          THE COURT:  Let's have a side bar.

3          (The following occurred at side bar.)

4          THE COURT:  What's the objection?

5          MR. OSEN:  Mr. Spitzen didn't testify they didn't

6   have bank accounts.  He testified several prominent Hamas

7   leaders' wives did have bank accounts.  The testimony was that

8   they didn't have independent control of them because they were

9   part of a society in which they are under their husbands'

10  domination, if you will, so he misstated the actual testimony

11  to which she then agreed.

12         THE COURT:  It's good cross.

13         MR. OSEN:  They won't remember it in five days,

14  Your Honor.

15         THE COURT:  When you read them Spitzen's testimony,

16  perhaps they will.

17         MR. OSEN:  Okay.  Thank you, Your Honor.

18         (Continued on next page.)

19

20

21

22

23

24

25

1       MR. INGERMAN:  May I, your Honor?

2       THE COURT:  You may.

3   Q    Professor, before the interruption, I asked how is it

4   that you know that women in the Palestinian Territories in

5   2000 and 2004 actually had their own bank accounts?

6   A    Let me say that every woman that I know and I knew during

7   that period had their own bank accounts.  The many women who

8   were employed by the Palestinian Authority, civil servants,

9   school teachers and hospital workers and care assistants, they

10  all had their salaries paid into their own bank accounts.

11  I've never heard anything of the sort before.

12  Q    Now, based on your visits and research to the Islamic

13  charitable societies in Hebron, were you able to identify the

14  various charitable activities they take?

15  A    With this charitable society, there were particular

16  vulnerable groups that they dedicated their charitable

17  activities to.

18  Q    Slide 17.  Quickly walk us through the various charitable

19  activities of the Islamic Charitable Society of Hebron that

20  you observed during your time there and research in the 2000

21  and 2004 time period?

22  A    First, as I've already pointed out, we had Hebron city,

23  but the rest of the region was rural, as a result of which was

24  very poor.  We know about the poverty rates.  We have people

25  living on less than two dollars -- a majority of the people

1    living on less than two dollars a day, or less than two

2    dollars a day.  In Hebron, that was forty percent of the

3    population.

4           What the charitable society did since it was founded

5    in 1961, and hadn't appeared to deviate from its goals during

6    the period that I was looking at it, they were providing aid

7    to the Palestinian community there without discrimination.

8    And in particular, the charitable committee engaged in

9    activities that supported the orphan population of the region.

10           Something I want to say about orphans here, because

11   we probably, in the U.S. and in the U.K., when we think of

12   orphans, we think of Annie or Oliver Twist, and they don't

13   have a mom or dad.

14           In Palestinian society, an orphan is a child without

15   a father, because the father tends to be the breadwinner, and

16   often an orphan is a child without a father, and there were

17   many orphans during this period.

18   Q    Is that true in Hebron, or is that true with respect to

19   all of these Zakats, when there's a reference to an orphan in

20   the 2000 and 2004 time period, does that mean that the child

21   does not have a father?

22   A    Yes, that's correct.

23           The other thing to remember in terms of the care of

24   orphans was that the Palestinian Authority itself didn't and

25   wasn't able to offer any provision of care for orphans.  There

1  were no Palestinian Authority orphanages.  It was up to the
2  charitable sector, and always had been up to the charitable
3  sector, even when the West Bank was under Jordanian and
4  Israeli rule.

5          When I was saying earlier today in Islam, the giving
6  of Zakat was specifically the type of charity that was always
7  meant to be for orphans, because the Prophet Mohammed had said
8  this, there were sayings that he said, that the orphans in
9  particular should be cared for, because this is what had
10 happened to him during his lifetime.

11         So, what the charitable committee did was, they
12 provided all sorts of services of support for orphan children
13 and their families, because, obviously, again, we've heard a
14 lot about how big Palestinian families were, we're talking
15 about sort of average size of perhaps nine to twelve children
16 in a Palestinian family, living in these very densely
17 populated areas, in small, very basic shelters and homes or
18 refugee camps.

19         So, what they would do is, what the society was
20 doing during this period was providing free or subsidized
21 schooling for children.  Help with housing.  There was some
22 free housing made available through charitable endowment.
23 Food.  And again, when we're talking food, I'm not talking
24 hamburgers.  Pita bread and flour and maybe a little bit of
25 the meat when there was a religious festival.  Transportation.

1    You know, to and from the schools or the kindergartens.

2           Also, in particular, as I said, they provided these

3    orphan care services for children in the region and in

4    particular for orphan girls.

5           So, the society ran Palestinian Authority licensed

6    kindergartens all around those villages, those eleven villages

7    that we spoke of, and in Hebron and in the town of Halhoul.

8    The kindergartens were of preschoolers, boys and girls all

9    together.

10          And then they ran -- the charitable society ran an

11   elementary school in some of the branches, again, both for

12   boys and girls.  They all go to school at elementary level

13   together.

14          And then the charitable society ran two secondary

15   schools.  Is it high schools here, or secondary schools?  I

16   think so.  One was for boys, and one was for girls.  And these

17   schools were licensed by the Palestinian Authority.  And

18   obviously, the curriculum that was taught in these schools was

19   approved by the Palestinian Authority Ministry of Education.

20          As well, what the charitable society did was, they

21   ran two orphanages.  One -- one of the orphanages were in the

22   City of Hebron.  One was a boys' orphanage, and one was a

23   girls' orphanage.  For both of them, I think they took

24   children from about the age of about five, and they took them

25   right through until they completed their high school

1    education.

2          And then through the other projects that the society

3    ran, like the sewing workshop in particular for the girls or

4    young women as they became mature, the sewing workshop

5    provided an opportunity for them to gain vocational skills.

6    And the sewing workshop makes school uniforms for the

7    children, so they can have free clothing.

