UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

COURTNEY LINDE, et al.,

                 Plaintiffs,

   - against -

ARAB BANK, PLC,

                 Defendant.

04-CV-2799 (BMC)(PK)
and related ATA cases[1]

---

### STIPULATION TO ENTER FINAL JUDGMENT PURSUANT TO RULE 54(b) FOR SIXTEEN OF THE SEVENTEEN PLAINTIFFS IN THE BELLWETHER TRIAL

WHEREAS, the above-entitled actions (the "NY Actions") are assigned to the Hon. Brian M. Cogan; and

WHEREAS, trial of the NY Actions was bifurcated between a liability phase and damages phase; and

WHEREAS, the liability phase of the NY Actions for certain of the NY Actions Plaintiffs was brought to trial in August 2014; and

WHEREAS, the jury returned a verdict that was entered on September 22, 2014 finding liability against the Defendant; and

WHEREAS, by order dated December 10, 2014, Judge Cogan set a damages phase "bellwether" trial for the following seventeen NY Actions Plaintiffs who were parties to the liability phase trial and verdict: Eugene Goldstein, Lorraine Goldstein, Barbara Goldstein-Ingardia, Chana Freedman, Richard Goldstein, Michael Goldstein, Estate of Abigail Litle, Philip Litle, Heidi Litle, Hannah Litle, Josiah Litle, Elishua Litle, Noah Litle, Rachel Shaked (nee Rachel

---

[1] *Philip Litle, et al. v. Arab Bank, PLC*, No. 04-CV-5449 (E.D.N.Y.) (BMC) (PK); *Oran Almog v. Arab Bank, PLC*, No. 04-CV-5564 (E.D.N.Y.) (BMC) (PK); *Robert L. Coulter, Sr., et al. v. Arab Bank, PLC*, No. 05-CV-365 (E.D.N.Y.) (BMC) (PK); *Gila Afriat-Kurtzer v. Arab Bank, PLC*, No. 05-CV-388 (E.D.N.Y.) (BMC) (PK); *Michael Bennett, et al. v. Arab Bank, PLC*, No. 05-CV-3183 (E.D.N.Y.) (BMC) (PK); *Arnold Roth, et al. v. Arab Bank, PLC*, No. 05-CV-3738 (E.D.N.Y.) (BMC) (PK); and *Stewart Weiss, et al. v. Arab Bank, PLC*, No. 06-CV-1623 (E.D.N.Y.) (BMC) (PK).

Laham), Yossef Cohen, Ayelet Attias, and Yehuda Eliyahu a/k/a Jeff Elliot (the "Bellwether Plaintiffs"); and

WHEREAS, the Bellwether Plaintiffs and the Defendant (together "the Parties"), have agreed to stipulate to a final damages phase verdict in favor of sixteen of the Bellwether Plaintiffs, in the following amounts:

1.  Eugene Goldstein                        $13,500,000.00
2.  Lorraine Goldstein                      $13,500,000.00
3.  Barbara Goldstein-Ingardia              $ 3,750,000.00
4.  Chana Freedman                          $ 3,750,000.00
5.  Richard Goldstein                       $ 3,750,000.00
6.  Michael Goldstein                       $ 3,750,000.00
7.  Philip Litle                            $ 10,500,000.00
8.  Heidi Litle                             $ 10,500,000.00
9.  Hannah Litle                            $ 4,500,000.00
10. Josiah Litle                            $ 4,500,000.00
11. Elishua Litle                           $ 4,500,000.00
12. Noah Litle                              $ 4,500,000.00
13. Rachel Shaked (nee Rachel Laham)        $ 2,250,000.00
14. Yossef Cohen                            $12,250,000.00
15. Ayelet Attias and                       $ 2,250,000.00
16. Yehuda Eliyahu a/k/a Jeff Elliot        $ 2,250,000.00

2

inclusive of all costs, attorneys' fees, interest, and other charges or fees of any type, and the statutory trebling of damages under the Anti-Terrorism Act, 18 U.S.C. § 2333(a); and

WHEREAS, the Parties desire that the final judgment entered in favor of the Bellwether Plaintiffs be certified for immediate appeal pursuant to Rule 54(b) of the Federal Rules of Civil Procedure;

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED:**

1. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Defendant and the NY Actions Plaintiffs stipulate and agree to the entry of final judgment in favor of the Bellwether Plaintiffs, and against the Defendant, in the total amount of $100,000,000.00, inclusive of all costs, attorneys' fees, interest, and other charges or fees of any type, and the statutory trebling of damages under the Anti-Terrorism Act, 18 U.S.C. § 2333(a), divided among the sixteen Bellwether Plaintiffs as set forth above.

2. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Defendant and the NY Actions Plaintiffs stipulate and agree that there is no just reason for a delay in the entry of final judgment in favor of the sixteen Bellwether Plaintiffs as set forth above, and further stipulate and agree that the entry of such final judgment is in the best interests of all parties.

3. Pursuant to Rule 62(h) of the Federal Rules of Civil Procedure, the Defendant and the NY Actions Plaintiffs, including the Bellwether Plaintiffs, further stipulate and agree to stay (i) the enforcement of the final judgment as to the sixteen Bellwether Plaintiffs as set forth above and (ii) all further pre-trial and trial proceedings against the Bank in the NY Actions pending the resolution of a timely appeal filed by the Defendant, and waive any requirement for the Defendant to post a bond as a condition of taking such an appeal.

DATED: May 18, 2016

TURNER & ASSOCIATES, P.A.
By: _____
C. Tab Turner, Esq.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
(501) 791-2277

OSEN LLC
Gary M. Osen, Esq.
Ari Ungar, Esq.
Aaron Schlanger, Esq.
Peter Raven-Hansen, Esq., Of Counsel
2 University Plaza, Suite 201
Hackensack, New Jersey 07601
(201) 265-6400

KOHN, SWIFT & GRAF, P.C.
Steven M. Steingard, Esq.
Stephen H. Schwartz, Esq.
Neil L. Glazer, Esq.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700

ZUCKERMAN SPAEDER LLP
Shawn P. Naunton. Esq.
399 Park Ave
New York, NY 10022
(212) 704-9600
*Attorneys for Linde and Coulter Plaintiffs*


MOTLEY RICE LLC
By: _____
Michael Elsner, Esq.
John M. Eubanks, Esq.
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
(843) 216-9000
*Attorneys for Almog and Afriat Kurtzer Plaintiffs*

DLA PIPER LLP (US)
By: _____
Jonathan D. Siegfried, Esq.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4500
*Attorneys for Defendant Arab Bank plc*

4

SAYLES WERBNER
By: *Mark S. Werbner* /s/
Mark S. Werbner, Esq.
4400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
(214) 939-8700

HEIDEMAN NUDELMAN & KALIK, P.C.
By: *Richard D. Heideman*
Richard D. Heideman, Esq.
Noel J. Nudelman, Esq.
Tracy Reichman Kalik, Esq.
1146 19th Street, NW
Fifth Floor
Washington, DC 20036
(202) 463-1818

PERLES LAW FIRM, PC
Steven R. Perles, Esq.
1050 Connecticut Ave, NW
Suite 500
Washington, DC 20036
(202) 955-9055

STONE BONNER & ROCCO LLP
James P. Bonner, Esq.
145 West 45th Street,
New York, New York 10036
(212) 239-4340
*Attorneys for Litle, Roth, Weiss and Bennett Plaintiffs*

May 24, 2016

SO ORDERED:

_____
U.S.D.J.

5