8          And there was also a bakery which baked pita bread,

9    and they would -- the pita bread would be distributed free to

10   the beneficiaries of the charitable society, and any surplus

11   was sold through a small bakery shop.  And then obviously, the

12   monies -- it was all not-for-profit, so it then went back into

13   the activities of the society.

14   Q    Can we show the witness only Slide D-3.

15         Professor Milton-Edwards, did you have an

16   opportunity to take photographs of certain parts of the

17   Islamic Society of Hebron.

18   A    Yes, I have.

19   Q    Slide 18 that's in front of you are three pictures.  It's

20   Defendant's Exhibits 1602 and 1603 and 1604.  Do those

21   pictures fairly and accurately represent the Islamic

22   Charitable Society of Hebron in the 2000 and 2004 time period?

23         MR. OSEN:  Objection, your Honor.

24         THE COURT:  Well, she can answer that question.

25   A    Yes, they do.

1    Q    When did you take these photographs?

2    A    I took the photographs in 2008.

3              MR. INGERMAN:  Your Honor, I would move for the

4    admission of 1602, 1603 and 1604.

5              THE COURT:  Any objection?

6              MR. OSEN:  Yes, your Honor.

7              THE COURT:  Let's have a sidebar.

8              (Continued on next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (Sidebar.)

2          THE COURT:  What's wrong with 2008?

3          MR. OSEN:  Not in the time period we're talking

4     about.  It has virtually no probative value, except to be the

5     equivalent of the happy children from 2013.  I thought your

6     Honor had ruled to exclude these.

7          THE COURT:  I thought they were 2013, and that is

8     considerably removed.  Now, it's 2008.

9          MR. OSEN:  They were produced to us in 2014.

10          THE COURT:  I might have misunderstood that.

11          MR. INGERMAN:  That's not right.  These were

12     pictures that were produced with Professor Milton-Edwards'

13     original report.  All of the 2013 pictures are out, per your

14     order.

15          THE COURT:  Okay.  There are no happy children in

16     these pictures.  These are all you have?

17          MR. INGERMAN:  That's all I have.

18          THE COURT:  I will allow these to go in.

19          (Continued on next page.)

20

21

22

23

24

25

1     (In open court.)

2     THE COURT:  All right.

3     1602, 3 and 4 are admitted.

4     (So marked.)

5     THE COURT:  Proceed.

6     MR. INGERMAN:  May we show slide 1 to the jury?

7  Q    Are these the pictures you took of the Islamic Charitable

8  Society of Hebron, the orphanage?

9  A    That's correct.

10 Q    Can you brief describe what each picture is, please?

11 A    Up on my top left-hand side is just the outside of the

12 orphanage with a sign in Arabic and English saying it's the

13 Orphanage Charitable Society.  This was the girls' orphanage,

14 is on one of the main streets in Hebron that takes you out of

15 the city.  The outside is walled, and then there are big

16 security gates.  Then when you go up to the entrance, when I

17 visited during the period of 2000 to 2004, there would be like

18 a security guard or what you call a doorman at the entrance,

19 to make sure that no unwanted callers, young men with perhaps

20 dishonorable designs trying to get into the girls' orphanage.

21 Inside, you can see up there that man obviously is not one of

22 the orphans.  He worked at the orphanage.  That's one of the

23 dormitories.  The girls shared a dormitory.  There were

24 blankets and a sheet and shared a locker.  It was not fancy.

25 The central picture is the community kitchen.  The females had

1   home-cooked meals for the orphans that were living there.

2   Q    Based on all of the field work and research that you have

3   done and your visits to the Islamic Charitable Society of

4   Hebron, did you then apply your factors that we saw earlier to

5   determine whether or not the Islamic Charitable Society of

6   Hebron was controlled or perceived to be controlled by Hamas?

7   A    Yes, I did.

8   Q    Can we see, please, slide 19.

9         MR. INGERMAN:  Your Honor, may I run these down?

10        THE COURT:  Show them to the plaintiff's counsel

11  first.  See if you have an issue.

12        MR. INGERMAN:  I think Mr. Osen has agreed, subject

13  to his objection, to allow us to show them.

14        THE COURT:  Okay.

15        MR. INGERMAN:  Can we run through those.

16  BY MR. INGERMAN:

17  Q    Professor Milton-Edwards, are these the criteria you

18  considered for this particular charitable organization, the

19  Islamic Charitable Society of Hebron, in reaching your

20  conclusions?

21  A    Yes, that's correct.  These are the criteria that I

22  considered in reaching my conclusions about the Islamic

23  Charitable Society of Hebron specifically during the 2000 to

24  2004 period.

25  Q    Walk us through these, if you would.

1    A     They included things like the beneficiary lists, which I

2    had seen and spoken to employees, the staff of the society,

3    about.  I've looked at the beneficiary lists.  They didn't

4    indicate in any way whatsoever that the beneficiaries were

5    being discriminated against.

6            I knew that the charity had been vetted and cleared

7    by US AID, the Aid and Development Department of the United

8    States Government.

9            I knew that during this period, they were not

10   designated -- they were not a charity that had been designated

11   as a Hamas front or controlled by Hamas, by either the

12   government of the United States of America or the EU or the

13   UK, and they didn't appear on any UN lists.

14           I had interviewed particular board members,

15   employees.  I had spoken to beneficiaries of the society,

16   obviously not just the children, but I had spoken to the

17   mothers who, in a sense, were beneficiaries of the society, as

18   well.

19           I had spoken with and had meetings with both

20   Palestinian Authority and Israeli officials in the city, and

21   the governor at the time, including the head of Preventive

22   Security, which was the Palestinian Intelligence Agency, the

23   governor of the Hebron region, British defense and

24   intelligence officials.  I took into consideration my visits

25   to the society, its branches, its facilities.

1    I had seen the audited accounts of the society, and

2  the accounts of the society had been externally audited.

3  Q    What does that mean, "externally audited"?

4  A    There was an independent auditor.  It was not like

5  somebody within the society was approving the accounts of the

6  society, were approving what went in and what went out.  This

7  was done by an independent, external auditing agency to insure

8  that everything was transparent and accountable.

9    A society like the Islamic Charitable Society in

10 Hebron had a reputation for being clean and honest and being

11 transparent and accountable, which was somewhat of an unusual

12 thing, given the considerable amount of corruption that was

13 apparent in the Palestinian Authority or other charities at

14 the time.

15    Throughout the time, I never saw any political

16 materials, other than, as I said, if you want to say that, you

17 know, a picture, a portrait of King Hussein of Jordan visiting

18 the society was political.  That was the only thing I saw.

19    It held an easily publicly identifiable

20 institutional address, everybody knew, I guess, as the Islamic

21 Charitable Society of Hebron.  It was working in partnership,

22 as I said, with local Palestinian Authority officials.

23    And also during this time in Hebron, because of a

24 massacre that had taken place in Hebron in 1994 of Palestinian

25 worshippers by their mosque by an Israeli settler, there had

1    in fact, since 1994, been a temporary international presence

2    in Hebron that was made of police and security personnel from

3    Norway, from Sweden and from Denmark, and this temporary

4    international presence, these officials, had very good working

5    relations with the Islamic Charitable Society in Hebron.  They

6    pursued community safety initiatives, they distributed gifts

7    to the orphan children at holiday times.  There was evidence

8    of good working partnerships with local Palestinian Authority

9    officials with international providers.

10          I believe, for example, that Christian peacemaker

11   teams were involved with the Hebron charity, and that the

12   charity itself did not identify itself with Hamas.  Its goals

13   and its aims were not the same as those aims of Hamas.  There

14   was no evidence for a call for jihad against Israel or to harm

15   Israelis.  Its goals and mission were to look after the

16   orphans and needy.

17   Q    Based on all of the research and your work and your

18   visits to the Islamic Charitable Society of Hebron, was it

19   perceived to be controlled by Hamas during the 2000 to 2004

20   time period?

21   A    No.  In my expert opinion, it was not controlled and it

22   was not perceived in people in Hebron to be controlled by

23   Hamas.

24          THE COURT:  Good time for a break?

25          MR. INGERMAN:  Yes, your Honor.

1          THE COURT:  We'll take our afternoon break on the

2     correct clock.  We will be back here at 3:35.  Please don't

3     talk about the case.

4          (Jury excused.)

5          THE COURT:  Just a few points before we recess.

6     First, I said at the beginning of the trial when we have

7     sidebars, two lawyers per side.  We've drifted away from that.

8     There's a whole herd of lawyers up here.  Please, two lawyers

9     per side.

10          Secondly, are you going to do this with her on every

11     one of the eleven?

12          MR. INGERMAN:  Yes.  Hopefully, more efficient.

13          THE COURT:  Is it a possibility, after you have done

14     four or five, you might say, Did you do the same with all the

15     others and did you apply similar factors?  There can't be any

16     other factors that have after you have done four or five.

17          MR. INGERMAN:  There are different factors for

18     different Zakats, is the only challenge.

19          THE COURT:  If you would do it that way, by

20     grouping, that would save us a lot of time.

21          MR. INGERMAN:  I understand.  Thank you, your Honor.

22          (Recess.)

23          (In open court; jury not present.)

24          THE COURT:  All right.  Let's have the jury, please.

25          MR. OSEN:  Your Honor, if we have a moment, do you

1  want to tell us which letter you wanted us to address?  You

2  started to when the jury walked in.

3           THE COURT:  The ones I was most interested were

4  Dagan, although this witness's testimony may have mooted that

5  point for the defendant, and the Spitzen point.  That's what I

6  am most interested in.  You can address anything you want.

7           MR. INGERMAN:  Your Honor, do you think we'll be in

8  here Wednesday?

9           THE COURT:  I don't know.  We are wandering at this

10  point.  I'd say the odds are, we'll be back there by

11  Wednesday.

12           (Jury present.)

13           THE COURT:  All right.  Be seated, please.

14           Continue, Mr. Ingerman.

15           MR. INGERMAN:  Thank you, your Honor.

16           Can we have slide 7 for the jury?  Thank you, your

17  Honor.

18  BY MR. INGERMAN:

19  Q    Just to reorient ourselves here for a moment, professor,

20  in the last forty-five minutes of the day, assuming that clock

21  is right, we had just talked about the Islamic Charitable

22  Society of Hebron in the West Bank.  I want to move now to the

23  Jenin Zakat Committee.

24  A    Okay.

25  Q    That is a Zakat Committee that you had visited, as well,

1    during 2000-2004 time period; is that right?

2    A    Yes, that's right.  During that period, particularly

3    between 2000 and 2003, I spent rather a lot of time in Jenin.

4    Q    I'm sorry.

5    A    Yes.  I'll let you carry on.  I'm talking too much.

6    Q    Can we see the next slide, please?

7          Just tell us quickly where it is.

8    A    So, Jenin is right up in the north there, and it's very

9    close to what we call about 1948 borderline with Israel.

10   Q    Let's go to slide 23.

11         And tell us generally about the Jenin Zakat

12   Committee, please, professor.

13   A    The committee had been founded in the '80s, had been

14   licensed during the '80s by the Israeli authorities and

15   Jordan, because it was a Zakat Committee.

16         If it was a Zakat Committee, it was also licensed by

17   Jordan, but it was also licensed by Israel, the Civil

18   Administration, COGAT.  Later, after 1995, it was licensed by

19   the Palestinian Authority.  The Zakat Committee in Jenin had a

20   board of directors that was regulated and approved by the

21   Palestinian Authority and the Israelis, as I have already

22   said, and that board of directors consisted of twelve men,

23   twelve good men.

24         Also, the Zakat Committee itself, the chair of that

25   committee, was a member of the Palestinian Authority West Bank

1  Advisory Board for Zakat Committees.

2  Q    What is that?  What is the Palestinian Authority West

3  Bank Zakat Board?

4  A    The Palestinian Authority, through the Ministry of

5  Religious Affairs, set up this advisory board the chairs of

6  the lodges of Zakat Committees in the West Bank were members

7  of.  This was a Palestinian Authority mechanism.  As I've

8  said, during this period the Palestinian Authority was keen to

9  be seen to be affiliated with the good works of the Zakat

10 Committees, and this was one way in which it could insure it,

11 by forming this advisory board.

12         The Zakat Committee had hundreds of employees, in

13 particular employees of the Zakat Committee hospital.  The

14 approval for the hospital had been forthcoming from the

15 Israeli authorities when they were responsible for governing

16 the area, and they were later regulated by the Ministry of

17 Health in the Palestinian Authority.  They had social workers

18 in the employ of the Zakat Committee, elementary school

19 teachers, kindergarten supervisors, and other administrative

20 staff of the Zakat Committee.

21 Q    What is the Al-Razi hospital?

22 A    The Al-Razi hospital is this hospital that I have spoken

23 about.  Israel gave permission to the Zakat Committee to build

24 the hospital.  I think they started works in the middle to

25 late 1980.

1      One reason why the Ministry of Health, Israeli

2    Ministry of Health allowed them to build this hospital, it

3    meant the Palestinian themselves were meeting this need, and

4    it relieved the Israeli authorities of meeting that needs gap,

5    the Israeli Ministry of Health spending, during that period

6    when the hospital was operating in the Palestinian

7    Territories, it was, I think it was annually about $30 per

8    head, whereas for its own Israeli citizen across the board was

9    about $300 per head.  It meant that those needs could be met

10   locally and relieved Israel.

11   Q    What was the relationship between the El-Razi hospital

12   and the Jenin Zakat Committee, if you know?

13   A    I think the chair of the Zakat Committee was on the board

14   of the hospital.  Otherwise, the hospital was run entirely

15   independently.  And as I say, I mean, it's tenders, its job

16   advertisements during the period of 2000 to 2004, were usually

17   advertised by the Ministry of Health through notifications in

18   the local Palestinian newspapers, the media.

19   Q    Did you visit the Jenin Zakat Committee during the

20   2000-2004 time period?

21   A    Yes, I did.

22        As I started to say, in particular I spent quite a

23   lot of time in Jenin in the wake of April 2002 and right up to

24   the period of 2005.

25        What had happened in April 2002 was that the IDF had

1    entered the city.  The reason why they entered the city and in

2    particular the refugee camp in Jenin, Israel considered the

3    Jenin refugee camp to be the capital of suicide bombing.  The

4    Hamas, through their armed wings, the Izz al-Din el Qassam

5    brigades who were active with cells in the Jenin refugee camp,

6    and the al-Aqsa Martyrs Brigade, who were active with cells in

7    the Jenin refugee camp.

8           So, Israel, as a counter terrorist measure, invaded

9    the town and in particular targeted the militants who were

10   hiding in the refugee camp.  In that battle, Israel lost

11   twenty-three soldiers, and up to fifty residents of the camp,

12   including a number of militants, were killed, as a result of

13   which there was a major security operation by the Israeli

14   forces and re-occupation of Jenin.

15          And there was great need in the city in the wake of

16   what was called the Battle of Jenin, and the IDF coordinated

17   with humanitarian agencies, including Razi hospital, to

18   coordinate humanitarian aid into the city after the wake of

19   Jenin battle.

20          And so, for example, Razi hospital, through this IDF

21   coordinated humanitarian aid mechanism, along with, for

22   example, the Red Cross and the Red Crescent and the UN, they

23   were responsible for receiving in humanitarian aid in the form

24   of medicines, diapers for babies, and I believe water,

25   because, again, there were food and water shortages, prolonged

1  curfews in the city, raids and other security measures.

2  Q    The Israeli defense force teamed up with the Jenin Zakat

3  Committee to deliver this aid?

4  A    No.   The Israeli Defense Force and Civil Administration

5  approved -- would have approved the lists that was supplied by

6  the international aid organizations as to which local

7  agencies, including Razi hospital and the Jenin Zakat

8  Committee, would receive and be responsible for the receipt of

9  that aid, and then the distribution of that aid to the

10  beneficiaries or residents of the city, including the refugee

11  camp, which large parts of the camp, as a result of this

12  battle and this Israeli military operation, had been totally

13  destroyed.

14  Q    Now, you mentioned in your answer raids by the Israeli

15  Defense Forces.  And I want to ask you a little bit about

16  that, because we have heard from Mr. Spitzen about Zakats and

17  charitable organizations that had been raided by the Israeli

18  Defense Forces?

19        Are you familiar with the frequency of Israeli

20  Defense Forces raids in the West Bank and Gaza in the

21  2000-2004 time period.

22  A    Yes.

23        I mean, one of Israel's counter terrorist and

24  security measures during this period in both the West Bank and

25  the Gaza was to organize raids.

1     They were -- in particular during this period, they

2     organized up to nine hundred raids a month.  They were raiding

3     -- they would raid hospitals, Palestinian Authority buildings,

4     shops, schools, refugee camps, homes, businesses, anywhere

5     where they thought militants might be hiding, anywhere where

6     they thought that the terrorist threat might be emanating

7     from.  They raided, and they would raid to seek to arrest or

8     apprehend people or they would raid for other counter

9     terrorist measures, reasons and tactics.

10    Q    During the time that you spent in Jenin, and in

11    particular the time that you spent at the Jenin Zakat

12    Committee during, I guess it was, post April of 2002 through

13    2004, did you ever observe any Hamas affiliation or

14    paraphernalia or propaganda at the Jenin Zakat Committee?

15    A    No.

16         The Jenin Zakat Committee was located right in the

17    center of the town.  In fact, it was part of the Palestinian

18    Authority Ministry of Awqaf and Religious Affairs.  It was all

19    part of the same building complex.

20         You walked in.  Straight off, there's like a public

21    market in the center of Jenin.  You walked in, it was publicly

22    open and accessible.  The literature that you would see in the

23    sort of lobby or reception area of the Zakat Committee were

24    just the usual announcements about, you know, religious

25    festivals, prayer times and the activities of the Zakat

1    Committee.  I didn't see anything of the sort, either in those

2    public reception areas or in any of the meeting rooms or

3    offices that I would have visited or frequented during that

4    period.

5    Q    Now, you mentioned some of the charitable work that the

6    Jenin Zakat Committee did.  And you don't have to take us

7    through every one of these, because some of them we have seen

8    that were similar to the Islamic Society of Hebron.  Describe

9    the charitable activity of the Jenin Zakat Committee during

10   the relevant time period of 2000 to 2004?

11   A    I have already told you about Razi hospital, and in

12   particular the role it played in terms of the coordination of

13   the humanitarian aid.  Obviously, again, during this period,

14   Razi provided free or subsidized health care and emergency

15   health care to Palestinians that had been injured, to take

16   care of them during the battle of Jenin.

17          Also, I visited during that period the kindergartens

18   that were run and the elementary schools that were run by the

19   Zakat Committee.  As I said, there had been an awful lot of

20   destruction in Jenin.  Most of the public infrastructure,

21   including the Palestinian Authority main administration

22   buildings and some of the schools, had been damaged.  And as I

23   said, some of the schools and other facilities in the refugee

24   camp which was run by the United Nations had also been damaged

25   or subjected to an awful lot of destruction.

1            So, that was the principal activity of the Jenin

2    Zakat activity, was health care through the hospital and then

3    care of children, and, again, the usual sort of orphan

4    sponsorship, school bag sponsorships and those kind of things.

5            (Continued on next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    BY MR. INGERMAN:    (Continuing)

2    Q     Did you apply your research factors or criteria to reach

3    a determination as to whether or not the Jenin Zakat committee

4    was controlled or perceived to be controlled by Hamas?

5    A     Yes, I did.

6    Q     And before we get to them, what was your conclusion?

7    A     My conclusion was that during the 2000 to 2004 period,

8    the Jenin Zakat committee was not controlled by Hamas nor was

9    it perceived to be controlled by Hamas.   Hamas, you know,

10   Hamas was definitely in Jenin and, in particular, as the IDF

11   made very, very clear, Hamas was, in particular, was in the

12   refugee camp and it remains in the refugee camp today.   You

13   know, if you go to the refugee camp, you know the areas where

14   Hamas were active.   So Hamas were engaged in its activities

15   including its militant activities in Jenin, but with the Zakat

16   committee nor was it perceived to be.

17           MR. INGERMAN:    Slide 25, Sean, please.

18   Q     Just walk us through the criteria here that support your

19   expert opinion that the Jenin Zakat committee was not

20   controlled by Hamas during this time.

21   A     Okay.   So I tried to use similar kinds of criteria that I

22   used with Hebron.   So, again, it was things like interviews

23   with members of the board and employees, some beneficiaries,

24   the beneficiary lists.   The fact that Jenin Zakat committee

25   had not been designated by the U.S. or the EU or the UN, that

1    it had been vetted and cleared by USAID and, again, we see

2    that there is evidence of the IDF in coordination in terms of

3    clearance of aid for humanitarian activities within the city

4    of the Jenin Zakat committee accounts, audited annual reports.

5              I hadn't seen any the materials that would led me to

6    believe that the Zakat committee itself or the employees of

7    the committee itself were using the premises of the Zakat

8    committee or the kindergartens or the hospital as a place to

9    advertise support for Hamas or martyrs for the Izz ad-Din

10   al-Qassam Brigades.  I never saw anything like that in the

11   al-Razi Hospital.  In fact, there were notices saying that you

12   weren't to bring guns, you weren't to have political materials

13   of any kind at the entrance of the al-Razi Hospital.  They

14   were working in partnership with the Palestinian officials.

15   I've already said, the Palestine Authority was -- the Zakat

16   committee were in the same building complex.  Publicly

17   identified, it was open -- you walked in off the street, the

18   doors were open during the usual hours of business.  There was

19   nothing about the activities of the Zakat committee, nobody

20   was identifying them with Hamas.

21   Q    Did you ever see during your time in Palestinian

22   territories in 2000 to 2004, the Palestinian Authority working

23   with Hamas?

24   A    That's an interesting question.  There certainly would

25   have been accusations that the Palestinian Authority was

1   working with Hamas but that would have been from people who

2   probably didn't know better.   No, there was no -- I didn't see

3   evidence of the Palestinian Authority working with Hamas.

4           In my meetings with the most senior officials of the

5   Palestinian Authority, in fact, the most senior official of

6   the Palestinian Authority was Yasir Arafat himself who I met

7   on a number of occasions, and in my meetings with heads of his

8   security agencies, people like Mohammed Dahlan who was the

9   head of his security agency in Gaza and the head of his

10  general intelligence agency, Amin Al-Hindi, or the head of his

11  intelligence agency in the West Bank, these were men who saw

12  Hamas as the enemy.   These were the men that were stopping the

13  Palestinian Authority, the PLO, from achieving its own

14  political goals.

15          Hamas were the reason why Israel was blaming the

16  Palestinian Authority for the breakdown of law and order and

17  for the threat to the citizens of Israel because it was Israel

18  during this period and the government of Ariel Sharon that was

19  directly holding Yasir Arafat, the PLO and the

20  Fatah-controlled Palestinian Authority responsible for the

21  violence and for the suicide attacks.   They were the ones that

22  were being blamed.

23  Q    Okay.   So let's go to the next one which is Al Tadamun.

24  Can we have slide 7 -- that's fine.   That's fine.

25          Al Tadamun Islamic Charitable Society, where is

1    that, if we can have the next slide, please?

2    A    Well, hopefully, we'll all be familiar with where that is

3    because that's in Nablus which we heard a lot about today

4    earlier this morning.

5    Q    Okay.  And can you tell us a little bit about the

6    Al Tadamun Islamic Charitable Society.  If we can see slide

7    29, Sean.

8    A    Yes, this is the oldest charitable society in the West

9    Bank.  It was founded in the late 1950s and licensed by the

10   Jordanian authorities and it was -- when Nablus was under

11   occupation from '67 to '95, it was licensed by the Israeli

12   authority, the Israeli authorities, and the Israeli

13   authorities regulated and gave permits for the activities of

14   the society and then later, from 1995, it was licensed and

15   regulated in the same way as the other charitable committees

16   by the Palestinian Authority and its various ministries.

17         The Tadamun Society has a board of directors

18   regulated and approved by the Palestinian Authority.  It has

19   around 500 members.  Again, like Hebron, it's a society rather

20   than a Zakat committee.  It has about 58 employees or it had

21   during that period around 58 employees and they were employed

22   in things, projects of the society such as the secondary

23   school for boys that they ran, the clinics that they ran and

24   some of the other social and welfare projects that they ran in

25   the city.

1   Q    What does Tadamun mean?

2   A    It means solidarity, solidarity with the community.

3   Q    In what language?

4   A    In Arabic.

5   Q    Okay.  By the way, do you speak Arabic?

6   A    I do speak Arabic, yes.

7   Q    Good thing since you just told us the definition of an

8   Arabic word, right?

9            Now, you had been to the Tadamun Islamic Charitable

10  Society during the relevant time period, 2000 to 2004,

11  correct?

12  A    Yes.  I mean, I first -- well before that.  I think I

13  first visited Tadamun in Nablus in 1999, but I also visited

14  during that period and I visited subsequently as well.

15  Q    And during your visits at any time but, in particular,

16  during the 2000 and 2004 time period, did you ever see any

17  Hamas posters, paraphernalia, propaganda, anything like that,

18  at the Al Tadamun Islamic Charitable Society?

19  A    No, I never did.  I never saw anything in its offices

20  which were in the center of Nablus and nor did I see any such

21  posters at any of its facilities.

22           MR. INGERMAN:  Now, if we could have slide 30, Sean.

23  Q    Can you describe for us generally the types of charitable

24  activities the Al Tadamun Islamic Charitable Society was

25  involved in?

 1   A     Yes.  I mean, it was doing the, you know, similar things
 2   to Jenin and Hebron so I'm not just going to keep repeating
 3   what I've already said.  It did some health care.  It was
 4   involved in aid to the poor and needy, particularly things
 5   like winter clothing and kerosene because most people couldn't
 6   afford winter clothing.  Actually, I know we all think the
 7   Middle East must be hot 365 days a year, but actually in a
 8   place like Nablus, it could snow in the winter, it gets very
 9   cold and obviously people don't have central heating.  So they
10   were able to help out in winter with winter clothing, coats,
11   some bedding, some supplies of kerosene.
12        They also, the Society in, again, in Nablus, after
13   2002 when Israel reoccupied the West Bank and again, they
14   reoccupied Nablus and they, in the attempt to flush militants
15   out of the old city of Nablus which is called the Casbah --
16   I'm sure that sounds much more exotic than it really is.  This
17   was sort of a warren within the old city.  And one of the
18   measures that Israel applied during this period was to impose
19   a curfew on the city and they imposed a curfew for 100 days
20   and then they could send their units and their soldiers in to
21   flush out the Hamas or Fatah militants often with prolonged
22   armed battles.  And what Al Tadamun did was that when the
23   curfew was lifted so that people could leave their home for a
24   few hours and go get supplies, Al Tadamun Society offices had
25   worked with the IDF in the city to help organize basic food

1   supplies into parts of the city during that time.

2   Q     And did you apply your research criteria or factors to

3   determine whether or not in your expert opinion the Al Tadamun

4   society was controlled or perceived to be controlled by Hamas?

5   A     Yes, I did.

6   Q     And what conclusion did you reach?

7   A     I reached that it was not controlled or perceived to be

8   controlled by Hamas in Nablus.

9             MR. INGERMAN:   Can we see slide 31, Sean, please.

10             (Published.)

11  Q     And would you walk us through some of the criteria that

12  you used in reaching that conclusion?

13  A     Yes.  I mean some of the criteria are going to be

14  familiar to us now.  Chiefly, you know, they weren't

15  designated, they weren't appearing on anybody's list within

16  the U.S. or the EU or the UK or the UN.  They were project

17  partners with or they were cleared for project partnership

18  with USAID.  They were working partnership with the

19  Palestinian Authority and, I'm not going to say partnership

20  with the IDF, but they were at least during the period of the

21  curfew, there was some evidence of coordination with the IDF.

22  And the thing about that coordination is that could never have

23  taken place had there not been a prior relationship by the

24  offices of the society with the IDF which I've been informed

25  about.

1        The other thing I think is quite important to note

2   in terms of my criteria considered for Tadamun is that Hamas

3   itself during this period of 2000 to 2004 within Nablus had

4   its own offices in the city, had its own institutions in the

5   city.  In addition to the city itself, the old city that I had

6   spoken about, this huge sprawl up to the hills of the city,

7   there are a number of refugee camps in Nablus as well and in

8   Beit Lahya refugee camp in particular, Hamas militants

9   organized its own activities.  And these institutions, these

10  Hamas institutions, these Hamas offices, these were, in fact,

11  targeted by Israel in, somewhat successfully for Israel.  They

12  were targeted in 2001.

13        So, for example, in 2001, Israel targeted the

14  offices that Hamas were running out of in Nablus and I think

15  they were successfully killing two of the major leaders of the

16  Izz ad-Din al-Qassam Brigades.  The IDF had identified them as

17  a threat to their security.

18  Q    Now, before you go on, Professor, we're in week four of

19  this trial, it may seem like ten, and we tend to use acronyms.

20        IDF is what?

21  A    Israel Defense Forces.  That's Israel's army -- well, not

22  just its army and Air Force, but the whole of the military of

23  Israel.

24  Q    Okay.  I'm sorry.  Keep going.  Thank you.

25  A    I think that's all I really need to say.  The Society did

1    not public identify with Hamas.  Hamas certainly, as I've

2    said, had its own identity and its own offices and its own

3    activities, not just in the old city but in the suburbs of the

4    city and also in the refugee camps.

5    Q    Now, with respect to the Al Tadamun Islamic Charitable

6    Society, the plaintiffs' expert, Mr. Spitzen, has identified a

7    name by the name of Bitawi who Mr. Spitzen claims is

8    affiliated in some way with the Al Tadamun Islamic Charitable

9    Society.

10            In your expert opinion and experience, is Mr. Bitawi

11   part of Hamas?

12   A    No.  Sheikh Hamed al-Bitawi is not part of Hamas.  I

13   mean, he's certainly a controversial figure.  I mean, he's

14   certainly -- he's dead now, but during this period of 2000 to

15   2004, he was known for his really hateful anti-Semitic

16   blood-curdling or violent positions and sermons against Israel

17   yet, on the other hand, he was a Palestinian Authority

18   approved preacher.  In fact, he gave sermons in Jerusalem at

19   the Al-Aqsa mosque.  He was a member of local mediation

20   committees which included members of the Palestinian

21   Authority.

22            So some people claimed that he was sympathetic to

23   Hamas and sometimes Hamas would say that he, you know, he

24   represented views that they certainly didn't disagree with,

25   but I don't think that anybody believed that he was a member,

1  an actual member or Hamas leader during that period.

2  Q    Let's move to the next Zakat committee which is the

3  Nablus Zakat committee.    Tell us where the Nablus Zakat

4  committee is.

5           MR. INGERMAN:    Next slide, Sean.

6           (Published.)

7  A    Well, it may come as a surprise to some people here but

8  it's in Nablus.

9  Q    How many branches does the Nablus Zakat committee in

10  Nablus have?

11  A    It had about -- it had one branch in the city and about

12  six in the surrounding villages, towns, including Assira, and

13  what's very interesting about Assira is that Assira is known

14  as the home of the Yassins because nearly everybody, nearly

15  everybody in Assira has the surname Yassin and no doubt, there

16  are many Ahmed Yassins living in Assira as well.

17  Q    And have you visited some of the Nablus Zakat committee

18  locations in the 2000 to 2004 time period?

19  A    Yes, I have.    Again, I've spent an awful lot of time in

20  25 years in Nablus and the surrounding villages so not only

21  during that period but before that period of 2000 and since

22  2004, I've been to, I've been to the committee and I've been

23  to the branches of the committee.    Sebastiya and Assira I've

24  been to and Beit Fariq.

25  Q    And during your visits to those parts of the Nablus Zakat

1   committee, did you ever observe any Hamas paraphernalia or

2   propaganda, posters or anything like that?

3   A     No, I never saw anything of the sort.

4   Q     And does each of the seven Nablus Zakat committee

5   branches have its own board of directors?

6   A     Yes, it does.  Each branch has its own board of

7   directors, but the Nablus Zakat committee itself is sort of

8   like a headquarter branch and then there's the satellite

9   branch.

10          The Nablus Zakat committee headquarters actually are

11  really prominently centered in the city of Nablus because

12  they're in the same building as many of the offices of the

13  Palestinian Authority.  So you have the Ministry of Labor, I

14  think the Ministry of Women's Affairs, but they're all in the

15  same building.  So there's a big building, like a big office

16  building and there are shops underneath.  It's on one of the

17  main roads in Nablus up to where the university is, there's a

18  big university, Najah University in Nablus for Palestinians

19  that want to go to university there.  And the Zakat committee,

20  headquarters of the Zakat committee are located in this big

21  building alongside other Palestinian Authority ministries.

22          MR. INGERMAN:  Can we see slide 35, Sean.

23          (Published.)

24  Q     What more can you tell us about the Nablus Zakat

25  committee during the relevant time period?

1    A    Well, all of the members of the boards of the Zakat

2    committee, they were all men.  There are a number of

3    employees, obviously.  They operated -- they had operated

4    with, previously before '95 with permits from the Israeli

5    authorities, and the chair of the Nablus Zakat committee was a

6    member of this, as I mentioned previously, this West Bank

7    Zakat advisory board.

8    Q    And each of the seven branches, each has ten board

9    members, is that right?

10   A    Yes, around that number.

11   Q    So about 70 total board members for the Nablus Zakat

12   committee?

13   A    Yes.  I think with all of these committees, the minimum

14   number for board members is ten and the maximum is twelve and

15   they're all men.  There are no women who are members of the

16   boards.

17   Q    Why do you make that point?

18   A    Well, this, this is a very male-dominated society in the

19   Palestinian territories and men retained authority in these

20   societies.

21   Q    Okay.  And were you familiar with the charitable

22   activities of the Nablus Zakat committee?

23   A    Yes, I was very familiar with the charitable activities

24   of the society right from 1989 when I first started going to

25   Nablus and doing, doing my field work and the activities of

1    the society that I helped serve in the late 1980s, I still saw

2    being continued in the period of 2000 to 2004.

3    Q     And slide 36, is that a summary of the charitable

4    activities that you prepared for the Nablus Zakat committee?

5               (Published.)

6    A     Yes.   That's right, that just about captures it.

7               I think perhaps -- so that I don't end up repeating

8    myself, perhaps the most prominent activities of the society,

9    one, the amount of charitable assistance that it was able to

10   give so it was giving assistance to up to 10,000 individuals

11   and, again, as I've explained, given that there are large

12   family sizes in towns like Nablus.   So that was up to 50 to

13   100,000 people that were benefiting from that assistance.

14              The, the sort of -- the real star project of the

15   Zakat committee was something called the Safa Dairy.   So what

16   the Zakat committee did was it set up a dairy and the dairy

17   then obviously produced milk and another, and other dairy

18   products such as yogurt and fortified milk drinks.   And during

19   this period, they, the Safa Dairy and the Nablus Zakat

20   committee had embarked on this major product with USAID, with

21   ANERA, to distribute milk for preschoolers, and particularly

22   to preschoolers in the Gaza Strip.

23              As I've explained earlier today, rates of

24   malnutrition had really risen quite considerably during this

25   period so what ANERA did was they purchased milk from the

1  Zakat committee, Safa Dairy, and they distributed this milk to

2  preschoolers in kindergarten in the Gaza Strip.  And I think

3  as many as 100,000 pre-school children were benefiting from

4  these fortified milk supplements.

5  Q    And during what period of time was the U.S. Government

6  working with the Nablus Zakat committee to provide this dairy

7  and this milk to the children?

8  A    Well, they were, they were active during this time of

9  2000 to 2004 and as I said earlier today, it was only in 2006

10  when Hamas won the elections that that USAID project activity

11  appeared to come to an end.  As I said, I mean, you know, I

12  saw, you know, these huge hoardings in places like Nablus that

13  were advertising these projects.  These were star projects.

14  You know, these were really making a difference.  They were

15  really meeting this need, you know, addressing malnutrition

16  amongst, amongst children.

17  Q    And was the Nablus Zakat committee's role in these

18  charitable activities, was it well known in Nablus during this

19  time period?

20  A    Yes.  Yes.  It was very well known.

21  Q    Now, did you apply your research criteria factors to

22  determine whether or not in your expert opinion, the Nablus

23  Zakat committee was controlled by or perceived to be

24  controlled by Hamas?

25  A    Yes, I did.

1   Q     And what conclusion did you reach?

2   A     I reach the conclusion that it was not controlled by

3   Hamas nor was it perceived to be controlled by Hamas during

4   that period.

5                MR. INGERMAN:  Can we see slide 37, Sean, please.

6                (Published.)

7   Q     Are these the criteria that you used to reach the

8   conclusion with respect to the Nablus Zakat committee?

9   A     Yes, and they're similar to the kinds of criteria that I

10  considered with the other committees that I've already spoken

11  about this afternoon.  They include the fact that they weren't

12  designated, that they were working with USAID on the milk

13  program, that they were working with the Palestinian Authority

14  and its various ministries, they were working in partnership,

15  again, in certain periods, partnership with the Palestinian

16  Authority.

17               Palestinian faction heads in Nablus, after 2002,

18  when Israel came back into Nablus, the Palestinian Authority

19  policing and security forces had been forced to withdraw from

20  the city.  Police officers and intelligence officers were

21  literally forced to take off their uniforms because they were

22  being targeted by the IDF.  Prisons had been destroyed.  All

23  of the police stations, police vehicles, radio transmitters

24  had all been destroyed.  So, effectively, security in Nablus

25  was either up to the IDF or it was up to these powerful armed

1  factions.

2         So, you know, their opinion carried weight in terms

3  of who was in control of what and I saw no evidence on my many

4  visits to Nablus Zakat committee of it being publicly

5  identified with Hamas.  I didn't see posters.  I didn't see

6  key chains.  I didn't see martyr posters in the offices of the

7  Zakat committee or up at the Safa Dairy.  The only thing that

8  was at the Safa Dairy was the rubbish from the milk cartons

9  and the signage on the delivery lorries, milk delivery

10  lorries.

11         MR. INGERMAN:  Your Honor, would you like me to

12  start one more?

13         THE COURT:  No.  Let's call it a day.

14         MR. INGERMAN:  You just made friends with every

15  juror in the room.

16         THE COURT:  All right.  Ladies and gentlemen, we

17  have a day off tomorrow, don't forget, and we'll be back here

18  or there, don't know which, but you show up at your usual room

19  and you'll be taken to the right courtroom.

20         Please don't talk about the case.  Don't research

21  the case.  No internet communications.  No newspaper or

22  magazine articles.  Have a good day off.  We'll see you

23  Wednesday morning.

24         (Jury exits.)

25         THE COURT:  If you want to call Ms. Clarke tomorrow

afternoon around 3:00, we should know by then which courtroom

we'll be in so we go to the right one.   All right.   We're in

recess.

                    (Matter adjourned to Wednesday, September 10, 2014

at 9:30 a.m.)

1

2    S A B I H    T A H E R    A L- M A S R I,          2020

3    DIRECT EXAMINATION                                 2021

4    CROSS-EXAMINATION                                  2066

5    B E V E R L E Y    M I L T O N - E D W A R D S     2071

6    DIRECT EXAMINATION                                 2071

7

8

9    1602, 3 and 4                                      2152

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25